# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **V.** § | **Federal: 4:25-mj-452** |
| § | |
| **CAMERON ARNOLD** § | |

## ENTRY OF APPEARANCE OF COUNSEL

I wish to enter the appearance of CODY L. COFER (Lead Counsel, Texas State Bar No. 24066643) as *retained* counsel for the above-named defendant(s) in this cause.

I understand that it is my duty to continue to represent the above-named defendant(s) in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant(s) with any appeal which the defendant(s) desires to perfect, and to represent the defendant(s) on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

<u>August 4, 2025</u>　　　　　　　　　　　*/s/ Cody L. Cofer*
Date　　　　　　　　　　　　　　　　　CODY L. COFER
　　　　　　　　　　　　　　　　　　　TX SBN: 24066643
　　　　　　　　　　　　　　　　　　　604 E 4th Street, Suite 101
　　　　　　　　　　　　　　　　　　　Fort Worth, TX 76102
　　　　　　　　　　　　　　　　　　　P: 682-777-3336
　　　　　　　　　　　　　　　　　　　F: 682-238-5577
　　　　　　　　　　　　　　　　　　　ccofer@coferluster.com