United States District Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| United States of America | |
| | |
| v. | No. 4:25-MJ-452-BJ |
| | |
| Ines Soto (10) | |

### Response to Motion for Protective Order

**To the Honorable Jeff Cureton:**

Defendant Ines Soto does not oppose the government's motion for protective order.

Ines Soto's counsel was in trial in State court last week and unable to respond prior to the government's filing its motion. Ines Soto is not opposed to the requested protective order.

Respectfully submitted,

/s/ Leigh W. Davis_____
(Mr.) Leigh W. Davis
1901 Central Dr. Suite 730
Bedford, TX 76021
817.868.9500
817.591.4701 (fax)
State Bar No. 24029505
lwd@leighwdavis.com

## Certificate of Service

I hereby certify that a copy of this document has been sent by eservice to the attorneys of record on October 6, 2025.


/s/ Leigh W. Davis_____
(Mr.) Leigh W. Davis