IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO. 4:25-MJ-452-BJ |
| | § | |
| BRADFORD MORRIS | § | |

## DEFENDANT BRADFORD MORRIS' RESPONSE TO MOTION FOR PROTECTIVE ORDER

TO THE HONORABLE UNITED STATES JUDGE, JEFF CURETON:

NOW COMES BRADFORD MORRIS, Defendant in the above styled cause of action and hereby files this his Response to the Government's Motion for Protective Order, by and through his attorney of record, J. Warren St. John, and will show the court the following:

1.      Defendant is Unopposed.

Respectfully submitted,

/s/  J. Warren St. John
J. WARREN ST. JOHN
State Bar No. 18986300
2020 Burnett Plaza
801 Cherry Street, Unit No. 5
Fort Worth, Texas  76102-6810
Telephone:  817/336-1436
Fax: 817/336-1429
Email: jwlawyer1896@yahoo.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2025, I electronically filed the foregoing document with the Clerk for the United States District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following Attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means: Mr. Shawn Smith.

/s/J. Warren St. John
J. WARREN ST. JOHN