UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA,**

　Plaintiff,

v.　　　　　　　　　　　　　　　　No. 4:25-cr-00259-P

**ZACHARY EVETTS (02),**

　Defendant.

## ORDER

　Before the Court is Defendant Zachary Evetts's Omnibus Motion in Limine. ECF No. 86. Having considered the Motion and applicable law, the Court concludes that the Motion should be, and hereby is, **DENIED without prejudice**. The issues raised in the Motion are more appropriately raised in the context of the presentation of evidence or are too general in nature that the Court is unable to decide on the admissibility at this time.

　**SO ORDERED** on this **28th day of October 2025.**

_____
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE