IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CAMERON ARNOLD (01)<br>a/k/a "Autumn Hill"<br>ZACHARY EVETTS (02) | Criminal No. 4:25-CR-259-P |

NOTICE OF EXPERT TESTIMONY

TO THE HONORABLE MARK T. PITTMAN, U.S. DISTRICT JUDGE:

The United States of America in its Notice of Expert Testimony would respectfully show this Court as follows:

The government expects to call the following expert witnesses:

(1) Sarah Hall, Forensic Scientist, Texas DPS Crime Laboratory, to testify about gun-shot residue (GSR) tests performed in the investigation. The GSR reports have been produced in government discovery production #1 at bates # 857 and 3140.

(2) Andrew Lopez, DNA Analyst, Texas DPS Crime Laboratory, to testify about DNA analysis performed in the investigation. The DNA reports have been produced in government discovery production #1 at bates # 853, and government discovery production #5 at bates # 4343.

**Notice of Expert Testimony - Page 1**

(3) Phillip Stout, Forensic Scientist, Texas DPS Crime Laboratory, to testify about firearms and toolmark examination. The firearms and toolmark examination report has been produced in government discovery production #3 at bates # 115.

(4) Sarah Edwards, Forensic Scientist, Texas DPS Crime Laboratory, to testify about friction ridge examination (fingerprints). The friction ridge examination report has been produced in government discovery production #3 at bates # 280.

(5) Stephen Brenneman, Special Agent, Bureau of Alcohol, Tobacco, Firearms, and Explosives, to testify about the definition of explosives and how the fireworks used in the attack on Prairieland were explosives within the meaning of the relevant statute. Agent Brenneman's report is in-line to be produced in an ensuing discovery production.

(6) Kyle Shideler, Director and Senior Analyst for Homeland Security and Counterterrorism at the Center for Security Policy, to testify about ANTIFA, its origins and beliefs, and how the attack on Prairieland bore hallmarks of an ANTIFA attack. Mr. Shideler's report is in-line to be produced in an ensuing discovery production.

*[Remainder of page intentionally left blank]*

The government anticipates receiving other expert reports in this case and it will produce them as they are complete.

                              Respectfully Submitted,

                              NANCY E. LARSON
                              ACTING UNITED STATES ATTORNEY

                              *s/ Shawn Smith*
                              SHAWN SMITH
                              Assistant United States Attorney
                              State Bar of Texas No. 24033206
                              801 Cherry Street, Unit #4
                              Burnett Plaza, Suite 1700
                              Fort Worth, TX   76102-6897
                              Telephone:   817-252-5200
                              Email: Shawn.Smith2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2025, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorney of record who has consented in writing to accept this Notice as service of this document by electronic means.

                              *s/ Shawn Smith*
                              SHAWN SMITH
                              Assistant United States Attorney