**EXHIBIT A – Juror Questionnaire**

The information you provide in this questionnaire will be confidential and will only be used during this jury selection.

FULL NAME: _____  AGE: _____   Juror#: \_\_\_\_\_

**1.** What city do you live in? _____

**2.** What jobs have you held in the past, up to the present? _____
_____

**3.** Marital status? _____  If married, how is your spouse employed, and for how long? _____
_____

**4.** Have you or anyone close to you worked for law enforcement or a prosecutor's office?   YES   NO

If yes, who and at what job? _____

**5.** Highest grade completed in school? _____  If college, please list any degrees earned and when awarded?
_____

**6.** Please circle any of the following in which you have education, training, or experience?

Criminal Justice     Military     Law     Political Theory

Law Enforcement     Medicine     Firearms     Psychology

**7.** Which of the following describe you?  (circle all that apply)

Analytical     Opinionated     Careful     Emotional     Quiet

Judgmental     Law & Order     Family Oriented     Visual     Sensitive

Religious     Skeptical     Traditional     Progressive     Conservative

Other: _____

**8.** Have you ever served as a juror before? _____  If yes, please circle all that apply to you:

Criminal case?     Civil case?     Grand jury?

Did you return a verdict?   YES   NO          Were you the foreperson?   YES   NO

**9.** From what sources do you prefer to get your news?  Please list them in order of your preference.
_____

**10.** On a scale of 1-10, how important to you is your right to keep and bear arms? _____

Please explain:
_____

**11.** On a scale of 1-10, how important to you are your rights to free speech and freedom of assembly? _____

Please explain:
_____

**12.** Have you heard the term "Antifa", and if so, what does it mean to you?

_____

**13.** What are your feelings about people who protest government action or policy? _____

_____

**14.** What are your feelings about people who are transgender?

_____

_____

**15.** What stands out as important to you about the government's current (2025) efforts to "fight terrorism"?

_____

_____

**16.** What stands out as important to you about the government's current (2025) efforts to address immigration?

_____

_____

**17.** Due to your beliefs or life experiences, is there any reason that you feel you would not be an appropriate juror, or that it would be unduly difficult for you to serve, on an alleged terrorism case?   YES    NO

   If yes, please explain: _____

_____

**18.** Have you heard or read any accounts in the media about a non-fatal shooting incident at an Immigration and Customs Enforcement detention facility in north Texas in the summer of 2025?   YES    NO

**19.** Is there anything else you would like the Court or the parties to know about you, before we select our jury in this case?

_____

_____