IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> CAMERON ARNOLD (01) <br> a/k/a "Autumn Hill" <br> ZACHARY EVETTS (02) | No. 4:25-CR-259-P |

**ORDER**

Before the Court is the Government's Motion to have the case designated as complex in accordance with 18 U.S.C. § 3161(h)(7)(B)(ii), and its CIPA notice. ECF No. 94. For the reasons stated in those filings (such as the voluminous discovery, the number of conspirators involved in the case, and the possibility of the existence of relevant classified information) the Court finds that this case is so unusual and complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by 18 U.S.C. § 3161.

Accordingly, the Court hereby **GRANTS** the Motion and continues all current setting and deadlines, including the trial date currently set for November 24, 2025, to a future date to be determined after the government supersedes the Arnold/Evetts indictment. The Court finds "that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Court finds all resulting delay is excludable under 18 U.S.C. § 3161(h) for the reasons stated above and in the government's motion and notice.

**SO ORDERED** on this **4th day of November 2025.**

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE