IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | |
| DANIEL ROLANDO SANCHEZ-ESTRADA | § | CRIMINAL NO. 4:25-CR-259-P |

**WAIVER OF ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA**

Pursuant to Fed. R. Crim. P. 10(b), the above-named defendant waives the right to be present at arraignment. The defendant affirms having received a copy of the indictment in the above-captioned case, and reviewing the indictment with counsel. The defendant acknowledges and understands the general nature of the charges against the defendant.

With the advice and consent of counsel, the defendant hereby waives the right to be present at arraignment and enters a plea of NOT GUILTY to each count charged.

_____   Date: 11/20/25
Defendant

_____   Date: 11/20/25
Defense Counsel

**ORDER**

The Court finds that the foregoing Waiver of Arraignment and Entry of Not Guilty Plea complies with Fed. R. Crim. P. 10(b) and hereby enters a plea of NOT GUILTY as to each count charged against defendant.

Accepted by the Court on this 21st day of November, 2025.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE