## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHEN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | |
| | § | |
| CAMERON ARNOLD | § | |
| a/k/a "Autumn Hill" | § | |
| ZACHARY EVETTS | § | NO. 4:25-CR-259-P |
| BENJAMIN SONG | § | |
| SAVANNA BATTEN BRADFORD | § | |
| MORRIS | § | |
| a/k/a "Meagan Morris" | § | |
| MARICELA RUEDA | § | |
| ELIZABETH SOTO | § | |
| INES SOTO | § | |
| DANIEL ROLANDO | § | |
| SANCHEZ-ESTRADA | § | |

### WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES SAVANNA BATTEN in the above-referenced case who, along with her undersigned attorney, hereby acknowledges the following:

I)  Defendant has received a copy of the indictment or information in this case. Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto, and his/her Constitutional rights, after being advised of all the above by her attorney.

II) Defendant understands she has the right to appear personally with her attorney before a Judge for arraignment in open Court on this accusation. Defendant further understands that, absent the present waiver, she will be so arraigned in open Court.

III) Defendant, having conferred with her attorney in this regard hereby waives personal appearance with his/her attorney at the arraignment of this case and the reading of the indictment or information, and, by this instrument, tenders her plea of "not guilty." The defendant understands that entry by the Court of said plea for defendant will conclude the arraignment in this case for all purposes.

Respectfully submitted,

TOLBERT & ASSOCIATES, PLLC
511 E. John W. Carpenter Fwy, Suite 500
Las Colinas, Texas 75062
817.380.8008 (Office)
844.274.2141 (Fax)

*Christopher L. Tolbert*

By: _____

Savanna Batten

Approved by the Court:

Signed on _____, 2025

_____
JUDGE PRESIDING