UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA,**

 Plaintiff,

v.             No. 4:25-cr-00259-P

**MARICELA RUEDA (06),**

 Defendant.

## ORDER

On December 1, 2025, the Court ordered Defendant Maricela Rueda to obtain local counsel per Local Criminal Rule 57.10 by December 15, 2025. ECF No. 117. The Court warned that failure to do so would result in sanctions. ECF No. 117. A review of the record in the above-captioned case reveals that Defendant has yet to obtain local counsel.

Accordingly, the Court yet again **ORDERS** Defendant to obtain local counsel per Local Criminal Rule 57.10 on or before **December 22, 2025 at 3:00 p.m.** Failure to do so will result in a $1000 monetary sanction against Defense Counsel individually each day until local counsel is hired.

**SO ORDERED** on this **19th day of December 2025.**

_____
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE