UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.                                                        No. 4:25-cr-00259-P

**MARICELA RUEDA (06),**

   Defendant.

## ORDER

On December 1, 2025, the Court ordered Defendant Maricela Rueda to obtain local counsel per Local Criminal Rule 57.10 by December 15, 2025. ECF No. 117. The Court warned that failure to do so would result in sanctions. ECF No. 117. A review of the record in the above-captioned case reveals that Defendant has yet to obtain local counsel. On December 19, 2025, the Court yet again ordered Defendant to obtain local counsel. In response, Defendant's Counsel filed purported proof of residence in Tarrant County Texas under seal. After reviewing the filing, it appears Defense Counsel obtained a short-term rental for the purposes of the trial in the above-captioned case.

The Court remains concerned that Defendant is not in compliance with Local Criminal Rule 57.10. In fact, the Court is deeply disturbed given that the renters insurance filed with this Court was obtained days after its December 1, 2025 Order. Accordingly, the Court **ORDERS** Attorney George Lobb to attend a hearing to be held **December 29, 2025, at 8:30 a.m.** in the Fourth Floor Courtroom of the Eldon B. Mahon United States Courthouse. If it is revealed Mr. Lobb indeed rented an apartment next to the courthouse to avoid the local counsel requirement, he will be monetarily sanctioned. Shall Mr. Lobb wish to avoid the hearing, Defendant Rueda must obtain local counsel by December 26, 2025, at 3:00 p.m.

**SO ORDERED** on this **22nd day of December 2025.**

_Mark T. Pittman_
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE