IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § § | DOCKET NO: 4:25-CR-259-P |
| MARICELA RUEDA (6) | § | |

### ORDER ON MARICELA RUEDA'S MOTION TO CONTINUE THE DECEMBER 29, 2025 HEARING

The Defendant's, **Maricela Rueda**, Motion to Continue is  GRANTED . The Court orders this matter be continued to the  5  day of  January , 20 26  at  8:00 A.M.

SIGNED this  23  day of  December , 20 25 .

_____
UNITED STATES DISTRICT JUDGE

→ Counsel can avoid the hearing by merely providing evidence of his permanent residence in the N.D. of Texas or obtain local counsel by December 26. Otherwise, counsel will likely be sanctioned.