UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | 4:25-CR-259-P (09) |
| DANIEL ROLANDO SANCHEZ-ESTRADA | § | |

## NOTICE OF ENTRY OF APPEARANCE OF CO-COUNSEL

The undersigned attorney, by signature below, represents that he or she is an attorney with the Federal Public Defender's Office and will participate as co-counsel in this case along with lead attorney Christopher J. Weinbel.

/s/ *Rachel M. Taft*
RACHEL M. TAFT
Assistant Federal Public Defender
Northern District of Texas
Texas Bar No. 24097171
819 Taylor Street, Room 9A10
Fort Worth, Texas 76102
(817) 978-2753
(817) 978-2757 (Fax)
Rachel_Taft@fd.org

## CERTIFICATE OF SERVICE

I, Rachel M. Taft, hereby certify that on this the 29th day of December 2025, I electronically filed this document with the Clerk of the United States District Court, Northern District of Texas, using the Court's electronic filing system. This system sent a "Notice of Electronic Filing" to the Assistant United States Attorney.

s/ *Rachel M. Taft*
RACHEL M. TAFT