UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.                                                          No. 4:25-cr-00259-P

**MARICELA RUEDA (06),**

   Defendant.

# ORDER

On January 5, 2026, the Court held a Show Cause Hearing in the above-captioned case regarding Attorney George Lobb's noncompliance with Local Criminal Rule 57.10. *See* ECF Nos. 150, 155. Mr. Lobb stated on the record at the Hearing that he is withdrawing his Ex Parte Reply (ECF No. 142) regarding the Court's Order found at ECF No. 138. Accordingly, the Court **DIRECTS** the Clerk of the Court to strike ECF No. 142 from the record. Additionally, the Court hereby **ORDERS** Defendant Rueda's local counsel, Ms. MarQuetta A. Clayton, to attend the hearing on **January 14, 2026, at 9:00 a.m.** (ECF No. 163) to confirm that she is serving as local counsel.

After considering the least severe sanction to ensure compliance with the rules and the Court's Orders and for the reasons stated on the record, the Court hereby **ORDERS** Mr. Lobb to read the following: (1) *Dondi Properties Corp. v. Commerce Savings & Loan Assoc.*, 121 F.R.D. 284 (N.D. Tex. 1988); (2) the Local Civil Rules of the United States District Court for the Northern District of Texas; (3) the Texas Lawyer's Creed; (4) the Texas Rules of Professional Conduct; and (5) this Court's Judge Specific Requirements. It is further **ORDERED** that Mr. Lobb certify to the Court via a sworn affidavit filed by **12:00 p.m.** on **January 8, 2026**, that he has read, understands, and will comply with these five

documents throughout the remainder of this litigation.[1] Failure to comply with this Order shall result in monetary sanctions being imposed against Mr. Lobb.

**SO ORDERED** on this **5th day of January 2026.**

_____
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE

---

[1] Should Counsel be unable to find a notary before January 8, 2026, without putting themselves in unreasonable danger, they may appear at 8:00 a.m. on January 8, 2026, and swear that they have complied with the following. Should Counsel be unable to do either, they shall file an appropriate motion with the Court.