STATE OF TEXAS                                § 
                                              § 
COUNTY OF TRAVIS                              §

## AFFIDAVIT

George Lobb appeared before me today and stated under oath:

"My name is George Lobb. I am above the age of eighteen years, and I am fully competent to make this affidavit. The statements in this affidavit are within my personal knowledge and are true and correct.

"Affiant certifies having read the following: *Dondi Properties Corp. v. Commerce Savings & Loan Assoc.*, 121 F.R.D. 284 (N.D. Tex. 1988); (2) the Local Civil Rules of the United States District Court for the Northern District of Texas; (3) the Texas Lawyer's Creed; (4) the Texas Rules of Professional Conduct; and (5) this Court's Judge Specific Requirements found at https://www.txnd.uscourts.gov/judge/judge-mark-pittman. Affiant understands and will comply with the aforementioned five documents."

_____
Affiant

SIGNED under oath before me on January 6, 2026.



_____
Notary Public, State of Texas