IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF TEXAS FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:25-CR-259-P |
| MARICELA RUEDA (06) | § | |

**DEFENDANT'S MOTION FOR TEMPORARY RELEASE
TO ATTEND FATHER'S FUNERAL (18 U.S.C. § 3142(i))**

COMES NOW Defendant Maricela Rueda, by and through counsel, and respectfully moves this Court for a brief, temporary, and escorted custodial release pursuant to 18 U.S.C. § 3142(i)(4) for the limited purpose of attending her father's funeral. Defendant is not seeking a modification of bond or conditions of release. In support thereof, Defendant shows the Court the following:

### I.   CUSTODY STATUS

Defendant is a pretrial federal detainee held on a United States Marshals Service hold at the Wichita County Jail. Accordingly, this Court retains authority to order temporary release for a compelling reason pursuant to 18 U.S.C. § 3142(i)(4).

### II.   COMPELLING HUMANITARIAN REASON

Defendant's father, Roberto Rueda, has passed away. The death of a parent constitutes a compelling humanitarian reason under § 3142(i)(4). Funeral services will be held at Thompson Harveson & Cole Funeral Home, 4350 River Oaks Blvd., Fort Worth, Texas 76114, (817) 336-0345. The funeral services are scheduled as follows:

> Monday, January 12, 2026:
> Viewing: 3:00 p.m. – 6:00 p.m.
> Rosary: 6:00 p.m. – 7:00 p.m.

Tuesday, January 13, 2026:
Doors open: 9:00 a.m.
Funeral service: 11:00 a.m. – 12:00 p.m.
Burial: 1:00 p.m. at Skyvue Funeral Home Cemetery, 7220 Rendon Bloodworth Rd., Mansfield, Texas 76063, (817) 478-6955.

Defendant primarily requests temporary release to attend the Tuesday funeral service and burial. Attendance at the Monday viewing and rosary is requested only if feasible within United States Marshals Service security and logistical constraints.

### III.     LIMITED AND CONTROLLED REQUEST

Defendant seeks a narrowly tailored, time-limited custodial transport under escort of the United States Marshals Service, solely to attend the funeral services described above, with immediate return to custody thereafter. All logistical details, timing, and security measures shall be determined in the sole discretion of the United States Marshals Service.

### IV.     PRAYER

WHEREFORE, Defendant respectfully prays that the Court grant this Motion pursuant to 18 U.S.C. § 3142(i), or, in the alternative, grant such other relief as the Court deems just and proper, including video attendance if physical attendance is not feasible.

Respectfully submitted,

THE CLAYTON LAW FIRM, P.C.
5555 Bridge St, Suite 102
Fort Worth, Texas 76112
Tel: (469) 251-2554
Fax: (469) 453-3183


By:/s/MarQuetta A. Clayton
MarQuetta A. Clayton
State Bar No. 24091554
mclayton@theclaytonlaw.com
Attorney for Defendant Maricela Rueda

## CERTIFICATE OF CONFERENCE

Counsel for the government, Assistant United States Attorney Laura Montes, communicated with counsel for Defendant Rueda on this motion on January 9, 2026, and he stated that the Government is opposed to this motion.

Respectfully Submitted,

/s/ MarQuetta A. Clayton
MarQuetta A. Clayton
Attorney for Defendant Maricela Rueda

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2026, I filed the foregoing motion with the Clerk for the United States District Court for the Northern District of Texas by means of electronic filing ECF. The electronic case filing system sent a "Notice of Electronic Filing and attorneys of record who have consented in writing to accept this Notice as service of the document by electronic means.

/s/ MarQuetta A. Clayton
MarQuetta A. Clayton
Attorney for Defendant Maricela Rueda