UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.                                        **No. 4:25-cr-00259-P**

**MARICELA RUEDA (06),**

   Defendant.

## ORDER

   Before the Court is Defendant Maricela Rueda's Motion for Temporary Release. ECF No. 174. Given the nature of the case and charges against the Defendant, the Court finds that the Motion should be and hereby is **DENIED.**

   **SO ORDERED** on this **9th day of January 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE