STATE OF TEXAS       §

COUNTY OF DALLAS  §

## AFFIDAVIT

Phillip Wayne Hayes appeared before me today and stated under oath:

"My name is Phillip W. Hayes. I am above the age of eighteen years, and I am fully competent to make this affidavit. The statements in this affidavit are within my personal knowledge and are true and correct.

"Affiant certifies having read the following: (1) *Dondi Properties Corp. v. Commerce Savings & Loan Assoc.*, 121 F.R.D. 284 (N.D. Tex. 1988); (2) the Local Civil Rules of the United States District Court for the Northern District of Texas and this Court's Judge Specific Requirements; (3) the Texas Lawyers Creed; (4) the Texas Rules of Professional Conduct; and (5) the Federal Rules of Criminal Procedure. Affiant understands and will comply with the aforementioned five documents."

_____
Affiant

SIGNED under oath before me on January 15, 2026.

GRACIELA ITZEL GANDARA
Notary Public, State of Texas
Comm. Expires 11-10-2028
Notary ID 130896155

_____
Notary Public In and For
The State of Texas

AFFIDAVIT – Page 1