IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 4:25-CR-259-P |
| CAMERON ARNOLD et al | |

SECOND SUPPLEMENTAL NOTICE OF EXPERT TESTIMONY

TO THE HONORABLE MARK T. PITTMAN, U.S. DISTRICT JUDGE:

The United States of America hereby supplements its Notice and Supplemental Notice of Expert Testimony, and would respectfully show this Court as follows:

In addition to the expert witnesses previously identified, the government expects to call the following additional expert witnesses:

(1) Special Agent T. Page, FBI, to testify about the location data of relevant cellular telephones in the investigation. Agent Page's draft reports were produced in government's production #12.

*[Remainder of page intentionally left blank]*

The government does not anticipate receiving additional expert reports in this case, but it will produce any that are subsequently received.

Respectfully Submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

*s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney
State Bar of Texas No. 24033206
801 Cherry Street, Unit #4
Burnett Plaza, Suite 1700
Fort Worth, TX   76102-6897
Telephone:   817-252-5200
Email: Shawn.Smith2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2026, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorney of record who has consented in writing to accept this Notice as service of this document by electronic means.

*s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney