UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § § | |
| v. | § § | 4:25-CR-259-P |
| DANIEL ROLANDO SANCHEZ ESTRADA (09) | § § | |

### DEFENDANT DANIEL ROLANDO SANCHEZ ESTRADA'S DESIGNATION OF EXPERT WITNESSES

Defendant Daniel Rolando Sanchez Estrada by and through his counsel, Assistant Federal Public Defender, Christopher J. Weinbel, hereby files the following designation of expert witnesses in the above-styled case:

(1) Handwriting Examiner Larry Peters

Counsel for Mr. Sanchez anticipates calling Larry Peters, a qualified forensic handwriting examiner, to testify at trial. Mr. Peters is expected to offer opinions regarding the authorship of handwriting appearing on documents found in boxes allegedly carried by Mr. Sanchez. These documents were produced to the defense by the Government during discovery in this case.

Respectfully submitted,

JASON HAWKINS
Federal Public Defender
Northern District of Texas

*/s/ Christopher J. Weinbel*
CHRISTOPHER J. WEINBEL
Assistant Federal Public Defender

Texas State Bar No. 24121196  
819 Taylor Street, Room 9A10  
Fort Worth, TX  76102  
(817) 978-2753  
Fax: (817) 978-2757  
Christopher_Weinbel@fd.org

### CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with AUSA Frank Gatto on February 3, 2026, and confirmed the Government is unopposed to the filing of this document.

*/s/ Christopher Weinbel*
Christopher Weinbel

### CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2026, I electronically filed the foregoing document using the Court's CM/ECF system, thereby providing service on attorneys of record.

*/s/ Christopher Weinbel*
Christopher Weinbel