**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **VS.** | * | **CRIM. NO. 4:25-CR-00259(07)** |
| | * | |
| **ELIZABETH SOTO** | * | |

**DESIGNATION OF EXPERT WITNESS**

**TO THE HONORABLE U.S. DISTRICT MARK T. PITTMAN:**

 **COMES NOW ELIZABETH SOTO,** by and through her attorneys of record, Harmony M. Schuerman and Blake Burns, hereby files the following designation of expert witness in the above-styled case:

 1) **Gunshot Residue Expert Jackson Dimalanta**

  Counsel for Ms. Soto anticipates calling Jackson Dimalanta, a qualified gunshot residue examiner, to testify at trial. Mr. Dimalanta is expected to offer opinions regarding the gunshot residue analysis that was performed in this case on Ms. Soto. The Government provided the GSR Analysis Laboratory Report to the defense during discovery in this case.

     Respectfully submitted,

     /s/ Harmony Schuerman
     HARMONY SCHUERMAN
     SBN: 24062991
     115 N. Henderson Street
     Fort Worth, Texas 76102
     Phone: 817/406-8665
     harmony@hmscriminallaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Filing" to the following attorney of record, who has consented in writing to accept this notice as service of this document by electronic means: Shawn Smith, Assistant United States Attorney, shawn.smith@usdoj.gov.

/s/ Harmony Schuerman
HARMONY SCHUERMAN