IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CAUSE NO.: 4:25-CR-00259-P |
| | § | |
| ZACHARY EVETTS (02) | § | |

### DEFENDANT ZACHARY EVETTS'S NOTICE OF EXPERT DESIGNATION

1. Defendant Zachary Evetts, by and through undersigned counsel, respectfully notifies the Court and the government that it designates the following individuals as expert witnesses in this case:

> Anne Speckhard
> Forensic Psychologist / Counter Terrorism Expert
> 6109 Ramshorn Place, McLean, Virginia 22101
> (further contact information in attached curriculum vitae)

2. Dr. Anne Speckhard, Ph.D. is an expert in psychology, terrorism, and counter-terrorism. She served as an adjunct associate professor of psychiatry in the Georgetown University Medical School for over twenty years. She continues to lead the International Center for the Study of Violent Extremism (ICSVE) at Georgetown University, which she founded in 2016. ICSVE has been the recipient of research funds from the European Union, the State of Qatar, the United Nations, and the U.S. Departments of State, of Homeland Security, Defense, and Justice. Dr. Speckhard has consulted and worked closely with the FBI and other global security agencies. Dr. Speckhard's brief biography is Attachment 1 to this Notice.

3. Dr. Speckhard has in-depth interviewed over 800 terrorists and violent extremists including those from ISIS, al Qaeda, al-Shabaab, white supremacist groups, anti-government militias, and persons stating they represent antifascism. She and ICSVE have studied terrorist recruitment, the trajectories into and back out of terrorism, created hundreds of counternarrative

materials for the prevention of terrorist recruitment (sponsored by the state of Qatar, the EU, the US Department of State, UN Women and Facebook), developed and consulted on terrorist deradicalization programs (for European countries, US, Maldives, Australia, etc.). She has published hundreds of reports, academic papers and books on the subject of terrorism, and appeared as an expert on major media outlets (MSNBC, Fox, ABC, BBC, NPR, etc.) and in major newspapers (New York Times, Washington Post, Time, Newsweek, London Times, etc.). Dr. Speckhard's curriculum vitae is Attachment 2 to this Notice.

4. Dr. Speckhard will be testifying on what is, and what is not, a terrorist group; and how terrorist groups recruit, organize and propel individuals into carrying out terrorist acts. She will testify on what Antifa is, and is not, and she will rebut and critique the testimony of Mr. Shideler. She will also opine on the actions of Mr. Evetts as it relates to known and recognized terrorist behaviors, vice lawful political or civic action, exercising First Amendment rights. Dr. Speckhard's report is Attachment 3 to this Notice.

5. Summary of attachments:

   Attachment 1:  Dr. Speckhard biography

   Attachment 2: Dr. Speckhard curriculum vitae

   Attachment 3: Dr. Speckhard expert report

Respectfully Submitted,

*/s/ Patrick J. McLain*
Patrick J. McLain
Attorney for Zachary Evetts
Texas State Bar Number: 13737480
900 Jackson Street, Suite 640
Dallas, Texas 75204
Telephone: (214) 416-9100
patrick@patrickjmclain.com

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing Defense Expert Designation was delivered via electronic mail to the office of the United States Attorney for the Northern District of Texas, Fort Worth Division, on 3 February 2026.

      */s/ Patrick J. McLain*
      Patrick J. McLain