CURRICULUM VITAE – Dr. Anne Speckhard – 2 February 2026

**PERSONAL DATA**:

| | |
|---|---|
| Name: | ANNE CATHERINE SPECKHARD |
| Date of Birth: | November 29, l957 |
| Place of Birth: | Wausau, Wisconsin |
| Office: | 6109 Ramshorn Place, McLean, Virginia 22101 |
| Telephone: | Office 571-335-2021 |

**EDUCATION:**

| | |
|---|---|
| Ph.D. | University of Minnesota at St. Paul, l985<br>(Major: Family Social Science) |
| M.S. | University of Wisconsin at Madison, l981<br>(Major: Child & Family Studies) |
| B.S. | University of Wisconsin at Madison, l980 |

**EMPLOYMENT:**

| | |
|---|---|
| 2015- Present | Founder/CEO/Director, International Center for the Study of Violent Extremism (ICSVE) |
| 1985 -Present | Private Clinical, Research and Consulting Practice<br>Individual, Marriage & Family Therapy,<br>Forensic Psychology, and Traumatology Consultant |
| 2002 – 2023 | Adjunct Associate Professor of Psychiatry/Affiliate,<br>Georgetown University Medical School, Washington, D.C. |
| 2014 – 2021 | Adjunct Associate Professor/Affiliate of Security Studies,<br>Georgetown University School of Foreign Service, Washington, D.C. |
| 2008 – 2010 | Adjunct Medical Consultant to RAND, Arlington, VA |
| 2001 – 2006 | Adjunct Research Professor of Psychology, Vesalius College,<br>Free University of Brussels |
| 2004 – 2005 | Family Violence Education Specialist, Army Community Service,<br>NATO Support Activity, Brussels, Belgium |

1993 - 1996    Founder and Chairperson of the **Trauma, Loss and Dissociation: Foundations of 21st Century Traumatology Annual Conferences** (co-sponsored in 1996 by Georgetown University Medical Center)

1983 - l985    Public Health Service Fellow, U.S. Department of Health & Human Service, Offices of Adolescent Pregnancy Services and Family Planning, Research Fellow and Policy Analyst, Washington, D.C.

Summer l983    Graduate Faculty (Limited Teaching Status) - Family Social Science Department, University of Minnesota, l983.

1982 - 1983    Research Assistant - University of Minnesota, Department of Family Social Science.

l982    Teaching Assistant - University of Wisconsin, Department of Child & Family Studies.  "Family Relationships, 366."

l980 - 1981    Research Assistant - University of Wisconsin, Department of Child & Family Studies.

1980 - l981    Co-Facilitator, Adolescent Stress Challenge Group, Lutheran Social Services of Wisconsin (Included rock climbing, rappelling, ropes courses, camping, and other recreational activities to enhance adolescents' sense of competency and self esteem, and provision of in home family therapy services to delinquent adolescents and their families.)


## FELLOWSHIPS AND ADVISORY POSITIONS

2023 -2025    Advisor for the Meta Policy Forum on Dangerous Organization and Individuals

2023 – Present Advisor for We the Veterans – Targeted Violence Prevention

2023 - Present Member of the Advisory Board - Military Veterans in Journalism

2020 – 2021    Repatriate the Children Board of Advisors

2018 – Present MEMRI Board of Advisors

2018 – 2023    Facebook Public Safety Program – Grantee/Advisor

2018 – 2022    International Consensus Guidelines Committee (ICGC)/Canadian Practitioners Network for the Prevention of Radicalization and Extremist Violence

2016 - 2020    U.S. Department of State's Bureau of International Information Programs (IIP) U.S. Speaker Program Countering Violent Extremism Expert – Lectured throughout Thailand,

Malaysia, Austria, Switzerland, the Netherlands, Iraq and Canada to police, security officials, academics, experts, policy makers, etc.

2015 – Present Trends – Nonresident Fellow – Abu Dhabi, United Arab Emirates

2015 - 2020    Speaker for Hedayah Center of Excellence – Abu Dhabi, United Arab Emirates

2011 – 2019    Lecturer for NATO Centres of Excellence – Riga, Latvia and Ankara, Turkey

2015 – 2018    Global Journalist Security – Senior Advisor for Psychological Security

Guest Professor/Lecturer  Johns Hopkins University, American University, U.S. Naval Postgraduate School, Marshall Center Applied Security Studies Program, University of Leuven.

## PROFESSIONAL AFFILIATIONS, CERTIFICATIONS, AND LICENSURE:

American Association of Clinical Hypnosis (former member)

American Association of Marriage & Family Therapists, (former Clinical Member)

American College of Forensic Examiners -Fellow (Former Member Board Certified Forensic

Association of Foreign Press Correspondents

Examiner, Diplomate of the American Board of Forensic Medicine & Diplomate of the

American Board of Psychological Specialties 1999-2003)

American Psychological Association (Member)

Commonwealth of Virginia, Examiner for the Board of Professional Counselors

Commonwealth of Virginia, Licensed Professional Counselor, (#0701001125)

Commonwealth of Virginia, Marriage and Family Therapy License (#0717000812)

EU Consortium on Political Research - Group on Extremism & Democracy (Former Member)

International Association of Trauma Counselors (Former Member)

International Society for Traumatic Stress Studies, (Former Member)

Northern Virginia Counselors Association (Former Member)

Omicron Nu (National Honor Society)

Phi Kappa Phi (National Graduate Honor Society)

Phi Upsilon Omicron (National Honor Society)

Sexual Abuse Network of Northern VA (Member to 1996)

United Nations Roster of Experts for the Terrorism Prevention Branch (Member)

Virginia Association of Clinical Counselors (Former Member)

Virginia Association of Marriage & Family Therapists (Clinical Member to 1999)

Virginia Counselors Association (Former Member)

Washington Evolutionary Systems Society (Member to 1998)

Washington Society for Clinical Hypnosis (Visiting Member to 1998)

Washington, D.C. Metro Chapter of the International Society for Traumatic Stress Studies (Former Secretary, Member at Large)

Washington, D.C. Metro Dissociative Identity Disorder Study Group (Former Member)

## **HOSPITAL AFFILIATIONS:**

1994 – 1998                    Dominion Hospital – Affiliated Allied Health Professional

## **REVIEW AND EDITORIAL BOARDS:**

2024 – Present          Aggression and Violent Behavior (Ad Hoc Reviewer)

2024 – Present          Reviewer for Swiss National Science Foundation (Grant Reviewer)

2024 – Present          Peace and Conflict Critical Studies on Terrorism (Ad Hoc Reviewer)

2022 – Present          Women & Criminal Justice (Ad Hoc Reviewer)

2020 – Present          Tolerance in International Relations (Editorial Board)

2017 – Present          International Peacekeeping (Ad Hoc Reviewer)

2017 – Present          Critical Studies on Terrorism (Ad Hoc Reviewer)

2016 – Present          Security Studies (Ad Hoc Reviewer)

2015 – Present          Crime, Law and Social Change (Reviewer)

2013 – Present          Journal of Terrorism and Political Violence (Ad Hoc Reviewer)

2013 – Present          Perspectives on Terrorism (Editorial Board Member and Reviewer)

2013 – Present          Cooperation and Conflict (Reviewer)

2013 – Present          Ammons Scientific (Reviewer)

2012 – Present          Studies in Conflict & Terrorism (Ad Hoc Reviewer)

| 2011 – Present | International Security (Ad Hoc Reviewer) |
| 2010 – Present | European Science Foundation (Reviewer) |
| 2007 – Present | General Hospital Psychiatry (Reviewer) |
| 2006 – Present (Reviewer) | Biosecurity and Bioterrorism: Biodefense Strategy, Practice and Science |
| 2006 – Present | Israel Science Foundation (Reviewer) |
| 2004 – Present | Journal of Traumatology (Editorial Board Member and Reviewer) |
| 1996 – Present | Journal of Traumatic Stress (Ad Hoc Reviewer) |
| 1992 – Present | Journal of Traumatic Stress (Ad Hoc Book Reviewer) |
| 2006 | Canadian Ministry of Defense Research Division (Reviewer) |
| 1996 | Treating Abuse Today |
| 1996 | Death and Trauma: The Traumatology of Surviving edited by Charles Figley (Chapter Reviewer) |

## **PUBLICATIONS:**

Speckhard, A., Ellenberg, M & Sheik Ali (in press). Militant Jihadist Exploitation of Youth and Young Adult Vulnerabilities in the Maldives.

Kruglanski, A. W., Ellenberg, M., Szumowska, E., Molinario, E., Speckhard, A., Leander, N. P., Pierro, A., Di Cicco, G., & Bushman, B. J. (in press). Frustration-aggression hypothesis reconsidered: On the psychology of significance-promoting violence. *Aggressive Behavior*. DOI: 10.1002/ab.22092  Altmetric

Speckhard, Anne (February 26, 2023). ISIS Women Using 13-Year-Old Boys as Sex Slaves To Breed New Fighters. *The Media Line*. Retrieved from https://themedialine.org/news/opinion/opinion-isis-women-using-13-year-old-boys-as-sex-slaves-to-breed-new-fighters/

Speckhard, Anne (February 23, 2023). ISIS Women Accused of Turning Teen Boys Into Human Stud Farm in Syria. The Daily Beast. Retrieved from https://www.thedailybeast.com/isis-women-accused-of-turning-teen-boys-into-human-stud-farm-in-syria

Anne Speckhard & Molly Ellenberg (Feb 23, 2023). Ethical Arguments for the Separation of ISIS Affiliated Male Youth from their Mothers into Rehabilitation Programs. *Homeland Security Today* retrieved from https://www.hstoday.us/subject-matter-areas/counterterrorism/ethical-arguments-for-the-separation-of-isis-affiliated-male-youth-from-their-mothers-into-rehabilitation-programs/

Speckhard, Anne & Ellenberg, Molly. (January 16, 2023). An Analysis of Active-Duty and Veteran Military Members Involved in White Supremacist and Violent Anti-Government Militias and Groups: 2017-2022. *ICSVE Research Reports*. Retrieved from https://www.icsve.org/topics/research-reports/

Speckhard, Anne & Ellenberg, Molly (January 9, 2023). Four Intersections Between Police and Violent Extremism that Cannot be Ignored. *Homeland Security Today.* Retrieved from https://www.hstoday.us/featured/perspective-four-intersections-between-policing-and-violent-extremism-that-cannot-be-ignored/

Speckhard, Anne. (2023). *Homegrown Hate: Inside the Minds of Domestic Violent Extremists*. Advances Press, LLC.

Speckhard, A., & Ellenberg, M. (2022). Self-reported psychiatric disorder and perceived psychological symptom rates among involuntary celibates (incels) and their perceptions of mental health treatment. *Behavioral Sciences of Terrorism and Political Aggression*, 1-18.

Speckhard, Anne, Warren, Wilson W., Strezishar, Kate, and Ellenberg, Molly (April 5, 2022). PERSPECTIVE: A Summer Inside QAnon and White Supremacist Online Forums. Homeland Security Today.

Ellenberg, M., & Speckhard, A. (2021). Intellectual and Ideological Expansion of the Islamic State (*Daesh*) in Africa. *HORN Bulletin, 4*(6), 11-20.

Speckhard, A., & Ellenberg, M. (2021). ISIS and the allure of gender roles. *Women & Criminal Justice,* 1-21.

Speckhard, A., & Ellenberg, M. (2021). Disrupting ISIS Recruitment with the *Breaking the ISIS Brand* Counter Narrative Project. In Höhn, C., Saavedra, I., & Weyembergh, A. (Eds.), *The fight against terrorism: achievements and challenges: Liber Amicorum Gilles de Kerchove* (pp. 939 - 956). Bruylant.

Speckhard, A., Ellenberg, M., Morton, J., & Ash, A. (2021). Involuntary Celibates' Experiences of and Grievance over Sexual Exclusion and the Potential Threat of Violence Among Those Active in an Online Incel Forum. *Journal of Strategic Security*, *14*(2), 89-121.

Speckhard, A. (2021). Women in preventing and countering violent extremism. *UN Women*
Speckhard, A., Ellenberg, M., & Baddorf, Z. (2021). Breaking the ISIS Brand Counter Narrative Project: Understanding, preventing, and intervening in militant jihadi terrorism and violent

extremism. In Goldstone, A., Alimi, E., Ozeren S., & Cubukcu, S. (Eds.), *From Territorial Defeat to Global ISIS: Lessons Learned* (pp. 94-111). IOS Press.

Speckhard, Anne, Abdul Raheem, Hawwa, Strezishar, Kate, and Ellenberg, Molly (January 24, 2022). Women's Involvement in Countering Violent Extremism and Recruitment to Terrorism in the Maldives. *ICSVE Research Reports*. Retrieved from: https://www.icsve.org/womens-involvement-in-countering-violent-extremism-and-recruitment-to-terrorism-in-the-maldives/

Speckhard, Anne, and Ellenberg, Molly. (December 20, 2021). PERSPECTIVE: The English Voice of ISIS Speaks Out Against the Group. *Homeland Security Today*. Retrieved from: https://www.hstoday.us/subject-matter-areas/terrorism-study/perspective-the-english-voice-of-isis-speaks-out-against-the-group/

Speckhard, Anne, Ellenberg, Molly, and Garret, TM (November 16, 2021). The challenge of extremism in the military is not going away without a new perspective. *Military Times*. Retrieved from: https://www.militarytimes.com/opinion/commentary/2021/11/16/the-challenge-of-extremism-in-the-military-is-not-going-away-without-a-new-perspective/

Speckhard, Anne, Ellenberg, Molly, and Garret, TM (November 11, 2021) The challenge of extremism in the military is not going away without a new perspective. *ICSVE Research Reports*. Retrieved from: https://www.icsve.org/the-challenge-of-extremism-in-the-military-is-not-going-away-without-a-new-perspective/.

Speckhard, Anne (October 25, 2021). How the FBI Nabbed a German ISIS Woman Over 5-Year-Old Girl's Vile Murder. *The Daily Breast*. Retrieved from: https://www.thedailybeast.com/inside-the-fbi-plot-to-nab-jennifer-wenisch-a-german-isis-woman-over-5-year-old-girls-murder

Speckhard, Anne, and Ellenberg, Molly (October 11, 2021). PERSPECTIVE: Who is Accused ISIS Propagandist Mohammed Khalifa?. *Homeland Security Today*. Retrieved from: https://www.hstoday.us/subject-matter-areas/terrorism-study/perspective-who-is-accused-isis-propagandist-mohammed-khalifa/

Speckhard, Anne, and Ellenberg, Molly (August 5, 2021). Rescued American Girl, 8, Says She Was Beaten and Abused In ISIS Camp. *The Daily Beast*. https://www.thedailybeast.com/rescued-american-girl-8-says-she-was-beaten-in-isis-camp?ref=scroll

Speckhard, Anne, and Ellenberg, Molly (June 22, 2021). PERSPECTIVE: New National Strategy for Countering Domestic Terrorism Is a Big Step in the Right Direction. *Homeland Security Today*. Retrieved from: https://www.icsve.org/new-national-strategy-for-countering-domestic-terrorism-is-a-big-step-in-the-right-direction/

Speckhard, Anne, and Ellenberg, Molly (May 17, 2021). White Supremacists Speak: Recruitment, Radicalization & Experiences of Engaging and Disengaging from Hate

Groups. *ICSVE Research Reports.* Retrieved from: https://www.icsve.org/white-supremacists-speak-recruitment-radicalization-experiences-of-engaging-and-disengaging-from-hate-groups/

Speckhard, Anne (April 12, 2021). PERSPECTIVE: Which Lessons Learned from the War on Terror Can Help Us Confront Domestic Terrorism?. *Homeland Security Today*. Retrieved from: https://www.hstoday.us/subject-matter-areas/counterterrorism/perspective-which-lessons-learned-from-the-war-on-terror-can-help-us-confront-domestic-terrorism/

Speckhard, Anne, Ghazi, Maha, and Ellenberg, Molly (March 30, 2021). How Do Those Vulnerable to Terror Recruitment Respond to YouTube Counter-Narrative Videos?. *Homeland Security Today*. Retrieved from: https://www.hstoday.us/subject-matter-areas/counterterrorism/how-do-those-vulnerable-to-terror-recruitment-respond-to-youtube-counter-narrative-videos/

Speckhard, Anne, and Ellenberg, Molly (March 9, 2021). PERSPECTIVE: Effective Deterrence for Terrorism in Canada in a New Decade. *Homeland Security Today*. Retrieved from: https://www.hstoday.us/subject-matter-areas/counterterrorism/perspective-effective-deterrence-for-terrorism-in-canada-in-a-new-decade/

Speckhard, Anne, and Ellenberg, Molly (March 3, 2021). PERSPECTIVE: Incels, Autism, Violent Extremism and the Case of Alek Minassian. *Homeland Security Today*. Retrieved from: https://www.hstoday.us/subject-matter-areas/counterterrorism/perspective-incels-autism-violent-extremism-and-the-case-of-alek-minassian/

Speckhard, Anne, and Ellenberg, Molly (March 2, 2021). Deterrence for Online Radicalization & Recruitment in the 21st Century. *ICSVE Research Reports*. Retrieved from: https://www.icsve.org/deterrence-for-online-radicalization-recruitment-in-the-21st-century/

Speckhard, Anne, Ellenberg, Molly, and Ash, Alexander (February 15, 2021). A Glimpse Inside Incel Ideology. *Homeland Security Today*. Retrieved from: https://www.hstoday.us/subject-matter-areas/counterterrorism/a-glimpse-inside-incel-ideology/#_ftnref1

Speckhard, Anne (February 2, 2021). A Proud Boy Capitol Rioter's Story. *ICSVE Research Reports*. Retrieved from: https://www.icsve.org/?p=7008

Sjöblom-Fodor, Gabriel, and Speckhard, Anne (January 29, 2021). Exceptionalism at the extremes: A Brief Historical Overview of Sweden's ISIS Foreign Terrorist Fighter Problem. *ICSVE Research Reports*. Retrieved from: https://www.icsve.org/exceptionalism-at-the-extremes-a-brief-historical-overview-of-swedens-isis-foreign-terrorist-fighter-problem/

Morton, Jesse, Ash, Alexander, Reidy, Ken, Kates, Naama, Ellenberg, Molly, and Speckhard, Anne (January 21, 2021). Asking Incels (Part 1): Assessing the Impacts of COVID-19 Quarantine and Coverage of the Canadian Terrorism Designation on Incel Isolation and Resentment. *ICSVE Research Reports*. Retrieved from: https://www.icsve.org/asking-incels-part-1-assessing-the-impacts-of-covid-19-quarantine-and-coverage-of-the-canadian-terrorism-designation-on-incel-isolation-and-resentment/

Speckhard, Anne and Ellenberg, Molly (January 20, 2021): Trump vs Biden: Policies countering terrorism and violent extremism. *TRENDS Research*. Retrieved from: https://trendsresearch.org/insight/trump-vs-biden-policies-countering-terrorism-and-violent-extremism/

Speckhard, Anne, Morton, Jesse, Ellenberg, Molly, Kates, Naama, Ash, Alexander, and Reidy, Ken (January 19, 2021). PERSPECTIVE: What Incels Can Tell Us About Isolation, Resentment, and Terror Designations. *Homeland Security Today*. Retrieved from: https://www.hstoday.us/subject-matter-areas/counterterrorism/perspective-what-incels-can-tell-us-about-isolation-resentment-and-terrorism-designations/

Speckhard, Anne, and Ellenberg, Molly (December 20, 2021). PERSPECTIVE: The English Voice of        ISIS Speaks Out Against the Group. *Homeland Security Today*

Speckhard, Anne, Ellenberg, Molly, and Garret, TM (November 17, 2021). The Challenge of        Extremism in the Military Is Not Going Away Without a New Perspective. *Military Times*

Speckhard, Anne, and Ellenberg, Molly (October 11, 2021). PERSPECTIVE: Who is Accused ISIS        Propagandist Mohammed Khalifa? *Homeland Security Today*

Speckhard, Anne, and Ellenberg, Molly (August 5, 2021). Rescued American Girl, 8, Says She Was        Beaten and Abused In ISIS Camp. *The Daily Beast*

Speckhard, Anne, and Ellenberg, Molly (June 22, 2021). PERSPECTIVE: New National Strategy for        Countering Domestic Terrorism Is a Big Step in the Right Direction. *Homeland Security        Today*

Speckhard, Anne, and Ellenberg, Molly (May 17, 2021): PERSPECTIVE: What White Supremacists   Tell Us About Recruitment and Deradicalization. *Homeland Security Today*

Speckhard, Anne, and Ellenberg, Molly (April 13, 2021). PERSPECTIVE: Effective Deterrence for        Terrorism in Canada in a New Decade. *Homeland Security Today*

Speckhard, Anne, Ghazi, Maha, and Ellenberg, Molly (March 30, 2021). How Do Those Vulnerable to Terror Recruitment Respond to YouTube Counter-Narrative Videos? *Homeland Security Today*

Speckhard, Anne, and Ellenberg, Molly (March 3, 2021). PERSPECTIVE: Incels, Autism, ViolentExtremism and the Case of Alek Minassian. *Homeland Security Today*

Speckhard, Anne, Ellenberg, Molly, and Ash, Alexander (February 15, 2021). A Glimpse Inside Incel Ideology. *Homeland Security Today*

Speckhard, Anne and Ellenberg, Molly (January 20, 2021). Trump vs Biden: Policies countering terrorism and violent extremism. *TRENDS Research*

Speckhard, Anne, Morton, Jesse, Ellenberg, Molly, Kates, Naama, Ash, Alexander, and Reidy, Ken (January 19, 2021). PERSPECTIVE: What Incels Can Tell Us About Isolation, Resentment, and Terror Designations. *Homeland Security Today*

Kruglanski, A., Gunaratna, R., Ellenberg, M., & Speckhard, A. (2020). Terrorism in the Time of the Pandemic: Exploiting Mayhem. *Global Security: Health, Science and Policy, 5*(1), 121-132.

Speckhard, A., & Ellenberg, M. (2020). The Effects of Assad's Atrocities and the Call to Foreign Fighters to Come to Syria on the Rise and Fall of the ISIS Caliphate. *Behavioral Sciences of Terrorism and Political Aggression*, 1-17.

Speckhard, A., & Ellenberg, M. (2020). Breaking the ISIS Brand Counter Narrative Campaigns in Europe. *Journal of Strategic Security, 13*(3), 120-148.

Speckhard, A., Ellenberg, M., Shaghati, H., & Izadi, N. (2020). Hypertargeting Facebook Profiles Vulnerable to ISIS Recruitment with "Breaking the ISIS Brand Counter-Narrative Video Clips" in Multiple Facebook Campaigns. *Journal of Human Security, 16*(1), 16-29.

Speckhard, A., Ellenberg, M., & Ahmed, M. (2020). Jihad is our Way: Testing a Counter Narrative Video in Two Somali American Focus Groups. *Bildhaan: An International Journal of Somali Studies, 20*(1), 8.

Speckhard, A., Ellenberg, M., Shaghati, H., & Izadi, N. (2020) Anti-ISIS and Anti-Western: An Examination of Comments on ISIS Counter Narrative Facebook Videos. *International Studies Journal, 16(3)*, 127-156.

Speckhard, Anne and Ellenberg, Molly (November 16, 2020). Can Case of Samantha Elhassani Be a Positive Example of Repatriation of Other ISIS Wives?. *Homeland Security Today*. Retrieved from: https://www.hstoday.us/subject-matter-areas/counterterrorism/can-case-of-samantha-elhassani-be-a-positive-example-for-repatriation-of-other-isis-wives/

Speckhard, Anne, Thakkar, Mona, and Ellenberg, Molly (November 9, 2020). European Attacks and the Uproar Over Hate Speech as ISIS Virtual Caliphate Continues to Reign. *Homeland Security Today*. Retrieved from: https://www.hstoday.us/subject-matter-areas/counterterrorism/european-attacks-and-the-uproar-over-hate-speech-as-isis-virtual-caliphate-continues-to-reign/

Speckhard, Anne and Ellenberg, Molly (November 8, 2020). PERSPECTIVE: Qatar Takes a Major Step Toward a Freer Society. *Homeland Security Today*. Retrieved from: https://www.hstoday.us/subject-matter-areas/counterterrorism/perspective-qatar-takes-a-major-step-toward-a-freer-society/

Speckhard, Anne and Ellenberg, Molly (October 26, 2020). Will Upcoming Trials of ISIS Women in Northeast Syria Speed Up Repatriations of Some?. *Homeland Security Today*. Retrieved from: https://www.hstoday.us/subject-matter-areas/counterterrorism/will-upcoming-trials-of-isis-women-in-northeast-syria-speed-up-repatriations-of-some/

Speckhard, Anne and Thakkar, Mona. (September 23, 2020). ISIS-Linked Digital Activism and Sympathy-Raising on Behalf of ISIS Women Held in SDF Camps. *Homeland Security Today*. Retrieved from: https://www.hstoday.us/subject-matter-areas/counterterrorism/isis-linked-digital-activism-and-sympathy-raising-on-behalf-of-isis-women-held-in-sdf-camps/

Speckhard, Anne (September 8, 2020). PERSPECTIVE: ISIS Death in SDF Prison Raises Questions About Repatriation Before They Face Death. *Homeland Security Today*. Retrieved from: https://www.hstoday.us/subject-matter-areas/counterterrorism/perspective-isis-death-in-sdf-prison-raises-questions-about-repatriation-before-they-face-death/

Speckhard, Anne, Thakkar, Mona, and Ellenberg, Molly (September 7, 2020). Social Media Tracking of ISIS Women and Real-Life Actions of ISIS Men on Their Behalf. *Homeland Security Today*. Retrieved from: https://www.hstoday.us/subject-matter-areas/counterterrorism/social-media-tracking-of-isis-women-and-real-life-actions-of-isis-men-on-their-behalf/

Speckhard, Anne and Ellenberg, Molly (August 31, 2020). How Men and Women Were Drawn to the Hyper-Gendered ISIS Caliphate. *Homeland Security Today*. Retrieved from: https://www.hstoday.us/subject-matter-areas/counterterrorism/perspective-how-men-and-women-were-drawn-to-the-hyper-gendered-isis-caliphate/

Speckhard, Anne and Ellenberg, Molly (August 25, 2020). Jesse Morton: A Story of Trauma and Radicalization. *Homeland Security Today*. Retrieved from:

Speckhard, Anne and Ellenberg, Molly (August 3, 2020). Spontaneous Deradicalization and the Path to Repatriate Some ISIS Members. *Homeland Security Today*. Retrieved from:

Speckhard, Anne and Ellenberg, Molly (July 21, 2020). ISIS and the Militant Jihad on Instagram. *Homeland Security Today*. Retrieved from: https://www.hstoday.us/subject-matter-areas/cybersecurity/isis-and-the-militant-jihad-on-instagram/

Speckhard, Anne and Ellenberg, Molly (July 20, 2020). Is Turkey a Bad Actor in Regard to ISIS Prisoners Being Held in SDF Territory?. *Homeland Security Today*. Retrieved from: https://www.hstoday.us/subject-matter-areas/counterterrorism/is-turkey-a-bad-actor-in-regard-to-isis-prisoners-being-held-in-sdf-territory/

Speckhard, A., Ellenberg, M., Shaghati, H., & Izadi, N. (2020) Anti-ISIS and Anti-Western: An Examination of Comments on ISIS Counter Narrative Facebook Videos. *International Studies Journal, 16(3)*, 127-156.

Speckhard, Anne and Ellenberg, Molly (July 7, 2020). PERSPECTIVE: Can We Repatriate the ISIS Children*?*. *Homeland Security Today*. Retrieved from: https://www.hstoday.us/subject-matter-areas/counterterrorism/perspective-can-we-repatriate-the-isis-children/

Speckhard, Anne and Ellenberg, Molly (June 23, 2020). Can an ISIS Terrorist be Rehabilitated and Reintegrated into Society*?*. *Homeland Security Today*. Retrieved from: https://www.hstoday.us/subject-matter-areas/counterterrorism/can-an-isis-terrorist-be-rehabilitated-and-reintegrated-into-society/

Speckhard, Anne and Ellenberg, Molly (June 22, 2020). The Security Risk Posed by ISIS Women Smuggling Out of Camp Hol. *Homeland Security Today*. Retrieved from: https://www.hstoday.us/subject-matter-areas/counterterrorism/the-security-risk-posed-by-isis-women-smuggling-their-way-out-of-camp-hol/

Speckhard, Anne and Ellenberg, Molly (June 2, 2020). PERSPECTIVE: Why Branding Antifa a Terror Group Is a Diversion. *Homeland Security Today*. Retrieved from: https://www.hstoday.us/subject-matter-areas/counterterrorism/perspective-why-branding-antifa-a-terror-group-is-a-diversion/

Speckhard, Anne and Ellenberg, Molly (June 2, 2020). The Curious Case of ISIS's Recent Audio Diatribe About Qatar. *Homeland Security Today*. Retrieved from: https://www.hstoday.us/subject-matter-areas/counterterrorism/the-curious-case-of-isiss-recent-audio-diatribe-about-qatar/

Speckhard, Anne and Sjöblom-Fodor, Gabriel (May 25, 2020). Finland's Challenges Facing Potential Repatriation of ISIS Detainees. *Homeland Security Today*. Retrieved from: https://www.hstoday.us/subject-matter-areas/counterterrorism/finlands-challenges-facing-potential-repatriation-of-isis-detainees/

Speckhard, Anne and Ellenberg, Molly (May 24, 2020). Inside the Sisterhood Springing Jihadis from Jail. *The Daily Beast*. https://www.thedailybeast.com/inside-the-sisterhood-springing-jihadis-from-jail?ref=scroll

Speckhard, Anne and Ellenberg, Molly (May 12, 2020). How Assad's Atrocities Became a Powerful Motivator for Terrorist Recruitment. *Homeland Security Today*. Retrieved from: https://www.hstoday.us/subject-matter-areas/counterterrorism/how-assads-atrocities-became-a-powerful-motivator-for-terrorist-recruitment/

Speckhard, Anne (April 28, 2020). Recruiting from Beyond the Grave: A European Follows Anwar al-Awlaki Into ISIS. *Homeland Security Today* Retrieved from: https://www.hstoday.us/subject-matter-areas/counterterrorism/recruiting-from-beyond-the-grave-a-european-follows-anwar-al-awlaki-into-isis/

Speckhard, Anne and Ellenberg, Molly (April 21, 2020). PERSPECTIVE: Delegitimizing ISIS and Militant Jihadist Ideologies May Also Require Addressing Anti-Western Biases. *Homeland Security Today* Retrieved from: https://www.hstoday.us/subject-matter-

areas/counterterrorism/perspective-delegitimizing-isis-and-militant-jihadist-ideologies-may-also-require-addressing-anti-western-biases/

Speckhard, Anne, & Ellenberg, Molly (April 15, 2020). Is Internet Recruitment Enough to Seduce a Vulnerable Individual Into Terrorism?. *Homeland Security Today* Retrieved from: https://www.hstoday.us/subject-matter-areas/counterterrorism/is-internet-recruitment-enough-to-seduce-a-vulnerable-individual-into-terrorism/

Speckhard, Anne (April 7, 2020). Lessons from Chernobyl, Terrorism on Dealing with Mental Health Challenges of COVID-19. *Homeland Security Today.* Retrieved from: https://www.hstoday.us/subject-matter-areas/emergency-preparedness/lessons-from-chernobyl-terrorism-on-dealing-with-mental-health-challenges-of-covid-19/

Speckhard, Anne, Mahamud, Othman, & Ellenberg, Molly (April 3, 2020). When Religion and Culture Kill: COVID-19 in the Somali Diaspora Communities in Sweden. *Homeland Security Today* Retrieved from: https://www.hstoday.us/subject-matter-areas/counterterrorism/when-religion-and-culture-kill-covid-19-in-the-somali-diaspora-communities-in-sweden/

Speckhard, A., & Ellenberg, M. (2020). ISIS in Their Own Words: Recruitment History, Motivations for Joining, Travel, Experiences in ISIS, and Disillusionment over Time - Analysis of 220 In-Depth Interviews of Returnees, Defectors and Prisoners. *Journal of Strategic Security*, *13*(1), 82–127.

Speckhard, Anne (March 31, 2020). Kimberly Pullman: A Canadian Woman Lured Over the Internet to the ISIS Caliphate. *Homeland Security Today* Retrieved from: https://www.hstoday.us/subject-matter-areas/counterterrorism/kimberly-pullman-a-canadian-woman-lured-over-the-internet-to-the-isis-caliphate/

Speckhard, Anne (March 2, 2020). Leaked Document Reveals EU in Talks with Syrian Democratic Forces About the Fate of EU ISIS Detainees. *Homeland Security Today* Retrieved from: https://www.hstoday.us/subject-matter-areas/counterterrorism/leaked-document-reveals-eu-in-talks-with-syrian-democratic-forces-about-the-fate-of-eu-isis-detainees/

Speckhard, Anne (February 10, 2020) Psycho-social and Islamic Challenge Approaches to in-Prison Treatment of Militant Jihadis. *ICSVE Research Reports*. https://www.icsve.org/psycho-social-and-islamic-challenge-approaches-to-in-prison-treatment-of-militant-jihadis/(opens in a new tab)

Speckhard, Anne (January 14, 2020). PERSPECTIVE: Ireland's Lisa Smith Is a Test Run on Repatriation of ISIS Women. *Homeland Security Today* Retrieved from: https://www.hstoday.us/subject-matter-areas/counterterrorism/perspective-irelands-lisa-smith-is-a-test-run-on-repatriation-of-isis-women/

Speckhard, Anne (January 6, 2020). PERSPECTIVE: What are the Legal and Moral Issues and Repercussions of the U.S. Assassination of Soleimani?. *Homeland Security Today* Retrieved

from: https://www.hstoday.us/subject-matter-areas/counterterrorism/perspective-what-are-the-legal-and-moral-issues-and-repercussions-of-the-u-s-assassination-of-soleimani/

Speckhard, Anne (December 31, 2019). Perspective: U.S. - Iran Proxy Battles in Iraq and the Struggle for a Coherent Foreign Policy. *Homeland Security Today* Retrieved from: https://www.hstoday.us/subject-matter-areas/counterterrorism/perspective-u-s-iran-proxy-battles-in-iraq-and-the-struggle-for-a-coherent-foreign-policy/

Speckhard, A., UN Women Manual (2020) "Gender and Preventing Violent Extremism Curriculum," (Europe, Central Asia, and the Balkans focused), in press, UN Women. New York

Speckhard, A., & Shajkovci, A. "Virtual War: Fighting Al Shabaab in Cyberspaces." (2019) Horn Bulletin. https://horninstitute.org/wp-content/uploads/2019/12/HORN-Bulletin-Vol-II-Issue-VI-November-December-2019.pdf

Speckhard, A. (2019, December 31). PERSPECTIVE: U.S.-Iran Proxy Battles in Iraq and the Struggle for a Coherent Foreign Policy. *Homeland Security Today.* Retrieved from https://www.hstoday.us/subject-matter-areas/counterterrorism/perspective-u-s-iran-proxy-battles-in-iraq-and-the-struggle-for-a-coherent-foreign-policy/

Speckhard, A. (2019, December 3). Stopping the Next London Bridge Attack: How to Reduce Risks Posed by Terror Parolees. *Homeland Security Today.* Retrieved from https://www.hstoday.us/subject-matter-areas/counterterrorism/stopping-the-next-london-bridge-attack-how-to-reduce-risks-posed-by-terror-parolees/

Speckhard, A. (2019, November 25). British-Born Jack Letts Discusses Mental Illness and His Path to ISIS. *Homeland Security Today*. Retrieved from https://www.hstoday.us/subject-matter-areas/counterterrorism/british-born-jack-letts-discusses-mental-illness-and-his-path-to-isis/.

Speckhard, A. (2019, November 11). Is Turkey Fueling a New Jihad in Northeast Syria? *Homeland Security Today*. Retrieved from https://www.hstoday.us/subject-matter-areas/counterterrorism/is-turkey-fueling-a-new-jihad-in-northeast-syria/.

Speckhard, A. (2019, November 7). SPECKHARD: Syria's Budding Democracy Is Being Destroyed, But It's Not Too Late To Save It. *Daily Caller.* Retrieved from https://dailycaller.com/2019/11/07/speckhard-syria-democracy/.

Speckhard, A. (2019, October 29). PERSPECTIVE: Baghdadi Just Confirmed ISIS 'Martyrdom' Narrative, Ensuring ISIS Will Live. *Homeland Security Today*. Retrieved from https://www.hstoday.us/subject-matter-areas/counterterrorism/perspective-baghdadi-just-confirmed-isis-martyrdom-narrative-ensuring-isis-will-live/.

Speckhard, A. (2019, October 22). PERSPECTIVE: An ISIS Bride on the Run. *Homeland Security Today*. Retrieved from https://www.hstoday.us/subject-matter-areas/counterterrorism/perspective-an-isis-bride-on-the-run/.

Speckhard, A. (2019, October 17). Imprisoned ISIS Wives and Children Have Nowhere to Run To, Nowhere to Hide. *The Daily Beast.* Retrieved from https://www.thedailybeast.com/imprisoned-isis-wives-and-children-caught-between-bashar-assad-turkish-onslaught-as-kurdish-guards-pull-out-1.

Speckhard, A. (2019, October 15). PERSPECTIVE: 'Fake News' About Our Kurdish Allies Betrayed by Trump. *Homeland Security Today*. Retrieved from https://www.hstoday.us/subject-matter-areas/counterterrorism/perspective-fake-news-about-our-kurdish-allies-betrayed-by-trump/.

Speckhard, A. (2019, October 13). Who are the Real Terrorists in North East Syria? *ICSVE Brief Reports.* Retrieved from https://www.icsve.org/who-are-the-real-terrorists-in-north-east-syria/.

Speckhard, A. (2019, October 7). Kurds Have Been Preparing for Trump's Syria Betrayal-With a Vengeance. *The Daily Beast.* Retrieved from https://www.thedailybeast.com/kurds-have-been-preparing-for-trumps-syria-betrayalwith-a-vengeance.

Speckhard, A., & Shajkovci, A. (2019, October 7). Who Are the ISIS Fighters in Custody, and How Can They Be Repatriated? *Homeland Security Today*. Retrieved from https://www.hstoday.us/subject-matter-areas/counterterrorism/who-are-the-isis-fighters-in-custody-and-how-can-they-be-repatriated/.

Speckhard, A., & Shajkovci, A. (2019, October 1). PERSPECTIVE: SDF Needs Our Help Now as Another Woman in Camp Hol Killed by ISIS Enforcers. *Homeland Security Today*. Retrieved from https://www.hstoday.us/subject-matter-areas/counterterrorism/pespective-sdf-needs-our-help-now-as-another-woman-in-camp-hol-killed-by-isis-enforcers/.

Speckhard, A., & Shajkovci, A. (2019, September 3). Waiting for Return of the Caliphate Among ISIS Enforcers in Syria's al Hol, Ain Issa and Roj Camps. *Homeland Security Today*. Retrieved from https://www.hstoday.us/subject-matter-areas/counterterrorism/waiting-for-the-return-of-the-caliphate-among-isis-enforcers-in-syrias-al-hol-ain-issa-and-roj-camps/.

Speckhard, A., & Shajkovci, A. (2019, July 16). How Dedication, Self-Sacrifice and Courage Can Build a New Democratic, Feminist Society in Rojava, Syria. *Homeland Security Today*. Retrieved from https://www.hstoday.us/subject-matter-areas/counterterrorism/how-dedication-self-sacrifice-and-courage-can-build-a-new-democratic-feminist-society-in-rojava-syria/.

Speckhard, A., & Shajkovci, A. (2019, July 1). PERSPECTIVE: Enacting Western Justice in Regard to ISIS Foreign Fighters and Their Families. *Homeland Security Today*. Retrieved from https://www.hstoday.us/subject-matter-areas/counterterrorism/perspective-enacting-western-justice-in-regard-to-isis-foreign-fighters-and-their-families/.

Speckhard, A., & Shajkovci, A. (2019, June 10). The ISIS 'Honey Trap' to Catch Recruiter Deso Dogg and the Rogue FBI Translator. *Homeland Security Today*. Retrieved from https://www.hstoday.us/subject-matter-areas/counterterrorism/the-isis-honey-trap-to-catch-recruiter-deso-dogg-and-the-rogue-fbi-translator/.

Speckhard, A., & Shajkovci, A. (2019, June 3). PERSPECTIVE: ISIS Fighter Claims Attack Plot Via Mexico, Underscoring Border Vulnerability. *Homeland Security Today*. Retrieved from https://www.hstoday.us/subject-matter-areas/border-security/perspective-isis-fighter-claims-attack-plot-via-mexico-underscoring-border-vulnerability/.

Speckhard, A., & Shajkovci, A. (2019, May 20). Is Iran Testing Trump With Little Attacks in Iraq, Saudi Arabia, and the Persian Gulf? *The Daily Beast.* Retrieved from https://www.thedailybeast.com/is-iran-testing-trump-with-little-attacks-in-iraq-saudi-arabia-and-the-persian-gulf.

Speckhard, A., & Shajkovci, A. (2019, May 7). Real Voices from the Caliphate Talk Back to Abu Bakr al Baghdadi. *Homeland Security Today*. Retrieved from https://www.hstoday.us/subject-matter-areas/counterterrorism/real-voices-from-the-caliphate-talk-back-to-abu-bakr-al-baghdadi/.

Speckhard, A., & Shajkovci, A. (2019, April 29). A Caliphate Resident or Monster Made in Syria? Accused 'Beatle' Alexanda Kotey Speaks. *Homeland Security Today*. Retrieved from https://www.hstoday.us/subject-matter-areas/counterterrorism/a-beatle-wayward-isis-fan-or-a-monster-made-in-syria-alexanda-kotey-speaks/.

Speckhard, A. (2019, April 29). Born in America Hoda Muthana Shares her Story of Joining and Escaping From the Islamic State Caliphate. *Homeland Security Today*. Retrieved from https://www.hstoday.us/subject-matter-areas/terrorism-study/american-born-hoda-muthana-tells-all-about-joining-isis-and-escaping-the-caliphate/.

Speckhard, A., & Shajkovci, A. (2019, March 25). The ISIS Spy Who Saved Baghdad from 30 Bombing Missions and Fortune Teller who Helped Trap an ISIS Leader. *Homeland Security Today*.  Retrieved from https://www.hstoday.us/subject-matter-areas/terrorism-study/the-isis-spy-who-saved-baghdad-from-30-bombing-missions/.

Speckhard, A., & Shajkovci, A. (2019, March 19). PERSPECTIVE: Children of ISIS Mothers are Dying in Front of their Eyes in Detention Camps. *Homeland Security Today.* Retrieved from https://www.hstoday.us/subject-matter-areas/terrorism-study/perspective-children-of-isis-mothers-are-dying-in-front-of-their-eyes-in-detention-camps/

Speckhard, A., & Shajkovci, A. (2019, March 18). The ISIS Ambassador to Turkey. *Homeland Security Today.* Retrieved from https://www.hstoday.us/subject-matter-areas/counterterrorism/the-isis-ambassador-to-turkey/.

Speckhard, A., & Shajkovci, A. (2019, March 11). ISIS Chemical-Weapons Expert Speaks. *The Daily Beast.* Retrieved from https://www.thedailybeast.com/isis-chemical-weapons-expert-speaks-in-exclusive-interview.

Speckhard, A., & Shajkovci, A. (2019, March 5). Terrorists' Use of Drones Promises to Extend Beyond Caliphate Battles. *Homeland Security Today.* Retrieved from

https://www.hstoday.us/subject-matter-areas/counterterrorism/terrorists-use-of-drones-promises-to-extend-beyond-caliphate-battles/.

Speckhard, A. & Shajkovci, A. (2019). Breaking the ISIS Brand: Trajectories into and out of terrorism & the social media recruitment of ISIS. Chapter in Combating Terrorism: Evolving Asian Perspectives, editor Shruti Pandalai. Institute for Defense Studies and Analyses, New Delhi, India. pp 113-125. Retrieved from https://idsa.in/system/files/book/book_combating-terrorism.pdf.

Speckhard, A., & Shajkovci, A. (2019, February 5). ISIS Smuggler: Sleeper Cells and 'Undead' Suicide Bombers Have Infiltrated Europe. *The Daily Beast.* Retrieved from https://www.thedailybeast.com/isis-smuggler-sleeper-cells-and-undead-suicide-bombers-have-infiltrated-europe?ref=author.

Speckhard, A., & Shajkovci, A. (2019, February 5). Observing the Defeat of ISIS in Syria: Gone in 30 Days or Likely to Return? *Homeland Security Today.* Retrieved from https://www.hstoday.us/subject-matter-areas/counterterrorism/observing-the-defeat-of-isis-in-syria-gone-in-30-days-or-likely-to-return/.

Speckhard, A., & Shajkovci, A. (2019, January 22). As al Shabaab Continues Attacks, Can Disillusioned Terrorists Help Fight the Group? *Homeland Security Today.* Retrieved from https://www.hstoday.us/subject-matter-areas/counterterrorism/as-al-shabaab-continues-attacks-can-disillusioned-terrorists-help-fight-the-group/.

Speckhard, A., & Shajkovci, A. (2019, January 14). Is ISIS Still Alive and Well on the Internet? *Homeland Security Today.* Retrieved from https://www.hstoday.us/subject-matter-areas/cybersecurity/is-isis-still-alive-and-well-on-the-internet/.

Speckhard, A. "Psychosocial and Islamic Challenge Approaches to In-Prison Treatment of Militant Jihadis." (2019) Chapter Contribution in the Handbook of De-radicalization. Routledge publishing.

Speckhard, A., & Shajkovci, A. (2019). The Jihad in Kenya: Understanding Al-Shabaab Recruitment and Terrorist Activity inside Kenya—in Their Own Words. *African Security*, *12*(1), 3-61.

Speckhard, A., Shajkovci, A., & Ahmed, M. (2018). Intervening in and Preventing Somali-American Radicalization with Counter Narratives. *Journal of Strategic Security*, *11*(4), 32-71.Retreived from https://scholarcommons.usf.edu/jss/vol11/iss4/3/?utm_source=scholarcommons.usf.edu%2Fjss%2Fvol11%2Fiss4%2F3&utm_medium=PDF&utm_campaign=PDFCoverPages

Speckhard, A., & Shajkovci, A. (2019). "Breaking the ISIS Brand: A Counter Narrative Project." Chapter contribution in *The Changing Dynamics of Terrorism & Violent Extremism: Policy and Practice*, Horn Institute. Nairobi, Kenya.

Speckhard, A., Shajkovci, A., Wooster, C., & Izadi, N. (2018). Engaging English Speaking Facebook Users in an Anti-ISIS Awareness Campaign. *Journal of Strategic Security*, *11*(3), 52-78. Retrieved from https://scholarcommons.usf.edu/cgi/viewcontent.cgi?article=1679&context=jss

Speckhard, A. & Shajkovci, (2019). "The ICSVE Breaking the ISIS Brand Counter Narratives Videos Used in a Digital Campaign Against ISIS," Chapter contribution in The Digital Age, Cyber Space, and Social Media: The Challenges of Security and Radicalization, The Institute for Policy, Advocacy and Governance (IPAG). Delhi, India.

Speckhard, A., Shajkovci, A., Bodo, L., & Fazliu, H. (2018). Bringing Down the Digital Caliphate: A Breaking the ISIS Brand Counter-Narratives Intervention with Albanian Speaking Facebook Accounts. *ICSVE Research Reports.* International Center for the Study of Violent Extremism (ICSVE).

Speckhard, A., Shajkovci, A., & Bodo, L. (2018). Fighting ISIS on Facebook—Breaking the ISIS brand counter-narratives project. *VoxPol*. Retrieved from https://www.voxpol.eu/fighting-isis-on-facebook-breaking-the-isis-brand-counter-narratives-project/

Speckhard, A, & Shajkovci, A., & Bodo, L., & Fazliu, H. "Breaking the ISIS Brand Counter-Narratives—Part I: Intervention with Albanian Speaking Facebook Accounts." *VoxPol* Retrieved from https://www.voxpol.eu/breaking-isis-brand-counter-narratives-intervention-albanian-speaking-facebook-accounts-part-1/

Speckhard, A, & Shajkovci, A., & Bodo, L., & Fazliu, H. "Breaking the ISIS Brand Counter-Narratives-Part II: Ethical Considerations in Fighting ISIS Online." *VoxPol.* https://www.voxpol.eu/breaking-the-isis-brand-counter-narratives-part-ii-ethical-considerations-in-fighting-isis-online/

Speckhard, A., & Shajkovci, A. (2018). The Balkan jihad: Recruitment to violent extremism and issues facing returning foreign fighters in Kosovo and Southern Serbia. *Soundings: An Interdisciplinary Journal*, *101*(2), 79-109.

Speckhard, A., & Shajkovci, A. (2016). The Roles of women in supporting, joining, intervening in, and preventing violent extremism in Sandjak. *ICSVE Research Reports*. International Center for the Study of Violent Extremism. Retrieved from https://www.icsve.org/the-roles-of-women-in-supporting-joining-intervening-in-and-preventing-violent-extremism-in-sandjak/.

Speckhard, A., & Shajkovci, A.  Confronting an ISIS emir: ICSVE's Breaking the ISIS Brand Counter-Narrative Videos, Counter-Terrorism Exchange Journal (CTX) 8(1), 5-14. Retrieved from https://globalecco.org/documents/10180/784898/Confronting+ISIS+Emir/4f16b4bb-3d6e-4a72-8f62-f650946288b8.

Speckhard, A., Shajkovci, A., Wooster, C., & Izadi, N. (2018). Mounting a Facebook brand awareness and safety ad campaign to break the ISIS brand in Iraq. *Perspectives on*

*Terrorism*, *12*(3), 50-66. Retrieved from
https://www.jstor.org/stable/26453135?seq=1#metadata_info_tab_contents

Speckhard, A., & Shajkovci, A. (2018, December 16). Born in Belgium, raised in ISIS: 'I want to come home'. *Washington Examiner.* Retrieved from
https://www.washingtonexaminer.com/opinion/op-eds/born-in-belgium-raised-in-isis-i-want-to-come-home.

Speckhard, A., & Shajkovci, A. (November 2, 2018,). ISIS women: Victims, criminals, or both? *Washington Examiner.* Retrieved from https://www.washingtonexaminer.com/opinion/op-eds/isis-women-victims-criminals-or-both.

Speckhard, A., & Shajkovci, A. (October 29, 2018). Fighting ISIS in the Digital Space in Jordan. *ICSVE Research Reports.* International Center for the Study of Violent Extremism. Retrieved from https://www.icsve.org/fighting-isis-in-the-digital-space-in-jordan/.

Speckhard, A., & Shajkovci, A. (2018, December 20). PERSPECTIVE: Selling Out Our Allies in Syria. *Homeland Security Today.* Retrieved from https://www.hstoday.us/subject-matter-areas/counterterrorism/perspective-selling-out-our-allies-in-syria/.

Speckhard, A., & Shajkovci, A. (2018, December 18). Yazidi Survivors of ISIS' Cruelty Face Hurdles in Finding Justice. *Homeland Security Today.* Retrieved from https://www.hstoday.us/subject-matter-areas/counterterrorism/yazidi-survivors-of-isis-cruelty-face-hurdles-finding-justice/.

Speckhard, A., & Shajkovci, A. (2018, December 11). Prison: Militant Jihadist Recruiting Grounds or Refuge for Rehabilitation? *Homeland Security Today.* Retrieved from https://www.hstoday.us/subject-matter-areas/counterterrorism/prison-militant-jihadist-recruiting-grounds-or-refuge-for-rehabilitation/.

Speckhard, A., & Shajkovci, A. (2018, December 4). PERSPECTIVE: Debating the Use of ISIS Counter-Narratives in the Heart of Europe. *Homeland Security Today.* Retrieved from https://www.hstoday.us/subject-matter-areas/counterterrorism/perspective-debating-the-use-of-isis-counter-narratives-in-the-heart-of-europe/.

Speckhard, A., & Shajkovci, A. (2018, November 27). PERSPECTIVE: Challenges in Creating, Deploying Counter-Narratives to Deter Would-be Terrorists. *Homeland Security Today.* Retrieved from https://www.hstoday.us/subject-matter-areas/counterterrorism/perspective-challenges-in-creating-deploying-counter-narratives-to-deter-would-be-terrorists/.

Speckhard, A., & Shajkovci, A. (2018, November 20). 10 Reasons Western Women Seek Jihad and Join Terror Groups. *Homeland Security Today.* Retrieved from https://www.hstoday.us/subject-matter-areas/counterterrorism/10-reasons-western-women-seek-jihad-and-join-terror-groups/.

Speckhard, A., & Shajkovci, A. (2018, November 13). PERSPECTIVE: Using Counter-Narrative Campaigns to 'Break the ISIS Brand' in Iraq. *Homeland Security Today.* Retrieved from https://www.hstoday.us/subject-matter-areas/counterterrorism/perspective-using-counter-narrative-campaigns-on-facebook-to-break-the-isis-brand-in-iraq/.

Speckhard, A., & Shajkovci, A. (2018, November 4). Returning ISIS Foreign Fighters: Radicalization Challenges for the Justice System. *Homeland Security Today.* Retrieved from https://www.hstoday.us/subject-matter-areas/counterterrorism/returning-isis-foreign-fighters-radicalization-challenges-for-the-justice-system/.

Speckhard, A., & Shajkovci, A. (2018, October 31). PERSPECTIVE: In Legal Wrangling Over ISIS Families, Should Anyone Be Allowed Home? *Homeland Security Today.* Retrieved from https://www.hstoday.us/subject-matter-areas/counterterrorism/perspective-in-legal-wrangling-over-isis-babies-parents-should-anyone-be-allowed-to-return-home/.

Speckhard, A., & Shajkovci, A. (2018, August 9). After a New Massacre, Charges that ISIS is Operating with Assad and the Russians. *Homeland Security Today.* Retrieved from https://www.thedailybeast.com/how-assad-isis-and-the-russians-cooperated-to-carry-out-a-massacre?ref=author.

Speckhard, A., & Shajkovci, A. (2018, May 13). Mother's Deadly Day: She Blew Up Herself and Her Two Girls to Murder Christians. *The Daily Beast.* Retrieved from https://www.thedailybeast.com/mothers-deadly-day-she-blew-up-herself-and-her-two-girls-to-murder-christians.

Speckhard, A. (2018, April 17). Who Will Rescue American Babies From ISIS? *The Daily Beast.* Retrieved from https://www.thedailybeast.com/who-will-rescue-american-babies-from-isis.

Speckhard, A., & Shajkovci, A. (2018, March 11). Will ISIS live on in Iraq? *The Hill.* Retrieved from https://thehill.com/opinion/international/377621-will-isis-live-on-in-iraq.

Speckhard, A., & Shajkovci, A. (2018, March 7). How can Hollywood help fight ISIS and similar terrorist groups? *Modern Diplomacy.* Retrieved from https://moderndiplomacy.eu/2018/03/08/how-can-hollywood-help-fight-isis-and-similar-terrorist-groups/

Speckhard, A., Shajkovci, A., & Yayla, A. S. (2018). Defected from ISIS or Simply Returned, and for How Long? —Challenges for the West in Dealing with Returning Foreign Fighters. *Homeland Security Affairs*, *14 (1).* Retrieved from https://www.airuniversity.af.edu/Portals/10/ASPJ_French/journals_E/Volume-09_Issue-4/speckhard_e.pdf.

Speckhard, A., & Shajkovci, A. (2018). The Balkan jihad: Recruitment to violent extremism and issues facing returning foreign fighters in Kosovo and Southern Serbia. *Soundings: An Interdisciplinary Journal*, *101*(2), 79-109.

Speckhard, A., Shajkovci, A., & Bodo, L. (2018). Fighting ISIS on Facebook—Breaking the ISIS brand counter-narratives project. *ICSVE Research Reports.* International Center for the Study of Violent Extremism. Retrieved from https://www.icsve.org/fighting-isis-on-facebook-breaking-the-isis-brand-counter-narratives-project/.

Speckhard, A., Shajkovci, A., & Yayla, A. (2017). Following a military defeat of ISIS in Syria and Iraq: what happens next after the military victory and the return of foreign fighters? *Contemporary Voices: St Andrews Journal of International Relations*, *8*(1), pp.81–89. DOI: http://doi.org/10.15664/jtr.1341.

Speckhard, A. & Shajkovci, A. (2017). "Radical Islamic terrorists:" How is President doing in his first 100 days in office?" The Changing International Order. *Security Solutions.* Retrieved from https://www.securitysolutionsmedia.com/2017/06/30/radical-islamic-terrorists-how-is-president-trump-doing-in-his-first-100-days-in-office%E2%80%8B/

Speckhard, A. & Shajkovci, A. (2017, May 30). Confronting an ISIS emir: ICSVE's breaking the ISIS brand counter-narrative videos. *Modern Diplomacy.* Retrieved from https://moderndiplomacy.eu/2017/05/30/confronting-an-isis-emir-icsve-s-breaking-the-isis-brand-counter-narrative-videos/.

Speckhard, A., & Shajkovci, A. (2017, August 21). Beware the Women of ISIS: There Are Many, and They May Be More Dangerous Than the Men. *The Daily Beast.* Retrieved from https://www.thedailybeast.com/beware-the-women-of-isis-there-are-many-and-they-may-be-more-dangerous-than-the-men.

Speckhard, A., Wakim, G., & Shajkovci, A. (2017, February 28). ISIS and Foreign Fighter Returnees – Prosecute or Raise their Voices against ISIS? *ICSVE Research Reports.* International Center for the Study of Violent Extremism. Retrieved from https://www.icsve.org/isis-and-foreign-fighter-returnees-prosecute-or-raise-their-voices-against-isis/.

Speckhard, A., Wakim, G., & Shajkovci, A. (2017). Ensuring a long-term win against ISIS in Mosul: The need for rehabilitation and reintegration programs and restoring security and justice. *ICSVE Research Reports.* https://www.icsve.org/ensuring-a-long-term-win-against-isis-in-mosul-the-need-for-rehabilitation-reintegration-programs-restoring-security-and-justice/.

Speckhard, A. & Figley, C. (2017). Psychosocial Drivers, Prevention and Sequelae of Engaging in Torture. *ICSVE Research Reports.* The International Center for the Study of Violent Extremism. Retrieved from https://www.icsve.org/psychosocial-drivers-prevention-and-sequelae-of-engaging-in-torture/

Speckhard, A. (2017). Drivers of radicalization into violent extremism in Jordan (2017). *ICSVE Research Reports*. International Center For the study of Violent Extremism. Retrieved from https://www.icsve.org/the-jihad-in-jordan-drivers-of-radicalization-into-violent-extremism-in-jordan/

Speckhard, A., Shajkovci, A., & Yayla, A. S. (2016). Defeating ISIS on the Battle Ground as well as in the Online Battle Space: Considerations of the "New Normal" and Available Online Weapons in the Struggle Ahead. *Journal of Strategic Security*, *9*(4), 1-10. http://dx.doi.org/10.5038/1944-0472.9.4.1560 Retrieved from https://scholarcommons.usf.edu/jss/vol9/iss4/2/

Speckhard, A., & Shajkovci. (2017, April 14). Drivers of Radicalization and Violent Extremism in Kosovo: Women's Roles in Supporting, Preventing & Fighting Violent Extremism. *ICSVE Research Report.* International Center for the Study of Violent Extremism. Retrieved from https://www.icsve.org/drivers-of-radicalization-and-violent-extremism-in-kosovo-womens-roles-in-supporting-preventing-fighting-violent-extremism/.

Speckhard, A. & Shajkovci. (2016, Dec 21) "The Roles of Women in Supporting, Joining, Intervening in and Preventing Violent Extremism in Sandjak." *ICSVE Research Reports*. International Center for the Study of Violent Extremism. Retrieved from https://www.icsve.org/the-roles-of-women-in-supporting-joining-intervening-in-and-preventing-violent-extremism-in-sandjak/

Speckhard, A., Shajkovci, A., & Chinara, E. (2017, June). The Roles of Women in supporting, joining, intervening in, and preventing violent extremism in Kyrgyzstan. Chapter in
Women in Violent Extremism in Europe and Central Asia. UN Women. New York. As retrieved from
https://www.undp.org/content/dam/unct/kyrgyzstan/docs/General/UN%20PBF_UNW_ECA_KYRG%20chapter%20FINAL%20(1).pdf
.
Braizat, F., Speckhard, A., Shajkovci, A., & Sabaileh, A. (2017, November 21). Determining Youth Radicalization in Jordan. *ICSVE Research Reports.* International Center for the Study of Violent Extremism. Retrieved from https://www.icsve.org/determining-youth-radicalization-in-jordan/.

Speckhard, A. (2017). Understanding Suicide Terrorism. *Nervenheilkunden Journal.* (Neurology) 36 (04): 245-250. DOI: 10.1055 / s-0038-1627010

Speckhard, A., Shajkovci, A., & Yayla, A. S. (2016). Defeating ISIS on the Battle Ground as well as in the Online Battle Space: Considerations of the "New Normal" and Available Online Weapons in the Struggle Ahead. *Journal of Strategic Security*, *9*(4), 1-10. DOI: http://dx.doi.org/10.5038/1944-0472.9.4.1560
 Retrieved from http://scholarcommons.usf.edu/jss/vol9/iss4/2.

Speckhard, A., & Yayla, A. S. (2015). Eyewitness accounts from recent defectors from Islamic State: Why they joined, what they saw, why they quit. *Perspectives on Terrorism*, *9*(6). Retrieved from http://www.terrorismanalysts.com/pt/index.php/pot/article/view/475/html.

Speckhard, A. (September 9, 2015) Taking in Refugees is not a Risk to National Security, *TIME*. Retrieved from https://time.com/4024473/taking-in-refugees-is-not-a-risk-to-national-security/.

Speckhard, A. (2015). *Bride of ISIS: One Young Woman's Path into Homegrown Terrorism*. Advances Press.

The Militant Jihadi Message Propagated by ISIS is a Contagiously Virulent Meme in the West—the Ebola of Terrorism (2014) Chapter in Multi-Method Assessment of ISIL, Publication for SOCCENT, December 1, 2014.

Speckhard, A., & Shaikh, M. (2014). *Undercover Jihadi: Inside the Toronto 18, Al Qaeda Inspired, Homegrown, Terrorism in the West*. Advances Press.

Speckhard, A. (2013). The Boston marathon bombers: The lethal cocktail that turned troubled youth to terrorism. *Perspectives on Terrorism*, *7*(3), 64-78.

Beck, K. & Speckhard, A. (2013). *Warrior Princess: A US Navy Seal's Journey to Coming Out Transgender*. Advances Press.

Speckhard, A. (2013) Preventing Home Grown Terrorism: Lessons Learned from the Boston Bombings. Security Solutions Magazine July 15, 2013, Issue 84.

Speckhard, A. (2013). "The Militant Jihadi Ideology of Martyrdom as Short-Lived Psychological First-Aid for Trauma & Loss" in Updesh Kumar eds. Understanding Suicide Terrorism: Psychosocial Dynamics Sage Publications

Verleye, G., Maeseele, P., Stevens, I., & Speckhard, A. (2013). Resilience in an age of terrorism: psychology, media and communication. In *Aspects of terrorism and Martyrdom* (pp. 311-341). The Edwin Mellen Press.

Speckhard, A. (2012). Fetal Abduction. Mclean VA: Advances Press

Speckhard, A., & Paz, R. (2012). *Talking to Terrorists: Understanding the Psycho-social Motivations of Militant Jihadi Terrorists, Mass Hostage Takers, Suicide Bombers &" martyrs"*. McLean, VA: Advances Press.

Speckhard, A., Jacuch, B., & Vanrompay, V. (2012). Taking on the persona of a suicide bomber: A thought experiment. *Perspectives on Terrorism*, *6*(2), 51-73. Retrieved from https://www.jstor.org/stable/26298566?seq=1#metadata_info_tab_contents

Speckhard, A., Verleye, G., & Jacuch, B. (2012). Assessing Psycho-Social Resilience in Diplomatic, Civilian & Military Personnel Serving in a High-Threat Security Environment during Counter-Insurgency and Counter-Terrorism Operations in Iraq. *Perspectives on Terrorism*, *6*(3), 23-44. Retrieved from http://www.terrorismanalysts.com/pt/index.php/pot/article/view/speckhard-assessing-psycho-social/html

Speckhard, A., & Rue, V. (2012). Encyclopedia of trauma: An interdisciplinary guide. In C. Figley (Ed.): Sage Publications.

Speckhard, A. (2011). Prison and community-based disengagement and de-radicalization programs for extremist involved in militant jihadi terrorism ideologies and activities. *Psychosocial, organizational and cultural aspects of terrorism*, 1-14.

Verleye, Gino and Speckhard, Anne (2011) "Military and Diplomatic Personnel Engaged in Counter Insurgency and Counter Terrorism Operations" in Laurie Fenstermacher, Special Rapporteur and Anne Speckhard, editors Social Sciences Support to Military Personnel Engaged in Counter-Insurgency and Counter-Terrorism Operations: Report of the NATO Research and Technology Group 172 on Social Sciences Support to Military Personnel Engaged in Counter-Insurgency and Counter-Terrorism Operations Symposium held in St. Petersburg, Russia June 18-20, 2009.

Speckhard, Anne (2011) "Deradicalization/Disengagement Strategies: Challenging Terrorist Ideologies and Militant Jihadis" in Laurie Fenstermacher, Special Rapporteur and Anne Speckhard, editors Social Sciences Support to Military Personnel Engaged in Counter-Insurgency and Counter-Terrorism Operations: Report of the NATO Research and Technology Group 172 on Social Sciences Support to Military Personnel Engaged in Counter-Insurgency and Counter-Terrorism Operations Symposium held in St. Petersburg, Russia June 18-20, 2009.

Laurie Fenstermacher, Special Rapporteur and Anne Speckhard, editors (2011) Social Sciences Support to Military Personnel Engaged in Counter-Insurgency and Counter-Terrorism Operations: Report of the NATO Research and Technology Group 172 on Social Sciences Support to Military Personnel Engaged in Counter-Insurgency and Counter-Terrorism Operations Symposium held in St. Petersburg, Russia June 18-20, 2009.

Laurie Fenstermacher, Larry Kuznar, Tom Rieger, and Anne Speckhard, eds. Protecting the Homeland from International and Domestic Terrorism Threats: Current Multi-Disciplinary Perspectives on Root Causes, the Role of Ideology, and Programs for Counter-radicalization and Disengagement  Published by the US Department of Defense Strategic Multi-Layer Assessment (SMA) effort and the Air Force Research Laboratory under the Joint Chiefs of Staff and executed by STRATCOM/GISC and DDRE/RRTO, January 2010 http://www.start.umd.edu/start/publications/U_Counter_Terrorism_White_Paper_Final_January_2010.pdf

Fenstermacher, L., Rieger, K. T., & Speckhard, A. (2010). Protecting the Homeland from International and Domestic Terrorism Threats. *White Paper: Counter Terrorism*, *178*.

Speckhard, Anne (2010) "Prison and Community Based Disengagement and De-Radicalization Programs for Extremists Involved in Militant Jihadi Terrorism Ideologies and Activities" Conflict and Terrorism

Speckhard, A. (2009). Research challenges involved in field research and interviews regarding the militant jihad, extremism, and suicide terrorism. *Democracy and Security*, *5*(3), 199-222.

Speckhard, A. (2009). The Militant Jihad in Europe: Fighting Home-grown Terrorism. *Home-Grown Terrorism: Understanding and Addressing the Root Causes of Radicalization among Groups with an Immigrant Heritage in Europe (Amsterdam: IOS Press, 2009)*, 143-160.

Speckhard, A. (2009). Challenging Militant Jihadi Terrorist Ideology. *Rusi Monitor*, *18*.

Speckhard, A. (2009). Female suicide bombers in Iraq. *Democracy and Security*, *5*(1), 19-50.

Speckhard, A. (2008). The emergence of female suicide terrorists. *Studies in Conflict & Terrorism*, *31*(11), 995-1023.

Maeseele, P. A., Verleye, G., Stevens, I., & Speckhard, A. (2008). Psychosocial resilience in the face of a mediated terrorist threat. *Media, War & Conflict*, *1*(1), 50-69.

Speckhard, Anne & Mufel Natalia (2008) Universal Responses to Abortion? Attachment, Trauma and Grief Responses in Women Following Abortion in Simon Witold, Ed. <u>Abortion: Causes, Ramifications, Therapy</u>.

Speckhard, A., & Akhmedova, K. (2007). Black widows and beyond: Understanding the motivations and life trajectories of Chechen female terrorists. In *Female Terrorism and Militancy* (pp. 114-135). Routledge.

Speckhard, A. (2007). De-legitimizing terrorism: Creative engagement and understanding of the psycho-social and political processes involved in ideological support for terrorism. *Democracy and Security*, *3*(3), 251-277.

Speckhard, A. (2007). Prevention strategies and promoting psychological resilience to bioterrorism through communication. In *Risk Assessment and Risk Communication Strategies in Bioterrorism Preparedness* (pp. 135-162). Springer, Dordrecht.

Speckhard, A. (2006). The new global jihad, 9–11 and the use of weapons of mass destruction: Changes in mindset and modus operandi. *Democracy and Security*, *2*(2), 287-298.

Speckhard, A. (2006). Sacred terror: Insights into the psychology of religiously motivated terrorism. *Faith-based radicalism: Christianity, Islam and Judaism between constructive activism and destructive fanaticism. C. Timmerman, D. Hutsebaut, S. Mells, W. Nonneman and WV Herck. Antwerp, Belgium, UCSIA*.

Speckhard, A. (2006). Defusing human bombs: Understanding suicide terrorism. *Tangled Roots: Social and psychological factors in the genesis of terrorism*, *277*, 291.

Akhmedova, K., & Speckhard, A. (2006). A multi-causal analysis of the genesis of suicide terrorism: The Chechen case. *Tangled roots: Social and psychological factors in the genesis of terrorism*, *11*, 324-354.

Speckhard, A., & Akhmedova, K. (2006). The new Chechen jihad: Militant Wahhabism as a radical movement and a source of suicide terrorism in post-war Chechen society. *Democracy and Security*, *2*(1), 103-155.

Speckhard, A., & Ahkmedova, K. (2006). The making of a martyr: Chechen suicide terrorism. *Studies in conflict & Terrorism*, *29*(5), 429-492.

Speckhard, A., & Akhmedova, K. (2006). Black widows: The Chechen female suicide terrorists. *Female suicide bombers: Dying for equality*, *84*(1), 63-80.

Speckhard, A. (2006). Understanding suicide terrorism: Countering human bombs and their senders. *NATO SECURITY THROUGH SCIENCE SERIES E HUMAN AND SOCIETAL DYNAMICS*, *9*, 158.

Speckhard, A., Tarabrina, N., Krasnov, V., & Mufel, N. (2005). Stockholm effects and psychological responses to captivity in hostages held by suicide terrorists. *Traumatology*, *11*(2), 121-140.

Speckhard, A. & Mufel, N. (2005). Transitioning to the West: Gender Attitudes about Contraception and Pregnancy in a Former Soviet Union Country. *Journal of Prenatal & Perinatal Psychology & Health*, *19*(4), 289.

Speckhard, A. & Ahkmedova, K. Talking to Terrorists" Journal of Psychohistory, 33 Fall, Number 2, pg. 125-156, 2005.

Speckhard, A., Tarabrina, N., Krasnov, V., & Mufel, N. (2005). Posttraumatic and acute stress responses in hostages held by suicide terrorists in the takeover of a Moscow theater. *Traumatology*, *11*(1), 3-21.

Speckhard, A. (2005). Psycho-social and physical outcomes of technological disaster: information as a traumatic stressor. *A Chernobyl Reader*, 70-81.

Speckhard, A., Tarabrina, N., Krasnov, V., & Mufel, N. (2005). Stockholm effects and psychological responses to captivity in hostages held by suicide terrorists. *Traumatology*, *11*(2), 121-140.

Speckhard, A. "Minsk" - Entry for the Encyclopedia on Nazi Ghettos, Martin Dean editor U.S. Holocaust Memorial Museum, Washington, D.C. 2005.

Speckhard, A. (2005). Civil society's psychological response to mass terrorism: building resilience. *Combating terrorism. Singapore: Marshall Cavendish Academic*, 113-123.

Speckhard, A., & Akhmedova, K. (2005). Mechanisms of Generating Suicide Terrorism: Trauma and Bereavement as Psychological Vulnerabilities in Human Security-The Chechen Case. *NATO SECURITY THROUGH SCIENCE SERIES E HUMAN AND SOCIETAL DYNAMICS*, *1*, 59.

Speckhard, A. Soldiers for God: A Study of the Suicide Terrorists in the Moscow Hostage Taking Siege "The Roots of Terrorism: Contemporary Trends and Traditional Analysis" Edited by Oliver McTernan, NATO Science Series, Brussels, 2004.

Speckhard, A., Tarabrina, N., Krasnov, V., & Akhmedova, K. (2004). Observations of suicidal terrorists in action: The psychology of suicidal terrorism. *Journal of Terrorism and Political Violence*, *16*(2), 305-327.

Speckhard, A. Beyond the Pale: Chronicles of the Minsk Ghetto and Holocaust in Belarus. Historical manuscript in pre-publication process. 2003.

Speckhard, A. The Story is not yet Finished, Memories for the Future: A Report of Holocaust Oral Histories from Belarus.  Chapter in the conference proceedings Places of Destruction in Belarus: The History of the Minsk Ghetto and Concentration Camp of Trostenez IBB Dortmund, Germany. 2003.

Speckhard, A. (2003). Acute stress disorder in diplomats, military, and civilian Americans living abroad following the September 11 terrorist attacks on America. *Professional Psychology: Research and Practice*, *34*(2), 151.

Speckhard, A. & Mufel, N. (2003). Universal Responses to Abortion? Attachment, Trauma and Grief Responses in Women Following Abortion.  *Journal of Prenatal & Perinatal Psychology & Health 18* (1), 3-37.

Mufel, N. & Speckhard, A.  Contraceptive Behavior and Sexual Education in the Republic of Belarus.  Perspectives on Sexual and Reproductive Health, Journal of Pre and Perinatal Psychology.

Speckhard, A. (2002). Bearing Witness Over Time: Posttraumatic Stress Disorder and Aging in Survivors of the Holocaust in Belarus.

Speckhard, A. (2002). Inoculating resilience to terrorism: Acute and posttraumatic stress responses in US military, foreign & civilian services serving overseas after September 11th. *Traumatology*, *8*(2), 103-130.

Speckhard, A. (2002). Voices from the inside. In *Toxic Turmoil* (pp. 217-236). Springer, Boston, MA.

Mufel, N., Speckhard, A. & Sivuha, S. (2002). Predictors of posttraumatic stress disorder following abortion in a former Soviet Union country. *Journal of Prenatal & Perinatal Psychology & Health*, *17*(1), 41.

Speckhard, A. C. (2001). Mental health effects of technological disaster: the psychological aftermath of toxic contamination. *Chernobyl: the event and the aftermath. Madison, WI*, 13-45.

Kronik, A. A., Akhmerov, R. A., & Speckhard, A. C. (2000). Trauma & Disaster as Life Disrupters: A Computer Assisted Model of Psychotherapy Applied to Adolescent Victims of the Chernobyl Disaster.

Speckhard, A. C. (1999). Report of Anne C. Speckhard, Ph. D. *Issues in law & medicine*, *14*(4), 453-454.

Speckhard, A. (1997). Traumatic death in pregnancy: The significance of meaning and attachment. *Death and trauma: The traumatology of grieving*, 67-100.

Speckhard, A. "Adolescents & Abortion: When Coping Mechanism Turns Traumatic Stressor" The Brown University Child & Adolescent Newsletter, 1996.

Speckhard, A. "Abortion: Coping Mechanism Turned Traumatic Stressor" Psychotherapy News 1996.

Speckhard, A., & Rue, V. (1993). Complicated mourning: Dynamics of impacted post abortion grief. *Pre and Perinatal Psychology Journal*, *8*, 5-5.

Rue, V., & Speckhard, A. (1992). Informed consent & abortion: Issues in medicine and counseling. *Medicine & Mind*, *6*, 75-94.

Rue, V., & Speckhard, A. (1992). Post-abortion trauma: Incidence and diagnostic considerations. *Medicine & Mind*, *6*(1-2), 57-73.

Speckhard, A. C., & Rue, V. M. (1992). Postabortion syndrome: An emerging public health concern. *Journal of Social Issues*, *48*(3), 95-119.

Rue, V. M., Speckhard, A., Rogers, J. L., & Franz, W. (1987). *Psychological Aftermath of Abortion: A White Paper*.

Speckhard, A. "The Mental Health Effects of Abortion." in <u>Medical and Psychological Impact of Abortion</u>. Committee on Government Operations, U.S. Government Printing Office, Washington, D.C., l989.

Speckhard, A. <u>Psycho-Social Stress Following Abortion</u>, 1987, Sheed & Ward Publishers, Kansas City, MO.

## <u>THESIS AND DISSERTATION</u>:

Speckhard, A. The Psycho-Social Aspects of Stress Following Abortion.  Doctoral Dissertation.  University of Minnesota, l985.

Speckhard, A. The Relationship Between Family Environment Variables and Family Members' Nutrient Adequacy.  Unpublished Master of Science thesis.  University of Wisconsin, Madison, l981.

## <u>CURRENT & PAST RESEARCH ACTIVITIES</u>

Police and Community Education for Preventing and Addressing Hate Crimes, U.S. Department of Justice Grant 2022-2023.

Training for Prevention/Resilience and Intervention (Pre-radicalization and Disengagement), US Department of Department of Defense Grant. 2022-2023.

Police Prevention of Extremist Infiltration in Communities, Department of Homeland Security, Targeted Violence and Terrorism Prevention Grant Program 2022-2023.

"Escape Hate Counter Narrative Project" video and audio interviewing current and former members of far-right, white supremacist, and hate groups about their experiences and using video clips to fight these groups' online and face-to-face recruitment. 2020-ongoing.

"<u>Breaking the ISIS Brand Counter Narrative Project</u>" video and audio interviewing ISIS defectors and their family members about their experiences with ISIS to create video clips to use for fighting ISIS, al Shabaab and al Qaeda face-to-face and online recruitment. 2015-ongoing.

"<u>We Served Too</u>" an oral history project involving civilians who have served in danger zones. 2014.

"Energy" Healing & Intuitive Medicine: An exploration of energy healers, scanners, viewers and intuitive "readers" looking at the science behind what they do and how they understand their practices.  2013-2014.

Battling the "University of Jihad": Design of materials, focus testing and development of an evidence based ideological program to counter militant jihadi groups active on the Internet 2010-ongoing.

Disengagement from Terrorism/Extremism: Design of a demonstration project in the UK working on the streets with radicals, extremists and would be terrorists to provide psychological and religious support for disengaging from supporting militant jihadi ideologies and terrorism. Consulted with the UK Home Office on their counter-radicalization strategies. 2007-2008.

Diplomats and Soldiers Under Fire: Study of Psychological Resilience to Terrorism among Diplomats and Soldiers serving in Iraq. 2007-2008

Detainee Rehabilitation Project in Iraq:  Under US Department of Defense funding designed and helped to implement a pilot program of psychological counseling and Islamic challenge to engage with security detainees held by US led coalition forces in Iraq to encourage them to relinquish their commitment to militant jihadi ideologies, sectarian violence and terrorism.  2006-2007

Resilience to Terrorism Study: A multi-site international survey study of resilience to terrorism (Amman, Grozny, Casa Blanca, and Baghdad) exploring the dynamics of civil resilience to terrorism. 2005-2007

Radicalization in Europe: Field research in Belgium, Holland, the United Kingdom and France studying the radicalization process of the first-to-third generation migrant population to understand the features which lead to radicalization, the desire to join extreme groups, embracing of terrorist ideology etc.  The research consists of street and community-based interviews and collecting additional information from security professionals.  2004-2009

Countering Human Bombs and Their Senders:  Collaborative research project in Israel and the Palestinian territories interviewing incarcerated and "would be" human bombers, their senders and members of their sponsoring organizations (i.e. Hamas, PIJ, PFLP, Al Aqsa Martyrs Brigade, etc.), the family members and close acquaintances of accomplished bombers, community members and those experts working in the field and in counter-terrorism studies.  2004-2007

Understanding the Roots of Modern Suicide Terrorism: Morocco An exploratory investigation with semi-structured interviews with the family members and close associates of the Casa Blanca suicide bombers, analysis of groups working between Morocco and in Europe.  2004

Combating Suicide Terrorism – Chechnya.  An exploratory investigation with semi-structured interviews of family members and close associates of (accomplished) suicide terrorists in Chechnya, potential terrorists in training, and community members.  Design of a counter-terrorism psycho-social intervention for youth in refugee camps to combat recruitment and motivation strategies of terrorist organizations operating in Chechnya. 2003-2006

Ideologies of Terrorism: Understanding and Predicting the Social, Psychological and Political Underpinnings of Terrorism - Brussels.  Director and organizer of an advanced research meeting for consultations at NATO headquarters with a team of 17 international experts to examine the ideological and religious roots of terrorism, terrorism recruitment and motivational strategies.  2004

Psychological Aspects in Suicidal Terrorism and Hostage Taking – Moscow/Beslan.  A study examining the psychological consequences of the Chechen terrorist takeover and subsequent rescue in the Moscow theater in October 2002, and the Beslan school takeover in Fall 2004; and to use the observations of the hostages to construct a descriptive study of this new type of terrorist in action, augmented with research interviews in Chechnya further examining the motivations, behaviors and thoughts involved with terrorism of this type. 2002-2006

Abortion Clinic Terrorism in the United States – An exploratory study examining the motivations and behaviors of abortion clinic terrorists in the U.S.

Women's Reproductive Perceptions, Choices and Outcomes in a Post-Soviet Union Transitional Society: An investigative study in the former Soviet Union examining women's use and knowledge of contraceptives, fertility control, reproductive outcomes, and psychological responses to abortion use and to their practices in reproductive health. 2000 – 2004

Post Abortion Stress Responses in the Netherlands: An exploratory investigation of women's stress and posttraumatic responses after abortion.  2001-2003

Mental Health Effects of Technological Disaster: The Psychological Aftermath of Toxic Contamination.  Research project including in-depth interviews of victims, public policy workers, disaster response teams, and news people around the world regarding their

experience and psychological responses to technological disasters and toxic contamination of various types. 2001–2003

Acute Stress Disorder and Psycho-social After-effects of Terrorism in Americans Living Abroad: A research project looking at stress effects in Americans living abroad after the September 11th attacks on America.  Fall 2001

Holocaust Survivors Oral Histories Project – Belarus: A project collecting oral histories of Holocaust survivors in Belarus to record a forgotten and neglected history in the former Soviet Union and to examine psychological issues, including long-term effects of trauma in Holocaust survivors living in the former Soviet Union.  1999-ongoing


## ACADEMIC PRESENTATIONS:

October 17, 2024. Expert's group on Policy Development: Condolences of Designated Dangerous Individuals for META. Washington, D.C. Participant.

October 15, 2024. Homegrown Hate: Interviews of White Supremacists and Anti-Government Militia Members. Presentation to the Western Canadian Symposium to Prevent IMVE. Vancouver, CANADA.

October 9, 2025. Understanding and Responding to Hate Crimes Training with Homeland Security Today. Department of Justice sponsored training. Washington, D.C. (Virtual).

October 4, 2024. The Nexus between  Political Islam and Terrorism. Presentation for CERA to Political Islam Between Idea and Practice Conference, Vienna, Austria.

May 16, 2024. Psychological  and Psychiatric Aspects of Radicalization. Presentation for the
Intelligence College of Europe Extremism and Radicalisation in Times of Polycrisis Conference. Vienna, AUSTRIA.

May 6, 2024. Exploring the Nexus between Terrorism and Smuggling of Migrants at Borders. A Focus on Airports. Presentation for UNODC. Amman, JORDAN.

March 16, 2024. Examining Radicalization and Deradicalization Trajectories. Presentation for the National Intelligence University. Washington, DC

January 24, 2024. Examining Radicalization and Deradicalization Trajectories. Presentation for the National Intelligence University. Washington, DC

Nov 27, 2023. The Radicalization and Deradicalization Trajectories of right-wing extremists in the U.S. Presentation for Right-Wing Extremist Violence: An Insider's Perspective. Carter Center, George Mason University, Arlington, VA.

November 23, 2023. Radicalization/Deradicalization and Threat Assessment of Terrorists and Violent Extremists. Presentation for Mad or Bad? Forensic Psychology and the Quest to go beyond a Binary Look on Radicalisation" –Royal Higher Institute for Defence Conference. Brussels Belgium.

October 20, 2023. Forensic Psychiatry Issues of Radicalization/Deradicalization and Threat Assessment of Terrorists and Violent Extremists. Presentation for the American Academy of Psychiatry and the Law Conference. Chicago, Illinois

September 22, 2023. White supremacists speak: Recruitment, Radicalization, & Experiences of Engaging and Disengaging from Hate Groups. Presentation for the Oregon Psychiatric Association. Online.

May 16, 2023. Participant to review METAs Dangerous Organization Policies. Washington, D.C.

May 19, 2023 Violent Extremist and Terrorist Recruitment of Active-Duty and Veteran Military Members, Paper presented for the National Counter-Terrorism Innovation Technology and Education (NCITE) Conference on Terrorist Organization and Recruitment Behavior. University of Maryland, College Park, Maryland.

May 16, 2023. Participant in Academic and Policy Discussion - META's Dangerous Organization Policies, Washington, D.C.

March 29, 2022 Radicalization and Conspiracy. Expert panelist for SCSS 2022.

February 3, 2022 Preventing and Countering Violent Extremism in Sweden. Zoom training event.

January 19, 2022 Legal and Psychological Issues Pertaining to Men, Women, and Children Repatriating from ISIS Territory. Presentation for PIPATL at Harvard University.

December 1, 2021 How Can We Prevent and Counter Violent Extremism in the Military?. Zoom training event. Held under ICSVE-EU's grant from the European Commission's Internal Security Fund's Civil Society Empowerment Programme.

September 14, 2021 Repatriating the ISIS Children with Ambassador Galbraith. Zoom training event. Held under ICSVE-EU's grant from the European Commission's Internal Security Fund's Civil Society Empowerment Programme.

September 8, 2021 ISIS Repatriations in North Macedonia. Zoom training event. Held under ICSVE-EU's grant from the European Commission's Internal Security Fund's Civil Society Empowerment Programme.

August 25, 2021 Terrorism in Africa and the Middle East: Challenges and Prospects, The HORN Institute.

July 26, 2021 Gender and Radicalization panel presentation, Tactics Institute.

July 12, 2021 Motivations for Female Participation in Terrorism and Violent Extremism, Tactics Institute.

June 27, 2021 The Insider Threat of Violent Extremist Culture on Military Culture and the Wider Society, Department of Defense Counter-Insider Threat Social & Behavioral Science Research Summit, 2021.

June 9, 2021 White Supremacists Speak: ICSVE's Latest Research Report. Zoom training event. Held under ICSVE-EU's grant from the European Commission's Internal Security Fund's Civil Society Empowerment Programme.

April 29, 2021 Interventions for White Supremacists. Zoom training event. Held under ICSVE-EU's grant from the European Commission's Internal Security Fund's Civil Society Empowerment Programme.

April 21, 2021 Childhood Abuse, Military Service, and White Supremacism. Zoom training event. Held under ICSVE-EU's grant from the European Commission's Internal Security Fund's Civil Society Empowerment Programme.

March 17, 2021 Professor Arie Kruglanski and the Three Pillars of Radicalization. Zoom training event. Held under ICSVE-EU's grant from the European Commission's Internal Security Fund's Civil Society Empowerment Programme.

February 23, 2021 Behavioral Analyses of the RFTFs and Their Families and Recommendations for Coordinating Psycho-Social and Religious-Spiritual Treatment, Support of the governments in the Western Balkans to prevent and address the challenges associated with violent extremism and returnees from conflict areas, International Organization for Migration.

February 23, 2021 Rehabilitating Children Returning from ISIS, Trinidad and Tobago Training.

February 11, 2021 Understanding Q-Anon. Zoom training event. Held under ICSVE-EU's grant from the European Commission's Internal Security Fund's Civil Society Empowerment Programme.

January 27, 2021 Asking Incels: An Insiders Account of the Involuntary Celibate Community. Zoom training event. Held under ICSVE-EU's grant from the European Commission's Internal Security Fund's Civil Society Empowerment Programme.

December 29, 2020 Terrorist Financing in ISIS, India Training.

December 18, 2020 Deradicalization, Disengagement, Rehabilitation, and Reintegration, UK Prevent Training.

December 16, 2020 The Journey Back – Walking Away from the National Socialist Movement Zoom training event. Held under ICSVE-EU's grant from the European Commission's Internal Security Fund's Civil Society Empowerment Programme.

December 2, 2020 Rescue Me: A Conversation with the Yamout Sisters re Prison Rehabilitation Zoom training event. Held under ICSVE-EU's grant from the European Commission's Internal Security Fund's Civil Society Empowerment Programme.

November 26, 2020 Panelist, Countering Violent and Faith Based Extremism, Global Counter Terrorism Council International Counter Terrorism Conference 2020.

November 10, 2020 Are We Losing a Valuable Feminist Project in the Middle East? Zoom training event. Held under ICSVE-EU's grant from the European Commission's Internal Security Fund's Civil Society Empowerment Programme.

November 6, 2020 Presentation for Suac.

November 3, 2020 Understanding the Adversary: Preventing and Intervening in ISIS Recruitment and Terrorist Trajectories. 22nd INTERPOL Police Training Symposium.

October 27, 2020 How Will Trump and Biden Effectively Counter Terrorism?. TRENDS Research Center, U.S. Presidential Elections 2020: Probable Transformations of U.S. Policies toward Middle East Region.

October 14, 2020 Participant, Wilton Park Dialogue: Counter terrorism strategy in a post COVID environment.

October 12, 2020 *Breaking the ISIS Brand Counter Narrative Project* and Understanding Trajectories into and Back out of Terrorism. UK Prevent, London, United Kingdom.

October 7, 2020 Community-Focused Interventions Against Terrorism Zoom training event. Held under ICSVE-EU's grant from the European Commission's Internal Security Fund's Civil Society Empowerment Programme.

October 6, 2020 The Psychology of Suicide Terrorism. Behavioural Analysis Week 2020.

September 23, 2020 Terrorism Prevention, Intervention, and Rehabilitation with Juveniles Zoom training event. Held under ICSVE-EU's grant from the European Commission's Internal Security Fund's Civil Society Empowerment Programme.

September 18, 2020 Breaking the ISIS Brand Counter Narrative Project on Facebook and Instagram. Facebook.

September 14-15, 2020 Participant, OSCE-Wide Counter Terrorism Conference 2020, Vienna, Austria.

September 9, 2020 Looking Around the Corner: The Future of Women in Violent Extremism. U.S. State Department.

August 25, 2020 Breaking the ISIS Brand Counter Narrative Project. Model United Nations, Delhi, India.

August 19, 2020 Talking Terrorist Propaganda with a Pro Zoom training event. Held under ICSVE-EU's grant from the European Commission's Internal Security Fund's Civil Society Empowerment Programme.

August 8, 2020 Breaking the ISIS Brand Counter Narrative Project. Virtual Madafa – Colorado.

August 5, 2020 Fighting ISIS Online: An Introduction to Breaking the ISIS Brand Zoom training event. Held under ICSVE-EU's grant from the European Commission's Internal Security Fund's Civil Society Empowerment Programme.

July 26, 2020 ISIS and Militant Jihadists Terrorism Threats in Eurasia. Presentation for *Eurasia the Grand Chessboard Conference*. Mediterranean Council and Forum, AHEPA. Athens, Greece (via Internet link).

July 22, 2020 Into and Back Out of ISIS: An ISIS Defector Speaks Out Zoom training event. Held under ICSVE-EU's grant from the European Commission's Internal Security Fund's Civil Society Empowerment Programme.

July 8, 2020 Terrorist Rehabilitation in the Dutch Prison System Zoom training event. Held under ICSVE-EU's grant from the European Commission's Internal Security Fund's Civil Society Empowerment Programme.

June 28, 2020 ISIS after its Territorial Defeat. Presentation for *Terrorism in the Mediterranean – the Final Countdown Conference*. Mediterranean Council and Forum, AHEPA. Athens, Greece (via Internet link).

June 24, 2020 Can We Repatriate the ISIS Children? Zoom training event. Held under ICSVE-EU's grant from the European Commission's Internal Security Fund's Civil Society Empowerment Programme.

June 10, 2020 Can an ISIS Terrorist be Rehabilitated and Reintegrated into Society? Zoom training event. Held under ICSVE-EU's grant from the European Commission's Internal Security Fund's Civil Society Empowerment Programme.

May 27, 2020 Issues of ISIS Prisoners & Repatriations in a Time of COVID Zoom training event. Held under ICSVE-EU's grant from the European Commission's Internal Security Fund's Civil Society Empowerment Programme.

February 17, 2020 ICSVE-Europe Police and Security Training for the Dutch Federal Police in the Hague. Held under ICSVE-EU's grant from the European Commission's Internal Security Fund's Civil Society Empowerment Programme.

Dec 15, 2019 "Understanding Violent Extremism - Individual Level Indicators" SESRI Conference, Qatar University, Doha, Qatar

Dec 14, 2019 Doha Forum Participant, Doha, Qatar

Dec 3, 2019 "Breaking the ISIS Brand Counter Narrative Project and ICSVE Internet Campaigns to Counter Message against ISIS" Presentation for Berghof Foundation, Berlin, Germany

November 19, 2019 Dublin Ireland EU Civil Society Empowerment Conference. "Breaking the ISIS Brand Counter Narrative Project: Successes and Challenges."

October 30, 2019 "Breaking the ISIS Brand Counter Narrative Project and ICSVE Internet Campaigns to Counter Message against ISIS" Presentation for The Combined Joint Task Force - Operation Inherent Resolve Baghdad, Iraq.

October 2, 2019 U.S. Department of State Global Threat Cooperation -Breaking the ISIS Brand Counter Narrative Project and ICSVE Internet Campaigns to Counter Message against ISIS

October 1, 2019 "Breaking the ISIS Brand Counter Narrative Project and Understanding Trajectories Into and Back out of Terrorism" Marshall Center Applied Security Studies Program.

Sept 13, 2019 "Breaking the ISIS Brand Counter Narrative Project and ICSVE Internet Campaigns to Counter Message against ISIS" Presentation for The Combined Joint Task Force - Operation Inherent Resolve Baghdad, Iraq.

Sept 6-8, 2019 Speckhard, Anne, Shajkovci, Ardian and Ellenberg, Molly "Breaking the ISIS Brand Counter Narrative Project Understanding Preventing & Intervening in Militant Jihadi Terrorism and Violent Extremism" Presentation for The Post ISIS-era: Regional and Global Implications
NATO Advanced Research Workshop (ARW) – George Mason University, Virginia

Sept 6-8, 2019 Speckhard, Anne, Shajkovci, Ardian and Baddorf, Zack "Breaking the ISIS Brand Counter Narrative Project  and ICSVE Internet Campaigns to Counter Message against ISIS" Presentation for The Post ISIS-era: Regional and Global Implications
NATO Advanced Research Workshop (ARW) – George Mason University, Virginia

July 29, 2019 "Breaking the ISIS Brand Counter Narrative Project Understanding Preventing & Intervening in Militant Jihadi Terrorism and Violent Extremism" Police Training for EMR EYES Project, Verviers, Belgium.

Sept 7, 2019 Presentation for Assessing Risk Factors Panel - the International Conference on Studying the Drivers of Radicalization, Doha, Qatar

July 8, 2019 "Breaking the ISIS Brand Counter Narrative Project Preventing and Intervening in Terrorism and Violent Extremism" NRLS Conference, Qamishlo, Syria.

July 8, 2019 "Supporting the Management of Violent Extremist Prisoners and the Prevention of Radicalization to Violence in Prisons" – Rehabilitation & Reintegration NRLS Conference, Qamishlo, Syria.

June 18, 2019 "Breaking the ISIS Brand Counter Narrative Project," Presentation for the Amman Forum, Amman, Jordan

June 18, 2019 "Breaking the ISIS Brand Counter Narrative Project," Presentation for Tech Against Terrorism GIFCT, Amman, Jordan

May 24, 2019 "Understanding Motivations and Vulnerabilities to Joining and Experiences inside ISIS," U.S. Department of State, Foreign Service Institute, Arlington, VA

April 7, 2019— "Breaking the ISIS Brand Counter Narrative Project Preventing and Intervening in Terrorism and Violent Extremism" World Economic Forum, Dead Sea, Jordan

March 25, 2019—Expert Participant, "OSCE-wide Counter Terrorism Conference," Bratislava, Slovakia

March 18, 2019 "Breaking the ISIS Brand Counter Narrative Project Preventing and Intervening in Terrorism and Violent Extremism" International Countering Violent Extremism Conference (ICVEC), U.S. Embassy and FPD-Jordan, Dead Sea, Jordan

March 2019 Federal Bureau of Investigation (FBI) and German authority consultations on "Breaking the ISIS Brand Counternarrative Project," Washington, D.C.

March 2019 RAND Consultation on "Foreign Fighter and local Iraqi and Syrian ISIS Cadres Will to fight"

March 2019 Hot Zone with Chuck Holton, "Breaking the ISIS Brand Counter narrative Project"

February 26, 2019 United Nations Office on Drugs and Crime (UNODC) Preventing Violent Extremism through Rehabilitation and Reintegration of Violent Extremist and Terrorist Offenders and Strengthening Partnership with Civil Society Organizations (CSOs) and the Local Community Cross-Regional Conference Colombo, Sri Lanka. Supporting the Management of Violent Extremist Prisoners and the Prevention of Radicalization to Violence in Prisons – Rehabilitation & Reintegration

February 21, 2019- Radicalization Awareness Network (RAN), Communications and Narratives (C&N) meeting – Monitoring and evaluating the impact of counter and alternative narrative campaigns Berlin, Germany.

Participant - February 20, 2019 Fourth International Conference on Combatting Daesh Propaganda and Ideology - Baghdad, Iraq

February 7, 2019 "Understanding Trajectories into and Back out of ISIS," Iraqi Counter Terrorism Services, Baghdad, Iraq.

December 15, 2018 Doha Forum, ICSVE side event, "Breaking the ISIS Brand Counter Narrative Project," Doha, Qatar

December 6, 2018 "Supporting the Management of Violent Extremist Prisoners and the Prevention of Radicalization to Violence in Prisons" United Nations Office on Drugs and Crime (UNODC) and OSCE Cross-Regional Conference, Astana, Kazakhstan

December 6, 2018— "Breaking the ISIS Brand Counter Narrative Project," United Nations Office on Drugs and Crime (UNODC) and OSCE Cross-Regional Conference, Astana, Kazakhstan

November 30, 2018 ICSVE "Breaking the ISIS Brand: Understanding trajectories into and out of terrorism and using counter messaging to prevent and intervene in terrorism and violent extremism," EU Event, Brussels, Belgium

November 26, 2018 ICSVE "Breaking the ISIS Brand Counter Narrative Project: Preventing and Intervening in Terrorism and Violent Extremism," Aqdar World Summit, Abu Dhabi, U.A.E.

October 16, 2018- "Breaking the Terrorist Brand Counter Narrative Project – Preventing and Intervening in Terrorism and Violent Extremism – Kenya and Beyond" "Achieving victory in the war against al Qaeda Groups" conference, Kenyan National Countering Terrorism Centre & Horn Institute Conference, Kenya

October 9, 2018 "Breaking the ISIS Brand Counter Narrative Project – Preventing and Intervening in Terrorism and Violent Extremism – Jordan and Beyond" Amman Forum: Countering Violent Extremism, Amman, Jordan

October 2018 Twitter Chat: Dissecting De-radicalization, with Stefan Labbe, Eric Rosand, Kyle Mathews, Anne Speckhard and Renee Black. OpenCanda.org

September 20, 2018 ICSVE United Nations General Assembly (UNGA#73) ICSVE side event "Breaking the ISIS Brand Understanding Trajectories into Terrorism and Using Counter-Messaging to for Online and Face-to-Face Interventions against Terrorism and Violent Extremism" New York

Sept 5, 2018 Briefing with the representatives of the Office of Secretary of Defense

August 15, 2018 Briefing with George W. Bush Library. Introductory papers about the work of ICSVE sent and project introduced to former President Bush.

July 28 ,2018 Training and development of an IREX training curriculum for teachers with researchers from Baghdad, Iraq.

June 13, 2018 Consultations with OCAD/CUTA— Organe de Coordination pour l'Analyse de la Menace (Belgian Coordination Unit for Threat Analysis), Brussels, Belgium.

June 18, 2018 Consultations with Belgian Federal Police— Brussels, Belgium.

June 2018 European Union officials (EU) introduced our project to Dimitris Avramapolis, Minister in the EU for Counter Radicalization Efforts and Immigration Issues. Introduced it also to the Council of Europe, met with and began a partnership with DCAF who is overseeing EU spending and efforts in the Balkans. Our project will be included in those efforts.

May 22, 2018 Consultations with Facebook Public Safety Team representatives

June 8, 2018 "Breaking the ISIS Brand Counter Narratives Project: Fighting the Digital Caliphate" Presentation for the Global Internet Forum Counter Terrorism, San Francisco, CA

June 20, 2018 "Breaking the ISIS Brand Counter Narratives Project: Challenges of Radicalization to Violent Extremism for Europe and Beyond." Beyond the Horizon Conference, Brussels, Belgium,

June 18, 2018 "Breaking the ISIS Brand Counter Narratives Project: Fighting Back Against the Digital Caliphate." Presentation for UK Prevent/Context, London, UK

May 5, 2018 "Fighting ISIS in the Digital Space: The Breaking the ISIS Brand Counter Narratives Project" ICSVE Side Event for The Reverse Flow of Foreign Fighters: Challenges for the OSCE and Beyond OSCE Wide Conference held in Rome, Italy for the Organization for Security and Cooperation in Europe (OSCE).

May 5, 2018 "ISIS - When Serving Terrorism is an 'All in the Family' Affair How to Recover the Lost Children & Spouses of ISIS" The Reverse Flow of Foreign Fighters: Challenges for the OSCE and Beyond OSCE Wide Conference held in Rome, Italy for the Organization for Security and Cooperation in Europe (OSCE).

May 14-15, 2018 Keynote Speech – "Seeking Jihad: Ten Motivational Sets for Western Women involved in ISIS and al Qaeda-related Violent Extremism" Workshop on Gender and Extremism, University of Oslo

May 10, 2018 Anne Speckhard, Ph.D., Ardian Shajkovci, Ph.D., Clair Wooster & Neima Izadi "Fighting ISIS in the Digital Space: The Breaking the ISIS Brand Counter Narratives Project" Presentation for VOXPOL, Oxford UK

May 2018 ICSVE staff trained social work staff working with ISIS defectors and ISIS victims in Erbil, Iraq

May 2018 ISCVE consulted with Iraqi Psychological Research Institute on providing a teacher training curriculum based on a psychological survey of Iraqi children having lived under ISIS control

May 2018 ICSVE participated in teacher training for teachers dealing with children who lived under ISIS, Erbil, Iraq

May 8, 2018 "Understanding Motivations and Vulnerabilities for Recruitment to Violent Extremism and ISIS in Kosovo & Prevention and Rehabilitation Strategies" - Training for Islamic women activists (Bashkesia Islame e Kosoves/Kosovo Islamic Community) Pristina, Kosovo.

April 9, 2018 "Breaking the ISIS Brand Counter Narrative Project: Soft Power Approaches for Countering Terrorism" ICSVE event at the U.S. Press Club, Washington, D.C.

April 25, 2018 "Breaking the al Shabaab Brand Counter Narrative Project" Presentation for the HORN Institute Conference on "The Changing Dynamics of Terrorism and Violent Extremism in Kenya." Nairobi, Kenya.

April 16-17, 2018 "Seeking Jihad: Ten Motivational Sets for Western Women involved in ISIS and al Qaeda-related Violent Extremism" UN Women organized Conference on Gender and Violent Extremism in Hedayah, Abu Dhabi, UAE

March 28, 2018 "Understanding Trajectories into and Back out of Terrorism - Breaking the ISIS Brand Counter Narrative Project." Tabletop Exercise (TTX)- "Foreign Terrorist Fighter Networks: Threats, Challenges, and Responses." German Marshal Center, Garmisch-Partenkirchen, Germany.

March 14, 2018 "Breaking the ISIS Brand Counter Narrative Project," Presentation for the Gurugram Harayana India Conference, Delhi, India.

March 6, 2018 "ISIS Foreign Fighters," George Washington Program on Extremism's Foreign Fighters Conference, Washington, D.C.

Feb 20, 2018, "Breaking the ISIS Brand Counter Narrative Project Preventing and Intervening in Terrorism and Violent Extremism Conference Baghdad, Iraq." Presentation for Third Annual International Conference on Combatting Daesh Propaganda and Ideology - Baghdad, Iraq

Feb 24-25, 2018 Participant - Hollywood Consultations on Film to Counter DAESH, CENTCOM and Iraqi Special Forces Conference, Baghdad, Iraq.

Feb 8, 2018 "Understanding Trajectories into and Back out of Terrorism - Breaking the ISIS Brand Counter Narrative Project" Presentation for the Iraq Familiarization Course, U.S. Department of State Foreign Policy Institute. Arlington, VA

January 9, 2018 "Understanding Trajectories into and Back out of Terrorism - Breaking the ISIS Brand Counter Narrative Project" Presentation at the U.S. Department of State Library, Washington, D.C.

2017 "International trends fighting against terrorism." 2017 International Urban Security and Resilience Conference, Toronto, Ontario, Canada.

2017 "Breaking the ISIS brand: ISIS defector interview project" U.S. Consulate Erbil, Iraq.

Dec 21, 2017 "Preventing and Intervening in Terrorism and Violent Extremism," Aqdar World Summit, Abu Dhabi, U.A.E.

Dec 10-11, 2017 "The Psychology of Interrogating Terrorists" Presentation to the Iraqi Falcons Counter Terrorism Directorate Special Operators

Dec 12, 2017 "Interrogation and Interviewing: Reading Body Language & Detecting Deception" Presentation to the Falcons Group Baghdad, Iraq Presentation to the Iraqi Falcons Counter Terrorism Directorate Special Operators

December 14, 2017 Keynote Address: Breaking the ISIS Brand: The ISIS Defectors Counter Narrative Project Third International INFORMATION OPERATIONS

Conference to Counter Da'esh – in the Post-territorial Phase of Daesh, Baghdad, Iraq.

Nov 6, 2017 "Breaking the ISIS brand: ISIS defector interview project." Presentation for the NATO Research Task Group Advances Workshop on Counter Messaging, London, UK.

Nov 8, 2017 Participant – NATO Workshop on Fighting ISIS and Violent Extremism, Skopje, Macedonia

October 19, 2017 "Breaking the ISIS brand: ISIS defector interview project." Presentation for the Stanley Foundation Conference, Virginia.

Sept 19, 2017 "Children and ISIS," Presentation for Norwegian Experts Conference, Norway.

July 22-31, 2017 "Understanding Trajectories into and Back out of Terrorism & the Breaking the ISIS brand: ISIS defector interview project." Presentations throughout Thailand for the U.S. Department of State Speakers Program, Bangkok and Chaingmai, Thailand

July 13-21, 2017 "Understanding Trajectories into and Back out of Terrorism &Breaking the ISIS brand: ISIS defector interview project." Presentations throughout Malaysia for the U.S. Department of State Speakers Program, Kuala Lumpur & Penang, Malaysia

July 5, 2017 "Understanding Trajectories into and Back out of Terrorism &Breaking the ISIS brand: ISIS defector interview project." Presentation for the Riga NATO Centre of Excellence conference on Disinformation, Riga, Latvia.

June 29, 2017 "Understanding Trajectories into and Back out of Terrorism &Breaking the ISIS brand: ISIS defector interview project." Presentation for the George Marshall Security Studies

June 20, 2017 "Breaking the ISIS brand: Trajectories into and out of terrorism and the social media recruiting of ISIS." Utrecht University, the Netherlands.

June 19, 2017 ICSVE Community Police and Intelligence Training on Terrorist Recruitment and Effective Counter Messaging. National Police, Den Haag, The

Netherlands.

June 15, 2017 Hostage Training for the Belgian Federal Police Hostage Negotiation Team.

June 12, 2017 "Breaking the ISIS brand: Trajectories into and out of terrorism and the social media recruiting of ISIS." UFUNGU Conference, Antwerp, Belgium.

June 8, 2017 "Brides of ISIS: The Internet seduction of western female into ISIS." Dialogue Platform, Brussels.

June 14, 2017 ICSVE Community Police Training on Counter Messaging. Belgium Stad Police, OCAM/OCAD Antwerp, Belgium.

June 13, 2017 ICSVE Community Police and Social Worker Training on Countering Radicalization and Effective Counter Messaging, Belgium Police and Social Workers, Liege, Belgium.

May 17, 2017 "Breaking the ISIS brand: ISIS defector interview project." Great Lakes Homeland Security Conference, Great Lakes, Michigan.

May 16, 2017 Toronto Police Training on Understanding Trajectories into and back out of Terrorism and the Breaking the ISIS Brand Counter Narrative Project. Presentation for the U.S. Department of State's Expert Speaker Program, Toronto, Canada.

April 5, 2017 "Fighting ISIS in the Digital Space: The Breaking the ISIS Brand Counter Narratives Project" Presentation for U.S. Special Military Operators, Cannon U.S. Airbase, New Mexico, US

March 16, 2017 "Brides of ISIS: The Internet seduction of western female into ISIS." Dialogue Platform, Brussels.

March 7, 2017 "Fighting ISIS in the Digital Space: The Breaking the ISIS Brand Counter Narratives Project" Presentation for New Delhi National Defense Institute Conference

March 8, 2017 Fighting ISIS in the Digital Space: The Breaking the ISIS Brand Counter Narratives Project Presentation for the Indian National Investigative Agency.

February 2017 "Breaking the ISIS brand: ISIS defector interview project." U.S. Consulate, Erbil, Iraq.

February 15, 2017 "Breaking the ISIS brand: ISIS defector interview project." The Dutch National Police, Den Hague, The Netherlands.

February 2017 "Breaking the ISIS brand and Not in God's Name project." U.S. Embassy Vienna, Austria.

February 2017 Speckhard, A. & Shajkovci, A. "Breaking the ISIS brand: ISIS defector interview project." U.S. Embassy Amman, Jordan.

February 16, 2017 ICSVE Community Police and Intelligence Training on Terrorist Recruitment and Effective Counter Messaging. National Police, Den Haag, The Netherlands.

February 17, 2017 ICSVE Community Police Training on Counter Messaging. Belgium Stad Police, OCAM/OCAD Antwerp, Belgium.

February 15, 2017 ICSVE Community Police and Social Worker Training on Countering Radicalization and Effective Counter Messaging, Belgium Police and Social Workers, Liege, Belgium.

February 16, 2017 "Breaking the ISIS brand: Challenges and the return of foreign fighters and ongoing internet seduction." International Conference on Returning Foreign Fighters, The Hague, The Netherlands.

January 31, 2017 "Breaking the ISIS brand: ISIS defector interview project." Presentation for the NATO Human Factors and Medicine Research Task Group HFM-Kick-Off Meeting Paris, France.

December 2016 "Breaking the ISIS brand: ISIS defector interview project." Kings College, London, UK

November 15, 2016 "Drivers of radicalization and violent extremism in Jordan" U.S. Embassy Amman, Jordan.

Nov 17, 2016 "Identity crisis, status, and purpose: The Psychological and ideological drivers of radicalization." Effective Advancement of Countering and Preventing Violent Extremism (CPVE) Programming in the West Asia, North Africa Region, and Europe. Wana Institute/Robert Bosch Stiftung, Amman, Jordan.

November 14, 2016 "Drivers of violent extremism in Jordan." U.S. Military Base. Jordan.

October 21, 2016 "Understanding ISIS, Iraq Readiness Course," U.S. State Department Foreign Service Institute. Arlington, VA

September 6, 2016 "ISIS Defectors Inside Stories of the ISIS Caliphate" Presentation in Kuala Lumpur, Malaysia.

September 22, 2016 "ISIS Defectors Inside Stories of the ISIS Caliphate" Presentation for Ravens Challenge, Thailand.

August 22, 2016 Speckhard, Anne & Yayla, Ahmet, "ISIS Defectors Inside Stories of the ISIS Caliphate" Presentation at New America. Washington, D.C.

April 29, 2016 "Understanding and Responding to ISIS Recruitment" Presentation for the U.S. Embassy to Austria

April 28, 2016 "Understanding and Responding to ISIS Recruitment" Presentation to the OSCE Counterterrorism Staff, Vienna, Austria

April 28, 2016 "Understanding and Responding to ISIS Recruitment" Presentation to for the US Embassy to Austria

April 27, 2016 "Bride of ISIS: Understanding the Recruitment of Females into ISIS". Presentation to the University of Geneva, organized by Foraus, Geneva, Switzerland

April 26, 2016 "Understanding and Responding to ISIS Recruitment" Presentation to the Swiss Office of Foreign Affairs, Americas Division Bern, Switzerland

April 26, 2016 "Disrupt, Disengage, Redirect: Tackling Terrorism from the Ground Up." Presentation to the US Embassy to Switzerland, Bern Switzerland.

April 25, 2016 "Disrupt, Disengage, Redirect: Tackling Terrorism from the Ground Up." Presentation to the University of Zurich and the Free Thinkers Society. Zurich, Switzerland.

April 25, 2016 "Disrupt, Disengage, Redirect: Tackling Terrorism from the Ground Up." Presentation to the Swiss Federal Police, Bern Switzerland.

April 25, 2016 "Disrupt, Disengage, Redirect: Tackling Terrorism from the Ground Up". Presentation to the City Police of Zurich, Zurich, Switzerland.

March 24, 2016 "Women as Terrorists & Women Fighting Terrorism" Presentation for

"The Gender-Perspective of Violent Extremism Workshop." United Nations Headquarters New York, USA

March 15, 2016 "ISIS Recruiting and Women's Roles in Terrorism" U.S. House Roundtable Committee on Homeland Security, Washington, D.C.

March 9, 2016 "Talking to Terrorists" Presentation to SOCCOM, Tampa, Florida

February 25, 2016. "Recruiting for Jihad: The Allure of ISIS." Presentation for the Middle East Institute, Johns Hopkins SAIS. Washington, D.C.

February 2, 2016 "Discrediting ISIS from the Inside: Using Stories from Recent ISIS Defectors—Why they Joined, What they Saw, Why they Quit." Presentation for the EastWest Institute. Brussels, Belgium.

February 1, 2016 "ISIS Defectors Stories and Understanding Trajectories into and Out of Terrorism—Thoughts on Countering Violent Extremism." Presentation for the European Union representatives on Countering Violent Extremism. Palais d'Egmont, Brussels Belgium

October 27, 2015 "The Roles of Women in Countering Radicalization and Violent Extremism" Presentation for the Global Policy Dialogue Madrid +10 Club de Madrid and ICSR Meetings, Madrid, Spain.

September 17, 2015 "The Pull & Attraction of Violent Extremist Groups like ISIS and al Qaeda," Presentation for the Foreign Service Institute Islam: Traditions, Institutions, Reform Area Studies Seminar

July 16, 2015 "Talking to Terrorists: Understanding the Psycho-social Motivations of Militant Jihadi Terrorists, Mass Hostage Takers, Suicide Bombers & 'Martyrs'" Presentation for New Horizons, Mclean, VA.

June 27, 2015 "Lone Wolf Terrorism" Presentation for Georgetown University Security Studies Program. Washington, D.C.

June 10, 2015 "Talking to Terrorists: Understanding the Psycho-social Motivations of Militant Jihadi Terrorists, Mass Hostage Takers, Suicide Bombers and 'Martyrs'" Presentation for Women in Federal Law Enforcement. Tampa, Florida.

June 8, 2015 "Understanding Foreign Terrorists Fighter Motivations and Recruitment: ISIS, al Qaeda & Militant Jihadi Terrorism" Presentation for Hedayah, Abu Dhabi, UAE.

May 20, 2015 "Undercover Jihadi: Inside the Toronto 18—al Qaeda Inspired Homegrown Terrorism" Presentation for the U.S. Department of State Library, Washington, D.C.

May 1, 2015 "Female Roles in ISIS, al Qaeda and 21rst Century Terrorism" Presentation for Trends, Abu Dhabi, United Emirates.

April 10, 2015 "Female Suicide Bombers" Presentation for the Defence Against Suicide Bombing Conference, NATO Center for Excellence in the Defence Against Terrorism, Ankara, Turkey.

April 8, 2015 "Psycho-Social Motivations for Suicide Terrorism" Presentation for the Defence Against Suicide Bombing Conference, NATO Center for Excellence in the Defence Against Terrorism, Ankara, Turkey.

March 20-21, 2015 "Female Roles in ISIS, al Qaeda and 21rst Century Terrorism" Presentation for the Canada-US Cooperation in Trans-Sahel Counter-Terrorism Operations Conference, Balsillie School of International Affairs, Waterloo, Canada.

March 17, 2015 "Societal and National Resiliency in the Face of a Major Crisis" Presentation for Resilient Responses to National Strategic Contingencies: The Case of a Major Terrorist Attack at the Evermay Dialogue Series, Washington, D.C.

March 11, 2015 "The Psychology of Terrorism" Presentation for the Understanding the Extremist Threat Workshop, Institute for National Strategic Studies Program on Irregular Warfare and Special Operations Studies.  National Defense University, Washington, D.C.

January 7, 2015 "Undercover Jihadi: Inside the Toronto 18 - Al Qaeda Inspired, Homegrown, Terrorism in the West". Presentation with Mubin Shaikh, at the New America Foundation, Washington, D.C.

December 8-21, 2014 "Basics of Psychotraumatology" Training for the OSCE Mission *Enhancing Ukraine's Response to Conflict-Related Migration" project*, Trainings of trainers on the provision of psychological assistance to people affected by conflict-related migration. Kyiv, Ukraine.

December 8-21, 2014 "Key Principles of Assistance to People affected with PTSD" Training for the OSCE Mission *Enhancing Ukraine's Response to Conflict-Related Migration" project*, Trainings of trainers on the provision of psychological assistance to people affected by conflict-related migration. Kyiv, Ukraine.

December 8-21, 2014 "Dealing with PTSD Affected Children" Training for the OSCE Mission *Enhancing Ukraine's Response to Conflict-Related Migration" project*, Trainings of trainers on the provision of psychological assistance to people affected by conflict-related migration. Kyiv, Ukraine.

December 8-21, 2014 "Clinical Responses to Posttraumatic Bereavement & Complicated Mourning" Training for the OSCE Mission *Enhancing Ukraine's Response to Conflict-Related Migration" project*, Trainings of trainers on the provision of psychological assistance to people affected by conflict-related migration. Kyiv, Ukraine.

December 8-21, 2014 "Psychological Hygiene—Secondary Trauma, Burnout and Compassion Fatigue" Training for the OSCE Mission *Enhancing Ukraine's Response to Conflict-Related Migration" project*, Trainings of trainers on the provision of psychological assistance to people affected by conflict-related migration. Kyiv, Ukraine.

October 6-7, 2014 Workshop Participant, Multi-Method Assessment of ISIL, Workshop in Support of SOCCENT, Applied Physics Laboratory, Washington, D.C. (area).

November 18, 2014 "Female Terrorists" Presentation for Defying Extremism – Gendered Responses to Religious Violence, 2014 Women Peacemakers Conference at the Joan B. Kroc Institute for Peace & Justice (IPJ), University of San Diego.

February 26, 2014 "Can a Terrorist Brain be Rebooted?" Presentation for the Smithsonian Resident Associates Program *Inside the Minds of Traitors, Dictators, and Terrorists 4-Session Daytime Course*. Washington, D.C.

November 6, 2013 "Understanding Terrorists Trajectories and Homegrown Terrorism" Presentation for the National Center for Counter Terrorism. Washington, D.C.

August 9, 2013 "The Psychology of Trauma, Dissociation and Violence," Presentation to the U.S. Military Cultural Training Seminar, Andrews Airforce Base, Washington, D.C.

July 26, 2013 "Predicting the Outcomes of Diaspora Muslim Populations Fighting in Syria" Presentation hosted by the Counterterrorism and Special Tactics Command of the New South Wales Police, Sydney, AUSTRALIA.

July 25, 2013 "The Shift from Homegrown Radicalization to Violent Extremism" Australia Security Industry Conference 2013, Sydney, AUSTRALIA

July 24, 2013 "Understanding the Psycho-Social Motivations of Terrorists and Violent Extremists," Security Conference 2013, Sydney, AUSTRALIA.

July 23, 2013 "Homegrown Radicalization" Presentation to the New South Wales Police, Sydney, AUSTRALIA

July 19, 2013 "Psycho-Social Approaches to Countering Terrorism and Violent Extremism" Address to the Australian Security Intelligence Organisation (ASIO), Canberra, AUSTRALIA

July 18, 2013 "The Psychology of Radicalization and Disengagement", Keynote Address, Countering Violent Extremism Research Colloquium, Australia-New Zealand Counter-Terrorism Committee, Melbourne, AUSTRALIA.

July 18, 2013 "Risk Assessment and Analysis: Countering Violent Extremism Applications," Panel Discussion. Countering Violent Extremism Research Colloquium, Australia-New Zealand Counter-Terrorism Committee, Melbourne, AUSTRALIA.

May 11, 2013 "The Mind of a Terrorist" Discussion for the Case Studies in Intelligence class at Johns Hopkins University, Columbia, Maryland.

May 23, 2013 Invited Expert for a "Roundtable on Violent Extremism and Vulnerable Populations", hosted with the command strategist of Special Operations Command Central (SOCCENT) and the George Marshall Center. Washington, D.C.

May 13, 2013 "Talking to Terrorists: Understanding the Psycho-Social Motivations of Militant Jihadi Terrorists, Mass Hostage Takers, Suicide Bombers & Martyrs to Combat Terrorism in Prison & Community Rehabilitation" Presentation to Brookings, Washington, D.C.

April 22, 2013 "Talking to Terrorists" Presentation to the FBI National Headquarters Intelligence Office for Counterterrorism, Washington, D.C.

April 11, 2013 "Talking to Terrorists: Understanding the Psychosocial Motivations of Terrorists and What puts them on the Terrorist Trajectory and what might also take them back off it." Presentation to the Commonwealth Circle Foundation Fundraiser. Arlington, VA

April 4-5, 2013 Invited Expert for JSTO-RAND Red team/blue team exercises aimed at identifying Science & Technology needs necessary to mitigate concerns arising from threats posed by conventional and nontraditional biological and chemical agents. Part of the mission of the Defense Threat Reduction Agency (DTRA) held at RAND. Washington, D.C.

January 18, 2013 Invited Expert for the Expert Roundtable Meeting "Radicalisation, De-Radicalisation, Counter-Radicalisation: Where do we stand in our understanding?" Held by the International Centre for Counter Terrorism the Hague, Netherlands.

December 4, 2012 "Talking To Terrorists: Understanding the Psycho-Social Motivations of Militant Jihadi Terrorists, Mass Hostage Takers, Suicide Bombers & "Martyrs," Presentation to the Center for Strategic Counterterrorism Communications (CSCC) seminar for the U.S. Department of State, Washington, D.C.

April 18, 2012 "Abortion: The Politically Incorrect Trauma," Presentation to Fordham University.  New York.

February 28, 2012 "Psycho-Social Aspects of Hostage Taking, Presentation given to the NATO Centre of Excellence Defence Against Terrorism" Presentation to the Efficient Crisis Management to Mitigate the Effects of Terrorist Activities Course, Istanbul, TURKEY

February 29, 2012 "Assessing Psycho-Social Resilience in Diplomatic, Civilian & Military Personnel Serving in High Threat Security Environments: Counter Insurgency and Counter Terrorism Operations in Iraq," Presentation given to the NATO Centre of Excellence Defence Against Terrorism Defense Presentation to the Efficient Crisis Management to Mitigate the Effects of Terrorist Activities Course, Istanbul, TURKEY

February 24, 2012 "Universal Responses to Abortion: Comparing Psycho-Social and Cultural Differences that summarized clinical responses to abortion" Presentation given to the American Association of Pro-Life Obstetricians and Gynecologists Research and Strategy Meeting. Washington, D.C.

January 25, 2012 "Female Suicide Terrorism," Presentation given to the NATO Centre of Excellence Defence Against Terrorism Defense Against Suicide Terrorism Course, Ankara, TURKEY

January 23, 2012 "Psycho-Social Motivations for Suicide Terrorism," Presentation given to the NATO Centre of Excellence Defence Against Terrorism Defense Against Suicide Terrorism Course, Ankara, TURKEY

December 12, 2012 "Understanding Radicalization to Terrorism among Women," Presentation given to the Joint OSCE Secretariat – OSCE ODIHR Expert Roundtable on Preventing Women Terrorist Radicalization, Vienna, Austria

"Criminal Breakout: Detainees in the Global War on Terror: Criminal Trials, Civil Proceedings and Public Policy Challenges" Expert Panel Presentation for the 60th Annual Meeting of the 7th Circuit Bar Association and Judicial Conference of the Seventh Circuit

January 31, 2011 "Radicalization and Psychology of Active Shooters," Presentation given to the US Army's Worldwide Antiterrorism Conference, Orlando, Florida.

March 25, 2010 "Assessing Psycho-Social Resilience in Diplomatic, Civilian & Military Personnel Serving in a High Threat Security Environment: Counter Insurgency & Counter Terrorism Operations in Iraq" Presented to the NATO Research and Technology Military Mental Health and Ethical Dilemmas Group Meeting, Bergen, Norway.

February 25, 2010 "Militant Jihadi Activities in Europe – Voices from the Ground" Presentation for the US State Department Bureau of European and Eurasian Affairs Counterterrorism Policy Workshop, Athens, Greece.

February 24, 2010 "Researching Motivations of those involved in the Militant Jihad" Presentation for the panel Countering Violent Extremism: The Government Perspective for the US State Department Bureau of European and Eurasian Affairs Counterterrorism Policy Workshop, Athens, Greece.

May 8, 2009 "Exploring the Psychological Basis of Learning: Unblocking Learning Impediments" Presentation for the American Community Schools 4th Annual Conference on Learning Differences -Differentiating Teaching and Learning: Unraveling the Myths, Athens, Greece.

March 26, 2010 "Understanding and Countering the Militant Jihad: Results of International Field Research Interviews" Presentation to the Women's International Club of Athens, Athens, Greece.

March 26, 2009 "Understanding and Countering Suicide and Militant Jihadi Terrorism" Presentation to the Women's International Club, Athens, Greece.

March 20, 2009 "Pathways to Radicalization of Youth & Attempts at De-Radicalization: The Role of Education and Psychology" Presentation for the Policy Forum, Analytic Services, Arlington, VA

March 20, 2009 "Radicalization and Recruitment of Terrorists: How to Combat Terrorists Propaganda and Recruitment Strategies" Presentation for the International Law Institute, Washington, D.C.

March 19, 2009 "Understanding Radicalization: Trajectories, Vulnerabilities, Prevention, Detection, & Counter Initiatives" Presentation for the United States Homeland Security Institute Youth Recruitment and Radicalization Roundtable, Arlington, VA.

March 6, 2009 "Counter Radicalization Strategies and Challenging Terrorist Ideologies" Presentation for Combating International Terrorism: Turkey's Added Value, RUSI, London.

November 25, 2008 "Moral Issues and Mental Health: Exploratory Research Examining Issues related to Military Responses to Minors and Children acting as the Opposing Force," Presentation for the NATO Human Factors and Medicine Research Task Group 173 -Moral Dilemma's and Military Mental Health, Paris.

October 28, 2008 "Religious pluralism in a securitized environment: enhancing inclusion and public safety" Discussant. 13th International Metropolis Conference: Mobility integration and development in a globalized world. Bonn, Germany.

October 30, 2008 "Conducting sensitive research on justice policing and security: Research Interviews with those Involved in Suicide Terrorism and Militant Jihadi Violence." Paper presented to the 13th International Metropolis Conference: Mobility integration and development in a globalized world. Bonn, Germany.

September 8, 2008 "Jihadis in Europe" Briefing for the US DOD Strategic Multi-Layer Analysis (SMA) Group, Pentagon, Pentagon, Washington, D.C.

Sep 3, 2008 "Studying and Countering the Militant Jihad in Europe" Paper presented for the US Department of Defense Airforce. Dayton, Ohio.

May 29, 2008 "Psycho-Social and Cultural Aspects of Terrorism: NATO RTG -140 Task Group" Chair. Sophia, Bulgaria.

June 25, 2008 "Trauma, Loyalty and Identity Issues in the Military" Presentation for the UK Armed Forces Muslim Conference.

May 2, 2008 "Next Generation Initiative: Local Business for Global Rights. Middle East Regional Forum of Local and Regional Women Entrepreneurs" Participant. Workshop hosted by the Foreign Ministry of Greece, Athens, Greece.

April 10, 2008 "Disengage: Challenging the Militant Jihad" Paper presented to the Regional NSSC Counterterrorism Working Group. Athens, Greece.

March 27, 2008 "Cultural Awareness Training" Training Workshop Presented for the

Faculty of the Hellenic American University Athens, Greece.

March 12-13, 2008 "Promoting Psycho-Social Resilience for Persons under Threat and in Protective Security: Perspectives from Both Sides." Paper presented for the Invitational Expert Meeting on Psychosocial Aspects of Threat and Protected Security held by the National Coordinator for Counterterrorism and Center for Psychological Trauma AMC. The Hague, Netherlands.

March 7, 2008 "Understanding and Addressing Militant Jihadi Terrorism in Europe" Presentation for the NATO Advanced Research Workshop - Indigenous Terrorism: Understanding and Addressing the Root Causes of Radicalisation among Groups with an Immigrant Heritage in Europe, Budapest.

January 2008 "Radicalization and Deradicalization Workshop" Participant. ICSR Counterterrorism Conference, London.

November 26, 2007 "Understanding Suicide Terrorism" Presentation for the Internal Security and Emergency Response Management Conference Brussels, Belgium.

September 20, 2007 EUREST – European Resources for the Victims of Terrorism Workshop – Consulting Psychologist/Participant, Belgian Red Cross Headquarters (French Aisle), Brussels, Belgium.

October 15, 2007 "Pathways to Radicalization & Attempts at De-Radicalization and Terrorist Disengagement"
Briefing for the US DOD Strategic Multi-Layer Analysis (SMA) Group, Pentagon, Washington, D.C.

September 17-18, 2007 EUREST – European Resources for the Victims of Terrorism Workshop – Consulting Psychologist/Participant, Belgian Red Cross Headquarters (French Aisle), Brussels, Belgium.

September 13-14, 2007 "Modeling and Promoting Resilience in Victims of Terrorism" Paper presented at the OSCE High-Level Meeting On Victims of Terrorism, OSCE - Hofburg Palace, Vienna, Austria

September 11, 2007 "Pathways to Radicalization of Youth & Attempts at De-Radicalization: The Role of Education and Psychology" Paper presented to the TWG/COTER Seminar on "Preventing and Addressing the radicalisation of youth" European Union, Brussels, Belgium

September 11, 2007 "Deradicalization Strategies in Prisons, on the Internet and in Street Programs" Paper presented at the TWG/COTER Seminar on "Preventing and Addressing the radicalisation of youth" European Union, Brussels, Belgium

September 3-4, 2007 "Modeling Psycho-Social Resilience in Civil and Military Populations" Social Sciences Support to Military Personnel Engaged in Counter-Insurgency and Counter-Terrorism Operations NATO/Russia Exploratory Group (ET-079) NATO HQ, Brussels, Belgium.

May 2, 2007 "Pathways to Radicalization and De-Radicalisation" Paper presented for Terrorism in the UK: A Workshop on Radicalisation, RUSI, Whitehall, London.

April 28, 2007 "Radicalization to Militant Jihad amongst First to Third Generation Immigrants in Europe" Keynote Address for NATO Advanced Research Workshop-Social Stress of Immigrants/Members of Minority Groups as a Factor in Terrorist Behaviour, Akiryat Shmona, Israel

April 25, 2007 "Pathways to Radicalisation/Deradicalisation: Fighting Militant Jihadist Ideologies" Presentation for Faces of Terrorism: Cross-Disciplinary Explorations Conference, Organised by the Centre for Investigative Psychology at The Maritime Museum, Liverpool, UK.

March 19, 2007 "The Psychology of the Attack" Opening Address - Paper presented to the American Society for Industrial Security, Arlington, VA.

March 12, 2007 "The Psychology of Female Suicide Terrorists: A Distinctive Typology or Identity?" Paper presented to IISS Workshop on Suicide Bombing – London.

February 15, 2007 "Psycho-Social Responses to Terrorism: Modeling Psycho-Social Resilience" Terrorism and Politics Conference, RUSI London.

February 10, 2007 Participant: Terrorism Networks Wilton Park.

February 5, 2007 "Psycho-Social Underpinnings of Suicide Terrorism in Conflict and Non-Conflict Zones" presentation to Women in Security – Brussels.

January 31, 2007 "Crisis Intervention for Sexual Assault: What to say, What to do, How to Listen and Respond Effectively" Training session for the U.S. Army Community Service - Unit Victim Advocates Program. Brussels.

January 15-17, 2007 "Psychosocial, Cultural and Organizational Aspects of Terrorism" Report to the NATO Human Factors & Medicine Exploratory Team 067 - Educating

Adaptable Military Leaders and Training Teams for Improvement of Coalition Operations, Paris.

December 10-12, 2006 "Psycho-Social Motivational Factors for Suicide Terrorism in Conflict and Non-Conflict Zones" Presentation to NATO Advanced Research Workshop - Suicide Bombers – the Psychological, Religious and Other Imperatives Lucy Cavendish College - Cambridge University.

November 30, 2006 "The Response of Civil Society to Mass Terrorism: Modelling Psycho-Social Resilience to Terrorism" NATO Advanced Research Workshop - The Psychological Impact of Terrorist Act: How we can Better Help its Victims and Society, Amman, Jordan

November 20-21, 2006 "Understanding Organizational, Ideological and Individual Aspects of Suicide Terrorism" – Presentation to the NATO RTG-140 Experts Meeting - Psychosocial, Cultural and Organizational Aspects of Terrorism, Rome.

Participant/Discussant - Roundtable Discussion on "Developing a Comprehensive Global Biosecurity Regime" Hosted by the United Nations Deputy Secretary-General of the Conference
November 8, 2006 On Disarmament - Tim Caughley, Organized by Green Cross International, and its affiliates, Green Cross Switzerland, Green Cross Russia, and Global Green USA, Palais des Nations, United Nations. Geneva, Switzerland.

October 31-Nov 1, 2006 Participant/Speaker – Countering Ideological Support for Terrorism - Southeast Asia Violent Ideology Strategy (SEAVIS) Seminar USPACOM, Joint Special Operations University, and the Joint Information Operations Center, United States Department of Defense, San Antonio, Texas.

October 23-24, 2006 "Modeling Psycho-Social Resilience to Radiological Terrorism: Lessons Learned from Chernobyl and other Toxic Disasters" Paper presented to the NATO Advanced Research Workshop - Social and Psychological Affects of Radiological Terrorism Bratislava, Slovakia

October 19, 2006 "Modeling Psycho-Social Resilience to Radiological Terrorism: Lessons from Chernobyl and other Toxic Disasters" Paper presented to the NATO/CCMS Pilot Study Workshop - Risk Assessment and Chernobyl Accident Consequences: Lessons Learned for the Future, Kiev, Ukraine

September 17-21, 2006 "Terror on the Internet: Induction of Secondary Trauma and other Psychological Mechanisms for Motivating Recruits to the Global Jihad" Paper presented

to Hypermedia Seduction for Terrorist Recruiting - NATO Advanced Research Workshop Eilat, Israel.

September 15, 2006 "Psychological Issues in Fighting Terrorism" Paper Presented to Fighting Terrorism Critical Lessons and Key Issues for the 21st Century Conference Duncan House, School of Law, University of East London, London, UK.

September 14, 2006 "De-legitimizing Terrorism: Creative Engagement in the Psycho-Social, Ideological and Political Processes Supporting Terrorism" Paper Presented to the George C. Marshall European Center for Security Studies Countering Ideological Support for Terrorism Conference - Lessons Learned and Future Policy: International/Regional, Interdisciplinary and Theological Perspectives, Garmisch, Germany.

September 12, 2006 "Making a Martyr: From Jihadist Ideology to Cosmic Warrior" Presentation to Dying for Faith: Religiously Motivated Violence in the Contemporary World Department of Theology and Religious Studies, King's College, London.

July 25, 2006 "Psychological, Cultural and Organizational Aspects of Terrorism: Group and Individual Pathways and Motivations for Enacting Terrorism – Differences between Conflict and Non-Conflict Zones" Paper presented to the NATO Human Factors and Medicine Advisory Group Panel Meeting for the Mediterranean Dialogue, Amman, Jordan.

July 19, 2006 "Chechen Suicide Operations Combined with Mass Hostage Taking: Mindset of the Terrorists and Hostages in the Nord Ost and Beslan Sieges" Paper presented to International Symposium: Early Responders Distance Learning Center, Philadelphia, PA.

July 17, 2006 "Chechen Suicide Terrorism: Tactics, Enlistment, Motivations & Ideology" Paper presented to Suicide Terrorism: Motivations and Countermeasures Conference, Mclean, VA.

July 5, 2006 "Child Warriors as the Opposing Force: Addressing the Psychological Issues for Soldiers and Child Combatants" Paper presented to the NATO Human Factors and Medicine Experts Exploratory Team Meeting –ET 068, Child Warriors as the Opposing Force, Amsterdam.

July 2-3, 2006 Observer – NATO Parliamentary Assembly Mediterranean Special Group Security Challenges in the Mediterranean and the Middle East Naples, Italy.

June 20, 2006 "Psycho-Social and Cultural Aspects of Terrorism" Presentation to the NATO-Russia Counterterrorism Experts Meeting, Moscow, Russia.

June 26-27, 2006 Chair/Organizer for the NATO Human Factors and Medicine Panel: Experts Team Meeting - HFM -140/RTG - Psychosocial, Organizational and Cultural Aspects of Terrorism Paris, France.

April 28, 2006 "Suicide Bombers in Chechnya" Paper presented for The Changing Faces of Jihadism: Profiles, Biographies, Motivations - European Workshop Kings College, London.

January 23-26, 2006 "Igniting a Fire in Europe: The Role of State, Culture and Religion in the Radicalization Processes Occurring Within First to Third Generation Migrant Communities in Europe" Paper presented for the Israeli National Defense College (IDF) conference Global Responses to Terrorism: The Context of State, Culture & Religion.

January 9-11, 2006 "The New Chechen Jihad: Suicide Terrorism in Chechnya" Paper presented to the University of Haifa - National Security Studies Center International Conference -Current and Future Trends in the Study of Terrorism Haifa, Israel.

November 23, 2005 "Countering Terrorism Ideologies" Round Table presentation with the specialists of the International Relations Department University of World Economy and Diplomacy - Tashkent, Uzbekistan.

November 22, 2005 "Legal and Ethical Issues in the Fight Against Terrorism" Paper presented for the International Law Faculty, University of World Economy and Diplomacy Tashkent, Uzbekistan.

November 21, 2005 "Understanding Suicide Terrorism" paper presented for the International Relations Faculty of the University of World Economy and Diplomacy Tashkent, Uzbekistan.


September 20, 2005 "Psychological Warfare - Containing a Virulent Virus: Social and Psychological Factors in the Genesis of Terrorism" UCSIA Summer Seminar: Faith Based Radicalism: Christianity, Islam and Judaism between Constructive Activism and Destructive Fanaticism, Antwerp, Belgium.

September 22, 2005 Chair of the Religion and Terrorism Panel UCSIA Summer Seminar: Faith Based Radicalism: Christianity, Islam and Judaism between Constructive Activism and Destructive Fanaticism, Antwerp, Belgium.

September 22, 2005 "Sacred Terror: Religious Ideology & Terrorism" Keynote address for the Religion and Terrorism Panel UCSIA Summer Seminar: Faith Based Radicalism: Christianity, Islam and Judaism between Constructive Activism and Destructive Fanaticism, Antwerp, Belgium.

September 17, 2005 "Differing Motivational Sets for Suicide Terrorism: Social and Psychological Factors in the Genesis of Suicide Bombing" Paper presented for NATO Advanced Research Workshop Social and Psychological Factors in the Genesis of Terrorism Castelvecchio Pascoli, Italy.

July 5, 2005 "Researching Suicide Terrorism" Paper presented for the Human Factors & Medicine Panel Meeting on Psychosocial, Organisational and Cultural Aspects of Terrorism, Amsterdam.

July 4-6, 2005 "Mass Media and Terrorism" Paper presented for the Human Factors & Medicine Panel Meeting on Psychosocial, Organisational and Cultural Aspects of Terrorism, Amsterdam.

June 25, 2005 "Mass Media and Terrorism: The Question of How to Cooperate for the Public Good" Paper presented for NATO-Russia Counter-Terrorism Advisory Group Workshop St. Petersburg, Russia.

June 10, 2005 "Prevention Strategies and Promoting Resilience to Bioterrorism through Communication" Paper presented for the NATO Advanced Research Workshop: Risk Assessment and Risk Communication Related to Bioterrorism Ein Gedi, Israel.

May 20, 2005 "Female Suicide Terrorists: Recruitment, Training and Operations" Paper presented for the Technical Expert Workshop on Suicide Terrorism OCSE Vienna, Austria.

April 15, 2005 Chair for "National Experiences in Fighting Terrorism" panel of the Security through Science NATO Advanced Research Workshop: Scientific Collaboration for Defense against Terrorism Konstanz, Germany.

April 16, 2005 "Free Speech & Motivational Strategies of Terrorism Ideologies" paper presented for the Security through Science NATO Advanced Research Workshop: Scientific Collaboration for Defense against Terrorism Konstanz, Germany.

February 24, 2005 "Understanding Suicide Terrorism: The Psychology of Human Bombs" Paper presented for Grand Rounds Georgetown University Medical School, Washington, D.C.

February 23, 2005 "Female Terrorists as Individuals" Paper presented for the Female Terrorism Workshop Arlington, VA.

February 23, 2005 "Female Suicide Terrorists: Culture, Society & Martyrdom" Paper presented for the Female Suicide Terrorism Workshop Arlington, VA.

January 30-February 1, 2005 "Understanding Suicide Terrorism: The Psychology of Human Bombs" Paper presented for the NATO Advanced Research Workshop - Ideologies of Terrorism: Understanding and Predicting the Social, Psychological and Political Underpinnings of Terrorism Brussels, Belgium.

January 13, 2005 "Building Resilience in Civil Society's Psychological Response to Mass Terrorism" Paper presented for National Security Conference hosted by the Singapore Government and the Singapore.

January 12, 2005 "Building Resilience in Civil Society's Psychological Response to Mass Terrorism" Paper presented for the Institute of Defence and Strategic Studies Conference, Nanyang Technological University, Singapore.

December 7, 2004 "Culture, Society & Martyrdom" Paper Presented for Islamic Suicide Bombers Workshop, Arlington, VA.

December 7, 2004 "Policy Consequences for the United States: Islamic Suicide Bombings in Comparative Perspective" Paper Presented for Islamic Suicide Bombers Workshop, Arlington, VA.

December 3, 2004 "Suicide Terrorism: Addressing the Underpinnings of Recruitment and Motivations on the Organizational and Individual Level" Presentation for the United Kingdom Foreign Office, London.

November 29, 2004 "Understanding Suicide Terrorism: Countering Human Bombs and Those who Send Them" Presentation for the Atlantic Council's Topics in Terrorism: Toward a Transatlantic Consensus on the Nature of the Threat conference, Brussels.

November 21, 2004 "Understanding the Psychology of Suicide Bombers" Paper presented for Wilton Park's and United States Institute for Peace Conference War on Terrorism, Wilton Park.

October 14-15, 2004 Chair of the Working Group on Challenges to and Successes in Combating Terrorist Financing – Mediterranean & Middle East, for the NATO Defense College "Financial and Economic Aspects of the Fight Against Terrorism" - Rome.

October 4-6, 2004 Invited Participant, 6th International Security Forum, Montreux, Switzerland.

September 29, 2004 "Building Resilience in Civil Society's Responses to Mass Terrorism" Presentation to the Vesalius Forum – Communicating about and Coping with Terrorism: Responses in a New World Order, Vesalius College, Free University of Brussels.

June 6-8, 2004 "Civil Society's Response to Mass Terrorism: Building Resilience" Presentation at the East West Institute's Worldwide Security Initiative Civil Society's Response to The Challenges of Terrorism: A Contribution to the Transatlantic Dimension of Europe in the World. Lisbon, Portugal.

June 10-14, 2004 "Making of a Martyr: The Psychological Underpinnings of Suicide Terrorism" Keynote Address for Suicide Terrorism: Strategic Importance and Counterstrategies, NATO Advanced Research Workshop – Lisbon.

March 6, 2004 "Mechanisms of Generating Suicide Terrorism: Trauma and Bereavement as Psychological Vulnerabilities in Human Security: The Chechen Case" Keynote Address with Khapta Ahkmedova, Ph.D. at the Developing Strategies to Deal with Trauma in Children of Countries on the NATO Periphery in order to Assure the Social Stability Necessary for Post-Conflict Recovery and Reconstruction, Case Study: Developing a Strategy to address Post-Conflict Trauma in 12-15-year olds in Serbia, a NATO Advanced Research Workshop, Slovak Republic.

January 27, 2004 "Suicidal Terrorists in Action: The Moscow Hostage Siege" - Keynote Address for the Modern Roots of Terrorism: Contemporary Trends and Traditional Analysis, NATO Advanced Research Workshop - Prague.

May 6, 2003 "Terrorism & Religion the Plague of the 21rst Century: A Worldwide Perspective" Invited Research Presentation to the NATO Security Related Civil Science Committee, Brussels.

May 21, 2003 "Soldiers for God: Insights into the Psychology of Religiously Motivated Terrorism".  Paper presented for the Harvard Club of Belgium, Brussels.

November 3, 2002 "Passport to Paradise: Raising Children Overseas" with Ken Dekleva, M.D. Invited presentation for U.S. Embassy Moscow.

May 30, 2002 "Psychological Strategies and Self Hypnosis for Achieving Healthy Lifestyle Goals" Invited presentation for the U.S. Embassy Brussels.

May 10, 2002 "The Story is not yet Finished, Memories for the Future: A Report of Holocaust Oral Histories from Belarus" Paper presented at the conference on Places of Destruction in Belarus: The History of the Minsk Ghetto and Concentration Camp of Trostenez.  Evangelical Academy of Iserlohn in cooperation with IBB Dortmund, Iserlohn, Germany.

April 26, 2002 "Reproductive Rights and Abortion Practices in the United States" Paper presented to the Central and Eastern European Women's Network for Sexual and Reproductive Health and Rights Conference, Minsk, Belarus.

April 25, 2002 "Bearing Witness over Time: Posttraumatic Stress Disorder and Aging in Survivors of the Holocaust in Belarus" Research paper presented at the Camp of Trostinetz and Problems of Genocide during the Second World War Conference, Belarusian State University.  Minsk, Belarus.

April 22, 2002 "Domestic Violence & the Traumatized Family System." Series of Lectures for Preventing Domestic Violence Seminars at Belarusian State Pedagogical University, April 22-25th, 2002, Minsk, Belarus.

April 22-25, 2002 "The Societal Consequences of Permitting Violence as a Norm" April 23, 2002. Series of Lectures for Preventing Domestic Violence Seminars at Belarusian State Pedagogical University, Minsk, Belarus.

April 22-25, 2002 "Treating Spouse Abuse: Women's Groups, Men's Groups and Intervention Strategies" April 23-25. Series of Lectures for Preventing Domestic Violence Seminars at Belarusian State Pedagogical University, Minsk, Belarus.

April 22-25, 2002 "Recognizing and Interrupting the Cycle of Violence: Treatment and Intervention Strategies for Dealing with Domestic Violence."  Series of Lectures for Preventing Domestic Violence Seminars at Belarusian State Pedagogical University, April 22-25th, 2002, Minsk, Belarus.

April 24, 2002 "Recognizing and Treating Domestic Violence" Paper presented at European Humanities University, Minsk, Belarus.

April 24, 2002 "Recognizing and Intervening in Domestic Violence" Paper presented at Belarusian State University. Minsk, Belarus.

April 19, 2002 "Listening to Women: Universal Responses to Abortion" Research Paper presented at the Free University of Amsterdam.

March 26, 2002 "Waking up to Terror: Acute Stress Responses Post September 11th"

Presentation to NATO-Russia Advanced Scientific Workshop: Social and Psychological Consequences of Chemical, Biological and Radiological Terrorism. NATO Headquarters –Brussels.

November 2001 "Acute Stress Responses to Terrorism" Presentation to American Women's Club.

September 2001 "Acute Stress and Traumatic Responses in Americans living Abroad after the Sept 11[th] Terrorist Attacks on America" Presentation for U.S. Diplomatic and Military Staff posted to U.S. NATO Mission.

September 2001"Disaster Stress Effects in Children and Adults" Presentation to SHAPE (Supreme Allied Command Europe) Medical Staff.

September 2001 "Dealing with Disasters: What's Normal, What's Not?" Presentation at U.S. Embassy Belgium following terrorist attack on U.S.

September 2001 "Dealing with Disasters: Acute Stress Responses in Children and Adults" Presentation at the U.S. Armed Forces Community Services, NATO Support Services, Brussels, Belgium.

May 10, 2001"Post Abortion Trauma: Cross Cultural Perspectives on Research, Clinical and Social Responses:" Round Table Presentation to Consortium of Practitioners in Medical Publishers, Brussels, Belgium.

November 8, 2000 "Abortion Trauma and Contraceptive Chaos: Consequences of Reproductive Failures in a Former Soviet Union Sample" Presentation to European Humanities University Psychology Department, Minsk, Belarus.

November 7, 2000 "The effects of Violence and Attachment on Development of the Human Psyche" Paper presented for the Child and Family Violence Prevention Summit, 2000.  Minsk Pedagogical University, Belarus.

November 7, 2000 "Post Abortion Trauma: A comparison of date in the United States and Belarus" Paper presented for the Child and Family Violence Prevention Summit, 2000.  Minsk Pedagogical University, Belarus.

November 7, 2000 "Treating Adult Victims of Child Abuse" Paper presented for the Child and Family Violence Prevention Summit, 2000.  Minsk Pedagogical University, Belarus.

February 15, 2000 "Ethics, Death and Malpractice in Relations of Physicians with

Parents of Critically Ill Children: Practices in America as they relate to Post Soviet Transitions" Minsk Children's Hospital, Minsk, Belarus.

December 17, 1999 "The Self-Consciousness of the Population as a Result of Historical Development: A Psychologist's View" Paper presented to the Scientific Conference Belarus in the 20th Century: History Not Given in the Books. Minsk, Belarus.

June 26, 1999 "Profile of the Abortion Injured Woman" Presentation for Meeting the Special Legal Needs of Women: The Abortion Injured Plaintiff Continuing Legal Education Seminar, Columbia School of Law, Washington, D.C.

June 26, 1999 "Abortion and Medical Malpractice: The Issue of Informed Consent" Panel Presentation with Gerald Mitchell, Esq. Laurie Amell, Esq. and John Kindley, Esq. For Meeting the Special Legal Needs of Women: The Abortion Injured Plaintiff Continuing Legal Education Seminar, Colombia School of Law, Washington, D.C.

April 28, 1999 "Psychological Trauma & The Experiences of Romanian Women" Keynote Speech for the U.S. Agency of International Development Women's conference, Bucharest, Romania.

April 29, 1999 "Choiceless Choices: Abortion and Psychological Trauma among Romanian Women" Presentation for the U.S. Agency of International Development Women's conference, Bucharest, Romania.
April 30, 1999 "Attachment & Recovery from Trauma and Abuse" Presentation for the U.S. Agency of International Development Women's conference, Bucharest, Romania, April 29, 1999.
"Recovery from Abortion Trauma & Abuse" Workshop for the U.S. Agency of International Development Women's conference, Bucharest, Romania.

April 22, 1999 "The Impact of Intergenerational Trauma & Repression upon Social and Political Activity in Belarus" Paper presented at "The Belarus Factor: Implications for Russia, East-Central Europe and the West."  Conference organized by the Davis Center for Russian Studies and the Ukrainian Research Institute at Harvard University.

April 16, 1999 "Living with Radiation: Psychosocial and Trauma Responses to the Chernobyl Disaster" Paper presented to the Armed Forces Radiobiology Research Institute, Bethesda, MD.

March 18-19, 1999 Participant in the "Psychosocial Effects of Complex Emergencies" A meeting of experts sponsored by Tulane University School of Public Health and Tropical Medicine, The Congressional Hunger Center, The American Red Cross, Relief

International and The Joseph L. Mailman School of Public Health of Columbia University, American Red Cross Hall, Washington D.C.

January 5, 1999 "The Effects of Intergenerational Trauma & Repression on Political and Social Responsiveness: Belarusian Passivity in the Face of Political Oppression" Paper presented to the Former Soviet Union Area Studies Program of the United States Foreign Service Institute, Arlington, VA.

December 17, 1998 "Postpartum Stress Responses to Pregnancy Outcomes: Cross Cultural Perspectives" Paper presented for Romanian Obstetrics, Gynecology and Reproductive Health Delegation, (Program sponsored by Agency for International Development) Longworth House of Representatives Office Bldg, Washington, D.C.

November 23, 1998 "Coping Strategies for Families of Missing Children Kidnapped into Prostitution" Paper presented with Frida Spiwak, Ph.D. to the International Society for Traumatic Stress Studies, Sixteenth Annual Meeting, Ending Cycles of Violence - Integrating Research, Practice and Social Policy, Washington, D.C.

November 17, 1998 "The Real Fallout: The Chernobyl Disaster in Post Soviet Society, Paper presented for the Friends of Chernobyl Centers United States Meeting, Madison, WI.

November 17, 1998 "Posttraumatic Stress Responses to the Chernobyl Disaster in Post-Soviet Belarus" Paper presented to the Child & Family Studies Department, University of Wisconsin at Madison.

November 16, 1998 "Traumatic Responses in Post-Soviet Society in Belarus: Adjusting to New Political and Economic Realities" University of Wisconsin, Madison WI.

November 7, 1998 "Understanding Posttraumatic Stress Disorder" Presentation for the Minerva Center's Dedication for the U.S. Women in the Military War Memorial, Washington, D.C.

October 25, 1998 "Belarusian National Identity in the Post Soviet Era," Paper presented at the Children of Chernobyl U.S. Alliance Conference, St. Paul, MN.   October 23, 1998 "Current Political and Economic Fallout in Belarus Following the Chernobyl Disaster," Paper presented at the Children of Chernobyl U.S. Alliance Conference, St. Paul, MN.

September 26, 1998 "Listening to the Silence: How Abortion Affects Relationships and Men" Paper presented at the Current Trends in Post-Abortion Counseling - Advanced Training Seminar, Sacramento.

September 26, 1998 "Identifying and Treating Post-Abortion Emotional Injury" Paper presented at the Current Trends in Post-Abortion Counseling - Advanced Training Seminar, Sacramento.

September 26, 1998 "Science & Empathy: Integrating Post-Abortion Research into Counseling," Paper presented at the Current Trends in Post-Abortion Counseling - Advanced Training Seminar, Sacramento.

September 25, 1998 "An Overview of Post-Abortion Trauma: From Uterus to Amygdala" Paper presented at the Current Trends in Post-Abortion Counseling - Advanced Training Seminar, Sacramento.

May 1998 "Psychological Issues and Posttraumatic Stress in Children and Families affected by Chernobyl" Invited remarks at the International Psychology Symposium, Minsk, Belarus.

May 1998 "Diagnosis and Treatment of Domestic Violence" Paper presented at the Gender Studies Conference, European Humanities University, Minsk, Belarus.

April 1998 "Psycho-Medical Rehabilitative Care of Invalid Children in the United States in Comparison with Belarussian Standards of Care" Center for Psycho-Medical Rehabilitation of children-invalids, Bulvar of Lenin Komsomol (BLK), 35, Grodno, Belarus.

April 1998 "Addressing the Continuing Effects of Big Brother: How the old Soviet system broke Attachments and robbed Individuals of their Loyalties to Each other. Address to the Grodno Leadership Group of Nongovernmental Organizations. Grodno, Belarus.

March 1998 "Belarusian Women: Challenges and Strengths Entering the 21rst Century" Keynote Address to the Women, Education and Democracy: IREX International Interdisciplinary Scientific Conference, ENVILA Women's Non-State Institute International Research & Exchanges Board, Minsk Belarus.

March 1998 "The Generational and Societal Effects of Political Repression: Overcoming the Traumatic Legacy of Stalin's Killing Fields at Kurapaty" Paper presented for the Historical Society and Society against Political Repression, Minsk, Belarus.

January 1998 "Breaking Through Old Thinking: New Models of Treatment for Chernobyl Survivors Living in a New Society" Treatment approach paper given at the International Red Cross Training for Social Workers, Slutze, Belarus.

October 1997 "The Psychological Impact on Mothers and Children of Living in the Contaminated Zones of Chernobyl" Paper presented at the International Symposium on Assessing the Impact of Living in the Ecocide Zones, Minsk, Belarus.

November 15, 1996 "Abortion: The Politically Incorrect Trauma" Invited Paper Presentation at the Perspectives on Abortion Symposium, Princeton College.

November 9-13, 1996 "Abortion: Coping Mechanism Turned Traumatic Stressor" Paper Presentation in Current Controversies in Traumatic Loss Institute" at the International Society for Traumatic Stress Studies 12th Annual Meeting, San Francisco, CA.

October 4, 1996 "Developmental Effects of Trauma in Childhood: Developmental Deficits & Experience Induced Neuroplasticity - A Discussion of Bruce Perry's Research" Invited Presentation to the MPD/DID Metro D.C. Study Group, Suburban Hospital, Washington, D.C.

September 27, 1996 "Healing Abortion Trauma for Adolescents and Young Adults" Invited Presentation at Marymount University's Fall Speaker Series.

September 20, 1996 "Post-Abortion Syndrome: The Politically Incorrect Trauma" Invited Presentation at Marymount University's Fall Speaker Series.

September 1996 "Violence & Attachment" Invited presentation to the International Society for Traumatic Stress Studies, Washington, D.C. Chapter & the Department of Psychiatry of the Uniformed Services University of the Health Sciences - Violence in our City Conference.   USUHS - Washington, D.C.

June 1996 "The Role of the Attachment System in the Emergence of Consciousness & of Dissociative Phenomenon" Invited presentation to Washington Evolutionary Systems Society.

1996 "The Neurophysiology of Attachment Relationships: Implications for Trauma Treatment" Master Class presentation at the Georgetown University Medical Center's Trauma, Loss & Dissociation: Foundations of 21st Century Traumatology 2nd Annual Conference, Alexandria, VA.

1996 "Addressing Attachment Dynamics in Trauma Treatment" Master Class presentation with Peter Barach, Ph.D. at the Georgetown University Medical Center's Trauma, Loss & Dissociation: Foundations of 21st Century Traumatology 2nd Annual Conference, Alexandria, VA.

1996 "Pushed to the Limit: Surviving Borderline Dynamics in Trauma Treatment, Master Class presentation with Peter Barach, Ph.D. at the Georgetown University Medical Center's Trauma, Loss & Dissociation: Foundations of 21st Century Traumatology 2nd Annual Conference, Alexandria, VA.

1996 "Getting Beyond Traumatic Pregnancy Loss: Research Findings and Clinical Applications" Master Class presentation with Vincent Rue, Ph.D. at the Georgetown University Medical Center's Trauma, Loss & Dissociation: Foundations of 21st Century Traumatology 2nd Annual Conference, Alexandria, VA.

1996 "Developmental Models of Inner Representation" Panel Presentation at the Georgetown University Medical Center's Trauma Loss & Dissociation: Foundations of 21st Century Traumatology 2nd Annual Conference, Alexandria, VA.

1996 "Patterns in Development, Consciousness & Memory" Panel Presentation at the Georgetown University Medical Center's Trauma, Loss & Dissociation: Foundations of 21st Century Traumatology 2nd Annual Conference, Alexandria, VA.

1996 "Trauma, Implicit Memory & The Mind-Body Connection" Panel Presentation at the Georgetown University Medical Center's Trauma, Loss & Dissociation: Foundations of 21st Century Traumatology 2nd Annual Conference, Alexandria, VA.

1996 "Maladaptive State Modulation Responses to Trauma: Addiction, Compulsivity, Dissociation and Developmental Losses" Panel Presentation at the Georgetown University Medical Center's Trauma, Loss & Dissociation: Foundations of 21st Century Traumatology 2nd Annual Conference, Alexandria, VA.

1996 "Breaking Through the Hardened Self: Can we Rehumanize the Dehumanized Self?" Panel Presentation at the Georgetown University Medical Center's Trauma, Loss & Dissociation: Foundations of 21st Century Traumatology 2nd Annual Conference, Alexandria, VA.

February 1996 "Consciousness, Complexity, Self Organization and the Catalyst for Change" Presentation at the Washington Evolutionary Systems Society 4th Interdisciplinary Conference, Georgetown University, Washington, D.C.

September 13, 1995 "The Neurophysiology of Attachment Relationships: Implications for Trauma Treatment" Presentation at Walter Reed Hospital.

February 1995 "Treatment of Dissociation and Attachment Disorder in Adults Traumatized as Children: The Neurobiological Components of Attachment and Therapeutic Change" Preconference Institute given with Richard Horevitz, Ph.D., Peter Barach, Ph.D., & James

Henry, M.D. at the First Annual Trauma, Loss & Dissociation: Foundations of 21st Century Traumatology Conference,  Washington, D.C.

February 1995 "Attachment & Trauma: The Neurobiological Dialectics of Behavioral State Modulation" Plenary address at the First Annual Trauma, Loss & Dissociation: Foundations of 21st Century Traumatology Conference, Washington, D.C.

February, 1995 "Attachment & the Importance of Touch in Calming States of Arousal: Behavioral Prescriptions for Modulating States of Panic, Anxiety & Depression," Master class presentation given with Seymour Levine, Ph.D. & Stephen Suomi, Ph.D. at the First Annual Trauma, Loss & Dissociation: Foundations of 21st Century Traumatology Conference, Washington, D.C.

February, 1995 "Spiritual Issues in Trauma Treatment" Master class presentation given with Norah M. Sargent, M.A. at the First Annual Trauma, Loss & Dissociation: Foundations of 21st Century Traumatology Conference, Washington, D.C.

February 1995 "Women, Trauma and Hormonal Events over the Lifespan:  Infertility, Pregnancy, Lactation, Childbirth, Postpartum Depression, PMS" Master class presentation given with Margaret Jensvold, M.D. & Mary Halas, Ph.D. at the First Annual Trauma, Loss & Dissociation: Foundations of 21st Century Traumatology Conference,  Washington, D.C.

February 1995 "Grief and Attachment Disorder in Trauma Victims" Master class presentation with Susana Galle, Ph.D. at the First Annual Trauma, Loss & Dissociation: Foundations of 21st Century Traumatology Conference, Washington, D.C.

February 1995 "Subtle Shifts: Catching and Making Use of the Dissociative, Behavioral/State Phenomena to Access and Transform State-Bound Behavioral Cues" Master Class presentation at the First Annual Trauma, Loss & Dissociation: Foundations of 21st Century Traumatology Conference,  Washington, D.C.

November 5-9, 1995 "A Developmental-Contextual Model of Therapy for Dissociative Disordered Patients" Paper presented at the International Society for Traumatic Stress Studies 10th annual meeting, "Trauma, Memory & Dissociation", Chicago, Ill.

February 1995 "Attachment & The Evolution of Consciousness:  A Developmental View" Paper presented at the Washington Evolutionary Systems Society 3rd Interdisciplinary Conference, Georgetown University, Washington, D.C.

November 5-9, 1994 "Ethical Concerns for the Traumatologist as Expert Witness", Paper presented at the International Society for Traumatic Stress Studies 10th annual meeting, "Trauma, Memory & Dissociation", Chicago, Ill.

October 19, 1994 "Issues of Trauma, Attachment & Loss in Dealing with Infertility and Pregnancy Loss" Staff presentation to the Genetics and In Vitro Fertilization Clinic, Falls Church, VA.

1994 "Informed Consent and Counseling Issues for Abortion", Paper presented to the Abortion Services Special Interest Group of the American Trial Attorneys, National Conference. Chicago.

l994 "The Traumatologist as Expert Witness: Crossing the Line into Forensic Work", Paper presented to the Washington, D.C. chapter of the International Society of Traumatic Stress.

l993 "Traumatic Pregnancy Loss: Diagnosis and Treatment," Workshop presented at Rockingham Memorial Hospital, Harrisonburg, VA,

l993 "Addressing Religious Beliefs in the Therapy of Trauma Survivors," Paper presented at the Multiple Personality Study Group, Suburban Hospital, Washington, D.C.

l992 "Complicated Mourning: Dynamics of Impacted Post Abortion Grief," Paper presented with Dr. Vincent Rue at the Association for Death Education and Counseling National Conference, Boston.

l989 "The Mental Health Effects of Abortion on Women." Testimony given to the House Human Resources and Intergovernmental Relations Subcommittee of the U.S. House of Representatives, Washington, D.C.

l987 "Proposal for a National Study of Postpartum Stress Reactions." Presented at the request of the Surgeon General, to the Director and selected staff of the Centers for Disease Control, Atlanta, l988.
"Post Abortion Syndrome: Diagnosis and Treatment." Grand Rounds Presentation, Cumberland Hospital, Cumberland, MD.

l987 "Psychological Aftermath of Abortion: A White Paper." Presented to Surgeon General C. Everett Koop, Washington, D.C.

l986 "Models for Evaluation and Treatment of Post Abortion Stress." Paper presented at Notre Dame University, Healing Visions Conference.

l986 "Identifying and Treating Post Abortion Stress." Paper presented at the Association for Interdisciplinary Study of Social Values and Change, Denver, CO.

l986 "Quantifying the Incidence of Post Abortion Stress." Presentation to the Family Research Council, Washington, D.C.

l986 "Post Abortion Syndrome: Diagnosis and Treatment." Daylong seminar presented for

mental health workers in Iowa & Kansas.

l984 "Family Sexual Anxiety as a Determinant of Adolescent Sexual Behavior." Paper presented at the Office of Population Affairs' Research Seminar. Washington, D.C.

l984 "Alternate Career Strategies for the Family Professional." Program Chair for the National Council on Family Relations Annual Meeting, San Francisco.

l983 "Seeking Funding for Research and Demonstration Projects through Government Agencies." Panel presentation at the Family Systems-Behavioral Medicine Preconference Workshop of the National Council for Family Relations. Minneapolis.

l983 "Family Problem Solving." Discussant, National Council on Family Relations Workshop, St. Paul, MN.

l983 The Clergy as a First Point of Intervention for Families in Crisis - Pastoral Care Seminars. Director of the seminars and presenter of the following: Alcohol's Effect on the Family, Suicide and Depression, Family Violence, and Making the Link between the Clergy and Therapeutic Community, St. Paul, MN.

l981 "Alternate Careers for Family Professionals." Program chair, National Council on Family Relations Workshop. Milwaukee, WI.


RESEARCH-ADVISORY CONSULTATIONS

2008          Royal United Services Institute for Defense and Security Studies UK – Advisor to UK Foreign Commonwealth Funded Pursue project studying the Palestinian Camps in Lebanon taking an evidence-based approach to identifying and countering the causes and processes of radicalization within the camps.

2004 – Present Member of the United Nations Roster of Experts for the Terrorism Prevention Branch- Office on Drugs and Crime

2006-2008     Member of the European Consortium on Political Research Standing Group on Extremism & Democracy

July 2006 – Present  Member – NATO Human Factors & Medicine Panel Exploratory Group on Child Soldiers.

November 2007 – 2011  Member – NATO Human Factors & Medicine Panel Research Task Group (HFM/RTG-159) on Child Soldiers as the Opposing Force.

January 2007 – 2011  Member – NATO Human Factors & Medicine Panel Advisory Exploratory Team 067 – Educating Adaptable Military Leaders and Training Teams for Improvement of Coalition Operations

December 2006 – 2011        Co-Chair – NATO – Russia Exploratory Team Social Sciences Support to Military Personnel Engaged in Counter-Insurgency and Counter-Terrorism Operations

June 2006 – 2011            Chair – NATO Human Factors & Medicine Panel Advisory RTG-140 Psychosocial, Organisational and Cultural Aspects of Terrorism.

September 2007 - 2008        Consulting Psychologist/Terrorism Expert for EUREST – European Resources for the Victims of Terrorism

December 2006 – September 2007  United States Department of Defense – Responsible for Design, Implementation and Pilot Testing of the Detainee Rehabilitation Project in Iraq and Design of the Juvenile Detainee Rehabilitation Program

July 2006 – November 2007 Member – NATO Human Factors & Medicine Panel Advisory Exploratory Team 068 – Child Warriors as the Opposing Force.

2006 – 2007   Lead NATO Expert for the NATO/Russia joint initiative regarding Psycho-Social Aspects in the Defense Against Terrorism

July 2005 – June 2006        Chair – NATO Human Factors & Medicine Panel Advisory Exploratory Group on Psychosocial, Organisational and Cultural Aspects of Terrorism.

October 2002 – 2006          Member/Consultant – NATO-Russia Counter-terrorism Advisory Group

May 2004       Psychological Consultant – U.S. NATO Support Activity for "Dirty Bomb" Terrorism Training Exercise and Debriefing

April 2001      Program Consultant – U.S. Embassy Belgium Community Liaison Office "At Home in Belgium": A Model Program for Reducing Relocation Stress

2000 – 2001   Research Consultant – Reproductive Health Research in Belarus

1998-1999, 2001                      Research Advisor – National Cancer Institute's Thyroid Cancer Study in Belarus – Attempts to Increase Response Rate

March 1999     Advisor – United States Information Services, National Survey on Political and Social Concerns in Belarus

May 1998       Research Consultant/Participant – "Presentation of Evelyn Bromet's NIMH research on Chernobyl Evacuees and Kiev Mothers and Children with follow-up interviews for concerned mothers and children" Kiev, Ukraine

1997 – 1998    Research Consultant – "Assessing the Psychological Impact of Chernobyl Clean-up Efforts on Liquidators and their Families" Minsk, Belarus

1997 – 1998    Research Consultant – "Assessing Psychological Health of Children & Families being measured by the Red Cross for Thyroid Dysfunction in the Radiated Zones of Chernobyl" Minsk, Belarus

1997            Research Consultant – "Assessing Psychological Traumatization in Kidnap Victims and their Families in Bogota, Colombia"

1996            Program Consultant – "The Impact of Childhood and Previous Traumas in Obstetric and Gynecological Care" American College of Gynecology and Obstetrics, Washington, D.C.

1996            Research Consultant – "Task Force on Neurolinguistic Assessment" Northern Virginia Graduate Center, Virginia Tech.

1990 – 1996    Research Consultant – Institute for Pregnancy Loss re: International Survey of Postpartum Stress Responses

1991            Research Consultant – Bray v. Alexandria Women's Health Clinic. Amicus Curiae brief for Life Legal Defense Fund

1989 – 1990    Dissertation Consultant – Union Institute, "The Long-Term Psychosocial Effects of Abortion" by Catherine Barnard

1988            Research Consultant – "A Proposal for a National Study of Postpartum Stress Reactions" Presented at the request of the Surgeon General, to the Director of the Centers for Disease Control

1988            Psychological Research Consultant – Gammon and Grange, Attorneys-at-Law, Washington, D.C., Amicus Brief, United States Supreme Court

1982 – 1984    Consultant – University of Wisconsin Extension Project, "Games and Activities to Enrich Families."

1983            Consultant – Member of the State of Minnesota's Chemical Health Advisory Committee


## EXPERT FORENSIC WITNESS & OTHER CONSULTATIONS:

## INTERNATIONAL EXPERT WITNESS CONSULTATIONS AND TESTIMONY

Expert Witness: Australia Abdul Nacer Benbrika v Attorney-General of the Commonwealth Review of

Continuing Detention Order (for terrorism charges), proceeding No S ECI 2022 05118, 2023.

Expert Witness: German Higher Regional Court, Fatiha Boudiouane Criminal Case (Membership in a terrorist organization abroad), 2023,

Expert Witness: FBI American Terrorism Case, 2022.

Expert Witness: RCMP & FBI Canadian Terrorism Case, 2022

Expert Witness: ISIS Child Returnee Case: McIntyre & Mohamad Custody Case, 2022

Expert Witness: Defense for Norwegian ISIS Female Returnee Trial 2020-2021 Courtroom Testimony.

Expert Witness: Defense Swedish ISIS Female Returnee Trial 2020-2021 Courtroom Testimony.

Expert Witness: Prosecution for Australian Police re ISIS women – 2019 – ongoing.

Expert Witness: Prosecution re German ISIS interviews for the German Federal Police & German Federal Justice Ministry – 2019- 2021.

Expert Witness: Consultation on Belgian ISIS interview, Belgian Police & Justice Ministry - 2019

Expert Witness: Consultation on Lisa Smith - Irish Police, Dublin, Ireland – 2019 to 2022.

Expert Witness: Defense of Lisa Smith, Dublin, Ireland. 2019-ongoing.

Expert Witness: Consultation on ISIS interview via FBI, Montenegrin Federal Police – 2019.

Expert Witness: Consultation on ISIS interviews shared with other countries. U.S. FBI – 2019-ongoing.

## EXPERT WITNESS TESTIMONY TO CONGRESS

Expert Witness: "The Mental Health Effects of Abortion on Women." Testimony for the United States House of Representatives, Committee on Operations, Human Resources and Intergovernmental Relations Subcommittee hearing on the Medical and Psychological Impact of Abortion, l989.

## EXPERT WITNESS TESTIMONY IN FEDERAL DISTRICT COURT

Expert Witness: Report to reduce sentence after serving on a terrorism charge District Court of the Eastern District of North Carolina, in *USA v. Boyd et al*, Docket No. 5:09-cr-00216 (E.D.N.C. Jul 22, 2009) 2023.

Expert Witness: Report on sentencing in the Southern District Court of Iowa. U.S. Government v

Ruby Montoya (Environmental terrorism case). 2022.

Expert Witness: Planned Parenthood Minnesota, North Dakota, South Dakota, and Carol E. Ball, M.D., Plaintiffs, v. Mike Rounds, Governor, and Larry Long, Attorney General, in their official capacities, Defendants, Alpha Center, Black Hills Crisis Pregnancy Center, d/b/a Care Net, Dr. Glenn Ridder, M.D., and Eleanor D. Larsen, M.A., L.S.W.A., in the United States District Court for the District of South Dakota Southern Division Civil Case No.: 05-4077.

Expert Witness: Planned Parenthood of the Rocky Mountains, et al., v. Owens et al. in the United States District Court for the District of Colorado, 1999. Challenge to a parental notification law for minors seeking abortion, testimony regarding abortion trauma and adolescent development.

Expert Witness: Lee Perry v. Edward Epstein (Case Number 980222), in the United States Superior Court of the State of California for the County of San Francisco, Dec 1996.

Expert Witness: United States of America v. Jennifer Patterson Sperle, in the United States District Court for the Eastern District of Virginia, Newport News Division, 1996 Insanity & Entrapment Defense.

Expert Witness: Karlin, et al. v. Foust et al. (Case Number 96-C-0374-C) in the United States District Court for the Western District of Wisconsin. Testimony regarding post abortion trauma, attachment & informed consent re: a statute requiring informed consent and a waiting period. Office of the Attorney General for the State of Wisconsin, October, 1996

Expert Witness: Post abortion stress, provision of abortion services, spousal notification. Office of the Attorney General for the State of Utah, l991.

Expert Witness: Informed consent and a waiting period for abortion services. Office of the Attorney General for the State of North Dakota, 1991.

### EXPERT WITNESS TESTIMONY IN UNITED STATES MILITARY COURT

Expert Witness: U.S. v. Walker - Regarding posttraumatic stress disorder and the potential of psychological trauma to impair subsequent perceptions, psychological evaluation of a rape victim 10/98.

### EXPERT WITNESS TESTIMONY/CONSULTATIONS IN CIRCUIT COURT

Expert Witness: State of Wisconsin v. Annette Morales Rodriguez (Testimony regarding insanity defense for a homicide – fetal abduction) December 2011- 2012.

Expert Witness: North Florida Women's Health and Counseling Services., et al. v. State of Florida, et al., (Testimony regarding the potential for psychological aftermath of abortion in teens; psychological trauma effects of abortion in general; and issues of child development, family

relations and adolescent sexuality in regard to the potential effects of the Florida Parental Notice for Abortion Act, SB 1598) July 1999.

## EXPERT WITNESS TESTIMONY IN UNITED STATES IMMIGRATION COURT

Expert Witness: Assessment of Psychological Trauma in relation to Genocidal Rape and War Traumas for the Asylum case of Greta Amani. 2022.

Expert Witness: Assessment of Psychological Trauma for Domestic Abuse in the Asylum case of Yenni Brito-Gonzalez. 2014.

Expert Witness: Regarding Assessment of Psychological Trauma and Past Political Persecution in the Asylum case of Mark Li, 1999.

Expert Witness: Evaluation of Elena Rowlette regarding Marital Cruelty for the proceedings of the United States Immigration Court, 1998

Expert Witness: Regarding Familial Needs of the children and parents of  Alice and Oswaldo Gutierrez in the Deportation proceedings of the United States Immigration Court, 1998.

Expert Witness: Regarding Assessment of  Psychological Trauma and Past Political Persecution of David Arkelian in the Deportation proceedings of the United States Immigration Court, 1998.

Expert Witness regarding Assessment of Psychological Trauma in regard to Past Political Persecution of Donald M. Madzore in the asylum proceedings of the United States Immigration Court. Case (# A75-374-218) 6/1/99.

Expert Witness regarding Assessment of Marital Cruelty in the case of Li Juan Liu (Case # ) in the deportation proceedings of the United States Immigration Court,  1998.

Expert Witness: Regarding Assessment of Marital Status of Albert Ngini (Case # A72-201-230) in the deportation proceedings of in United States Immigration Court, March, 1997.

Expert Witness: Regarding Psychological Trauma in the deportation hearing of Cruz Andres Ventura-Orellana (Case # A70-629-255);  in United States Immigration Court,  October, 1996

Expert Witness: Regarding Psychological Trauma & Persecution in the Deportation Proceedings of Girma Genemo and Tsyon Tesfaye (Case # A70-307-855; A70-483-864) in United States Immigration Court - Arlington,  June, 1996

Expert Witness: Regarding Psychological Trauma & Persecution in the Deportation Proceedings of Vassily Kuzmenko and Dimitry Kuzmenko (Case # A74-291-259 & A74-291-260) in US Immigration Court - Baltimore, MD.  April, 1996

## RECOMMENDATIONS MADE TO THE COURT RE: MINOR CHILDREN

Expert Witness: Edmonds vs. Planned Parenthood of Tennessee.  Trauma issues. 1994

Expert Witness: Arlington County v. minor child,  Sep. 1995 & Jan- May 1996.

## EXPERT WITNESS: FORENSIC PSYCHOLOGICAL EVALUATION FOR CRIMINAL COURT

Expert Witness: State of VA vs. Lorena Bobbitt, Circuit Court of Prince William County, Prepared expert witness report on behalf of Lorena Bobbitt, member of the defense team for a PTSD and battered woman defense strategy, witness preparation.  Dec l993 - Jan 1994 (Not Guilty by reason of Insanity)

## EXPERT WITNESS: FORENSIC PSYCHOLOGICAL EVALUATION FOR TITLE VII CASES

Expert Witness: xxxxx v. the US Air Force.  Evaluation for Title VII claims against the US Air Force. 2011-12

## EXPERT WITNESS: FORENSIC PSYCHOLOGICAL EVALUATIONS FOR CIVIL COURT

Expert Witness: Hanford Class Action Suit involving evaluations and case reports on psychological damages to victims of radiation emissions from the Hanford plant. 2010-11. (settled).

Expert Witness: Crystal Osler. Evaluation of a South African teenage girl given an abortion beyond the legal limits at 28 weeks gestation which turned to a live birth.  Issues of psychological trauma following abortion/birth, posttraumatic stress disorder, informed consent, standard of care.

Expert Witness: Stephanie Carter v. Charles D. Benjamin, D.O. Evaluation of a teenager who was transported across state lines for an abortion.  Issues of standard of care,  informed consent, and psychological trauma following abortion.  2000.

Expert Witness: Anderson v. . Evaluation of grief and trauma responses following the stillbirth of baby.  1999.

Expert Witness: Jones v. Sibley Hospital & Dr. Virgil.  Evaluation of suicide in a psychiatric unit, issues of standard of care leading up to the suicide and psychological damages/risks to surviving family members. 1999.

Expert Witness/Consultant: In the Superior Court for the District of Columbia Civil Division, Jan. 1999.  Evaluation regarding dissociative, visual and trauma responses to a car accident, consultation on direct for testimony of other expert witnesses.  1999.

Expert Witness:  Angela Roberts & Donna Sloan v. Missouri abortion clinic 1997 (Settled)

Expert Witness: Evaluation of a 14 year old regarding trauma responses to a hit and run accident in which a driver swerved off the road injuring the girl and killing her friend.  1996

Expert Witness: Evaluation of a 7 year old child and his mother following myocardial infarction death of father/husband in a medical malpractice case. 1996

Expert Witness: Katherine  Hamilton & Craig Hamilton v. Dwight Poehlmann, M.D. et al. in the 192nd Judicial District Court of Dallas County, Texas  1995  (Settled)

Expert Witness: Darlene Greifenberger v. Fairfax Ob/Gyn Associates, P.C., et al.  in the Circuit Court of  Fairfax County 1995

Expert Witness: James Rooker, et al. V. Dr. Gary A. DeBakey, et al. in the 234th Judicial District Court of Harris County, Texas.   Informed consent & trauma issues.  1995

Expert Witness: Jako vs. Women's Health Services et. al,  in the United States District  Court for the Western District of Pennsylvania, Informed consent, trauma and post abortion counseling issues.  1994 (Settled)

Expert Witness: Edmonds vs. Planned Parenthood of Tennessee.  Trauma issues. 1994 (Settled)

Expert Witness: Mueller v. Rockinghan Memorial Hospital, et al., Circuit Court County of Rockinghan.  Medical Malpractice, Pending case of a woman suing her physician for having been turned away from the hospital after her due date and giving birth at home.  l993 (Nonsuit)

Expert Witness: Consolidated Family Planning Clinic Case v. Family Planning Clinic for Reproductive Health,  in the Second Circuit Court for Davidson County,  Tennessee, l992-93. Informed consent, standards of care and post abortion stress.

Expert Witness: Tina Lake v. Northern Virginia Women's Health Center,   1993 (Appeal)


**SELECTED MEDIA CONSULTATIONS**

Interviewed for: CNN, BBC, NPR, Fox News, MSNBC, CTV, London Times, New York Times, Washington Post, Radio Free Liberty, Time Magazine and various other media outlets

Published in: Time, Newsweek, New York Times, Washington Post, The Hill, Daily Beast, Homeland Security Today, Georgetown Political Science Blog and RUSI


**AWARDS AND GRANTS**:

U.S. Department of Justice Grant 2022-2023. Police and Community Education for Preventing and Addressing Hate Crimes.

US Department of Defense Grant 2022-2023.Training for Prevention/Resilience and Intervention (Pre-radicalization and Disengagement).

U.S. Department of Homeland Security, Targeted Violence and Terrorism Prevention Grant Program 2022-2023. Police Prevention of Extremist Infiltration in Communities.

UN Women – Study of Female Radicalization in the Balkans and Central Asia

Palm Center – Exploring Transgender Service in Foreign Militaries

U.S. Department of Defense Airforce Research Labs – Researching the Militant Jihad in Europe

2019 – Present  Facebook

2017 - Present  Embassy of Qatar in Washington, D.C. – Breaking the ISIS Brand Counter Narrative Project

2018 – 2019      U.S. Embassy Baghdad – Breaking the ISIS Brand Counter Narrative Project in Arabic

2018             U.S. Embassy Copenhagen – Breaking the ISIS Brand Counter Narrative Project in Danish

2015 – 2016      Bradley Foundation – Breaking the ISIS Brand Counter Narrative Project

January – February 2005                  NATO Research and Science Grant for Organizing and Directing the NATO Advanced Research Workshop – Ideologies of Terrorism: Understanding and Predicting the Social, Psychological and Political Underpinnings of Terrorism

2002, 2005      Grant from Remembrance & Reconciliation, Inc. for "Holocaust Survivors in Belarus: Documenting Holocaust History and the Long-term Posttraumatic Effects of Genocide"

2002            NATO Life Science & Technology Grant for Study of "Women's Reproductive Choices & Psychological Outcomes"

2001            Lufthansa Grant for Holocaust Survivors Oral Histories Project

1999            Avanta Grant for writing Chernobyl's Shadow: The Continuing Legacy of the Chernobyl Disaster

1983 – 1985    Public Health Service Fellowship, United States Department of Health & Human Services, Junior Research Fellow

1981 – 1983    Research Assistantship, University of Minnesota, Department of Family Social Sciences

1980 – 1981     Research Assistantship, University of Wisconsin, Department of Child & Family Studies

1981     Gertrude Anthony Scholarship (Graduate Fellowship)

1980     Christine M. Steenbock Fellowship, University of Wisconsin, for the Most Promising Senior in the School of Family Resources & Consumer Sciences

1979     Christine M. Steenbock Fellowship, University of Wisconsin, for the Most Promising Junior in the School of Family Resources & Consumer Sciences

1978     Grace Alberts Scholarship

1976     Wausau West Scholarship

**FOREIGN LANGUAGES:**

Semi-Fluent - Spoken Russian
Beginning Level - Arabic

**CONTINUING EDUCATION:**

Fall 2005-2007, 2019, 2022-23 Arabic Language Lessons

March 2002     NATO/Russia Advanced Scientific Workshop: Social and Psychological Consequences of Chemical, Biological and Radiological Terrorism

April 1999     Agency of International Development Women's Conference, Bucharest, Romania

April 1999     "The Belarus Factor: Implications for Russia, East-Central Europe and the West." Conference organized by the Davis Center for Russian Studies and the Ukrainian Research Institute at Harvard University

February 1999     Fairfax County Juries: What Really Works, Fairfax Bar Association CLE Ceminar

January 1999     "Post-Soviet Youth in the Former Soviet Union" Presentation by Larissa Teterenko, Woodrow Wilson International Center for Scholars, Washington, D.C.

November 1998     "Ending Cycles of Violence: Integrating Research, Practice and Social Policy" 16th Annual Meeting of the International Society of Traumatic Stress Studies, five-day conference, Washington, D.C.

October 1998                 Invited participant – "Do we Understand Each Other? Trends and Challenges in Communication for American Business in Russia." Sergy Sheveiko, Danila Sheveiko & Maxim Ustinov, Woodrow Wilson International Center for Scholars, Washington, D.C.

September 1998               Invited participant – The Next Generation: Is it on the Right Track? Conference on the Former Soviet Union and the Newly Independent States sponsored by the Central Intelligence Agency in cooperation with the Eurasia Group, Washington, D.C.

September 1998               Current Trends in Post-Abortion Counseling – Advanced Training Seminar

September 1998               "East meets West" Luncheon forum talk given by U.S. Ambassador at the Washington Club, Washington, D.C.

Fall 1997 – Summer 1998      Biweekly Russian language tutoring

February – July 1997         "22 Week Intensive Russian Language Training Course" National Foreign Affairs Training Center, Arlington, VA; Earned a 2.5 designation of fluency.

November 1996                "Current Controversies in Traumatic Loss" Five-day conference of the International Society for Traumatic Stress Studies 12th Annual Meeting, San Francisco, CA

March 1996                   "The Neurophysiology of Attachment" New York Academy of Sciences Conference, Georgetown University

February – March 1996        "Georgetown University Medical Center's Trauma, Loss & Dissociation: Foundations of 21[st] Century Traumatology Conference"

February 1996        "Washington Evolutionary Systems Society 4[th] Annual Conference" Georgetown University

June 1995            "Abuse, Trauma & Dissociation" Seventh Annual Eastern Regional Conference

1994                 "Advances in Dissociation" Two-day workshop, Shepard Pratt Hospital, Baltimore, MD

1994                 "Psychological Assessment of Dissociative Disorders in Children, Adolescents, & Adults" half-day workshop, Shepard Pratt Hospital, Baltimore, MD

1994                 "The Physiology of Mind/Body Healing" Georgetown Family Center, Washington, D.C.

1993                "The Challenge of Treating Adult Survivors of Sexual Abuse: Counter transference and Secondary Trauma" Joan Turkus, MD (Sponsored by the Center for Abuse Recovery and Empowerment at the Psychiatric Institute of Washington, D.C. and the Foundation for Contemporary Health), Washington, D.C.

1993                "Beyond Medication and Individual Psychotherapy: Adjunctive Treatment for Anxiety Disorders" Jonathan Crook (Sponsored by Dominion Hospital), Falls Church, VA

1991                "East. Reg. Conference On Abuse and Multiple Personality" Washington, D.C.

1991                "Healing the Hurt Child: A Developmental-Contextual Approach to Child Psychotherapy" Denis Donovon, M.D. & Deborah McIntyre, M.A. Washington, D.C.

1984                "Family Impact Seminar's Policy Forums" Capitol Hill, Washington, D.C.

1983 – 1984        "Advanced Training for Supervision of Family Therapists with Marianne Walters, M.S.W." Family Therapy Practice Center, Washington, D.C.

1983                "Family Systems-Behavioral Medicine." Preconference Workshop of the National Council for Family Relations. Minneapolis, MN

1981                "Men and Masculinity" Groves Conference on the Family


**COMMUNITY SERVICE**:

Chair of various fund-raising activities for needy children

2000 - 2001    Room Parent - International School of Brussels

1997 – 2000    Wife of the U.S. Ambassador to Belarus – Various duties including public speaking, charitable and embassy functions, university research and program consulting, and media appearances

1998 – 1999    Room Parent – Jamestown Elementary School of Arlington

1998 – 1999    Family Network Liaison – PTA of the Williamsburg Middle School of Arlington

1997 – 1998    Co-President – Minsk International Women's Group, Belarus

1991 – 1992, 1995 – 1997        Parent Education Chair – Woodland Preschool

1991 – 1995    Curriculum Committee – Rivendell Elementary School

1992            Secretary – Board of Directors, Woodland Preschool

1991            Psychological and Family Systems Consultant – Youth Services, Falls Church, VA

1990 – 1991    Parent Classroom Volunteer – Glen Forest Elementary School

**<u>AREAS OF INTEREST</u>:**

<u>Clinical, Research & Teaching</u>: Radicalization, Deradicalization, Rehabilitation and Reintegration, Violent Extremism, Counter Narratives, Terrorism, Suicide Terrorism Terrorist Training, Recruitment, Organizational, Societal and Individual Dynamics; Religion and Terrorism, Women's Roles in Terrorism, Juveniles & Terrorism, Resilience to Toxic Traumas & Terrorism; Trauma & Loss; Normal and Pathological Dissociation in adults and children, Long-term effects of Trauma, Attachment Disorder, Child Psychotherapy, Family Systems Dynamics, Cross-cultural and Intergenerational Issues, Postpartum Stress & Loss Reactions, Psychodynamics of Survivors of Sexual Abuse, Systems Theory, Human Sexuality, Marriage & Family Therapy, Research Design, Cultural issues regarding Trauma, Holocaust Traumas, and Post Traumatic Stress Responses to Toxic Contamination, Prevention and Remediation of Traumas.  3/2023