**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **NO. 4:25-CR-00259-P-1** |
| | § | |
| **CAMERON ARNOLD (01)** | § | |
| **AKA "AUTUMN HILL"** | | |

## DEFENDANT AUTUMN HILL'S NOTICE OF EXPERT TESTIMONY

TO THE HONORABLE JUDGE MARK T. PITTMAN,
UNITED STATES DISTRICT JUDGE:

COMES NOW, CAMERON ARNOLD a.k.a. AUTUMN HILL (Defendant), by and through her attorney of record, James Luster, and respectfully shows the Court as follows:

There is overlap in expertise for the following expert witnesses. Defendant expects to call the following expert witnesses subject to scheduling issues, the Court's ruling on evidentiary matters, and evidence elicited during the Government's case-in-chief:

### I.    Expert Witnesses and Qualifications

(1) Dr. Jonathan Pinkney, Ph.D., Assistant Professor of Political Science at the University of Texas at Dallas.

This expert's qualifications, including a list of all publications authored in the previous 10 years, are included in the CV attached as Exhibit 1 – Pinkney CV.

(2) Dr. Meredith Pruden, Ph.D., Assistant Professor of Media and Entertainment at Kennesaw State University.

This expert's qualifications, including a list of all publications authored in the previous 10 years, are included in the CV attached as Exhibit 2 – Pruden CV.

(3) Dr. Shon MeckFessel, Ph.D., Professor in the English Department at the University of Washington.

> This expert's qualifications, including a list of all publications authored in the previous 10 years, are included in the CV attached as Exhibit 3 – Meckfessel CV.

(4) Steven Gardiner, Principal Research Advisor at Political Research Associates.

> From https://politicalresearch.org/people/steven-gardiner:

> Steven Gardiner started researching and writing in opposition to the politics of bigotry, violence, and authoritarianism in the early 1990s. Working for the Portland, Oregon-based Coalition for Human Dignity (CHD), he did some of the first analyses of the Religious Right in the Northwest and his work supported the years-long fight against anti-LGBTQ ballot measures of the Oregon Citizens Alliance. As editor of CHD's newsletter, The Dignity Report, and principal writer and analyst on a series of articles and reports he helped to shape understanding and arm the resistance to antisemitism, Holocaust denial, the Patriot and militia movements, anti-immigrant xenophobia and  anti-LGBTQ  politics. In  2004  Gardiner received a Ph.D. in cultural anthropology from Cornell University for his work on military masculinity and conscientious objection in the German military. Since earning his doctorate, he has taught more than twenty different courses at eight universities in the United States, Pakistan, and the UAE. Selected publications include "In the Shadow of Service: Veteran Masculinity and Civil-Military Disjuncture in the United States" (North

American Dialogue, 2013), "Behold the Man: Heroic Masochism, Militant Christianity, and Mel Gibson's Passion" (Cultural Analysis, 2013), and "White Nationalism Revisited: Demographic Dystopia and White Identity Politics (Journal of Hate Studies, 2006).

(5) Devin Burghart, President and Executive Director of the Institute for Research and Education on Human Rights.

In addition to his present role listed above, this expert is the former Director at Building Democracy Initiative, and Research Analyst at the Coalition for Human Dignity. For over twenty-five years, he has participated in research and developed new approaches to counter racism, anti-Semitism, Islamophobia, nativism, and homophobia. He has been quoted as an expert by the *New York Times*, *Wall Street Journal*, *Washington Post*, *Chicago Tribune*, *Los Angeles Times*, and many other media outlets. His work has also been cited by Congressional Committees, including the January 6th Commission.

## II.    Opinions to be Elicited

Each of the above referenced expert witness will testify about: the history and evolution of political protests; that "noise demonstration" is a fairly common demonstration tactic which is well-known to those in the protest community, that the use of such a tactic does not necessarily indicate an intent, plan, or agreement to use violence or damage property, and that the use of fireworks as part of a noise demonstration would not be unusual; that the presence of firearms at political protests can serve the purposes of making a political statement (i.e. "flexing" of First and Second Amendment rights) and/or self-defense, the presence of firearms does not necessarily indicate an intent, plan, or agreement to use violence or damage property, that firearms have been

part of demonstrations from groups across the political spectrum, and that groups protesting against the COVID shutdowns frequently carried and displayed firearms but those protests were largely peaceful; that a group member's use of vandalism at a demonstration does not necessarily indicate a plan to damage property or use violence by all members of the demonstration; that groups sometimes adopt the aesthetic trappings of a paramilitary organization (i.e. wearing all black or camouflage clothing) in the course of a political demonstration even if there is no intent or desire to engage in violent conduct; that the use of aggressive or paramilitary rhetoric during the organization of a demonstration does not necessarily indicate an actual intent, plan, agreement, or desire for violence or property damage to occur;  that each of the aforementioned tactics have been present in many protests and demonstrations, the vast majority of which involved no violence, and that the actions of the defendants do not bear the hallmarks of an ANTIFA attack.

These opinions are based on the experts' study, research, and experience in political demonstrations and protests in the United States and around the world.

Additional information may be provided as it becomes known to Counsel.

Respectfully Submitted,

/s/ James Luster
JAMES LUSTER
COFER LUSTER LAW FIRM, P.C.
TEXAS SBN: 24061994
604 E. 4th Street, Suite 101
Fort Worth, Texas 76102
Phone: (682) 777-3336
Fax: (682) 238-5577
Email: jluster@coferluster.com
Attorney for Autumn Hill aka Cameron Arnold

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2026, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorney for the Government and attorneys for co-defendants.

/s/ James Luster
JAMES LUSTER