IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAVANNAH BATTEN (04) | No.   4:25-CR-259-P |

## GOVERNMENT'S OBJECTION TO DEFENDANT'S
## NOTICE OF EXPERT TESIMONY

In her Notice of Expert Testimony (the "Notice"), the defendant seeks to designate Max Krochmal and **Dr. Jonathan Pickney** (Dkt. 225). The government objects to the Notice because: (1) the Notice fails to provide a complete statement of the opinions the defendant will elicit from these individuals, and the bases and reasons for those opinions; and (2) the defendant has not produced expert reports, or any reciprocal discovery for that matter.

        Respectfully Submitted,

        RYAN RAYBOULD
        UNITED STATES ATTORNEY


        *s/ Shawn Smith*
        SHAWN SMITH
        Assistant United States Attorney
        Texas State Bar No. 24033206
        801 Cherry Street, Suite 1700
        Fort Worth, Texas   76102
        Telephone:   817-252-5200
        Email: Shawn.Smith2@usdoj.gov

## CERTIFICATE OF SERVICE

 I hereby certify that on February 6, 2026, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record.

            *s/ Shawn Smith*
            SHAWN SMITH
            Assistant United States Attorney