UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § § | |
| v. | § § | 4:25-CR-259-P |
| DANIEL ROLANDO SANCHEZ ESTRADA (09) | § § | |

DEFENDANT DANIEL ROLANDO SANCHEZ ESTRADA'S NOTICE OF WITHDRAWAL OF EXPERT WITNESS

Defendant Daniel Rolando Sanchez Estrada by and through his counsel, Assistant Federal Public Defender, Christopher J. Weinbel, hereby provides notice that the defense withdraws its prior designation of handwriting examiner Larry Peters. Based on developments in trial preparation, the defense does not intend to call Mr. Peters as a witness at trial.

Respectfully submitted,

JASON HAWKINS
Federal Public Defender
Northern District of Texas

*/s/ Christopher J. Weinbel*
CHRISTOPHER J. WEINBEL
Assistant Federal Public Defender
Texas State Bar No. 24121196
819 Taylor Street, Room 9A10
Fort Worth, TX  76102
(817) 978-2753
Fax: (817) 978-2757
Christopher_Weinbel@fd.org

**CERTIFICATE OF CONFERENCE**

      I hereby certify that I conferred with AUSA Frank Gatto on <u>February 6, 2026,</u> and confirmed the Government is unopposed to the filing of this document.

                                        <u>*/s/ Christopher Weinbel*</u>
                                        Christopher Weinbel

**CERTIFICATE OF SERVICE**

      I hereby certify that on <u>February 6, 2026</u>, I electronically filed the foregoing document using the Court's CM/ECF system, thereby providing service on attorneys of record.

                                        <u>*/s/ Christopher Weinbel*</u>
                                        Christopher Weinbel