IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ZACHARY EVETTS (02) | No.   4:25-CR-259-P |

## GOVERNMENT'S OBJECTION TO DEFENDANT'S
## NOTICE OF EXPERT TESIMONY

In his Notice of Expert Testimony (the "Notice"), the defendant seeks to designate Dr. Anne Speckhard as a "Forensic Psychologist / Counter Terrorism Expert" (Dkt. 223). The government objects to the proffered expert notice as being improper opinion testimony. Specifically, Dr. Speckhard's report states there is no evidence of intent in the attack and "[t]he shooting itself appears to have been an impulsive act carried out by a single individual, potentially in response to police presence…." (Report, p. 18.) Dr. Speckhard further opines "[a]vailable evidence establishes that the shooting was not premediated…." (*Id*. at 20.) And "[a]vailable evidence establishes that the defendants prepared for a noise demonstration involving fireworks…undermining claims of planned violent escalation." (*Id*.) These "opinions" are simply arguments whose proper forum is in closing statements. Thus, Dr. Speckhard's "opinions" are not proper expert opinions as they directly speak to the defendant's "mental state or condition that constitutes an element of the crime charged or of a defense."    F.R.E. 704(b).

Government's Objection to Defendant's Notice of Expert Testimony - Page  1

Accordingly, the government objects.

        Respectfully Submitted,

        RYAN RAYBOULD
        UNITED STATES ATTORNEY

        *s/ Shawn Smith*
        SHAWN SMITH
        Assistant United States Attorney
        Texas State Bar No. 24033206
        801 Cherry Street, Suite 1700
        Fort Worth, Texas   76102
        Telephone:   817-252-5200
        Email: Shawn.Smith2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2026, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record.

        *s/ Shawn Smith*
        SHAWN SMITH
        Assistant United States Attorney