IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                                          NO.  4:25-CR-00259-P

CAMERON ARNOLD  (01)
a/k/a "Autumn Hill"

## BILL OF PARTICULARS
## REGARDING PROPERTY SUBJECT TO FORFEITURE

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the United States of

America, by the undersigned, particularly notices that the additional property identified in

Exhibit A is subject to forfeiture under the forfeiture notice in the second superseding

indictment (Dkt. 127) filed in this case. The government may file supplemental bills of

particulars as additional assets are identified and/or appraised.  The government also

reserves its rights to election of remedies regarding the disposition of the subject property

as provided in law.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

*/s/  John Penn*
JOHN PENN
Assistant United States Attorney
Indiana Bar No. 28722-29
1100 Commerce St., Third Floor
Dallas, TX 75242-1699
T:  214-659-8600 | F: 214-659-8805
Email:  john.penn@usdoj.gov

**EXHIBIT A**

25-FBI-005231  Miscellaneous Firearms, Ammunition, and Accessories from 2452 56th Street, Dallas, Texas 07/05/2025

1 Glock 22 upper slide with barrel and spring .40 caliber

2 Assorted magazines and ammunition

3 Black magazine pouch with One (1) Glock 9mm magazine containing seventeen (17) rounds of ammunition

4 Box containing assorted caliber ammunition

5 Highpoint Firearms 995 9mm rifle

6 PTR Industries PTR 91 .308 caliber rifle

7 Palmetto State Armory PA 95 5.56 caliber rifle with scope

8 Remington 12-gauge shotgun

9 Two (2) magazines loaded with 9mm ammunition

10 CZ P-10C 9mm pistol

11 HW 5 22LR revolver

12 Leinad Inc Model: D, 45 caliber pistol

13 Great Western Arms 38 special revolver

14 Smith & Wesson CTG

25-FBI-005253  Miscellaneous General Items seized from 2452 56th Street, Dallas, Texas

1 Spray paint cans

2 Fireworks

3 Booklet titled "Satanic Death Cult is Real" by Sophie Lewis

4 Notebook

5 Pamphlets and notebook

25-FBI-005336  Miscellaneous Tactical Equipment seized from 2452 56th Street, Dallas, Texas

1 Brown body armor with two plates

2 Black Body Armor

3 Black tactical vest (soft)

4 Condor ballistic vest with two plates