IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> BENJAMIN SONG  (03) | NO.  4:25-CR-00259-P |

## BILL OF PARTICULARS
## REGARDING PROPERTY SUBJECT TO FORFEITURE

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the United States of America, by the undersigned, particularly notices that the additional property identified in Exhibit A is subject to forfeiture under the forfeiture notice in the second superseding indictment (Dkt. 127) filed in this case. The government may file supplemental bills of particulars as additional assets are identified and/or appraised.  The government also reserves its rights to election of remedies regarding the disposition of the subject property as provided in law.

    Respectfully submitted,

    RYAN RAYBOULD
    UNITED STATES ATTORNEY

    */s/  John Penn*
    JOHN PENN
    Assistant United States Attorney
    Indiana Bar No. 28722-29
    1100 Commerce St., Third Floor
    Dallas, TX 75242-1699
    T:  214-659-8600 | F: 214-659-8805
    Email:  john.penn@usdoj.gov

**EXHIBIT A**

25-FBI-005159 2017 Mercedes-Benz C300 registered to Tailim Song at 2452 56th Street, Dallas TX

25-FBI-005231 Miscellaneous Firearms, Ammunition, and Accessories from 2452 56th Street, Dallas, Texas

    1 Glock 22 upper slide with barrel and spring .40 caliber
    2 Assorted magazines and ammunition
    3 Black magazine pouch with One (1) Glock 9mm magazine containing seventeen (17) rounds of ammunition
    4 Box containing assorted caliber ammunition
    5 Highpoint Firearms 995 9mm rifle
    6 PTR Industries PTR 91 .308 caliber rifle
    7 Palmetto State Armory PA 95 5.56 caliber rifle with scope
    8 Remington 12-gauge shotgun
    9 Two (2) magazines loaded with 9mm ammunition
   10 CZ P-10C 9mm pistol
   11 HW 5 22LR revolver
   12 Leinad Inc Model: D, 45 caliber pistol
   13 Great Western Arms 38 special revolver
   14 Smith & Wesson CTG

25-FBI-005258 Miscellaneous Electronic Devices from 1931 Atlantic Street, Apt A, Dallas, Texas

    1 Microsoft Surface 256GB tablet #032154691053
    2 Black ONN tablet with cracked screen
    3 SanDisk 32GB SD card
    4 Canon 128GB SD card
    5 Samsung 500GB Hard Drive
    6 WD MyPassport Hard Drive
    7 WD MyPassport Ultra Hard Drive with racoon sticker
    8 Seagate 2TB Hard Drive
    9 WD 250GB Hard Drive
   10 Silver in color Apple MacBook
   11 Nook E-reader
   12 Yellow MicroCenter 128GB USB
   13 Pink/white Lexar 16GB USB
   14 Pink Enermax custom tower
   15 Binoculars with SD card
   16 Five (5) USBs
   17 One (1) micro-SD card
   18 Five (5) handheld radios
   19 Miufly body worn camera
   20 Blue Apple iPhone with clear case
   21 Two (2) body worn cameras
   22 Silver in color HP laptop with power cord
   23 Nokia flip phone
   24 Nokia flip phone
   25 Lenovo ThinkPad laptop
   26 PNY 8GB USB
   27 Black Lenovo ThinkPad laptop with stickers on cover
   28 Samsung cell phone, Model: SM-S146VL
   29 Motorola Type MC36F Quad Pixel cell phone
   30 White Motorola cell phone
   31 Apple iMac desktop computer
   32 Lexar 8GB USB
   33 Dell Inspiron laptop with stickers on lid and with power cord
   34 Silver in color Apple iPhone inside black case

25-FBI-005261 Miscellaneous Firearms, Ammunition, and Accessories from 1931 Atlantic Street, Apt A, Dallas, Texas

    1 Anderson Manufacturing AM-15 multi cal rifle with attached HoloSun LED scope
    2 Elite Tactical Systems group empty 5.56 caliber rifle magazine
    3 Glock 19 Gen 5 pistol with one (1) empty 9mm magazine and attached Defender XL scope
    4 JTS Chongqin Jianshe Industry shotgun with one (1) empty 12GA magazine
    5 Aero Precision Model M5 multi cal rifle with attached tripod and 3-12x44 mini swat M
    6 Anderson Manufacturing AM-15 multi cal rifle with Sig Sauer Romeo 5 black scope a
    7 One (1) round of 5.56x45mm caliber ammunition
    8 Ten (10) .223 rounds, four (4) 9mm rounds, and one (1) 7.62x39mm round of ammunition
    9 Green ammo can containing boxes of ammunition
   10 One (1) round of .223 REM ammunition
   11 Two (2) magazines containing 9mm ammunition
   12 Palmetto KS-4702 7.62x39 caliber rifle with empty magazine and Primary Arms black
   13 Three (3) 7.62x39mm rounds of ammunition
   14 Glock 9mm magazine containing 9mm rounds of ammunition
   15 Two (2) black 5.56x45mm magazines containing ammunition
   16 Upper receiver with Crossfire II black scope
   17 Glock magazine containing 9mm ammunition
   18 Two (2) bags of ammunition, 85gr300 Blk Trex, 22LR, 5.56 rifle ammunition
   19 Seven (7) boxes of 9mm and 5.56 rounds of ammunition
   20 Plastic bag containing various calibers of ammunition
   21 Eighteen (18) rifle magazines containing ammunition, three (3) ammo boxes, and loose ammunition
   22 Twelve (12) 9mm rounds and one (1) 5.56 round of ammunition
   23 Palmetto State Armory P-15 multi cal rifle
   24 Ruger 10/22 .22LR rifle with black Pinty scope and one (1) empty Ruger magazine clip
   25 Green ammo can containing 5.56mm, .22, and 9mm caliber ammunition
   26 Richland Arms Co. revolver

25-FBI-005265 Miscellaneous General Items seized from 1931 Atlantic Street, Apt A, Dallas, Texas

       1 Small knife with green handle/sheath
       2 Black blade with handle in cover/sheath
       3 One (1) switch blade
       4 Wooden handled knife in sheath
       5 Black switchblade
       6 Black 'Survivor' knife with sheath
       7 Sword
       8 Stainless steel silver and gold in color knife
       9 Winchester knife with sheath
     10 Pamphlets
     11 Box with material and newspapers
     12 "Direct Action: A Guide" and flyer of the Socialist Rifle Association
     13 Pamphlet labeled "Doing Anarchy, for the Anarcho-Curious"
     14 Two (2) pamphlets titled "Organizing for Attack"
     15 "The Second: Race and Guns in a Fatally Unequal America" pamphlets
     16 Spiral notebooks with handwritten notes
     17 Cardboard box filled with posters and pamphlets
     18 Three (3) index card boxes with protest and event group Telegram flyers
     19 Twelve (12) cans of spray paint
     20 Clear plastic tub with spray paint cans, stencils, and cardboard
     21 Flail

25-FBI-005296 Miscellaneous general items seized from the residence located at 5200 Meadowcreek Dr., Apt. #1110, Dallas, TX 75248
       1 Miscellaneous pamphlets and flyers
       2 Miscellaneous flyers and pamphlets
       3 White binder with handwritten notes
       4 Books, journals, and handwritten notes
       5 Pamphlets and flyers with propaganda like material
       6 Propaganda, pamphlets and flyers
       7 Paperback book titled "Who Do you Serve, Who Do you Protect"
       8 Propaganda titled "Affinity Groups: Essential Blocks of Anarchist Organization"
       9 Black gas mask filters DOT Pro 320
     10 Black full-face mask with filter ports labeled CM-6FI
     11 Blonde wig
     12 Post-It notes with writing and propaganda material
     13 Rustoleum glass black spray paint can

25-FBI-005297 Miscellaneous firearms, ammunition and accessories seized from the residence located at 5200 Meadowcreek Dr., Apt. #1110, Dallas, TX 75248
       1 Spent 9mm Luger casing
       2 Black 2A Warehouse ammo can containing loose ammunition and a box containing 5.56 caliber ammunition
       3 Plastic tan and black gun holster, marked EG19AS
       4 Streamlight ProTac 2.0 flashlight with soft case, and scope with case
       5 Knife with blue handle in a black sheath
       6 Magazine containing multiple 5.56 caliber rounds of ammunition
       7 FDR-15 multi caliber rifle with HoloSun Scope and ProTac Rail Mount 2 Flashlight
       8 Orange foam earplugs, over ear hearing protection, and black 'Ross' skeleton bag
       9 9mm spent casings
     10 Boxes of 9mm ammunition taped together with note reading "Crow"
     11 Box of 9mm hallow point ammunition
     12 Box of 5.56x45 ammunition
     13 Zip-lock bag containing 9mm ammunition rounds
     14 HoloSun dot scope with accessories
     15 Black cloth magazine holder
     16 Black 2A Warehouse box containing ammunition
     17 Walther PPK 9mm/380 ACP pistol with gun lock on it and empty magazine
     18 9mm rounds of ammunition
     19 Empty magazines
     20 Springfield Armory Soft Case (empty)
     21 Magazine containing 5.56 ammunition with green tips
     22 Glock 9mm magazine containing ammunition, and (1) loose round of 9mm ammunition
     23 Shadow Systems DR920 9mm pistol with attached scope
     24 Svbony Monocular/Scope
     25 Magazines containing 5.56 ammunition
     26 Black Shellback Tactical Vest
     27 Empty rifle magazine in box addressed to Rebecca Morgan with stickers and strap
     28 Springfield Armory (HS Produkt) XDM Elite 9mm pistol with attached Hex Dragonfly scope

25-FBI-005300 Miscellaneous electronic devices seized from the residence located at 5200 Meadowcreek Dr., Apt. #1110, Dallas, TX 75248
       1 Black Apple iPhone with cracked back and tag bag
       2 Black Samsung Cell Phone
       3 Blue Polaroid Camera
       4 Baofeng Amateur Radio with charger
       5 LilyGo T-Deck messaging devices
       6 Samsung Galaxy S8 Active with case
       7 Verizon TCL with cracked screen
       8 Baofeng Amateur Radio with charger

25-FBI-005337 Miscellaneous Tactical Equipment seized from 1931 Atlantic Street, Apt A, Dallas, Texas
       1 Two (2) RMA Armament Inc ballistic panels, SN: 0008 and SN: 0009
       2 Xtreme Armor soft vest with two plates
       3 Strike Face ballistic panel, SN: MS-4E250300SA
       4 Black ballistic vest
       5 VISM Strike Face ballistic panel

25-FBI-005340 Motorola Cellphone seized from 1931 Atlantic Street, Apt A, Dallas, Texas

25-FBI-005345 Miscellaneous Firearms, Ammunition, and Accessories seized from a 2007 Maroon Hyundai Van, VIN: KNDMC233676026670, registered to Dominick Joseph Donahue, and in the possession of Bradford Morris

1 Four (4) magazines containing 9x62/.308 ammunition
2 One (1) rifle magazine containing 5.56/.223 ammunition
3 Two (2) magazines containing S&W 40 caliber ammunition
4 Sig Sauer Handgun
5 AR-15
6 AR-15
7 Four (4) magazines containing 5.56/.223 ammunition

25-FBI-005503 Derya Arms DY9 Pistol, SN: TG970-24L27123, seized from the backpack of Joy Gibson at Alvarado, Texas

25-FBI-005522 Miscellaneous Electronic Devices seized from the backpack of Joy Gibson in Alvarado, Texas

1 Black Motorola cell phone
2 Google cell phone in a green case

25-FBI-005402  Miscellaneous Electronic Devices seized from 7900 Churchill Way, Dallas, Texas 75251

1 Samsung Galaxy S8 cell phone
2 NZXT desktop computer tower
3 Blue Samsung Galaxy S4
4 Samsung folding cell phone in case 5 SanDisk 16GB USB
6 One (1) DataStick Pro USB
7 One (1) 32GB MicroCenter USB 8 Custom build desktop
9 White Lenovo Legion laptop