IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELIZABETH SOTO  (07) | NO.  4:25-CR-00259-P |

## BILL OF PARTICULARS
## REGARDING PROPERTY SUBJECT TO FORFEITURE

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the United States of America, by the undersigned, particularly notices that the additional property identified in Exhibit A is subject to forfeiture under the forfeiture notice in the second superseding indictment (Dkt. 127) filed in this case. The government may file supplemental bills of particulars as additional assets are identified and/or appraised.  The government also reserves its rights to election of remedies regarding the disposition of the subject property as provided in law.

        Respectfully submitted,

        RYAN RAYBOULD
        UNITED STATES ATTORNEY

        */s/  John Penn*
        JOHN PENN
        Assistant United States Attorney
        Indiana Bar No. 28722-29
        1100 Commerce St., Third Floor
        Dallas, TX 75242-1699
        T:  214-659-8600 | F: 214-659-8805
        Email:  john.penn@usdoj.gov

# EXHIBIT A

| | | |
|---|---|---|
| 25-FBI-005426 | | 2003 Subaru Forester registered to Elizabeth Andrea Soto near 902 Elwood Ct., Alvarado, TX |
| 25-FBI-005447 | | Miscellaneous General Items seized from 5621 Cowden Street, Fort Worth, TX 76114 |
| | 1 | Box of Spray Paint |
| | 2 | Box of Spray Paint |
| | 3 | Anti-Government Papers |
| | 4 | "Affinity Group Support Form" found in Page 17 of RADAR Magazine |
| | 5 | Binder of Revolution based Literature |
| | 6 | Brown Leather Book with Passwords/Writing |
| | 7 | Small Yellow Writing Pad with Passwords |
| | 8 | Anti-Government Documents |
| | 9 | Anti-Government "RADAR" Journal |
| | 10 | Package with Assorted Publications |
| | 11 | Documents, Pamphlets, and Flyers |
| | 12 | Documents, Pamphlets, and Flyers |
| | 13 | Box of Pamphlet and Flyers |
| | 14 | Box of documents, pamphlets, and a binder |
| 25-FBI-005448 | | Miscellaneous Magazines and Ammunition seized from 5621 Cowden Street, Fort Worth, TX 76114 |
| | 1 | One (1) Box and Loose 9mm Ammunition |
| | 2 | Glock 9mm Magazine with Ammunition |
| | 3 | One (1) Box of .50 caliber Ammunition |
| | 4 | Two (2) Rifle Magazines with 7.62 x 39mm Ammunition |
| | 5 | One (1) Box containing .270 Winchester Ammunition |
| 25-FBI-005449 | | Miscellaneous Electronic Devices seized from 5621 Cowden Street, Fort Worth, TX 76114 |
| | 1 | Four (4) Flash Drives |
| | 2 | SanDisk 256MB Micro SD Card with SanDisk Adapter |
| | 3 | SanDisk Ultra 16GB |
| | 4 | Blue/Silver AT&T Nokia Cellphone Model: C3-00 |
| | 5 | Red AT&T Samsung Cellphone Model SGH-A777 |
| | 6 | JVC HD 1080P Recorder/Camera GC-FM1BU |
| | 7 | White Samsung Galaxy S6 Edge Cellphone (Shattered Back) |
| | 8 | Sony Camera, Model MVC-FD73 |
| | 9 | Black Apple iPhone Model XR |
| | 10 | Dell P26T Laptop Serial# F2XM4Q2 |
| | 11 | ANDOER Digital Camera |
| | 12 | Pink/White Staples 16GB USB |
| | 13 | Samsung Tablet |
| | 14 | HP Chromebook with Sticker "ILTEXAS-TECHNOLOGY 700125733" |
| | 15 | FRACTAL Computer, Model FD-C-TOR1A-02 |
| | 16 | Blue/White Staples |
| | 17 | Samsung Cellphone DEC# 268 435 462 814 902 845 Model: SPH-M390 |
| | 18 | Samsung Cellphone with Case Model S9+ |
| | 19 | Samsung Cellphone smartphone |
| | 20 | Motorola Flip Cellphone Model Razr |
| | 21 | Orange/Black Walkie Talkie |
| | 22 | Eight Hand Held Radios |
| 25-FBI-005450 | | Miscellaneous General Items seized from a 2012 White Honda Pilot, VIN: 5FNYF3H90CB039151, registered to Ines Soto and located at 5621 Cowden Street, Fort Worth, TX 76114 |
| | 1 | Mini Spiral Notebook |
| | 2 | Mace Brand Pepper Gel |
| | 3 | Knife in Green Sheath |
| | 4 | Black Stun Device |
| | 5 | Knives/Multi-tools; Box Cutter |
| | 6 | Two (2) Printed Fort Worth Maps |
| 25-FBI-005451 | | Miscellaneous General Items seized from a 2003 Silver Subarau Forester, VIN JF1SG63643G75763, registered to Elizabeth Soto |
| | 1 | Spiral Notepad with Handwritten Notes |
| | 2 | Morakniv Knife |
| | 3 | Sabre Red OC Spray |
| 25-FBI-005452 | | Samsung Cellphone seized from a 2003 Silver Subaru Forester, VIN JF1SG63643G75763, registered to Elizabeth Soto |
| 25-FBI-005453 | | Glock 9mm Handgun, Model 43, Serial# BDXX555 and Ammunition seized from a 2003 Silver Subaru Forester, VIN JF1SG63643G75763, registered to Elizabeth Soto |
| | 1 | Thirteen (13) 9mm Rounds of Ammunition |
| | 2 | Glock 9mm Handgun, Model 43, Serial# BDXX555 with attached Streamlight |
| | 3 | Two (2) Magazines |
| | 4 | Holster |