IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> INES SOTO (08) | NO. 4:25-CR-00259-P |

**BILL OF PARTICULARS**
**REGARDING PROPERTY SUBJECT TO FORFEITURE**

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the United States of America, by the undersigned, particularly notices that the additional property identified in Exhibit A is subject to forfeiture under the forfeiture notice in the second superseding indictment (Dkt. 127) filed in this case. The government may file supplemental bills of particulars as additional assets are identified and/or appraised. The government also reserves its rights to election of remedies regarding the disposition of the subject property as provided in law.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

*/s/ John Penn*
JOHN PENN
Assistant United States Attorney
Indiana Bar No. 28722-29
1100 Commerce St., Third Floor
Dallas, TX 75242-1699
T: 214-659-8600 | F: 214-659-8805
Email: john.penn@usdoj.gov

# EXHIBIT A

25-FBI-005447 Miscellaneous General Items seized from 5621 Cowden Street, Fort Worth, TX 76114
    1 Box of Spray Paint
    2 Box of Spray Paint
    3 Anti-Government Papers
    4 "Affinity Group Support Form" found in Page 17 of RADAR Magazine
    5 Binder of Revolution based Literature
    6 Brown Leather Book with Passwords/Writing
    7 Small Yellow Writing Pad with Passwords
    8 Anti-Government Documents
    9 Anti-Government "RADAR" Journal
    10 Package with Assorted Publications
    11 Documents, Pamphlets, and Flyers
    12 Documents, Pamphlets, and Flyers
    13 Box of Pamphlet and Flyers
    14 Box of documents, pamphlets, and a binder

25-FBI-005448 Miscellaneous Magazines and Ammunition seized from 5621 Cowden Street, Fort Worth, TX 76114
    1 One (1) Box and Loose 9mm Ammunition
    2 Glock 9mm Magazine with Ammunition
    3 One (1) Box of .50 caliber Ammunition
    4 Two (2) Rifle Magazines with 7.62 x 39mm Ammunition
    5 One (1) Box containing .270 Winchester Ammunition

25-FBI-005449 Miscellaneous Electronic Devices seized from 5621 Cowden Street, Fort Worth, TX 76114
    1 Four (4) Flash Drives
    2 SanDisk 256MB Micro SD Card with SanDisk Adapter
    3 SanDisk Ultra 16GB
    4 Blue/Silver AT&T Nokia Cellphone Model: C3-00
    5 Red AT&T Samsung Cellphone Model SGH-A777
    6 JVC HD 1080P Recorder/Camera GC-FM1BU
    7 White Samsung Galaxy S6 Edge Cellphone (Shattered Back)
    8 Sony Camera, Model MVC-FD73
    9 Black Apple iPhone Model XR
    10 Dell P26T Laptop Serial# F2XM4Q2
    11 ANDOER Digital Camera
    12 Pink/White Staples 16GB USB
    13 Samsung Tablet
    14 HP Chromebook with Sticker "ILTEXAS-TECHNOLOGY 700125733"
    15 FRACTAL Computer, Model FD-C-TOR1A-02
    16 Blue/White Staples
    17 Samsung Cellphone DEC# 268 435 462 814 902 845 Model: SPH-M390
    18 Samsung Cellphone with Case Model S9+
    19 Samsung Cellphone smartphone
    20 Motorola Flip Cellphone Model Razr
    21 Orange/Black Walkie Talkie
    22 Eight Hand Held Radios

25-FBI-005450 Miscellaneous General Items seized from a 2012 White Honda Pilot, VIN: 5FNYF3H90CB039151, registered to Ines Soto and located at 5621 Cowden Street, Fort Worth, TX 76114
    1 Mini Spiral Notebook
    2 Mace Brand Pepper Gel
    3 Knife in Green Sheath
    4 Black Stun Device
    5 Knives/Multi-tools; Box Cutter
    6 Two (2) Printed Fort Worth Maps

25-FBI-005523 Black Samsung cell phone, IMEI: 358163261588218 with Black Otterbox Case Ines Soto in Alvarado, Texas