IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| v. | | Case No. 4:25-cr-00259-P |
| Cameron Arnold | (01) | |
| a/k/a "Autumn Hill," | | |
| Zachary Evetts, | (02) | |
| Benjamin Song, | (03) | |
| Savanna Batten, | (04) | |
| Bradford Morris | (05) | |
| a/k/a "Meagan Morris," | | |
| Maricela Rueda, | (06) | |
| Elizabeth Soto, | (07) | |
| Ines Soto, and | (08) | |
| Daniel Rolando Sanchez-Estrada | (09) | |

**NOTICE REGARDING FORFEITURE**

The United States of America, with the consent of each defendant, files this notice to inform the Court that, in the event of guilty verdicts following the jury trial of this matter, the parties intend to present the matter for forfeiture determination to the Court rather than to the jury. Thus, the jury will not need to be retained to determine forfeiture following the return of the verdicts, and the parties will not tender jury instructions regarding forfeiture.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

/s/ *John Penn*
JOHN PENN
Assistant United States Attorney

**Notice Regarding Forfeiture – Page 1**

        Indiana Bar No. 28722-29
        1100 Commerce Street, Suite 300
        Dallas, Texas 75242
        Telephone: 214-659-8600
        Facsimile: 214-659-8805
        Email: john.penn@usdoj.gov

## **CERTIFICATE OF CONFERENCE**

      This is to certify that I have conferred with counsel for each of the defendants, and they are in agreement with this notice to the Court.

      */s/ John Penn*
      John Penn
      Assistant United States Attorney