UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.                        No. 4:25-cr-00259-P

**CAMERON ARNOLD (01),**
**ELIZABETH SOTO (07),**
**DANIEL ROLANDO SANCHEZ**
**ESTRADA (09),**

    Defendants.

### ORDER

Before the Court are three separate motions filed by the above-captioned defendants. ECF No. 201, ECF No. 195, ECF No. 196. The Court held a hearing on February 10, 2026, where it heard arguments from the Parties on the merits of each motion.

First, before the Court is Defendant Daniel Rolando Sanchez Estrada's Motion for a *Franks* Hearing where, among other things, Defendant asked that the Court suppress all evidence seized during the residential searches at issue. ECF No. 201. For the reasons stated on the record at the hearing, that Motion is **DENIED**.

Second, before the Court is Defendant Elizabeth Soto's Motion to Suppress Evidence Obtained Pursuant to an Insufficient Warrant. ECF No. 195. For the reasons stated on the record at the hearing, that Motion is **DENIED.**

Finally, before the Court is Defendant Cameron Arnold's Motion to Exclude Statements of Codefendant. ECF No. 196. For the reasons stated on the record at the hearing, that Motion is **DENIED without prejudice**. Defense may re-urge its motion during the trial if necessary.

**SO ORDERED** on this **10th day of February 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE