# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| **V.** § § | **NO. 4:25-CR-00259-P-1** |
| **CAMERON ARNOLD (01)** § | |
| **AKA "AUTUMN HILL"** | |

## DEFENDANT ARNOLD AKA HILL'S WITNESS LIST

| WITNESS | WITNESS TYPE / TITLE |
|---|---|
| Lay Witnesses | The following witness will testify about the incident that occurred on July 4, 2025, at the Prairieland Detention Center, as well as the planning of the demonstration and the timeline of events. |
| 1. Susan Kent | |
| 2. Seth Sikes | |
| 3. Aleacia Arteaga | |
| 4. Lynette Sharp | |
| 5. John Thomas | |
| 6. Tyler Logan | |
| 7. Nathan Baumann | |
| Expert Witnesses | One or more of the following witnesses will be called to testify about rhetoric and tactics used in planning and executing political protests and demonstrations. A more complete statement of the opinions to be elicited can be found on ECF #224 – Defendant Autumn Hill's Notice of Expert Testimony. |
| 1. Jonathan Pinckney, Ph.D. | |
| 2. Meredith Pruden, Ph.D. | |
| 3. Shon MeckFessel, Ph.D. | |
| 4. Steven Gardiner, Ph.D. | |
| 5. Devin Burghart | |

>Respectfully Submitted,
>
>*/s/ James Luster*
>JAMES LUSTER
>COFER LUSTER LAW FIRM, P.C.
>TEXAS SBN: 24061994
>604 E. 4th Street, Suite 101
>Fort Worth, Texas 76102
>Phone: (682) 777-3336
>Fax: (682) 238-5577
>Email: jluster@coferluster.com
>Attorney for Autumn Hill aka Cameron Arnold

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2026, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorney for the Government and attorneys for co-defendants. A copy was also sent to the court reporter.

>*/s/ James Luster*
>JAMES LUSTER