| | |
|---|---|
| **From:** | Harmony Schuerman |
| **To:** | Smith, Shawn (USATXN) 7 |
| **Cc:** | Waverly Robinett |
| **Subject:** | [EXTERNAL] US v. Arnold, et al (Case No. 4:25-mj-00452-BJ-9) |
| **Date:** | Sunday, September 28, 2025 3:04:52 PM |
| **Attachments:** | Discovery Request Soto 092825.pdf |

Shawn,

Please find attached a discovery request for Elizabeth Soto. Please let me know if you need additional information. Thank you.

**Harmony M. Schuerman, Attorney**
Law Offices of Harmony M. Schuerman
909 W. Magnolia Avenue, Suite 6
Fort Worth, Texas 76104
817-406-8665 (office)
817-887-3822 (fax)

**Confidentiality Notice**: The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.