IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CAUSE NO.: 4:25-cr-00259-P |
| ZACHARY EVETTS (2) | § § | |

## DEFENDANT ZACHARY EVETTS'S WITNESS LIST

Defendant Zachary Evetts files this Defendant's Witness List:

| | WITNESS | SWORN | TESTIFIED |
|---|---|---|---|
| 1. | **Dr. Anne Speckhard, Ph.D. (Expert Witness)** Dr. Speckhard may testify to all matters covered in Defendant Zachary Evetts's Notice of Expert Designation filed with the Court on 3 Feb 2026 as ECF 223, and the three Exhibits (ECFs 223-1, 223-2, and 223-3) thereto. | | |
| 2. | **Ms. Brooke Evetts** Ms. Evetts may testify about pertinent character traits of Defendant Evetts in accordance with Fed. R. Evid. 404(a)(2)(A), as well as relevant foundational matters thereto. | | |
| 3. | **Mr. Matt Runnebaum** Mr. Runnebaum may testify about pertinent character traits of Defendant Evetts in accordance with Fed. R. Evid. 404(a)(2)(A), as well as relevant foundational matters thereto. | | |
| 4. | **Mr. Sola Akinola** Mr. Akinola may testify about pertinent character traits of Defendant Evetts in accordance with Fed. R. Evid. 404(a)(2)(A), as well as relevant foundational matters thereto. | | |
| 5. | **Mr. Randi Ray** Mr. Ray is a defense investigator and member of Defendant Evetts's defense team. He may testify about foundational matters regarding admissibility of photographs, not provided by the Government in this case, delineated in Defendant Evetts's Exhibit List. | | |

        Respectfully Submitted,

        */s/ Patrick J. McLain*
        Patrick J. McLain
        Attorney for Zachary Evetts
        Texas State Bar Number: 13737480
        900 Jackson Street, Suite 640
        Dallas, Texas 75204
        Telephone: (214) 416-9100
        patrick@patrickjmclain.com


        */s/ Brian Bouffard*
        Brian Bouffard
        Attorney for Zachary Evetts
        Texas State Bar Number: 24038527
        900 Jackson Street, Suite 640
        Dallas, Texas 75204
        Telephone: (214) 416-9100
        brian@patrickjmclain.com


        */s/Brad Sauer*
        Brad Sauer
        Attorney for Zachary Evetts
        Texas State Bar Number: 24141095
        900 Jackson Street, Suite 640
        Dallas, Texas 75204
        Telephone: (214) 416-9100
        brad@patrickjmclain.com


## **CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the foregoing Defense Witness List was delivered via electronic mail to the office of the United States Attorney for the Northern District of Texas, Fort Worth Division, on 12 February 2026.


        */s/ Patrick J. McLain*
        Patrick J. McLain