IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

CAMERON ARNOLD (01)

No.   4:25-CR-259-P

## GOVERNMENT'S REPLY TO DEFENDANT'S RESPONSE TO GOVERNMENT'S OBJECTION TO DEFENDANT'S NOTICE OF EXPERT TESTIMONY

In reply to the defendant's response, the government noticed Mr. Shideler (and others) as an expert in its expert designation filed on the public docket in the case.    The government produced the expert's rule 16 report in discovery on January 8, 2026.    For all government experts, the government followed this procedure, that is: (1) notice the expert, and (2) produce the expert report in discovery (most expert reports are quite long). Mr. Shideler's expert report is 46 pages long and complies with rule 16.

The defendant has not produced an expert report. The defendant argues its expert is only for rebuttal, but the defendant does not have a rebuttal case, only a case-in-chief. If the defendant wants to elicit expert testimony it needs to comply with rule 16.    The defendant has not produced an expert report.

**Government's Reply - Page  1**

Thus, the defendant has not complied with rule 16(b)(1)(C)(iii).


Respectfully Submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY


*s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone:   817-252-5200
Email: Shawn.Smith2@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2026, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record.


*s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney


**Government's Reply - Page 2**