UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **4:25-CR-259-P** |
| | § | |
| **BENJAMIN SONG (03)** | § | |

## DEFENDANT BENJAMIN SONG'S EXHIBIT LIST

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 1. | Law enforcement or civilian with knowledge of Signal chats | Signal chat-core GOV_P1_00000409 | | | |
| 2. | Law enforcement or civilian with knowledge of Signal chats | Flyer from signal chat in re the noise demonstration GOV_P1_00000408 | | | |
| 3. | P. Stout | Firearm and Toolmark Examination presentation/report GOV_P13_00000517 | | | |
| 4. | T. Gross | Lt. Gross Body Cam GOV_P2_00000079 | | | |

Respectfully submitted,

*/s/ Phillip Hayes*
PHILLIP HAYES
Attorney for Benjamin Song
Texas State Bar No. 24012803
3300 Oak Lawn Ave #600
Dallas, TX 76219
(214) 774-0488
Fax: (214) 528-6601
Phayes1995@hotmail.com

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with AUSA Shawn Smith on February 11, 2026, and confirmed the Government did not express an objection to the filing of this exhibit list.

*/s/ Phillip Hayes*
Phillip Hayes

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2026, I electronically filed the foregoing document using the Court's CM/ECF system, thereby providing service on attorneys of record.

*/s/ Phillip Hayes*
Phillip Hayes