IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

V.                                                                          NO. 4:25-CR-00259-P

CAMERON ARNOLD (01)
AKA "AUTUMN HILL"

**EXHIBIT LIST**
DEFENDANT HILL (1)

TO THE HONORABLE JUDGE MARK T. PITTMAN,
UNITED STATES DISTRICT JUDGE:

COMES NOW, Cameron Arnold a.k.a. Autumn Hill (Defendant Hill) by and through her attorneys of record, Cody L. Cofer and James Luster, and presents Defendant Hill's list of expected exhibits. Defendant Hill presents to the Court and parties this list of exhibits pursuant to the Court's trial scheduling order and to aid in the orderly presentation of this case before a jury.

Defendant Hill does not concede or stipulate that each of these exhibits are admissible or authentic. *See* Tex. R. Evid. 105, To the contrary, depending on the presentation of evidence at trial, Defendant Hill may lodge lawful objections to each or any of these exhibits. Many of these exhibits may be used only for impeachment or to refresh a witness's recollection. Some of these exhibits may be offered only for the appellate record and not for consideration by the jury.

Defendant Hill will engage in a good faith effort to confer with the Government's counsel and co-defendants' counsel to preadmit both defense and Government exhibits.

Defendant Hill will supplement this list should Defendant Hill intend to offer evidence that is not currently in possession of the defense, including items not yet produced by the Government and items brought to court by witnesses.

| # | Description | Offered | Admitted | Excluded |
|---|---|---|---|---|
| 1 | Susan Kent Interview on 7/8/25<br>DOC - GOV_P1_00001383 | | | |
| 2 | Susan Kent Interview on 7/13/25<br>DOC - GOV_P1_00001784 | | | |
| 3 | Susan Kent Interview 8/25/25<br>VID - GOV_P2_00000616.mp4 | | | |
| 4 | Susan Kent Interview 8/25/25<br>VID - GOV_P2_00000617 | | | |
| 5 | Susan Kent Interview 8/25/25<br>VID - GOV_P2_00000618 | | | |
| 6 | Susan Kent Interview 9/10/25<br>VID - GOV_P3_00000060 | | | |
| 7 | Susan Kent Interview 10/7/25<br>DOC - GOV_P7_00000632 | | | |
| 8 | Meagan Morris Interview 7/5/25<br>DOC - GOV_P1_00002108 | | | |
| 9 | Meagan Morris Interview 7/5/25<br>VID - GOV_P2_00007816 | | | |
| 10 | Meagan Morris Interview 7/8/25<br>DOC - GOV_P1_00001945 | | | |
| 11 | Meagan Morris Interview 7/8/25<br>VID - GOV_P2_00007580 | | | |
| 12 | Meagan Morris Interview 7/11/25<br>DOC - GOV_P1_00001869 | | | |
| 13 | Meagan Morris Interview 7/11/25<br>VID - GOV_P2_00000614 | | | |
| 14 | Meagan Morris Interview 7/11/25<br>GOV_P2_00007582 | | | |
| 15 | Seth Sikes Interview 7/5/25<br>DOC - GOV_P1_00001690 | | | |
| 16 | Seth Sikes Interview 7/5/25<br>VID - GOV_P2_00007573 | | | |
| 17 | Seth Sikes Interview 7/9/25<br>DOC - GOV_P1_00002118 | | | |
| 18 | Seth Sikes Interview 7/9/25<br>VID - GOV_P2_00000615 | | | |
| 19 | Seth Sikes Interview 7/9/25<br>VID - GOV_P2_00007581 | | | |
| 20 | Seth Sikes Interview 8/3/25<br>DOC - GOV_P1_00002526 | | | |

| # | Description |
|---|---|
| 21 | Seth Sikes Interview 9/10/25<br>DOC - GOV_P3_00000072 |
| 22 | Seth Sikes Interview 9/19/25<br>DOC - GOV_P3_00000001 |
| 23 | Seth Sikes Interview 10/9/25<br>DOC - GOV_P7_00001045 |
| 24 | Seth Sikes Interview 10/14/25<br>DOC - GOV_P7_00001041 |
| 25 | Aleacia Arteaga Interview 7/5/25<br>DOC - GOV_P1_00002222 |
| 26 | Aleacia Arteaga Interview 7/5/25<br>DOC - GOV_P1_00001479 |
| 27 | Aleacia Arteaga Interview 7/5/25<br>DOC - GOV_P06_00002033 |
| 28 | Aleacia Arteaga Interview 7/11/25<br>DOC - GOV_P1_00002469 |
| 29 | Aleacia Arteaga Interview 7/11/25<br>VID - GOV_P4_00000615 |
| 30 | Lynette Sharp Interview 8/19/25<br>DOC - GOV_P1_00002233 |
| 31 | Lynette Sharp Interview 8/19/25<br>Video Transcript<br>DOC - GOV_P7_00000654 |
| 32 | Lynette Sharp Interview 8/19/25<br>VIDEO NOT PRODUCED |
| 33 | Lynette Sharp Interview 9/3/25<br>DOC - GOV_P1_00002174 |
| 34 | Lynette Sharp Interview 10/17/25<br>DOC - GOV_P7_00001294 |
| 35 | Goering Arrest<br>VID - GOV_P7_00001038 |
| 36 | John Thomas Interview 7/8/25<br>DOC - GOV_P1_00002167 |
| 37 | John Thomas Interviews<br>7/11/25, 7/12/25<br>AUDIO - GOV_P4_00000614 |
| 38 | John Thomas Interview (Date UNK)<br>DOC - GOV_P1_00002458 |
| 39 | John Thomas 7/29/25<br>DOC - GOV_P1_00002373 |
| 40 | John Thomas Interview 8/15/25<br>DOC - GOV_P1_00002517 |
| 41 | John Thomas Interview 10/8/25<br>DOC - GOV_P7_00000537 |

| # | Description | | | |
|---|---|---|---|---|
| 42 | Tyler Logan Interview 9/22/25<br>DOC - GOV_P4_00002748 | | | |
| 43 | Nathan Bauman Interview 12/1/25<br>DOC - GOV_P9_00000963 | | | |
| 44 | Transcript: Preliminary & Detention<br>SEPTEMBER 30, 2025<br>398 pages | | | |
| 45 | Baumann Interview 2/4/26<br>DOC - GOV_P15_00000001.pdf | | | |
| 46 | Baumann Interview 2/4/26<br>RECORDING NOT PRODUCED | | | |
| 47 | Baumann Interview 2/4/26 (Notes)<br>DOC - GOV_P15_00000003.pdf | | | |
| 48 | PLEA AGREEMENT with Appellate-Rights Waiver as to John Thomas | | | |
| 49 | Factual Resume as to John Thomas | | | |
| 50 | PLEA AGREEMENT with Appellate-Rights Waiver as to Joy Gibson | | | |
| 51 | Factual Resume as to Joy Gibson | | | |
| 52 | PLEA AGREEMENT with Appellate-Rights Waiver as to Lynette Sharp | | | |
| 53 | Factual Resume as to Lynette Sharp | | | |
| 54 | PLEA AGREEMENT with Appellate-Rights Waiver as to Nathan Baumann | | | |
| 55 | Factual Resume as to Nathan Baumann | | | |
| 56 | PLEA AGREEMENT with Appellate-Rights Waiver as to Rebecca Morgan | | | |
| 57 | Factual Resume as to Rebecca Morgan | | | |
| 58 | PLEA AGREEMENT with Appellate-Rights Waiver as to Susan Kent | | | |
| 59 | Factual Resume as to Susan Kent | | | |
| 60 | PLEA AGREEMENT with Appellate-Rights Waiver as to Seth Sikes | | | |
| 61 | Factual Resume as to Seth Sikes | | | |
| 62 | Excerpt 1 from Unmasking Antifa Editor Kyle Shideler | | | |
| 63 | Excerpt 2 from Unmasking Antifa Editor Kyle Shideler | | | |
| 64 | Excerpt 3 from Unmasking Antifa Editor Kyle Shideler | | | |
| 65 | Excerpt 4 from Unmasking Antifa Editor Kyle Shideler | | | |

| | | | | |
|---|---|---|---|---|
| 66 | Excerpt 1 from Understanding Black Identify Extremism By Kyle Shidler | | | |
| 67 | Excerpt 2 from Understanding Black Identify Extremism By Kyle Shidler | | | |
| 68 | Excerpt 3 from Understanding Black Identify Extremism By Kyle Shidler | | | |
| 69 | Signal Chat Image 1 Morris's Phone | | | |
| 70 | Signal Chat Image 2 Morris's Phone | | | |
| 71 | Signal Chat Image 3 Morris's Phone | | | |
| 72 | Signal Chat Image 4 Morris's Phone | | | |
| 73 | Signal Chat Image 5 Morris's Phone | | | |
| 74 | Signal Chat Image 6 Morris's Phone | | | |
| 75 | Signal Chat Image 7 Morris's Phone | | | |
| 76 | Signal Chat Image 8 Morris's Phone | | | |
| 77 | Signal Chat Image 9 Morris's Phone | | | |
| 78 | Scene Photo GOV_P2_00000399.JPG | | | |
| 79 | Scene Photo GOV_P2_00000400.JPG | | | |
| 80 | Scene Photo GOV_P2_00000401.JPG | | | |
| 81 | Scene Photo GOV_P2_00000402.JPG | | | |
| 82 | Scene Photo GOV_P2_00000405.JPG | | | |
| 83 | Scene Photo GOV_P2_00000222.JPG | | | |
| 84 | Scene Photo GOV_P2_00000223.JPG | | | |
| 85 | Scene Photo GOV_P2_00000225.JPG | | | |

Respectfully submitted by,

*/s/Cody L. Cofer*
Cody L. Cofer
COFER LUSTER LAW FIRM, PC
TX SBN: 24066643
604 E. 4th Street, Suite 101
Fort Worth, Texas 76102
Phone: 682-777-3336
Fax: 682-238-5577
Email: ccofer@coferluster.com
Attorney for Cameron Arnold a.k.a. Autumn Hill

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2026, I electronically served the Government's attorney and co-defendants' counsel a copy of this pleading.

*/s/Cody L. Cofer*
Cody L. Cofer