IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | |
| | § | |
| CAMERON ARNOLD | § | |
| a/k/a "Autumn Hill" | § | |
| ZACHARY EVETTS | § | NO. 4:25-CR-259-P |
| BENJAMIN SONG | § | |
| SAVANNA BATTEN BRADFORD | § | |
| MORRIS | § | |
| a/k/a "Meagan Morris" | § | |
| MARICELA RUEDA | § | |
| ELIZABETH SOTO | § | |
| INES SOTO | § | |
| DANIEL ROLANDO | § | |
| SANCHEZ-ESTRADA | § | |

### SAVANNA BATTEN'S WITNESS LIST

**TO THE HONORABLE JUDGE OF SAID COURT:**

      NOW COMES, SAVANNA BATTEN, the Defendant, by and through her undersigned counsel, Christopher Tolbert, and gives notice of the following witnesses:

1. **Danielle High**- Will testify about her experience at Emma Goldman Book Club and other matters relevant to the instant prosecution.

   _____   _____
   **SWORN**                   **TESTIFIED**

2. **Maria Garcia**- Maria Garcia is a Store Manager at Panera Bread located in Fort Worth, Texas.  She will testify about Ms. Batten's whereabouts on July 4, 2025, and other matters relevant to July 4, 2025 in the instant prosecution.

   _____   _____
   **SWORN**                   **TESTIFIED**

3. **Dr. Jonathan Pickney**- may testify to all matters included in Defendant Savannah Batten's Notice of Expert Designation filed with the Court on February 3, 2026, as ECF 225, and Exhibit 225-2 attached thereto.

   _____   _____
   **SWORN**                   **TESTIFIED**

4. **Dr. Max Krochmal**- may testify to all matters included in Defendant Savannah Batten's Notice of Expert Designation filed with the Court on February 3, 2026, as ECF 225, and Exhibit 225-1 attached thereto.

   **SWORN** _____  **TESTIFIED** _____

5. **Susan Oakey**- may testify about matters related to Defendants background, character and conduct in the punishment phase of the trial pursuant to §18 USC 3661.

   **SWORN** _____  **TESTIFIED** _____

6. **Cheryl Ananda**- may testify about matters related to Defendants background, character and conduct in the punishment phase of the trial pursuant to §18 USC 3661.

   **SWORN** _____  **TESTIFIED** _____

7. **Amber Lowrey**- may testify about matters related to Defendants background, character and conduct in the punishment phase of the trial pursuant to §18 USC 3661.

   **SWORN** _____  **TESTIFIED** _____

8. **Cynthia Lokey**- may testify about matters related to Defendants background, character and conduct in the punishment phase of the trial pursuant to §18 USC 3661.

   **SWORN** _____  **TESTIFIED** _____

9. **Rob Colvin**- Is a Private Investigator and member of the defense team.  He may testify about photographs taken as part of the defense investigation in the instant matter and certain maps generated by the defense team and also identified in Savanna Batten Trial Exhibit List.

   **SWORN** _____  **TESTIFIED** _____

Respectfully submitted,

TOLBERT & ASSOCIATES, PLLC
511 E. John W. Carpenter Fwy, Suite 500
Las Colinas, TX 75062
817.380.8008 (Office)
817.977.9661 (Fax)

By: /s/ Christopher L. Tolbert
Christopher L. Tolbert
State Bar No. 24080530
chris@tolbertlawpc.com

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Savanna Batten Witness List was delivered by filing electronic filing through the PACER system on February 12, 2025.

Frank L. Gatto, Esq.
Assistant United States Attorney
Fort Worth Division

Shawn Smith, Esq.
Assistant United States Attorney
Fort Worth Division,

/s/ Christopher L. Tolbert
Christopher L. Tolbert