IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CAUSE NO.: 4:25-cr-00259-P |
| | § | |
| ZACHARY EVETTS (2) | § | |

### DEFENDANT ZACHARY EVETTS'S EXHIBIT LIST

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
| --- | --- | --- | --- | --- | --- |
| 1. | Texas Ranger/PDC Personnel | PDC Security Cam Video (GOV_P2_00007784) – shooter firing, COs taking cover | | | |
| 2. | Texas Ranger/PDC Personnel | PDC Security Cam Video (GOV_P2_00007787) – sending up fireworks at fenceline | | | |
| 3. | Texas Ranger/PDC Personnel | Photograph (GOV_P2_00007556) – annotated overhead map of PDC scene | | | |
| 4. | Law enforcement/Forensic Expert/Seth Sikes | Cellebrite Extraction Report (GOV_P1_00003291) – Signal chat messages (94 pgs) | | | |
| 5. | Law Enforcement/Forensic Expert/Susan Kent | Cellebrite Extraction Report (GOV_P1_00003476) – Signal chat messages (197 pgs) | | | |
| 6. | Texas Ranger/PDC Personnel | PDC Security Cam Video (GOV_P2_00008054) – daytime gathering on 7/4/25 | | | |
| 7. | Randi Ray/PDC Personnel | Photograph DSC_0012 (view of detainee windows) | | | |

| | | | | | |
|---|---|---|---|---|---|
| 8. | Randi Ray/PDC Personnel | Photograph DSC_0018 (view of hill and curved fenceline) | | | |
| 9. | Randi Ray/Personnel | Photograph DSC_0019 (view from hill toward entrance and guard shack) | | | |
| 10. | Randi Ray/Personnel | Photograph DSC_0042 (view of detainee windows from other side of new fence) | | | |

Respectfully Submitted,

/s/ Patrick J. McLain
Patrick J. McLain
Attorney for Zachary Evetts
Texas State Bar Number: 13737480
900 Jackson Street, Suite 640
Dallas, Texas 75204
Telephone: (214) 416-9100
patrick@patrickjmclain.com


/s/ Brian Bouffard
Brian Bouffard
Attorney for Zachary Evetts
Texas State Bar Number: 24038527
900 Jackson Street, Suite 640
Dallas, Texas 75204
Telephone: (214) 416-9100
brian@patrickjmclain.com


/s/Brad Sauer
Brad Sauer
Attorney for Zachary Evetts
Texas State Bar Number: 24141095
900 Jackson Street, Suite 640
Dallas, Texas 75204
Telephone: (214) 416-9100
brad@patrickjmclain.com

## **CERTIFICATE OF SERVICE**

     This is to certify that a true and correct copy of the foregoing Defense Exhibit List was delivered via electronic mail to the office of the United States Attorney for the Northern District of Texas, Fort Worth Division, on 12 February 2026.

                                */s/ Patrick J. McLain*
                                Patrick J. McLain