IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | * | |
| --- | --- | --- |
| | * | |
| VS. | * | CRIM. NO. 4:25-CR-259(07) |
| | * | |
| ELIZABETH SOTO | * | |

## DEFENDANT ELIZABETH SOTO'S EXHIBIT LIST

TO THE HONORABLE U.S. DISTRICT MARK T. PITTMAN:

**COMES NOW ELIZABETH SOTO,** by and through her attorneys of record, Harmony M. Schuerman and Blake Burns, and hereby submits Defendant Soto's list of expected exhibits. Defendant presents to the Court and parties this list of exhibits pursuant to the Court's trial scheduling order and to aid in the orderly presentation of this case before a jury.

| Exhibit No. | Description | Offered | Admitted | Excluded |
| --- | --- | --- | --- | --- |
| 1 | Gadsen flag photo | | | |
| 2 | Ofcr. Darius Bell bodycam of arrest GOV_P2_00000080 | | | |
| 3 | Lt. Gross bodycam of shooting GOV_P2_00000079 | | | |
| 4 | Dpty. Justin Smith bodycam with GSR Swabbing of Soto GOV_P1_00000081 | | | |
| 5 | CCTV from Prairieland Detention Center (PDC) showing fireworks GOV_P2_00000184 | | | |
| 6 | CCTV from PDC showing vandalism GOV_P2_00000183 | | | |
| 7 | CCTV from PDC showing police response in parking lot GOV_P2_00000176 | | | |
| 8 | Notes from Interview with Agents Webb & Brant & Sgt. Cindy Harp of PDC GOV_P2_00008060 | | | |
| 9 | Diagram drawn by Sgt. Cindy Harp GOV_P1_00003705 | | | |
| 10 | Package of Pop-Its Snappers | | | |
| 11 | Google Map of PDC and surrounding residential neighborhood | | | |

| | | | | |
|---|---|---|---|---|
| 12 | Google Map of PDC edited surrounding residential neighborhood with travel time | | | |
| 13 | Interview with Tyler Logan<br>GOV_P1_00002482 | | | |
| 14 | Interview with Kyle Graham JSCO<br>GOV_P1_00001449 | | | |
| 15 | Interview with Aleacia Arteaga<br>GOV_P1_00002469 | | | |
| 16 | Interview with Chastity Gonzalez & Anthony Whitlock<br>GOV_P1_00001391 | | | |
| 17 | Interview with Ivan Stober<br>GOV_P1_00002259 | | | |
| 18 | Interview of Joel Hamilton<br>GOV_P1_00002396 | | | |
| 19 | Interview of Kenneth Denson<br>GOV_P3_00000136 | | | |
| 20 | Photo of PDC Facility Google Map<br>GOV_P8_00007467 | | | |
| 21 | Photo of PDC Facility Google Map<br>GOV_P8_00007468 | | | |
| 22 | Report with Signal chats discussing legality of fireworks within Alvarado city limits<br>GOV_P1_00003752 | | | |

Respectfully submitted,

/s/ Harmony Schuerman
HARMONY SCHUERMAN
SBN: 24062991
115 N. Henderson Street
Fort Worth, Texas 76102
Phone: 817/406-8665
harmony@hmscriminallaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Filing" to the following attorney of record who has consented in writing to accept this notice as service of this document by electronic means: Shawn Smith, Assistant United States Attorney,

shawn.smith@usdoj.gov.

        /s/ Harmony Schuerman
        HARMONY SCHUERMAN