UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 4:25-CR-259-P |
| | § | |
| DANIEL ROLANDO SANCHEZ ESTRADA (09) | § | |

DEFENDANT DANIEL ROLANDO SANCHEZ ESTRADA'S EXHIBIT LIST FOR TRIAL

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 1. | Wiethorn/Bennett | Rueda-Mother Call GOV_P2_00000152 | ________ | ________ | ________ |
| 2. | Wiethorn/Bennett | Transcript Rueda-Mother Call GOV_P2_00007872 | ________ | ________ | ________ |
| 3. | Wiethorn/Bennett | FBI 302 Rueda-Mother Call GOV_P06_00002847 | ________ | ________ | ________ |
| 4. | Wiethorn/Bennett | FBI 302 Emails to Surveil Dove Meadow Dr. GOV_P1_00001016 | ________ | ________ | ________ |
| 5. | Wiethorn/Bennett | Rueda-Sanchez Estrada Call GOV_P2_00000153 | ________ | ________ | ________ |
| 6. | Wiethorn/Bennett | Transcript Rueda-Sanchez Estrada Call GOV_P8_00009838 | ________ | ________ | ________ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 7. | Wiethorn/Bennett | FBI 302 Rueda-Sanchez Estrada Call GOV_P1_00001269 | | | |
| 8. | Wiethorn/Bennett | FBI 302 Report-Dove Meadow Dr. GOV_P1_00001554 | | | |
| 9. | Wiethorn/Bennett | FBI 302 Witness Sanchez Estrada drop box GOV_P1_00001019 | | | |
| 10. | Wiethorn/Bennett | Denton PD Sanchez Estrada Arrest Report GOV_P10_00000788 | | | |
| 11. | Wiethorn/Bennett | FBI 302 Sanchez Estrada Arrest Report GOV_P1_00002087 | | | |
| 12. | Wiethorn/Bennett | FBI 302 Sanchez Estrada Attempted Interview GOV_P1_00001700 | | | |
| 13. | Wiethorn/Bennett | FBI 302 Evidence Collected from Sanchez Estrada GOV_P1_00001614 | | | |
| 14. | Wiethorn/Bennett | FBI 302 Sanchez Estrada Vehicle Search GOV_P1_00002093 | | | |
| 15. | Wiethorn/Bennett | FBI 302 Sanchez Estrada Vehicle SW Return GOV_P06_00002456 | | | |
| 16. | Wiethorn/Bennett | Sanchez Estrada Vehicle Evidence log GOV_P06_00002456 | | | |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 17. | Wiethorn/Bennett | FBI 302 Prairie St. Search Timeline GOV_P1_00002399 | | | |
| 18. | Wiethorn/Bennett | FBI 302 Prairie St. SWAT Plan GOV_01_0002424 | | | |
| 19. | Wiethorn/Bennett | Prairie St. PowerPoint SWAT Plan GOV_P1_00002425 | | | |
| 20. | Wiethorn/Bennett | Prairie St. Excel SWAT Timeline GOV_P06_00002421 | | | |
| 21. | Wiethorn/Bennett | FBI 1087a Items seized-Prairie St. GOV_P1_00001559 | | | |
| 22. | Wiethorn/Bennett | BWC at Prairie St. GOV_P2_00000092_772 | | | |
| 23. | Wiethorn/Bennett | BWC at Prairie St. GOV_P2_00000092_777 | | | |
| 24. | Wiethorn/Bennett | BWC at Prairie St. GOV_P2_00000092_777 | | | |
| 25. | Wiethorn/Bennett | Photo of Closet, Prairie St. GOV_P2_00001075 | | | |
| 26. | Wiethorn/Bennett | Closeup Photo of Closet, Prairie St. GOV_P2_00001063 | | | |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 27. | Wiethorn/Bennett | Screenshot-Box in Closet, Prairie St. GOV_P2_00000092_785 | ___________ | ___________ | ___________ |
| 28. | Wiethorn/Bennett | Screenshot-Box in Closet, Prairie St. GOV_P2_00000092_785 | ___________ | ___________ | ___________ |
| 29. | Wiethorn/Bennett | Box in Closet, Prairie St. GOV_P2_00000660 | ___________ | ___________ | ___________ |
| 30. | Wiethorn/Bennett | Prairie St. Apartment Diagram GOV_P06_00002449 | ___________ | ___________ | ___________ |
| 31. | Wiethorn/Bennett | Prairie St. Evidence Log GOV_P06_00002428 | ___________ | ___________ | ___________ |
| 32. | Wiethorn/Bennett | Prairie St. SW Return GOV_P06_00002430 | ___________ | ___________ | ___________ |
| 33. | Wiethorn/Bennett | Prairie St. Events log GOV_P06_00002451 | ___________ | ___________ | ___________ |
| 34. | Wiethorn/Bennett | SW Dove Meadow Dr. GOV_P1_00002786 | ___________ | ___________ | ___________ |
| 35. | Wiethorn/Bennett | Dove Meadow Dr. Search Timeline GOV_P06_00002207 | ___________ | ___________ | ___________ |
| 36. | Wiethorn/Bennett | Dove Meadow Dr. Sign in log GOV_P06_00002210 | ___________ | ___________ | ___________ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 37. | Wiethorn/Bennett | Dove Meadow Dr. Diagram GOV_P06_00002221 | ________ | ________ | ________ |
| 38. | Wiethorn/Bennett | Dove Meadow Dr. SW Return GOV_P06_00002211 | ________ | ________ | ________ |
| 39. | Wiethorn/Bennett | FBI 302 Search Dove Meadow Dr. GOV_P1_00001505 | ________ | ________ | ________ |
| 40. | Wiethorn/Bennett | FBI 1087a Dove Meadow Dr. Items Seized GOV_P1_00001533 | ________ | ________ | ________ |
| 41. | Wiethorn/Bennett | Dove Meadow Dr. Evidence Log GOV_P06_00002217 | ________ | ________ | ________ |
| 42. | Wiethorn/Bennett | FBI 302 Photos of Doorbell Cam-Dove Meadow Dr. GOV_P1_00001143 | ________ | ________ | ________ |
| 43. | Wiethorn/Bennett | FBI 302 Interview of Sanchez Estrada brother GOV_P1_00001506 | ________ | ________ | ________ |
| 44. | Wiethorn/Bennett | FBI 302 Interview of Sanchez Estrada father GOV_P1_00001638 | ________ | ________ | ________ |
| 45. | Wiethorn/Bennett | FBI 302 Review of Notebook GOV_P1_00001411 | ________ | ________ | ________ |
| 46. | Wiethorn/Bennett | Sanchez Estrada Complaint GOV_P1_00000067 | ________ | ________ | ________ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 47. | Wiethorn/Bennett | Sanchez Estrada Arrest Warrant GOV_P1_00000080 | | | |
| 48. | Wiethorn/Bennett | FBI 302 Sanchez Estrada Jail Transport GOV_P1_00001411 | | | |
| 49. | Wiethorn/Bennett | FBI 302 Sanchez Estrada Receipt of Jail Property GOV_P1_00001929 | | | |
| 50. | Wiethorn/Bennett | FBI 302 Sanchez Estrada Recorded Phone Calls GOV_P1_00001568 | | | |
| 51. | Wiethorn/Bennett | FBI 302 Sanchez Estrada T-Mobile Warrant GOV_P1_00002565 | | | |
| 52. | Wiethorn/Bennett | FBI 302 Sanchez Estrada Preservation Request GOV_P1_00002236 | | | |
| 53. | Wiethorn/Bennett | DOJ Classification, Sanchez Estrada GOV_P06_00002538 | | | |
| 54. | Wiethorn/Bennett | FBI Baseline Check, Sanchez Estrada GOV_P1_00001362 | | | |
| 55. | Wiethorn/Bennett | FBI 302 Sanchez Estrada iPhone Warrant GOV_P1_00002507 | | | |
| 56. | Wiethorn/Bennett | FBI 302 Sanchez Estrada Phone Records Return GOV_P1_00002107 | | | |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 57. | Wiethorn/Bennett | FBI 302 Sanchez Estrada Phone Records addend GOV_P1_00002248 | | | |
| 58. | Wiethorn/Bennett | Call Toll Records, Sanchez Estrada GOV_P06_00002577 | | | |
| 59. | Wiethorn/Bennett | Final Cell Analysis, Sanchez Estrada GOV_P14_00000092 | | | |
| 60. | Wiethorn/Bennett | Fernwood St. Search Warrant GOV_P1_00000100 | | | |
| 61. | Wiethorn/Bennett | FBI 302 Fernwood St. Search Warrant Info GOV_P1_00002012 | | | |
| 62. | Wiethorn/Bennett | FBI 1087a Fernwood St. Collection of Evidence GOV_P1_00001469 | | | |
| 63. | Wiethorn/Bennett | FBI 302 Vehicle at Fernwood St. GOV_P1_00001903 | | | |
| 64. | Wiethorn/Bennett | Fernwood St. SW Receipt of Property GOV_P06_00002327 | | | |
| 65. | Wiethorn/Bennett | BWC Fernwood St. GOV_P2_0000000158_145 | | | |
| 66. | Wiethorn/Bennett | BWC Fernwood St. GOV_P2_0000000158_627 | | | |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 67. | Wiethorn/Bennett | BWC Fernwood St. GOV_P2_0000000158_571 | ____ | ____ | ____ |
| 68. | Wiethorn/Bennett | Dog Screenshot, Fernwood St. GOV_P2_0000000158_571 | ____ | ____ | ____ |
| 69. | Wiethorn/Bennett | Litter Box/Kennel Screenshot, Fernwood St. GOV_P2_0000000158_571 | ____ | ____ | ____ |
| 70. | Wiethorn/Bennett | Rabbit Screenshot, Fernwood St. GOV_P2_0000000158_571 | ____ | ____ | ____ |
| 71. | Wiethorn/Bennett | Rabbits/Cats Screenshot, Fernwood St. GOV_P2_0000000158_571 | ____ | ____ | ____ |
| 72. | Bell | Marriage Certificate, Rueda-Sanchez Estrada DEF_P1_000001 | ____ | ____ | ____ |
| 73. | Bell | Permanent Resident ID Sanchez Estrada DEF_P1_000003 | ____ | ____ | ____ |
| 74. | Bell | Instagram Video DEF_P1_000005 | ____ | ____ | ____ |
| 75. | Criado | Photos of Evidence-FBI Field Office DEF_P2_000001 | ____ | ____ | ____ |
| 76. | Reserved | | ____ | ____ | ____ |
| 77. | Reserved | | ____ | ____ | ____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 78. | Reserved | | | | |
| 79. | Reserved | | | | |
| 80. | Reserved | | | | |
| 81. | Reserved | | | | |
| 82. | Reserved | | | | |

Respectfully submitted,

JASON HAWKINS
Federal Public Defender
Northern District of Texas

/s/ Rachel M. Taft
RACHEL M. TAFT
Assistant Federal Public Defender
Texas State Bar No.: 24097171
819 Taylor St., Room 9A10
Fort Worth, TX 76102
Phone: (817) 978-2753
Fax: (817) 978-2757
Email: rachel_taft@fd.org

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with AUSA Frank Gatto on February 12, 2026, and confirmed the Government is unopposed to the filing of this exhibit list.

/s/ Rachel M. Taft
RACHEL M. TAFT

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2026, I electronically filed the foregoing document using the Court's CM/ECF system, thereby providing service on attorneys of record.

/s/ Rachel M. Taft
RACHEL M. TAFT