UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § § | |
| v. | § § | 4:25-CR-259-P |
| DANIEL ROLANDO SANCHEZ ESTRADA (09) | § § | |

DEFENDANT DANIEL ROLANDO SANCHEZ ESTRADA'S WITNESS LIST FOR TRIAL

| **NO.** | **WITNESS** | **SUBJECT MATTER OF TESTIMONY** | **SWORN** | **TESTIFIED** |
|---|---|---|---|---|
| 1. | Greg Jones | Will testify to his investigation in this case and his professional knowledge and experience as it relates to the case. | | |
| 2. | Pedro Criado | Will testify to his investigation in this case and his professional knowledge and experience as it relates to the case. | | |
| 3. | Kristofer J. Cox | Will testify to the facts relevant to the case that he witnessed. | | |
| 4. | Kelsey G. Fryman | Will testify to the facts relevant to the case that he witnessed. | | |
| 5. | Ana Jessica Bell | Will testify to her relationship with the defendant, her knowledge of his personal background, and facts relevant to the case that she witnessed. | | |

Respectfully submitted,

JASON HAWKINS
Federal Public Defender
Northern District of Texas


/s/ Rachel M. Taft
RACHEL M. TAFT
Assistant Federal Public Defender
Texas State Bar No.: 24097171
819 Taylor St., Room 9A10
Fort Worth, TX 76102
Phone: (817) 978-2753
Fax: (817) 978-2757
Email: rachel_taft@fd.org


**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with AUSA Frank Gatto on February 12, 2026, and confirmed the Government is unopposed to the filing of this witness list.

/s/ Rachel M. Taft
RACHEL M. TAFT


**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2026, I electronically filed the foregoing document using the Court's CM/ECF system, thereby providing service on attorneys of record.

/s/ Rachel M. Taft
RACHEL M. TAFT