FIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:25-CR-259-P |
| CAMERON ARNOLD, et al | |

**GOVERNMENT'S WITNESS LIST**

| | Witness | Sworn | Testified |
|---|---|---|---|
| 1. | FBI SA C. Wiethorn<br><br>Agent Wiethorn is a probable fact witness and the case agent. He may testify to the investigation of the defendants in the case. | | |
| 2. | APD Lt. T. Gross<br><br>Lt. Gross is a victim in the case. He will testify about his actions on July 4, 2025 and the wound he suffered in the case. | | |
| 3. | Contract Corrections Officer C. Harp<br><br>Officer Harp is a victim in the case. She will testify about what happened on July 4, 2025. | | |

|    | **Witness** | **Sworn** | **Testified** |
|----|-------------|-----------|---------------|
| 4. | Contract Corrections Officer D. Reedy<br><br>Officer Reedy is a victim in the case. He will testify about what happened on July 4, 2025. | | |
| 5. | Ms. C. Gonzalez<br><br>Ms. Gonzalez is a probable fact witness. She may testify about the peaceful protest at Prairieland on July 14, 2025, from around 10:00am to around 12:00pm. | | |
| 6. | Ms. N. Meda Frias<br><br>Ms. Meda Frias is a probable fact witness. She may testify about the peaceful protest at Prairieland on July 14, 2025, from around 10:00am to around 12:00pm. | | |
| 7. | JCSO Cpl K. Graham<br><br>Cpl Graham is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 8. | JCSO Dep J. Rouyre<br><br>Dep Rouyre is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |

|     | Witness | Sworn | Testified |
| --- | --- | --- | --- |
| 9.  | JCSO Det W. Reilly<br><br>Det Reilly is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 10. | JCSO CSI K. Burris<br><br>CSI Burris is a probable fact witness. She may testify to her involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025, including taking DNA samples. | | |
| 11. | JCSO Dep K. Parsons<br><br>Dep Parsons is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 12. | JCSO Dep A.J. Jackson<br><br>Dep Jackson is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 13. | JCSO Sgt J. Smith<br><br>Sgt Smith is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025, including taking GSR samples. | | |
| 14. | APD Off J. Zapata<br><br>Off Zapata is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |

|  | Witness | Sworn | Testified |
|---|---|---|---|
| 15. | APD Off C. Solis<br><br>Off Solis is a probable fact witness. She may testify to her involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 16. | APD Off D. Mello<br><br>Off Mello is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 17. | APD Off D. Bell<br><br>Off Bell is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 18. | APD Off C. Marshall (now with JCSO)<br><br>Off Marshall is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 19. | VPD Lt. J. Yates<br><br>Lt. Yates is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 20. | VPD Det G. Spurlock<br><br>Det Spurlock is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |

|  | Witness | Sworn | Testified |
|---|---|---|---|
| 21. | Texas Ranger T. Williamson<br><br>Ranger Williamson is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025 in the case. | | |
| 22. | Texas Ranger B. Helton<br><br>Ranger Helton is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025 in the case. | | |
| 23. | Texas Ranger B.J. Hill<br><br>Ranger Hill is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025 in the case. | | |
| 24. | APD Sgt S. McDonald<br><br>Sgt McDonald is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025, including his recovery of Song's jammed AR. | | |
| 25. | FBI SA M. Woodruff<br><br>Agent Woodruff is a probable fact witness. She may testify to her involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |

|     | Witness | Sworn | Testified |
| --- | --- | --- | --- |
| 26. | FBI SA R. Eldred<br><br>Agent Eldred is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 27. | FBI TFO G. Ceron<br><br>TFO Ceron is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 28. | FBI TFO A. Brandt<br><br>TFO Brandt is a probable fact witness. She may testify to her involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 29. | FBI SA K. Duross<br><br>Agent Duross is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 30. | FBI SA M. Van Horn<br><br>Agent Van Horn is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 31. | FBI SA C. Imming<br><br>Agent Imming is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |

| | Witness | Sworn | Testified |
|---|---|---|---|
| 32. | FBI SA K. Termin<br><br>Agent Termin is a probable fact witness. She may testify to her involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 33. | FBI SA C. Dockter<br><br>Agent Dockter is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 34. | FBI SA T. Raley<br><br>Agent Raley is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 35. | FBI SA R. Chen<br><br>Agent Chen is a probable fact witness. She may testify to her involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 36. | FBI SA J. Curry<br><br>Agent Curry is a probable fact witness. She may testify to her involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 37. | FBI SA C. Ford<br><br>Agent Eldred is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |

|     | Witness | Sworn | Testified |
| --- | --- | --- | --- |
| 38. | FBI TFO B. Snyder<br><br>TFO Snyder is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 39. | FBI SA M. Boatner<br><br>Agent Boatner is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 40. | FBI SA K. Cauthen<br><br>Agent Cauthen is a probable fact witness. She may testify to her involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 41. | FBI Tech D. Lang<br><br>Tech Lang is a probable fact witness. She may testify to her involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 42. | FBI SA J. Killian<br><br>Agent Killian is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 43. | Mr. J. Provo<br><br>Mr. Provo is a maintenance worker at Prairieland. Mr. Provo may testify about his repairs at the Prairieland facility. | | |

|     | Witness | Sworn | Testified |
|-----|---------|-------|-----------|
| 44. | Mr. T. Bergami<br><br>Mr. Bergami is the warden at Prairieland. Mr. Bergami may testify about damages sustained at Prairieland. | | |
| 45. | FBI SA P. McGuire<br><br>Agent McGuire is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 46. | FBI SA T. Page<br><br>Agent Page is a probable fact/expert witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025, including his CAST analysis. | | |
| 47. | FBI SA P. Poston<br><br>Agent Poston is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 48. | FBI TFO C. Brashear<br><br>TFO Brashear is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 49. | Seth Sikes<br><br>Mr. Sikes will testify about his and others involvement in the attack on Prairieland on July 4, 2025. | | |

|  | Witness | Sworn | Testified |
|---|---|---|---|
| 50. | Nathan Baumann<br><br>Mr. Baumann will testify about his and others involvement in the attack on Prairieland on July 4, 2025. |  |  |
| 51. | Lynette Sharp<br><br>Ms. Sharp will testify about her involvement in extracting defendant Song from Prairieland after the attack on July 4, 2025. |  |  |
| 52. | Susan Kent<br><br>Ms. Kent will testify about her involvement in extracting defendant Song from Prairieland after the attack on July 4, 2025. |  |  |
| 53. | John Thomas<br><br>Mr. Thomas will testify about his involvement in extracting defendant Song from Prairieland after the attack on July 4, 2025. |  |  |
| 54. | Sarah Hall, Forensic Scientist, Texas DPS<br><br>Ms. Hall will testify about GSR tests she conducted on evidence seized in the case. |  |  |
| 55. | Andrew Lopez, Forensic Scientist, Texas DPS<br><br>Mr. Lopez will testify about DNA tests he conducted on evidence seized in the case. |  |  |

| | Witness | Sworn | Testified |
|---|---|---|---|
| 56. | Phillip Stout, Forensic Scientist, Texas DPS<br><br>Mr. Stout will testify about toolmark analysis he performed on evidence seized in the case. | | |
| 57. | Sarah Edwards, Forensic Scientist, Texas DPS<br><br>Ms. Edwards will testify about fingerprint examinations she conducted on evidence seized in the case. | | |
| 58. | ATF Agent S. Brenneman<br><br>Agent Brenneman will testify that fireworks seized in this case are explosives within the meaning of relevant criminal statutes. | | |
| 59. | K. Shideler<br><br>Mr. Shideler will testify about ANTIFA, its origins, ideology, and how it operates. | | |
| 60. | T. Moynihan, Firearm and Toolmark Examiner, ATF<br><br>Ms. Moynihan will testify about toolmark examinations she conducted on evidence seized in the case. | | |
| 61. | FBI Agent K. Bennett<br><br>Agent Bennett is a probable fact witness. She may testify to her involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |

**Government's Witness List - Page 11**

| | Witness | Sworn | Testified |
|---|---|---|---|
| 62. | FBI Agent U. Avalos<br><br>Agent Avalos is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 63. | JCSO Detention Officer B. Gilpin<br><br>Detention Officer Gilpin is a probable fact witness. She may testify to taking Benjamin Song's fingerprints and having them inputted into the state database. | | |

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

*s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone:   817-252-5200
Facsimile:   817-252-5455
Email: Shawn.Smith2@usdoj.gov

RYAN RAYBOULD
UNITED STATES ATTORNEY

*s/ Frank L. Gatto*
FRANK L. GATTO
Assistant United States Attorney
Texas Bar No. 24062396
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5213
E-mail: Frank.Gatto@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on February 12, 2026, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.

      *s/ Shawn Smith*
      SHAWN SMITH
      Assistant United States Attorney

      *s/ Frank L. Gatto*
      FRANK L. GATTO
      Assistant United States Attorney