IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:25-CR-259-P |
| CAMERON ARNOLD, et al | |

## GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 1. | Self-authenticating/ Wiethorn | 911 call (P2 – 7557) | _____ | _____ | _____ |
| 2. | APD Lt. Gross | Lt. Gross's dashcam (P4 – 504) | _____ | _____ | _____ |
| 3. | APD Lt. Gross | Lt. Gross's bodycam (P4 – 504) | _____ | _____ | _____ |
| 4. | APD Lt. Gross/ Helton | Photographs of injury (P2 7820 – 7828) | _____ | _____ | _____ |
| 5. | Lt. Gross | Lt. Gross statement (P1 – 805) | _____ | _____ | _____ |
| 6. | Self-authenticating/ Wiethorn | Prairieland CCTV daytime protest (P2 – 175) | _____ | _____ | _____ |
| 7. | Nelinda Meda Frias | Facebook post for peaceful protest (P1 – 1391) | _____ | _____ | _____ |
| 8. | Nelinda Meda Frias | Picture of Rueda at peaceful protest (P1 – 1391) | _____ | _____ | _____ |
| 9. | Nelinda Meda Frias | Report of interview of Meda Frias (P1 – 1832) | _____ | _____ | _____ |

Government's Exhibit List - Page 1

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 10. | Self-authenticating/ Wiethorn/Sikes/ Baumann | Prairieland CCTV nighttime attack facing Tangelwood shack (P2 – 185) | _____ | _____ | _____ |
| 11. | Self-authenticating/ Wiethorn/Sikes/ Baumann | Prairieland CCTV nighttime attack facing employee parking lot (P2 – 183) | _____ | _____ | _____ |
| 12. | Self-authenticating/ Wiethorn/Baumann | Prairieland CCTV nighttime attack security gate camera (P2 – 8055) | _____ | _____ | _____ |
| 13. | Self-authenticating/ Wiethorn/Sikes/ Baumann | Prairieland CCTV nighttime attack north facing camera (P2 – 184) | _____ | _____ | _____ |
| 14. | Self-authenticating/ Wiethorn/Sikes/ Baumann | Prairieland CCTV nighttime attack south facing camera (P2 – 8056) | _____ | _____ | _____ |
| 15. | Self-authenticating/ Cpl Graham | JCSO Cpl Graham's bodycam (P4 – 612) | _____ | _____ | _____ |
| 16. | Self-autheticating/ Off Zapata | APD Off Zapata's bodycam (P2 – 79) | _____ | _____ | _____ |
| 17. | Self-authenticating/ Off Zapata | APD Off Zapata's dashcam (P4 – 505) | _____ | _____ | _____ |
| 18. | Self-authenticating/ Off Solis | APD Off Solis's dashcam (P4 – 505) | _____ | _____ | _____ |
| 19. | Self-authenticaing/ Off Solis | APD Off Solis's bodycam (P8 – 10259) | _____ | _____ | _____ |
| 20. | Self-authenticating/ Off Mello | APD Off Mello's bodycam (P8 – 10258) | _____ | _____ | _____ |
| 21. | Self-authenticating/ Off Bell | APD Off Bell's bodycam (P2 – 79) | _____ | _____ | _____ |

**Government's Exhibit List - Page 2**

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 22. | Self-authenticting/ Dep Rouyre / Det Reilly | JSCO Dep Rouyre's bodycam (P4 – 623) | _____ | _____ | _____ |
| 23. | Self-authenticting/ Dep Parsons/ Det Reilly | JSCO Dep Parson's bodycam (P2 – 81) | _____ | _____ | _____ |
| 24. | Self-authenticting/ Dep Jackson/ Det Reilly | JSCO Dep Jackson's bodycam (P4 – 609) | _____ | _____ | _____ |
| 25. | Det Reilly | Bodycam and JCSO summary report (P2 – 7506) | _____ | _____ | _____ |
| 26. | Self-authenticating/ VPD Lt Yates/ Det Spurlock | VPD dashcam arrest of Evetts (P2 – 84) | _____ | _____ | _____ |
| 27. | Self-authenticating/ VPD Lt Yates/ Det Spurlock | VPD bodycam arrest of Evetts (P2 – 84) | _____ | _____ | _____ |
| 28. | Self-authenticating/ VPD Lt Yates/ Det Spurlock | VPD bodycam arrest of Evetts (P2 – 84) | _____ | _____ | _____ |
| 29. | VPD Lt Yates/ Det Spurlock | VPD report of arrest of Evetts (P5 – 3944) | _____ | _____ | _____ |
| 30. | APD C Marshall | APD summary report (P4 – 395) | _____ | _____ | _____ |
| 31. | Cindy Harp | FBI report of Harp interview (P2 – 8060) | _____ | _____ | _____ |
| 32. | D. Reedy | FBI report of Reedy Interview (P2 – 8062) | _____ | _____ | _____ |
| 33. | McDonald/Marshall/ Burris | Song's Franklin Armory FAI-15 with binary trigger (SN: A-34352) | _____ | _____ | _____ |

**Government's Exhibit List - Page  3**

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 34. | Burris | Palmetto State Armory PA-15 (SN: SCB200344) (found near wagon) | _____ | _____ | _____ |
| 35. | Marshall/ Burris | Derya Arms 9mm (SN: TG970-24L27123) (found in Gibson's backpack) | _____ | _____ | _____ |
| 36. | Marshall/ Burris | Girsan 9mm pistol (SN: T6368-23FG00756) (on Sikes) | _____ | _____ | _____ |
| 37. | Marshall/ Burris | Palmetto State Armory PA-15 (SN: CHSF013953) (on Sikes) | _____ | _____ | _____ |
| 38. | FBI Agent Woodruff | CZ 9mm (SN: F059618) (Evetts's Mazda) | _____ | _____ | _____ |
| 39. | FBI Agent Woodruff | Ruger AR-556 (SN: 1850-02568) (Evetts's Mazda) | _____ | _____ | _____ |
| 40. | FBI Agent Eldred | Glock 43 9mm (SN: BDXX555) (Soto's Subaru) | _____ | _____ | _____ |
| 41. | Royuere/ Parsons/Jackson | Palmetto State Armory PA-15 (SN: SCD171089) (Morris's minivan) | _____ | _____ | _____ |
| 42. | Royuere/ Parsons/Jackson | Sig Sauer P226 .40 cal (SN: 47A014187) (Morris's minivan) | _____ | _____ | _____ |
| 43. | Royuere/ Parsons/Jackson | US Arms LLC Patriot 15 (SN: US1154) (Morris's minivan) | _____ | _____ | _____ |
| 44. | Solis/Mello/ Burris | IFAK's found at scene (including Morris's car) | _____ | _____ | _____ |

**Government's Exhibit List - Page 4**

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 45. | Solis/Mello/Burris | Ballistic vests (including Morris's car) | _____ | _____ | _____ |
| 46. | Ceron/Brandt | Fireworks recovered from Prairieland (P1 – 1434, P6 – 10157, 10158) | _____ | _____ | _____ |
| 47. | Burris | Song's neon facemask | _____ | _____ | _____ |
| 48. | Burris/Helton | 5.56 spent casings found first | _____ | _____ | _____ |
| 49. | Burris/Helton | 5.56 spent casings found later | _____ | _____ | _____ |
| 50. | APD Sgt McDonald | Pictures of Song's jammed Rifle | _____ | _____ | _____ |
| 51. | Williamson/Helton/Hill (TX Rangers) | Texas Ranger reports (P2 – 7838; P11 – 75) | _____ | _____ | _____ |
| 52. | Burris/Marshall | Crime scene photographs (faraday bag) | _____ | _____ | _____ |
| 53. | FBI Agent Woodruff | Photographs of vehicles and their content: Morris, Baumann, Sikes, and Evetts; and cooler | _____ | _____ | _____ |
| 54. | FBI Agent Woodruff | Report on search of vehicles (P1 – 3382) | _____ | _____ | _____ |
| 55. | Burris | Photographs of graffiti on scene | _____ | _____ | _____ |
| 56. | TX Ranger Hill | Crime scene photographs | _____ | _____ | _____ |
| 57. | Burris | Photographs of clothing removed from each defendant | _____ | _____ | _____ |

**Government's Exhibit List - Page  5**

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 58. | FBI Agent Eldred | Photographs of Soto's Vehicle ("I shoot 1st") | _____ | _____ | _____ |
| 59. | FBI Agent Eldred | Eldred report (P1 – 1696) | _____ | _____ | _____ |
| 60. | Wiethorn/Bergami | Google map view of Prairieland and surrounding neighborhood | _____ | _____ | _____ |
| 61. | FBI Agent Duross/ Van Horn | Photographs of items at 56th Street | _____ | _____ | _____ |
| 62. | FBI Agent Duross/ Van Horn | Report of search of 56th Street (P1 – 1550) | _____ | _____ | _____ |
| 63. | FBI Agent Imming | Photographs of items at Fernwood (Rueda-Sanchez) | _____ | _____ | _____ |
| 64. | FBI Agent Imming | Report of search of Fernwood (P1 – 2012) | _____ | _____ | _____ |
| 65. | FBI Agent Termin | Photographs of items at Dove Meadow (Sanchez) | _____ | _____ | _____ |
| 66. | FBI Agent Termin | Report of search of Dove Meadow (P1 –1505) | _____ | _____ | _____ |
| 67. | Self-authenticting/ Bennett | Rueda – Sanchez jail call (P13 – 05) | _____ | _____ | _____ |
| 68. | Dockter/Raley | Sanchez-detain bodycam and in-car Video (Denton) (P8 – 10255) | _____ | _____ | _____ |
| 69. | FBI Agent Chen/ Bennett | Pictures of items seized in Sanchez's truck and accordion file | _____ | _____ | _____ |
| 70. | FBI Agent Chen | Report of search of Sanchez's truck (P1 – 2093) | _____ | _____ | _____ |

**Government's Exhibit List - Page  6**

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 71. | FBI Agent Bennett/ Van Horn | Pictures of items seized from boxes delivered by Sanchez to Denton apartment | _____ | _____ | _____ |
| 72. | FBI Agent Curry/ Van Horn | Pictures of items seen in Denton apartment that are similar to items dropped off by Sanchez | _____ | _____ | _____ |
| 73. | FBI Agent Curry/ Van Horn | Report of search of Denton apartment (P1 – 2399) | _____ | _____ | _____ |
| 74. | FBI Agent Ford/ Raley/Dockter | Denton dashcam, bodycam, and report of surveillance of Sanchez (P1 – 1554) | _____ | _____ | _____ |
| 75. | FBI TFO B. Snyder | Pictures of search of Rueda's Jeep | _____ | _____ | _____ |
| 76. | FBI TFO B. Snyder | Report of search of Rueda's Jeep (P1 – 1687) | _____ | _____ | _____ |
| 77. | FBI Agent Curry | Pictures of search of Song's car | _____ | _____ | _____ |
| 78. | FBI Agent Curry | Report of search of Song's Car (P1 – 2389) | _____ | _____ | _____ |
| 79. | FBI Photographer Lang | Pictures of search of Cowden (Soto's residence) | _____ | _____ | _____ |
| 80. | FBI Photo. Lang/ Boatner | Reports (x2) of search of Soto's residence (P1 – 2057, P4 – 3096) | _____ | _____ | _____ |
| 81. | FBI Agent Van Horn/ Cauthen | Pictures of search of Waddell (Batten) | _____ | _____ | _____ |
| 82. | FBI Agent Van Horn/ Cauthen | Report of search of Waddell (P1 – 1659) | _____ | _____ | _____ |

**Government's Exhibit List - Page 7**

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 83. | FBI Tech Lang | Pictures of search of Wildflower (Evetts) | _____ | _____ | _____ |
| 84. | FBI Tech Lang | Report of search of Wildflower (P1 – 2013) | _____ | _____ | _____ |
| 85. | FBI Agent Termin/ Curry | Pictures of search of Meadow Creek Dr (Song/Morgan) | _____ | _____ | _____ |
| 86. | FBI Agent Termin/ Curry | Report of search of Meadow Creek Dr (P1 – 2336) | _____ | _____ | _____ |
| 87. | FBI Agent Termin/ Curry | F1 Firerams FDR-15 (SN: 110-08222) | _____ | _____ | _____ |
| 88. | FBI Agent Termin/ Curry | Walther PPK 9mm (SN: A001884) (Fowlkes) | _____ | _____ | _____ |
| 89. | FBI Agent Termin/ Curry | Shadow Systems 9mm (SN: SSX000324) | _____ | _____ | _____ |
| 90. | FBI Agent Termin/ Curry | Springfield Armory XD 9mm (SN: BA616567) | _____ | _____ | _____ |
| 91. | FBI Agent Van Horn/ Termin | Pictures of search of Atlantic (Song/Gibson/Thomas) | _____ | _____ | _____ |
| 92. | FBI Agent Van Horn/ Termin | Report of search of Atlantic with evidence log (P1 – 1924, 551) | _____ | _____ | _____ |
| 93. | FBI Agent Van Horn/ Termin | Ruger 10/22 Rifle (SN: 0026-20443) | _____ | _____ | _____ |
| 94. | FBI Agent Van Horn/ Termin | CHONGQUING JIANSHE Industry 12 guage (SN: EM1701357) | _____ | _____ | _____ |
| 95. | FBI Agent Van Horn/ Termin | Aero Precision M5 (SN: US209840) | _____ | _____ | _____ |
| 96. | FBI Agent Van Horn/ Termin | Anderson Manufacturing AM-15 (SN: 24179336) | _____ | _____ | _____ |

**Government's Exhibit List - Page 8**

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 97. | FBI Agent Van Horn/ Termin | Anderson Manufacturing AM-15 (SN: 25012918) | _____ | _____ | _____ |
| 98. | FBI Agent Van Horn/ Termin | Palmetto State Armory PA-15 (SN: DCSF900308) | _____ | _____ | _____ |
| 99. | FBI Agent Van Horn/ Termin | Glock 19 9mm (SN: BTXW117) | _____ | _____ | _____ |
| 100. | FBI Agent Van Horn/ Termin | Palmetto State Armory 7.62 (SN: KSG2017808) | _____ | _____ | _____ |
| 101. | FBI Agent Van Horn/ Termin | Richland Arms Co. Revolver (no SN) | _____ | _____ | _____ |
| 102. | FBI Agent Van Horn/ Termin | Two RMA Armament ballistic panels model # 11555P (SN: 0008 and 0009) | _____ | _____ | _____ |
| 103. | FBI Agent Van Horn/ Termin | VISM strike face ballistic panel Model # BSF1012 | _____ | _____ | _____ |
| 104. | FBI Agent Van Horn/ Termin | Strike Face ballistic panel MS-4E250300SA | _____ | _____ | _____ |
| 105. | FBI Agent Van Horn/ Termin | Black ballistic vest | _____ | _____ | _____ |
| 106. | FBI Agent Van Horn/ Cauthen | Pictures of search of Morgan's car | _____ | _____ | _____ |
| 107. | FBI Agent Van Horn/ Cauthen | Report of search of Morgan's car (P1 – 2535) | _____ | _____ | _____ |
| 108. | Self-authenticating | 4473 for Franklin Armory FAI-15 with binary trigger (SN: A-34352) (P1 – 506) | _____ | _____ | _____ |
| 109. | Self-authenticating | 4473 for Palmetto State Armory PA-15 (SN: SCB200344) (found near wagon) (P9 – 904) | _____ | _____ | _____ |

**Government's Exhibit List - Page  9**

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 110. | Self-authenticating | 4473 for Derya Arms 9mm (SN: TG970-24L27123) (found in Gibson's backpack) (P15 – 875) | _____ | _____ | _____ |
| 111. | Self-authenticating | 4473 for CZ 9mm (SN: F059618) (Evetts's Mazda)(P9 – 684) | _____ | _____ | _____ |
| 112. | Self-authenticating | 4473 for Ruger AR-556 (SN: 1850-02568) (Evetts's Mazda)(P9 – 957) | _____ | _____ | _____ |
| 113. | Self-authenticating | 4473 for Palmetto State Armory PA-15 (SN: SCD171089) (Morris's minivan)(P9 – 790) | _____ | _____ | _____ |
| 114. | Self-authenticating | 4473 for US Arms LLC Patriot 15 (SN: US1154) (Morris's minivan) (Donahue) (P9 – 678) | _____ | _____ | _____ |
| 115. | Self-authenticating | 4473 for Walther PPK 9mm (SN: A001884) (Fowlkes) (P9 – 672) | _____ | _____ | _____ |
| 116. | Self-authenticating | 4473 for Ruger 10/22 Rifle (SN: 0026-20443)(P1 – 506) | _____ | _____ | _____ |
| 117. | Self-authenticating | 4473 for CHONGQUING JIANSHE Industry 12 guage (SN: EM1701357) | _____ | _____ | _____ |
| 118. | Self-authenticating | 4473 for Aero Precision M5 (SN: US209840)(P9 – 675) | _____ | _____ | _____ |
| 119. | Self-authenticating | 4473 for Anderson Manufacturing AM-15 (SN: 24179336) (P1 – 506) | _____ | _____ | _____ |
| 120. | Killian | Report of review of vests (P1 – 2553) | _____ | _____ | _____ |

**Government's Exhibit List - Page 10**

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 121. | Killian | Summary photographs of ballistic vests | _____ | _____ | _____ |
| 122. | Self-authenticating/ Provo/Bergami | Van repair invoice (P1 – 3236) | _____ | _____ | _____ |
| 123. | Provo/Bergami | Camera repair invoice (P15 – 928) | _____ | _____ | _____ |
| 124. | Sikes | July 5, 2025 report of Interview (P1 – 1690) | _____ | _____ | _____ |
| 125. | Sikes | July 9, 2025 report of Interview (P1 – 2118) | _____ | _____ | _____ |
| 126. | Sikes | Aug 3, 2025 report of Interview (P1 – 2526) | _____ | _____ | _____ |
| 127. | Sikes | Sept 10, 2025 report of Interview (P3 – 72) | _____ | _____ | _____ |
| 128. | Sikes | Sept 19, 2025 report of Interview (P3 – 01) | _____ | _____ | _____ |
| 129. | Sikes | Oct 9, 2025 report of Interview (P7 – 1045) | _____ | _____ | _____ |
| 130. | Sikes | Oct 14, 2025 report of Interview (P7 – 1041) | _____ | _____ | _____ |
| 131. | Baumann | Dec 1, 2025 and Jan 4, 2026 Report of Interview (P8 – 9763, P15 – 01) | _____ | _____ | _____ |
| 132. | Sharp | Aug 19, 2025 report of Interview (P1 – 2233) (transcript at P7 – 654) | _____ | _____ | _____ |
| 133. | Sharp | Oct 17, 2025 report of Interview (P7 – 1294) | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 134. | Kent | July 8, 2025 report of Interview (P1 – 3723) | _____ | _____ | _____ |
| 135. | Kent | July 13, 2025 report of Interview (P1 – 3739) | _____ | _____ | _____ |
| 136. | Kent | Aug 25, 2025 report of Interview (P1 – 3821) | _____ | _____ | _____ |
| 137. | Kent | Sept 10, 2025 report of Interview (P3 – 60) | _____ | _____ | _____ |
| 138. | Kent | Oct 7, 2025 report of Interview (P7 – 632) | _____ | _____ | _____ |
| 139. | Thomas | July 8, 2025 report of Interview (P1 – 3944) | _____ | _____ | _____ |
| 140. | Thomas | July 14, 2025 report of Interview (P1 – 2458) | _____ | _____ | _____ |
| 141. | Thomas | July 29, 2025 report of Interview (P1 – 2373) | _____ | _____ | _____ |
| 142. | Thomas | Aug 15, 2025 report of Interview (P1 – 2517) | _____ | _____ | _____ |
| 143. | Thomas | Oct 8, 2025 report of Interview (P7 – 537) | _____ | _____ | _____ |
| 144. | FBI Agent McGuire/ TX Rang Williamson | July 5, 2025 report of Interview of Morris (P1 – 2108) | _____ | _____ | _____ |
| 145. | FBI Agent McGuire/ TX Rang Williamson | July 8, 2025 report of Interview of Morris (P1 – 3375) | _____ | _____ | _____ |
| 146. | FBI Agent Poston/ TX Rang Williamson | July 11, 2025 report of Interview of Morris (P1 – 1869) | _____ | _____ | _____ |
| 147. | Sikes | Plea Agreement, Supp FR, & Proffer Letter | _____ | _____ | _____ |

**Government's Exhibit List - Page 12**

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 148. | Baumann | Plea Agreement, Supp FR, & Proffer Letter | _____ | _____ | _____ |
| 149. | Sharp | Plea Agreement, Supp FR, & Proffer Letter | _____ | _____ | _____ |
| 150. | Kent | Plea Agreement, Supp FR, & Proffer Letter | _____ | _____ | _____ |
| 151. | Thomas | Plea Agreement, Supp FR, & Proffer Letter | _____ | _____ | _____ |
| 152. | Wiethorn | Report of Identification of Signal Chat Monikers (P6 – 658) | _____ | _____ | _____ |
| 153. | Wiethorn | "Thursdays" Chat from Morris's phone (P1 – 356) | _____ | _____ | _____ |
| 154. | Wiethorn | "Discussion & News" from Morris's phone (P1 – 394) | _____ | _____ | _____ |
| 155. | Wiethorn | "Discussion and News" Pictures ("Freedom for Who?"; "Peaceful Protest no more"; "Police Stations"; "Alvarado City Fireworks"; "Boundaries of Prairieland" | _____ | _____ | _____ |
| 156. | Wiethorn | "4th of July Party" Chat from Morris's phone (P1 – 409) | _____ | _____ | _____ |
| 157. | Wiethorn | "4th of July Party"Chat Pictures | _____ | _____ | _____ |
| 158. | Wiethorn | "Sharp Signal Chat" (P8 – 9265; P2 – 8084, Item 1B434) | _____ | _____ | _____ |
| 159. | Wiethorn | YouTube clip (P8 – 9265; P2 – 8084, Item 1B434) | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 160. | Wiethorn | Fowlkes's "Signal Instant Messages" (P8 – 9474, 9477, 9482, 9594, 9595; P2 – 8070, Item 1B38) | _____ | _____ | _____ |
| 161. | Wiethorn | Fowlkes's "Response Group" Signal Messages (P8 – 9474, 9477, 9482, 9594, 9595, Item 1B38) | _____ | _____ | _____ |
| 162. | Wiethorn | Fowlkes's "Jeep Pickup" Signal Messages with Sanchez (P8 – 9474, 9477, 9482, 9594, 9595, Item 1B38) | _____ | _____ | _____ |
| 163. | Wiethorn | Pictures from Batten's Phone (P2 – 8095, Item 1B409) | _____ | _____ | _____ |
| 164. | Wiethorn | Extraction report for Batten's Phone (P2 – 8095, Item 1B409) | _____ | _____ | _____ |
| 165. | Wiethorn | Pictures from Elizabeth Soto's Phone (P2 – 7412, Item 1B431) | _____ | _____ | _____ |
| 166. | Wiethorn | Extraction Report for Elizabeth Soto's Phone (P2 – 7412, Item 1B431) | _____ | _____ | _____ |
| 167. | Wiethorn | Pictures from Ines Soto's Phone (P2 – 7413, Item 1B233) | _____ | _____ | _____ |
| 168. | Wiethorn | Extraction Report for Ines Soto's Phone (P2 – 7413, Item 1B233) | _____ | _____ | _____ |
| 169. | Wiethorn | Pictures from Sanchez's Phone (P2 – 7415, Item 1B234) | _____ | _____ | _____ |
| 170. | Wiethorn | Extraction Report for Sanchez's Phone (P2 – 7415, Item 1B234) | _____ | _____ | _____ |
| 171. | Wiethorn | Pictures from Rueda's Phone (P2 – 7414, Item 1B226) | _____ | _____ | _____ |

**Government's Exhibit List - Page 14**

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 172. | Wiethorn | Extraction Report for Rueda's Phone (P2 – 7414, Item 1B226) | _____ | _____ | _____ |
| 173. | Wiethorn | Song's iCloud pictures (P7 – 1899) | _____ | _____ | _____ |
| 174. | Killian | Evetts's iCloud pictures (P7 – 1897) | _____ | _____ | _____ |
| 175. | Brashear/ Wiethorn | Report of review of Song's iCloud (P8 – 7461) | _____ | _____ | _____ |
| 176. | Killian | Report of review of Evetts's iCloud (P8 – 9355) | _____ | _____ | _____ |
| 177. | Thomas | SRA roster excel spreadsheet (P6 – 9188) | _____ | _____ | _____ |
| 178. | Self-authenticating | WellsFargo ATM picture of Evetts, and p. 82 of statement account (P1 – 3934, P9 – 782, 2029) | _____ | _____ | _____ |
| 179. | Hall | GSR pictures, reports, and qualifications (P1 – 857, 945, 3140; P8 – 9753, 9754; P9 – 945, P10 – 786, P15 – 26) | _____ | _____ | _____ |
| 180. | Lopez | DNA reports and Qualifications (P1 – 706, 853; P5 – 4291, 4343, P14 – 01, 05, 2330, 2687) | _____ | _____ | _____ |
| 181. | Stout | Firearms and toolmark Pictures, Summary Chart, Reports, and qualifications (P3 – 115, P13 – 169, 517, 505, 512) | _____ | _____ | _____ |
| 182. | Edwards | Fingerprint examination Pictures, Reports, and Qualifications (P3 – 280, P14 – 138, 139, 145, 146, 149, 154, 155, P11 – 172, 175) | _____ | _____ | _____ |

**Government's Exhibit List - Page 15**

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 183. | Brenneman | Explosives pictures, report and qualifications (P8 – 2234, 2239, 9027, 9645, P10 – 828) | _____ | _____ | _____ |
| 184. | Shideler | ANTIFA report and Qualifications (P8 – 2243; P10 – 833-863) | _____ | _____ | _____ |
| 185. | JCO Sgt. Smith | GSR Data Sheets (P14 – 10) | _____ | _____ | _____ |
| 186. | FBI TFO Raley/ Dockter | Surveillance Pictures of Sanchez carrying box to his truck (P6 – 2575, 2576) | _____ | _____ | _____ |
| 187. | FBI Agent Duross/ Van Horn | Actual items seized from 56th Street including Song's PA 95 5.56 | _____ | _____ | _____ |
| 188. | Wiethorn | EGBC X.com page | _____ | _____ | _____ |
| 189. | FBI Agent Termin | Actual items seized from Dove Meadow (Sanchez) | _____ | _____ | _____ |
| 190. | FBI Agent Chen | Actual items seized from Sanchez truck | _____ | _____ | _____ |
| 191. | FBI Agent Curry/ Van Horn | Actual items seized from Denton apartment | _____ | _____ | _____ |
| 192. | FBI Agent Curry/ Van Horn/Bennett | Actual items seized from Sanchez's boxes found in Denton apartment | _____ | _____ | _____ |
| 193. | FBI Agent Curry | Actual items seized from Song's car | _____ | _____ | _____ |
| 194. | FBI Photo. Lang/ Boatner | Actual items seized from Cowden (Soto's residence) | _____ | _____ | _____ |
| 195. | FBI Tech Lang | Actual items seized from Wildflower (Evetts) | _____ | _____ | _____ |

Government's Exhibit List - Page 16

Case 4:25-cr-00259-P   Document 285   Filed 02/12/26   Page 17 of 19   PageID 3493

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 196. | FBI Agent Woodruff | Actual items seized from Evetts's car (SRA material and faraday bag) | _____ | _____ | _____ |
| 197. | FBI Agent Woodruff/ JCSO Parsons | Actual items seized from Morris's car (Hill Id's) | _____ | _____ | _____ |
| 198. | FBI Agent Van Horn/ Termin | Actual items seized from Atlantic (Song/Gibson/Thomas) | _____ | _____ | _____ |
| 199. | JCSO Burris | Actual itmes seized from Prairieland (flag, flashlight, broken camera) | _____ | _____ | _____ |
| 200. | Self-authenticating | CAST raw data | _____ | _____ | _____ |
| 201. | FBI Agent Page | CAST analysis | _____ | _____ | _____ |
| 202. | T. Moynihan | Toolmark pictures, report and Qualifications (P12 – 01, 152, 156, 170) | _____ | _____ | _____ |
| 203. | FBI Agent U. Avalos | Transcripts and notes of Rueda-mom jail call (P2 – 7872) | _____ | _____ | _____ |
| 204. | Burris | DNA Swab Envelopes | _____ | _____ | _____ |
| 205. | Solis/Burris | E. Soto backpack | _____ | _____ | _____ |
| 206. | Burris/Marshall | Faraday bags found on Gibson | _____ | _____ | _____ |
| 207. | Wiethorn | International Antifacist Defense Fund Website | _____ | _____ | _____ |
| 208. | Officer Gilpin | Song Fingerprint Card 7/15/25 (P14 – 136) | _____ | _____ | _____ |

**Government's Exhibit List - Page  17**

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY


*s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

RYAN RAYBOULD
UNITED STATES ATTORNEY


*s/ Frank L. Gatto*
FRANK L. GATTO
Assistant United States Attorney
Texas Bar No. 24062396
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5213
E-mail: Frank.Gatto@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on February 12, 2026, 2026, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.

                                            *s/ Shawn Smith*
                                            SHAWN SMITH
                                            Assistant United States Attorney

                                            *s/ Frank L. Gatto*
                                            FRANK L. GATTO
                                            Assistant United States Attorney