IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | CRIM. NO. 4:25-CR-259(07) |
| | * | |
| ELIZABETH SOTO | * | |

### DEFENDANT ELIZABETH SOTO'S WITNESS LIST

**TO THE HONORABLE U.S. DISTRICT MARK T. PITTMAN:**

**COMES NOW ELIZABETH SOTO,** by and through her attorneys of record, Harmony M. Schuerman and Blake Burns, and hereby submits Defendant Soto's list of expected witnesses. Defendant presents to the Court and parties this list of witnesses pursuant to the Court's trial scheduling order and to aid in the orderly presentation of this case before a jury.

1. Brice Humphries (or other investigator in his office) is a Private Investigator and member of the defense team. He may testify about photographs taken as part of the defense investigation in the instant matter and certain maps generated by the defense team and also identified in the Elizabeth Soto Trial Exhibit List.

2. Jackson Dimalanta is an expert in gunshot residue analysis.

3. Estevan Garcia, son of Ines and Elizabeth Soto who may provide rebuttal for the government's characterization of the Defendant

4. Enedelia Soto, daughter of Ines and Elizabeth Soto who may provide rebuttal for the government's characterization of the Defendant

5. Ines Soto, son of Ines and Elizabeth Soto who may provide rebuttal for the government's characterization of the Defendant

        Respectfully submitted,

        /s/ Harmony Schuerman_____
        HARMONY SCHUERMAN
        SBN: 24062991
        115 N. Henderson Street
        Fort Worth, Texas 76102
        Phone: 817/406-8665
        harmony@hmscriminallaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Filing" to the following attorney of record who has consented in writing to accept this notice as service of this document by electronic means: Shawn Smith, Assistant United States Attorney, shawn.smith@usdoj.gov.

        /s/ Harmony Schuerman_____
        HARMONY SCHUERMAN