UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA § | |
| § | |
| v. § | 4:25-CR-259-P |
| § | |
| MARICELA RUEDA (06) § | |

DEFENDANT MARICELA RUEDA'S WITNESS LIST

| NO. | WITNESS | SUBJECT MATTER OF TESTIMONY | SWORN | TESTIFIED |
|---|---|---|---|---|
| 1. | Edika Chiloamae | Will testify to her relationship with the defendant, relationship with the defendant, her knowledge of her character, and personal background. . | | |
| 2. | Kelsey G. Fryman | Will testify to the facts relevant to the case that she witnessed, her relationship with the defendant, her knowledge of her character, and personal background. | | |
| 3. | Kristofer J. Cox | Will testify to the facts relevant to the case that she witnessed, her relationship with the defendant, her knowledge of her character, and personal background. | | |
| 4. | Seth Sikes | This witness may testify about the events of July 4, 2025 and the events leading up to that day. | | |

| 5. | Nathan Baumann | This witness may testify about the events of July 4, 2025 and the events leading up to that day. | | |
| 6. | Benjamin Song | This witness may testify about the events of July 4, 2025 and the events leading up to that day. | | |

Respectfully submitted,

THE CLAYTON LAW FIRM, P.C.
5555 Bridge St, Suite 102
Fort Worth, Texas 76112
Tel: (469) 251-2554
Fax: (469) 453-3183


By:/s/MarQuetta A. Clayton
    MarQuetta A. Clayton
    State Bar No. 24091554
    mclayton@theclaytonlaw.com
    Attorney for MARICELA RUEDA

## CERTIFICATE OF SERVICE

    I hereby certify that on February 12, 2026, I filed the foregoing motion with the Clerk for the United States District Court for the Northern District of Texas by means of electronic filing ECF. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of the document by electronic means.

    /s/ MarQuetta A. Clayton
    MarQuetta A. Clayton