### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

———————————————

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 4:25-CR-259-P |
| | § | |
| BENJAMIN SONG (03) | § | |

———————————————

### DEFENDANT BENJAMIN SONG'S WITNESS LIST
———————————————

**To the Honorable Judge:**

Benjamin Song identifies the following witnesses.

| | Sworn | Called | Testified |
|---|---|---|---|
| **Cameron Arnold aka Autumn Hill** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

| | | | |
|---|---|---|---|
| **Zachary Evetts** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

| | | | |
|---|---|---|---|
| **Benjamin Hanil Song** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

| | | | |
|---|---|---|---|
| **Savanna Batten** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

| | | | |
|---|---|---|---|
| **Bradford Morris aka Meagan Morris** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

|  | Sworn | Called | Testified |
|---|---|---|---|

**Maricela Rueda**    _____    _____    _____

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

**Elizabeth Soto**    _____    _____    _____

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

**Ines Soto**    _____    _____    _____

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

**Daniel Rolando Sanchez Estrada**    _____    _____    _____

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

**Seth Sikes**    _____    _____    _____

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

**Nathan Baumann**    _____    _____    _____

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

**Joy Gibson**    _____    _____    _____

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

|  | Sworn | Called | Testified |
|---|---|---|---|
| **Susan Kent** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

| **Lynnette Sharp** | _____ | _____ | _____ |
|---|---|---|---|

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

| **Rebecca Morgan** | _____ | _____ | _____ |
|---|---|---|---|

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

| **Shelby Donahue** | _____ | _____ | _____ |
|---|---|---|---|

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

| **John Phillip Thomas** | _____ | _____ | _____ |
|---|---|---|---|

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

| **Dominick Donahue** | _____ | _____ | _____ |
|---|---|---|---|

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

| **Lieutenant J. Yates #106, Alvarado PD** | _____ | _____ | _____ |
|---|---|---|---|

This witness will testify about the events of July 4, 2025 and the investigation of those events.

| **Lieutenant T. Gross #6, Alvarado PD** | _____ | _____ | _____ |
|---|---|---|---|

This witness will testify about the events of July 4, 2025 and the investigation of those events.

|  | Sworn | Called | Testified |
|---|---|---|---|
| **Lt. C. Lopez #7, Alvarado PD** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

|  | | | |
|---|---|---|---|
| **Detective G. Spurlock #124, Alvarado PD** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

|  | | | |
|---|---|---|---|
| **Sergeant Dustin Paulsen #A16, Alvarado PD** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

|  | | | |
|---|---|---|---|
| **Sgt. D. Mello #18, Alvarado PD** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

|  | | | |
|---|---|---|---|
| **Ofc. C. Solis #29, Alvarado PD** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

|  | | | |
|---|---|---|---|
| **Ofc. C.W. Eadler #A33, Alvarado PD** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

|  | | | |
|---|---|---|---|
| **Ofc. J. Zapata #A20, Alvarado PD** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

|  | | | |
|---|---|---|---|
| **Officer D. Bell #27, Alvarado PD** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

|  | Sworn | Called | Testified |
|---|---|---|---|
| **Trooper M. Masella, Texas DPS** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

| **Trooper D. Williams, Texas DPS** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

| **Trooper P. Grayson, Texas DPS** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

| **Trooper C. George, Texas DPS** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

| **Trooper E. Mata, Texas DPS** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

| **Tyler Williamson, Texas Ranger, Texas DPS** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

| **Clark Wiethorn, S/A, FBI** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

| **Patrick McGuire, S/A, FBI** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

|  | Sworn | Called | Testified |
|---|---|---|---|
| **Marcellus Hobbs, S/A, FBI** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

|  | | | |
|---|---|---|---|
| **Chris Maffei, S/A, FBI** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

|  | | | |
|---|---|---|---|
| **Seth Webb, S/A, FBI** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

|  | | | |
|---|---|---|---|
| **Detention Officer Dekeithon Reedy** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

|  | | | |
|---|---|---|---|
| **Detention Officer Cindy Harp** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

Respectfully submitted,

*/s/ Phillip Hayes*
PHILLIP HAYES
Attorney for Benjamin Song
Texas State Bar No. 24012803
3300 Oak Lawn Ave #600
Dallas, TX 76219
(214) 774-0488
Fax: (214) 528-6601
Phayes1995@hotmail.com

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with AUSA Shawn Smith on February 11, 2026, and confirmed the Government did not express an objection to the filing of this witness list.

*/s/ Phillip Hayes*
Phillip Hayes

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2026, I electronically filed the foregoing document using the Court's CM/ECF system, thereby providing service on attorneys of record.

*/s/ Phillip Hayes*
Phillip Hayes

7