IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:25-CR-259-P |
| BRADFORD MORRIS AKA MEAGAN MORRIS | |

# BRADFORD MORRIS' WITNESS LIST

| | Witness | Sworn | Testified |
|---|---|---|---|
| 1. | FBI SA C. Wiethorn<br><br>Agent Wiethorn is a probable fact witness and the case agent. He may testify to the investigation of the defendants in the case. | | |
| 2. | APD Lieutenant T. Gross<br><br>Lieutenant Gross is an alleged victim in the case. He will testify about his actions on July 4, 2025 and the wound he suffered in the case. | | |
| 3. | Contract Corrections Officer C. Harp<br><br>Officer Harp is an alleged victim in the case. She will testify about what happened on July 4, 2025. | | |

|    | Witness | Sworn | Testified |
|----|---------|-------|-----------|
| 4. | Contract Corrections Officer D. Reedy<br><br>Officer Reedy is an alleged victim in the case. He will testify about what happened on July 4, 2025. | | |
| 5. | Ms. C. Gonzalez<br><br>Ms. Gonzalez is a probable fact witness. She may testify about the peaceful protest at Prairieland on July 14, 2025, from around 10:00am to around 12:00pm. | | |
| 6. | Ms. N. Meda Frias<br><br>Ms. Meda Frias is a probable fact witness. She may testify about the peaceful protest at Prairieland on July 14, 2025, from around 10:00am to around 12:00pm. | | |
| 7. | JCSO Corporal K. Graham<br><br>Corporal Graham is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 8. | JCSO Deputy J. Rouyre<br><br>Deputy Rouyre is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |

|     | **Witness** | **Sworn** | **Testified** |
| --- | --- | --- | --- |
| 9.  | JCSO Detective W. Reilly<br><br>Detective Reilly is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. |     |     |
| 10. | JCSO CSI K. Burris<br><br>CSI Burris is a probable fact witness. She may testify to her involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025, including taking DNA samples. |     |     |
| 11. | JCSO Deputy K. Parsons<br><br>Deputy Parsons is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. |     |     |
| 12. | JCSO Deputy A.J. Jackson<br><br>Deputy Jackson is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. |     |     |
| 13. | JCSO Sergeant J. Smith<br><br>Sergeant Smith is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025, including taking GSR samples. |     |     |
| 14. | APD Officer J. Zapata<br><br>Officer Zapata is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. |     |     |

|     | Witness | Sworn | Testified |
| --- | --- | --- | --- |
| 15. | APD Officer C. Solis<br><br>Officer Solis is a probable fact witness. She may testify to her involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 16. | APD Officer D. Mello<br><br>Officer Mello is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 17. | APD Officer D. Bell<br><br>Officer Bell is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 18. | APD Officer C. Marshall (now with JCSO)<br><br>Officer Marshall is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 19. | VPD Lieutenant J. Yates<br><br>Lieutenant Yates is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 20. | VPD Detective G. Spurlock<br><br>Detective Spurlock is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |

|     | Witness | Sworn | Testified |
| --- | --- | --- | --- |
| 21. | Texas Ranger T. Williamson<br><br>Ranger Williamson is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025 in the case. | | |
| 22. | Texas Ranger B. Helton<br><br>Ranger Helton is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025 in the case. | | |
| 23. | Texas Ranger B.J. Hill<br><br>Ranger Hill is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025, in the case. | | |
| 24. | APD Sergeant S. McDonald<br><br>Sergeant McDonald is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025, including his recovery of Song's jammed AR. | | |
| 25. | FBI SA M. Woodruff<br><br>Agent Woodruff is a probable fact witness. She may testify to her involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |

**Bradford Morris' Witness List - Page 5**

|     | Witness | Sworn | Testified |
| --- | --- | --- | --- |
| 26. | FBI SA R. Eldred<br><br>Agent Eldred is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 27. | FBI TFO G. Ceron<br><br>TFO Ceron is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 28. | FBI TFO A. Brandt<br><br>TFO Brandt is a probable fact witness. She may testify to her involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 29. | FBI SA K. Duross<br><br>Agent Duross is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 30. | FBI SA M. Van Horn<br><br>Agent Van Horn is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 31. | FBI SA C. Imming<br><br>Agent Imming is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |

|    | Witness | Sworn | Testified |
|----|---------|-------|-----------|
| 32. | FBI SA K. Termin<br><br>Agent Termin is a probable fact witness. She may testify to her involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 33. | FBI SA C. Dockter<br><br>Agent Dockter is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 34. | FBI SA T. Raley<br><br>Agent Raley is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 35. | FBI SA R. Chen<br><br>Agent Chen is a probable fact witness. She may testify to her involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 36. | FBI SA J. Curry<br><br>Agent Curry is a probable fact witness. She may testify to her involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 37. | FBI SA C. Ford<br><br>Agent Eldred is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |

|     | Witness | Sworn | Testified |
| --- | --- | --- | --- |
| 38. | FBI TFO B. Snyder<br><br>TFO Snyder is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 39. | FBI SA M. Boatner<br><br>Agent Boatner is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 40. | FBI SA K. Cauthen<br><br>Agent Cauthen is a probable fact witness. She may testify to her involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 41. | FBI Tech D. Lang<br><br>Tech Lang is a probable fact witness. She may testify to her involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 42. | FBI SA J. Killian<br><br>Agent Killian is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 43. | Mr. J. Provo<br><br>Mr. Provo is a maintenance worker at Prairieland. Mr. Provo may testify about his repairs at the Prairieland facility. | | |

|     | Witness | Sworn | Testified |
|-----|---------|-------|-----------|
| 44. | Mr. T. Bergami<br><br>Mr. Bergami is the warden at Prairieland. Mr. Bergami may testify about damages sustained at Prairieland. | | |
| 45. | FBI SA P. McGuire<br><br>Agent McGuire is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 46. | FBI SA T. Page<br><br>Agent Page is a probable fact/expert witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025, including his CAST analysis. | | |
| 47. | FBI SA P. Poston<br><br>Agent Poston is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 48. | FBI TFO C. Brashear<br><br>TFO Brashear is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |
| 49. | Seth Sikes<br><br>Mr. Sikes will testify about his and others alleged involvement in the attack on Prairieland on July 4, 2025. | | |

|  | Witness | Sworn | Testified |
|---|---|---|---|
| 50. | Nathan Baumann<br><br>Mr. Baumann will testify about his and others alleged involvement in the attack on Prairieland on July 4, 2025. | | |
| 51. | Lynette Sharp<br><br>Ms. Sharp will testify about her involvement in extracting defendant Song from Prairieland after the attack on July 4, 2025. | | |
| 52. | Susan Kent<br><br>Ms. Kent will testify about her involvement in extracting defendant Song from Prairieland after the attack on July 4, 2025. | | |
| 53. | John Thomas<br><br>Mr. Thomas will testify about his involvement in extracting defendant Song from Prairieland after the attack on July 4, 2025. | | |
| 54. | Sarah Hall, Forensic Scientist, Texas DPS<br><br>Ms. Hall will testify about GSR tests she conducted on evidence seized in the case. | | |
| 55. | Andrew Lopez, Forensic Scientist, Texas DPS<br><br>Mr. Lopez will testify about DNA tests he conducted on evidence seized in the case. | | |

|     | Witness | Sworn | Testified |
| --- | --- | --- | --- |
| 56. | Phillip Stout, Forensic Scientist, Texas DPS<br><br>Mr. Stout will testify about toolmark analysis he performed on evidence seized in the case. | | |
| 57. | Sarah Edwards, Forensic Scientist, Texas DPS<br><br>Ms. Edwards will testify about fingerprint examinations she conducted on evidence seized in the case. | | |
| 58. | ATF Agent S. Brenneman<br><br>Agent Brenneman will testify that fireworks seized in this case may be explosives within the meaning of relevant criminal statutes. | | |
| 59. | K. Shideler<br><br>Mr. Shideler will testify about ANTIFA, its origins, ideology, and how it operates. | | |
| 60. | T. Moynihan, Firearm and Toolmark Examiner, ATF<br><br>Ms. Moynihan will testify about toolmark examinations she conducted on evidence seized in the case. | | |
| 61. | FBI Agent K. Bennett<br><br>Agent Bennett is a probable fact witness. She may testify to her involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025. | | |

**Bradford Morris' Witness List - Page 11**

|     | **Witness**                                                                                                                                                                                 | **Sworn** | **Testified** |
|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|---------------|
| 62. | FBI Agent U. Avalos                                                                                                                                                                         |           |               |
|     | Agent Avalos is a probable fact witness. He may testify to his involvement in the investigation of the attack on Prairieland that occurred on July 4, 2025.                                 |           |               |
| 63. | JCSO Detective Officer B. Gilpin                                                                                                                                                            |           |               |
|     | Detective Officer Gilpin is a probable fact witness. She may testify to taking Benjamin Song's fingerprints and having them inputted into the state database.                               |           |               |

Respectfully submitted,

*/s/ J. Warren St. John*
J. WARREN ST. JOHN
State Bar No. 18986300
2020 Burnett Plaza
801 Cherry Street, Unit No. 5
Fort Worth, Texas 76102-6810
Telephone: 817/336-1436
Fax: 817/336-1429
Email: jwlawyer1896@yahoo.com

*/s/ D. Miles Brissette*
D. MILES BRISSETTE
State Bar No. 50511628
Law Officerices of Gill & Brissette
(Not a Partnership)
3663 Airport Freeway
Fort Worth, Texas 76111
(817) 803-6918 Officerice
(817) 554-1534 facsimile
MILES@GILLBRISSETTE.COM

ATTORNEY'S FOR DEFENDANT
BRADFORD MORRIS A/K/A
MEAGAN MORRIS

CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2026, I electronically filed the foregoing document with the Clerk for the United States District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following Attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means: Mr. Shawn Smith.

*/s/ J. Warren St. John*
J. WARREN ST. JOHN
