**United States District Court**
**Northern District of Texas**
**Fort Worth Division**

| | |
|---|---|
| **United States of America,** | |
| **v.** | **No. 4:25-CR-259-P** |
| **Ines Soto (8)** | |

## Exhibit List

**To the Honorable Judge:**

Ines Soto has no exhibits.

Respectfully submitted,

/s/ Leigh W. Davis_________
(Mr.) Leigh W. Davis
1901 Central Dr. Suite 730
Bedford, TX 76021
817.868.9500
817.591.4701 (fax)
Texas Bar No. 24029505
lwd@leighwdavis.com

**Certificate of Service**

I certify that a copy of this document has been sent by eservice to all attorneys of record and by electronic mail to the court's reporter on February 12, 2026.

/s/ Leigh W. Davis____________
(Mr.) Leigh W. Davis