UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.     No. 4:25-cr-00259-P

**CAMERON ARNOLD, ET AL.,**

   Defendants.

# ORDER

To ensure that the proceedings in this matter are conducted in an orderly manner, it is hereby **ORDERED** that:

(1) The doors to the courtroom will be open at 7:00 a.m. for attorneys and staff during the first week of trial and then at 7:30 a.m. during the second week of trial. The doors to the courtroom for the public will be open at 8:40 a.m. each day. The time for commencement and adjournment will be finally determined after the jury is selected, but the usual hours are 9:00 a.m. to 5:00 p.m.

(2) Consistent with the policy of the Judicial Conference of the United States, cameras and audio recording devices of any kind may not be used in the courtroom. This will not prohibit lawyers and their assistants from bringing in devices that are capable of audio and video recording, but they may not be used for those purposes.

(3) Photographic, video and audio recording or transmission of court proceedings are strictly prohibited. Any violation of this prohibition may result in the imposition of contempt sanctions against the violator individually, and, if attending in the capacity of an employee or agent, against the employer or principal.

(4) Persons who are authorized by the Court to have in the courtroom cellular telephones or other devices that make a sound when receiving a transmission shall insure that the audible signal is disabled.

(5) No conversations, gestures, or noises that would disrupt the proceedings or distract jurors or witnesses are permitted.

(6) Sketch artists preparing drawings of Court proceedings are prohibited from drawing detailed sketches of any member of the jury; however, silhouettes with no distinguishing features may be produced.

(7) Seating in the gallery will be available on a first-come, first-served basis. Seats may not be "saved" for others. Any member of the public or press who desires to view the proceedings must comply with any requests made by any Court security officer or Court staff. To limit disruptions to the trial, members of the public may not enter the courtroom once trial has started until the next break. For the same reasons, once a member of the courtroom leaves the courtroom during trial, they may not re-enter the courtroom until the next break.

(8) If a member of the public is ejected from the courtroom due to causing disruptions or disorderly conduct, that person may not re-enter the courtroom for the remainder of the day.

(9) There will not be an overflow room for extra gallery space, nor will there be a live stream of the proceedings, except during the voir dire stage of the trial. Due to extremely limited space during voir dire, the public and media may **only** view voir dire from the overflow room. The overflow room will be the fourth-floor courtroom. The overflow room will be open at 8:40 a.m. Seating will be available on a first-come, first-served basis.

(10) The original exhibits admitted into evidence or published to the jury will not be available to the public for copying or inspecting.

(11) All persons in the courtroom should wear attire appropriate for the courtroom. *See* L.R. 83.16. Graphic t-shirts, hats, shorts, costumes, and the like are prohibited.

(12) Food and drink are prohibited in the courtroom.

(13) Juror contacts and security:

    A. Any attempt to contact or interact with jurors, at any location, is strictly prohibited.

    B. Conversations, interviews, and written communications with prospective jurors before the completion of voir dire, and with selected jurors, including alternate jurors, before a Judgment is entered, are prohibited.

(14) Media

    A. Interviews of trial participants inside the Eldon B. Mahon United States Courthouse are prohibited.

    B. The Court strongly requests that members of the media refrain from photographing any jurors or prospective jurors.

**SO ORDERED** on this **16th day of February 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE

3