UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § |
| | §   No. 4:25-CR-259-P |
| MARICELA RUEDA (06) | § |

**ENTRY OF APPEARANCE OF CO-COUNSEL**

TO THE HONORABLE PRESIDING JUDGE:

Attorney Lesa Pamplin makes this appearance as co-counsel for the Accused in above-styled and numbered cause for MARICELA RUEDA.

Respectfully Submitted,

/s/ *Lesa Pamplin*
Lesa Pamplin
The Law Office of Lesa Pamplin, P.C.
Texas State Bar Number:
2821 E. Lancaster Ave.
Fort Worth, Texas 76103
Tel: 817 531-0263
Fax:
lesa@lesapamplin.com
Attorney for the Accused

**CERTIFICATE OF SERVICE**

I certify that a true and exact copy of this Motion to Substitute Counsel was delivered by CM/ECF on all parties in this matter on the February 18, 2026.

/s/ *Lesa Pamplin*
Lesa Pamplin
The Law Office of Lesa Pamplin, P.C.
