UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA**,

   Plaintiff,

v.                                      No. 4:25-cr-00259-P

**CAMERON ARNOLD, ET AL.**,

   Defendants.

# ORDER

To ensure that the proceedings in this matter are conducted in an orderly manner, it is hereby **ORDERED** that:

(1) The doors to the courtroom will be open at 7:00 a.m. for attorneys and staff during the first week of trial and then at 7:30 a.m. during the second week of trial. The doors to the courtroom for the public will be open at 8:40 a.m. each day. The time for commencement and adjournment will be finally determined after the jury is selected, but the usual hours are 9:00 a.m. to 5:00 p.m.

(2) Consistent with the policy of the Judicial Conference of the United States, cameras and audio recording devices of any kind may not be used in the courtroom. This will not prohibit lawyers and their assistants from bringing in devices that are capable of audio and video recording, but they may not be used for those purposes.

(3) Photographic, video and audio recording or transmission of court proceedings are strictly prohibited. Any violation of this prohibition may result in the imposition of contempt sanctions against the violator individually, and, if attending in the capacity of an employee or agent, against the employer or principal.

(4) Persons who are authorized by the Court to have in the courtroom cellular telephones or other devices that make a sound when receiving a transmission shall insure that the audible signal is disabled.

(5) No conversations, gestures, or noises that would disrupt the proceedings or distract jurors or witnesses are permitted.

(6) Sketch artists preparing drawings of Court proceedings are prohibited from drawing detailed sketches of any member of the jury; however, silhouettes with no distinguishing features may be produced.

(7) Seating in the gallery will be available on a first-come, first-served basis. Seats may not be "saved" for others. Any member of the public or press who desires to view the proceedings must comply with any requests made by any Court security officer or Court staff. To limit disruptions to the trial, members of the public may not enter the courtroom once trial has started until the next break. For the same reasons, once a member of the courtroom leaves the courtroom during trial, they may not re-enter the courtroom until the next break.

(8) Due to the relocation of the trial to a smaller courtroom, the Court finds it necessary to provide an overflow room to accommodate additional members of the public for the duration of the proceedings. However, considering the Fort Worth Division's very busy docket, no overflow space is available for the entirety of the trial. Accordingly, Courtroom 1570 in the Earle Cabell Federal Building at 1100 Commerce Street, Dallas, Texas 75242 will serve as a remote viewing location, where the proceedings will be transmitted via live video and audio feed. The doors to the overflow courtroom will be open to the public at 8:40 a.m. each day, and seating will be available on a first-come, first-served basis.

(9) Given the limited space, there will be no open seats in the gallery for the public during voir dire. Accordingly, the public

and media may **only** view voir dire from the overflow room, Courtroom 1570 in the Earle Cabell Federal Building.

(10) If a member of the public is ejected from the courtroom due to causing disruptions or disorderly conduct, that person may not re-enter the courtroom for the remainder of the day.

(11) The original exhibits admitted into evidence or published to the jury will not be available to the public for copying or inspecting.

(12) All persons in the courtroom should wear attire appropriate for the courtroom. *See* L.R. 83.16. **Graphic t-shirts**, hats, shorts, costumes, **lapel pins**, and the like are prohibited.

(13) Food and drink are prohibited in the courtroom.

(14) Juror contacts and security:

　A. Any attempt to contact or interact with jurors, at any location, is strictly prohibited.

　B. Conversations, interviews, and written communications with prospective jurors before the completion of voir dire, and with selected jurors, including alternate jurors, before a Judgment is entered, are prohibited.

(15) Media:

　A. Interviews of trial participants inside the Eldon B. Mahon United States Courthouse are prohibited.

　B. The Court strongly requests that members of the media refrain from photographing any jurors or prospective jurors.

**SO ORDERED** on this **19th day of February 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE