IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CAUSE NO. 4:25-cr-00259-P-3 |
| § | |
| BENJAMIN SONG § | |

## NOTICE OF ENTRY OF APPEARANCE OF CO-COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Attorney TAILIM SONG makes this appearance as Co-Counsel for the Accused in above-styled and numbered cause for BENJAMIN SONG.

Respectfully submitted,

/s/TAILIM SONG
TAILIM SONG
Song Whiddon, PLLC
State Bar No. 00792845
8131 LBJ Freeway, Suite 770
Dallas, Texas 75251
Tsong@songwhiddon.com

/s/PHILLIP HAYES
PHILLIP HAYES
State Bar No. 24012803
3300 Oak Lawn, Ste. 600
Dallas, Texas 75219
(214) 774-0488
Fax: (214) 528-6601
Phayes1995@hotmail.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the 19 day of February 2026, I filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of this case.

/s/PHILLIP HAYES
PHILLIP HAYES