IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **v.** | § § | **CAUSE NO.: 4:25-cr-00259-P** |
| **ZACHARY EVETTS (02)** | § § | |

**ORDER ON MOTION FOR COUNSEL CONDUCTED VOIR DIRE**

Having considered the Motion for Counsel Conducted Voir Dire and the argument of counsel, the Court ORDERS as follows:

_____ GRANTED          _____ DENIED

SIGNED on the \_\_\_\_\_ day of _____, 2026.