UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.                                                         No. 4:25-cr-00259-P

**BENJAMIN SONG (03),**

   Defendant.

# ORDER

   Before the Court is Defendant Benjamin Song's Motion to Require Production of Trial Witness' Presentence Investigation Report and Objections. ECF No. 323. Having considered the filing and relevant law, the Court finds that the Motion should be and hereby is **GRANTED in part.**

   Accordingly, the court **ORDERS** that counsel for Defendants be allowed to inspect the Presentence Investigation Reports for any trial witnesses, who were co-defendants or cooperating individuals in the above referenced matter.

   **SO ORDERED** on this **24th day of February 2026.**

                                             _____
                                            Mark T. Pittman
                                            UNITED STATES DISTRICT JUDGE