UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.                                            No. 4:25-cr-00259-P

**BENJAMIN SONG (03),**

   Defendant.

## AMENDED ORDER

This Order supersedes the Court's previous Order granting in part Defendant Song's Motion to Require Production of Trial Witness' Presentence Investigation Report and Objection (ECF No. 323). ECF No. 325.

The Court finds it appropriate to and hereby does **ORDER** that the Presentence Investigation Reports ("Reports") for any trial witnesses, who were co-defendants or cooperating individuals in the above referenced matter be available for all counsel to inspect, except for the personal history section.

Additionally, the Court **ORDERS** the Reports be available to inspect by counsel in the third-floor jury room during the following times: February 25, 2026 from 11:30 a.m. to 12:30 p.m.; February 25, 2026 from 5:00 p.m. to 6:00 p.m.; and February 26, 2026 from 8:00 a.m. to 8:45 a.m. Should more time ne needed, counsel may file an appropriate motion with the Court.

**SO ORDERED** on this **25th day of February 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE