UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                                              **No. 4:25-cr-00259-P**

**CAMERON ARNOLD, ET AL.,**

    Defendants.

## ORDER

    Before the Court is the United States' Motion in Limine to Preclude Defendants from Presenting Legally Invalid Defense. ECF No. 333. The Court hereby **ORDERS** the Defendants to file a Response to the Motion **on or before March 2, 2026 at 1:00 p.m.**

    **SO ORDERED** on this **1st day of March 2026.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE