IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | CRIMINAL NO. 4:25-CR-259-P |
| § | |
| BRADFORD MORRIS (05) § | |
| AKA MEAGAN MORRIS § | |

## DEFENDANT BRADFORD MORRIS' RESPONSE TO GOVERNMENTS MOTION IN LIMINE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE, MARK T. PITTMAN:

NOW COMES Bradford Morris, AKA Meagan Morris, and hereby files her response to the United States Motion in Limine to Preclude Defendants from Presenting Legally invalid Defense, filed on February 27, 2026, ECF 333 and 334:

1. Meagan Morris joins in the Response to the Government's Motion in Limine with Cody L. Cofer and James Luster regarding their Client, Cameron Arnold AKA Autumn Hill's response to the Governments Motion in Limine.

2. Based on the busy schedule of the Trial Court, Morris will not draft her own response in lieu of the Motion that will be submitted by Autumn Hill because it is in detail.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that said Motion to be filed by Autumn Hill be granted in all things.

Respectfully submitted,

*/s/ J. Warren St. John*
J. WARREN ST. JOHN
State Bar No. 18986300
2020 Burnett Plaza
801 Cherry Street, Unit No. 5
Fort Worth, Texas 76102-6810
Telephone: 817/336-1436
Fax: 817/336-1429
Email: jwlawyer1896@yahoo.com

*/s/ D. Miles Brissette*
D. MILES BRISSETTE
State Bar No. 50511628
Law Officerices of Gill & Brissette
(Not a Partnership)
3663 Airport Freeway
Fort Worth, Texas 76111
(817) 803-6918 Officerice
(817) 554-1534 facsimile
MILES@GILLBRISSETTE.COM

ATTORNEY'S FOR DEFENDANT
BRADFORD MORRIS (05)

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2026, I electronically filed the foregoing document with the Clerk for the United States District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following Attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means: Mr. Shawn Smith.

*/s/J. Warren St. John*
J. WARREN ST. JOHN