UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.                               No. 4:25-cr-00259-P

**CAMERON ARNOLD, ET AL.,**

   Defendants.

## ORDER

Before the Court is the United States' Motion in Limine to Preclude Defendants from Presenting Legally Invalid Defense. ECF No. 333. In accordance with the oral ruling at the March 3, 2026 hearing and for the reasons stated on the record, the Court **GRANTS** the Motion in Limine for evidence offered to prove self-defense or defense of another. *See United States v. Branch*, 91 F.3d 699 (5th Cir. 1996); *see also Hinojosa v. City of Terrell, Tex.*, 834 F.2d 1223 (5th Cir. 1988). However, evidence offered by any Defendant to disprove the Government's affirmative case is permissible.

**SO ORDERED** on this **4th day of March 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE