**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHEN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | |
| | § | |
| CAMERON ARNOLD | § | NO. 4:25-CR-259-P |
| a/k/a "Autumn Hill" | § | |
| ZACHARY EVETTS | § | |
| BENJAMIN SONG | § | |
| SAVANNA BATTEN | § | |
| BRADFORD MORRIS | § | |
| a/k/a "Meagan Morris" | § | |
| MARICELA RUEDA | § | |
| ELIZABETH SOTO | § | |
| INES SOTO | § | |
| DANIEL ROLANDO | § | |
| SANCHEZ-ESTRADA | § | |

## DEFENDANT SAVANNAH BATTEN'S AMENDED
## NOTICE OF EXPERT DESIGNATION

1.      Defendant Savanna Batten, by and through undersigned counsel, respectfully provides

notice pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C) and Federal Rules of Evidence

702–705 that she designates the following expert witness:

Max Krochmal, Ph.D.
Director of Justice Studies
Czech Republic Endowed Professor in Urban Studies
Professor of U.S. History
University of New Orleans
2000 Lakeshore Drive
New Orleans, Louisiana 70148

2.      Dr. Krochmal is a historian and scholar of social movements, civil rights coalitions, protest

movements, and community organizing. He holds a Ph.D. in History from Duke University and

has served as a professor of history and justice studies for more than a decade. He is the author

and editor of multiple peer-reviewed books and scholarly publications addressing multiracial

social movements, coalition-building, protest organizing, and grassroots political mobilization in the United States. He has lectured nationally and internationally on the structure, development, and characteristics of decentralized activist movements. A copy of his curriculum vitae is attached as **Attachment A.**

3.      Dr. Krochmal will testify as an expert in the history, structure, and characteristics of contemporary protest movements and decentralized activist networks in the United States, including movements commonly referred to in public discourse as "Antifa."

4.       Dr. Krochmal is expected to testify that contemporary protest movements of the type referenced in this case are frequently decentralized networks rather than formal hierarchical organizations. Such movements often lack centralized leadership, formal membership rolls, or unified command structures, and instead consist of loosely affiliated individuals and small groups whose levels of coordination, organization, and objectives may vary.

He will further testify regarding the historical development and commonly observed characteristics of "black bloc" protest tactics, including the use of dark clothing, face coverings, and anonymity practices. He will explain the historical and cultural context in which such attire and practices have developed, including their association with collective identity, anonymity, and protection from surveillance, counter-protest activity, or doxing.

Dr. Krochmal will also describe common forms of mutual-aid practices that have historically been present at demonstrations, including the presence of first aid supplies and medical kits carried by participants. He will explain how such items have been associated in protest settings with on-site medical support and assistance during demonstrations.

Additionally, Dr. Krochmal will provide context regarding how decentralized protest environments may include participants with differing roles, levels of planning, and degrees of coordination, and how outwardly similar appearance or equipment among individuals at a

demonstration does not, by itself, establish the existence of centralized command, unified

operational structure, or uniform participation in planning activities.

Dr. Krochmal will not offer any opinion as to the ultimate issues in this case, including

whether any defendant committed any charged offense. He will not offer any opinion regarding

any defendant's mental state, intent, knowledge, or agreement. His testimony is offered solely to

provide historical and sociological context to assist the jury in understanding the structure and

characteristics of decentralized protest movements and commonly observed protest practices.

5.  Dr. Krochmal's opinions are based upon his education, training, research, peer-reviewed

scholarship, published works, teaching experience, public history projects, and decades of

academic study of civil rights movements, protest organizing, multiracial coalitions, and

community-based activism in the United States.  Dr. Krochmal's CV, attached as **Attachment A**

 includes a list of his publications.

6.  Dr. Krochmal is being compensated at his standard hourly rate for preparation and

testimony. Compensation is not contingent upon the outcome of this case.

**Expert Dr. Jonathan Pickney- Expert in Civil Resistance and Protest Movement Dynamics**

7.  Defendant Savanna Batten, by and through undersigned counsel, respectfully provides

notice pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C) and Federal Rules of Evidence

702–705 that she designates the following expert witness:

Jonathan Pinckney, Ph.D.
Assistant Professor of Political Science
University of Texas at Dallas

8.  Dr. Pinckney will testify as an expert in civil resistance movements and the empirical

study of nonviolent protest campaigns, including the structural and strategic distinctions between

nonviolent protest movements and violent insurgent or terrorist organizations.

9.  Dr. Pinckney holds a Ph.D. in International Studies and is currently an Assistant Professor

of Political Science at the University of Texas at Dallas. He is the author of *From Dissent to*

*Democracy: The Promise and Perils of Civil Resistance Transitions* (Oxford University Press,

2020) and has published extensively in peer-reviewed journals on civil resistance, protest

dynamics, nonviolent discipline, and the interaction between violent and nonviolent tactics within

movements. His research includes large-scale empirical datasets and quantitative analyses of

protest campaigns globally.  A copy of his curriculum vitae is attached as **Attachment B.**

10.     Dr. Pinckney will provide testimony regarding the scholarly and empirical distinctions

between nonviolent protest campaigns and violent insurgent or terrorist organizations. He will

explain how political science literature differentiates between decentralized civil resistance

movements and structured armed organizations that employ coordinated violent tactics as a

primary strategy.

He will testify regarding the concept of "nonviolent discipline" as used in academic

research, including how protest movements attempt to maintain, communicate, or signal

commitment to nonviolent participation through internal norms, messaging, and strategic

framing.

Dr. Pinckney will further explain how protest events may include diverse participants

occupying different roles and levels of coordination, and how political science research examines

variation within movements without assuming centralized control.

Additionally, he will describe the phenomenon referred to in academic literature as a

"violent flank," including how movements may contain actors employing more confrontational or

violent tactics alongside broader nonviolent participation, and how scholars analyze the strategic

and organizational implications of such dynamics.

Dr. Pinckney will not offer any opinion regarding whether any charged offense occurred.

He will not offer any opinion concerning the mental state, intent, knowledge, agreement, or

conduct of any defendant. His testimony is limited to providing scholarly and empirical context drawn from political science research on civil resistance movements.

11.     Dr. Pinckney's opinions are based on his doctoral training, peer-reviewed scholarship, published academic research, quantitative datasets on protest campaigns, and professional research experience studying civil resistance and political mobilization. His methodology reflects established social science research methods, including comparative analysis, statistical datasets, and peer-reviewed theoretical frameworks in the study of protest movements.  Dr. Pickney's CV, attached as **Attachment B** includes a list of his publications.

12.     Dr. Pinckney is being compensated at his standard professional rate for preparation and testimony. Compensation is not contingent upon the outcome of this matter.

Respectfully submitted,

TOLBERT & ASSOCIATES, PLLC
511 E. John W. Carpenter Fwy, Suite 500
Las Colinas, TX 75062
817.380.8008 (Office)
817.977.9661 (Fax)

/s/ Christopher L. Tolbert
By:_____
Christopher L. Tolbert
State Bar No. 24080530
chris@tolbertlawpc.com
**Attorney for Savanna Batten**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Defense Expert Designation was delivered via electronic mail to the office of the United States Attorney for the Northern District of Texas, Fort Worth Division, on March 4, 2026.

*/s/ Christopher L. Tolbert*_____
Christopher L. Tolbert