# Max Krochmal

University of New Orleans, 2000 Lakeshore Dr, New Orleans, LA 70148
*December 2025*

## Education

| | |
|---|---|
| 2011 | Ph.D., History, Duke University, Durham, North Carolina |
| 2007 | M.A., History, Duke University |
| 2004 | B.A., Community Studies, University of California, Santa Cruz |

## Academic Appointments Held

| | |
|---|---|
| 2022 to present | Director of Justice Studies, Czech Republic Endowed Professor in Urban Studies, and Professor of U. S. History, University of New Orleans (UNO) |
| 2025 | Interim Chair, Division of Social Inquiry, University of New Orleans (Spring-Summer) |
| 2022 | *Cátedra Fulbright-Garcia Robles de Estudios Estadounidenses* (U.S. Studies Chair), Department of International Studies, Universidad Iberoamericana, Mexico City |
| 2017-2022 | Associate Professor of History, Texas Christian University (TCU) |
| 2015-2020 | Founding Chair, Department of Comparative Race and Ethnic Studies, TCU |
| 2011-2020 | Faculty Director, *TCU Justice Journey* |
| Fall 2019 | Interim Director, Latinx Studies Program, TCU |
| 2016-2017 | Administrative Fellow, Office of the Dean, AddRan College of Liberal Arts, TCU |
| 2011-2017 | Assistant Professor of History, TCU |

## National Awards, Fellowships, and Distinctions

| | |
|---|---|
| 2023 | Admitted as Expert Witness on voting rights, United States federal court (Southern District of Texas), *Petteway v. Galveston* (3:22-CV-57) |
| 2022 | **Oral History Association Book Award**, for *Civil Rights in Black and Brown* |
| 2021-2022 | **Fulbright-García Robles Fellowship**, U.S. Studies Chair, México |
| 2021- | OAH Distinguished Lecturer, Organization of American Historians |
| 2017 | **Frederick Jackson Turner Award**, Organization of American Historians, for *Blue Texas* |
| | Non-Fiction Book Award, National Association for Chicana and Chicano Studies (NACCS) Tejas Foco, for *Blue Texas* |
| | Coral Horton Tullis Memorial Prize for Best Book in Texas History, Texas State Historical Association, for *Blue Texas* |
| 2016 | Ramirez Family Award for Most Significant Scholarly Book, Texas Institute of Letters, for *Blue Texas* |
| 2013-2014 | Summerlee Fellowship in Texas History, Clements Center for Southwest Studies, Southern Methodist University, Dallas, $45,000, for *Blue Texas* |
| 2011-2012 | Post-Doctoral Fellowship, United States Studies Centre, University of Sydney (Australia), $86,000 AUD. *Declined.* |

1

| 2010-2011 | *Alternate*, Charlotte W. Newcombe Doctoral Dissertation Fellowship, Woodrow Wilson National Fellowship Foundation |
| 2010 | Walter Rundell Research Award, Western History Association, $1,500 |
| | Trennert-Iverson Conference Scholarship, Western History Association, $750 |

## Grants & Contracts

| 2025 | *Alternate*, "Essential Worker Organizing in the Eye of the Storm," National Endowment for the Humanities Community and Cultural Resilience Grant, Division of Preservation and Access, $150,000 (PI) |
| 2023-2026 | **Andrew W. Mellon Foundation** Grant, Higher Learning Program, for "Collaborative Public Humanities in Action," $750,000 (co-PI; director of $250,000 Justice Studies project) |
| 2022-2023 | Expert testimony and report on behalf of the U.S., on redistricting and voting rights, Voting Section, Civil Rights Division, **United States Department of Justice**, ~$60,000 |
| 2019-2020 | Multicultural Education Institute, volume 3, contract for services awarded by Fort Worth Independent School District, $10,000 (co-PI) |
| 2018-2019 | "Latina/o Studies by the Experts: A Pathway to Culturally-Relevant Curriculum," Competitive contract awarded by Fort Worth Independent School District, $86,091 (principal investigator) |
| 2015-2019 | **National Endowment for the Humanities** (NEH) Collaborative Research Grant, $200,000 (principal investigator), for *Civil Rights in Black and Brown* |
| 2015 | *Latino Americans: 500 Years of History* Grant, National Endowment for the Humanities and American Library Association, lead researcher/coordinator for the City of Fort Worth Human Relations Commission (grantee), $10,000. |
| 2014-2015 | Summerlee Foundation, Dallas, matching gift for *Civil Rights in Black and Brown*, $40,000 |
| 2014 | Brown Foundation, Inc., of Houston, matching gift for *Civil Rights in Black and Brown*, $100,000 |

## Internal Awards & Grants (Selected)

| 2020 | Diversity in Research Prize, AddRan College of Liberal Arts, TCU $2,500 (sole recipient) |
| 2018 | Deans' Research & Creativity Award, Texas Christian University (campus-wide), $2,500 |
| 2016 | *Finalist*, Wassenich Award for Mentoring in the TCU Community (campus-wide) |
| 2015 | Outstanding Faculty/Staff Award, Office of Inclusiveness and Intercultural Services, TCU |
| 2012 | Elizabeth Youngblood Proffer Faculty Award for Outstanding Contribution to the Mission of Student Affairs, Division of Student Affairs, TCU |
| | Outstanding Faculty/Staff Award, Office of Inclusiveness and Intercultural Services |

| 2010 | Top 5% of Undergraduate Teaching Evaluations, Duke University |
| 2009 | Anne Firor Scott Research Award in Women's History & Aleane Webb Dissertation Award, Department of History, Duke University |
| 2004 | Steck Family Award for Finest Senior Thesis (campus-wide), Chancellor's Award and Dean's Award; William Friedland Award, Department of Community Studies (highest honors); University of California, Santa Cruz |

# Scholarly Publications

## Forthcoming and Works-in-Progress

| *2026* | Max Krochmal, Jana K. Lipman, Mary N. Mitchell, and M.G. Olson, "*Don't Stand Alone*: Working Together and Sharing Stories of Black Labor Activism," *LaborOnline*, https://lawcha.org/laboronline/ (accepted for January 2026) |
| | Economic Justice Research Lab, "Regeneration: Retail and Hospitality Labor in the Remaking of New Orleans," public history exhibition, University of New Orleans |
| *2027* | Max Krochmal, "Juan Crow: America's Other Caste System," article manuscript in preparation for the *Journal of American History* |
| | Max Krochmal, "'Our Man in the Courthouse': Winning Voting Rights through Interminority Coalitions in Galveston County, Texas," article manuscript in preparation for the *Western Historical Quarterly* |
| *2028* | *On the Move: Black and Latinx Service Workers Reviving U.S. Democracy*, single-authored book project (research and book proposal in progress) |

## Published Books (peer-reviewed)

| 2022 | David Colón, Max Krochmal, and Contributors, *Latinx Studies Curriculum in K-12 Schools: A Practical Guide* (Fort Worth, Texas: TCU Press). |
| 2021 | Max Krochmal and Todd Moye, eds., *Civil Rights in Black and Brown: Histories of Resistance and Struggle in Texas* (Austin: University of Texas Press). Winner, OHA Book Award. |

Academic Reviews
Chanelle Rose, *Journal of American History* 110, no. 3 (December 2023): 586-587.
Gordon Mantler, *Journal of African American History* 108, no. 4 (Fall 2023): 743-744.
Steven Rosales, *Journal of Southern History* 88, no. 4 (November 2022): 806-807.
Evan Faulkenbury, *Oral History Review* 49, no. 2 (September 2022): 399-400.
Brent M. S. Campney, *Southwestern Historical Quarterly* 126, no. 1 (July 2022): 1-3.

Critical Reception
Texas Book Festival, Austin Public Library, October 31, 2021 (featured in-person panel)
"5 Questions About *Civil Rights in Black and Brown*," OHR Blog, July 22, 2022, https://oralhistoryreview.org/5-questions-about-a-book/5q-civil-rights-black-brown/
*Diverse Voices Book Review*, by Hopeton Hay, April 5, 2022, https://spoti.fi/3vb5MU6

*New Books in Latino Studies*, February 14, 2022, https://newbooksnetwork.com/civil-rights-in-black-and-brown

2016 Max Krochmal, *Blue Texas: The Making of a Multiracial Coalition in the Civil Rights Era*, Justice, Power, and Politics (Chapel Hill: University of North Carolina Press). Winner, OAH Frederick Jackson Turner Award.

Academic Reviews
Marc Simon Rodriguez, *American Historical Review* 123, no. 5 (December 2018), 1691-1692.
Shana Bernstein, *Pacific Historical Review* 87, no. 4 (Fall 2018): 742-743.
Gregory M. Markley, *Oral History Review* 45, no. 2 (Summer/Fall 2018): 367-369.
Jennifer E. Brooks, *Journal of Southern History* 84, no. 1 (February 2018): 208-209.
Merline Pitre, *Journal of American History* 104, no. 3 (December 2017): 814-815.
Greta de Jong, *Labor: Studies in Working-Class History* 14, no. 4 (December 2017): 106-107.
Kyle Wilkison, *Western Historical Quarterly* 48, no. 4 (Winter 2017): 443-444.
Daniel Nabors, *Southwestern Historical Quarterly* 121, no. 2 (October 2017): 243-245.
B. W. Monroe, *CHOICE* 54, no. 9 (May 2017),
 http://choicereviews.org/review/10.5860/CHOICE.203018

Media Reviews
Sammy Feldblum, "Review: In Blue Texas, All That is Old is New Again," *Scalawag*, May 2, 2017, http://www.scalawagmagazine.org/articles/review-in-blue-texas-all-that-is-old-is-new-again
Michael Barnes, "Texas Titles," *Austin American Statesman*, March 12, 2017, http://austinfound.blog.statesman.com/2017/03/11/eddie-wilson-writes-the-definitive-history-of-the-armadillo-world-headquarters/
Jose Skinner, "In 'Blue Texas,' a Historical Blueprint for Texas Activists," *Texas Observer*, January 16, 2017, https://www.texasobserver.org/blue-texas/
Jackie Hoermann-Elliott, "Blue Texas," *Fort Worth Weekly*, December 7, 2016, https://www.fwweekly.com/2016/12/07/blue-texas/
Alyson Ward, "Books to Watch for This Week," *Houston Chronicle*, November 11, 2016, http://www.houstonchronicle.com/life/books/article/Books-to-watch-for-this-week-10608928.php

## Articles and Book Chapters (peer-reviewed unless noted)

2025 José Cotto, Max Krochmal, Jana K. Lipman, Mary N. Mitchell, and M.G. Olson, "Behind the Scenes: *Don't Stand Alone: Black Labor Organizing in New Orleans*," *Labor: Studies in Working-Class History* 22, no. 4 (December 2025): 97-109 (solicited/editorial review)

 Max Krochmal and Cecilia Sánchez Hill, "Latinx Palimpsest: Remaking a Colonia on the Edge of Aztlán," in Andrew Sandoval-Strausz, ed., *Metropolitan Latinidad: Transforming American Urban History* (University of Chicago Press): 164-185.

2021 Max Krochmal, "From Police Brutality to the "United Peoples Party": San Antonio's Hybrid SNCC Chapter, the Chicano Movement, and Political Change," in Krochmal and Moye, eds., *Civil Rights in Black and Brown* (University of Texas Press): 259-286.

 Max Krochmal, "Introduction – Lone Star Civil Rights: Histories, Memories, and Legacies," in Krochmal and Moye, eds., *Civil Rights in Black and Brown* (University of Texas Press): 1-22.

Max Krochmal, "Recovering, Cataloguing, and Interpreting the Hidden Histories of Struggle in Texas," in Krochmal and Moye, eds., *Civil Rights in Black and Brown* (University of Texas Press): 305-324.

Max Krochmal, "Goodwyn and the Democratic Coalition of Texas," in Wesley C. Hogan and Paul Ortiz, eds., *People Power: History, Organizing, and Larry Goodwyn's Democratic Vision in the Twenty-First Century* (University Press of Florida): 19-33.

2016    Max Krochmal, "Connecting to Activists and the Public through the Civil Rights in Black and Brown Oral History Project," *Labor: Studies in Working-Class History of the Americas* 13, no. 3/4 (December): 15-17.

2014    Max Krochmal, "San Antonio Chicano Organizers (SACO): Labor Activists and *el Movimiento*," in Mario T. García, ed., *The Chicano Movement: Perspectives from the Twenty-First Century*, New Directions in American History (New York: Routledge): 203-226.

2012    Max Krochmal, "Chicano Labor and Multiracial Politics in Post-World War II Texas: Two Case Studies," in Robert H. Zieger, ed., *Life and Labor in the New New South* (Gainesville: University Press of Florida), 133-176.

2010    Max Krochmal, "An Unmistakably Working-Class Vision: Birmingham's Foot Soldiers and Their Civil Rights Movement," *Journal of Southern History* LXXVI, no. 4 (November): 923-960.

## Published Interviews in Academic Journals (editorial review)

2025    Stephen J. Pitti and Max Krochmal, eds., "*Foro*: Moving Beyond the Geographic and Methodological Boundaries of Latinx Studies," *US Latina & Latino Oral History Journal* 9

2024    Antonio Ramirez, Max Krochmal, and Stephen J. Pitti, "Foro: The Chicagolandia Oral History Project," *US Latina & Latino Oral History Journal* 8 (2024): 101-110.

2023    Max Krochmal, "Two Decades of LABOR History: An Interview with Leon Fink," *LABOR Online*, January 2, 2023, https://www.lawcha.org/2023/01/02/interview-with-leon-fink/; also excerpted in *LAWCHA Newsletter* (2022-2023): 11-12.

2022    Stephen Pitti and Max Krochmal, eds., "Foro: The Civil Rights in Black and Brown Project," *US Latina & Latino Oral History Journal* 6 (2022): 104-112.

## Book Reviews (editorial review)

2022    Review of Felipe Hinojosa, *Apostles of Change: Latino Radical Politics, Church Occupations, and the Fight to Save the Barrio* (Austin: University of Texas Press, 2021), *LABOR: Studies in Working-Class History* 19, no. 2 (May 2022): 110-111.

2017    Review of Richard J. Gonzales, *Raza Rising: Chicanos in North Texas* (Denton: University of North Texas Press, 2016), *Southwestern Historical Quarterly* 121, no. 2 (October 2017): 246-247.

Review of Robert Bussel, *Fighting for Total Person Unionism: Harold Gibbons, Ernest Calloway, and Working-Class Citizenship* (Urbana: University of Illinois Press, 2015), *Journal of Southern History* 83, no. 1 (February 2017): 227.

2014    Review of Sonia Song-Ha Lee, *Building a Latino Civil Rights Movement: Puerto Ricans, African Americans, and the Pursuit of Racial Justice in New York City* (Chapel Hill: University of North

5

Carolina Press, 2014), *Choice* 52, no. 3 (November 2014),
http://choicereviews.org/review/10.5860/CHOICE.185421.

Review of Bruce A. Glasrud and James C. Maroney, eds., *Texas Labor History* (College Station: Texas A&M University Press, 2013), *Texas Books in Review* XXXIV, no. 1 (Spring 2014): 6, 21.

2013    Review of Kevin M. Kruse and Stephen Tuck, eds., *Fog of War: The Second World War and the Civil Rights Movement* (New York: Oxford University Press, 2012), *Journal of Southern History* 79, no. 2 (May 2013): 526-528.

2012    Review of Brian D. Behnken, ed., *The Struggle in Black and Brown: African American and Mexican American Relations During the Civil Rights Era* (Lincoln: University of Nebraska Press, 2011), *Journal of American History* 99, no. 3 (December 2012): 992-993.

2011    Book Note, on Mignette Y. Patrick Dorsey, *Speak Truth to Power: The Story of Charles Patrick, a Civil Rights Pioneer* (Tuscaloosa: University of Alabama Press, 2010), *Journal of Southern History* 77, no. 2 (May 2011): 510-511.

2009    Review of Bruce Glasrud and Archie P. McDonald, eds., *Blacks in East Texas History: Selections from the* East Texas Historical Journal (College Station: Texas A&M University Press, 2008), *Journal of South Texas* 22, no. 2 (Fall 2009): 190-192.

## Unpublished Thesis

2004    Max Krochmal, "Sculpting Transnational Unionism - Building a Democratic Labor Movement in Ecuador's Banana Fields," Department of Community Studies, University of California, Santa Cruz. Winner of Steck Family Award for Finest Senior Thesis.

# Scholarly Talks & Conference Presentations

## Keynote Addresses and Invited Plenary Presentations at Scholarly Meetings

2025    Invited plenary panelist, "Building Multiracial Power in the States," *Economic Action Research Network Conference* (EARNCon), **Economic Policy Institute**, New Orleans, November 14.

2024    Invited plenary panelist, "Diverse Histories of Texas: State of the Field," *Texas History in the 21st Century: Looking Back/Moving Forward, Alliance for Texas History*, April 27.

2023    Invited panelist, "Social Justice Reading Room: Civil Rights in Black and Brown," *Association for the Study of African American Life and History (ASALH) & Howard University Social Justice Consortium*, sponsored by the Mellon Just Futures Initiative, online, January 18.

2021    Panel participant and moderator, "The Role of the Electoral College in American Society," *The Future of the Past* webinar series, *Organization of American Historians*, December 16.

Keynote address, "Civil Rights in Black and Brown: Histories of Resistance and Struggle in Texas," *Texas Oral History Association*, Trinity University, San Antonio, September 25 (virtual).

| 2019 | Invited lecture, "The Black and Brown Civil Rights Movements in Texas," *Texas Library Association*, Austin, April 16. |

Invited presentation on Presidential Panel, "Textual Transactions through Public Pathways: Cultural Interventions in and beyond the Academy," ***Modern Language Association***, Chicago, January 5.

| 2018 | Invited luncheon speaker, "Blue Texas: Back to the Future," *Texas Center for Working-Class Studies*, Plano, March 22. |

Keynote address, "Documenting and Disseminating the Chicano/a Movement: Lessons from the Civil Rights in Black and Brown Oral History Project," ***Sal Castro Memorial Conference on the Emerging Historiography of the Chicano Movement*, University of California, Santa Barbara**, February 23.

| 2017 | Plenary lecture, "Toward a Blue Texas: Community Organizing and Coalition-Building, Past, Present, and Future," ***Southern Historical Association***, Dallas, November 9 |

Keynote luncheon address on *Blue Texas*, *Southern Labor Studies Association*, Tampa, Florida, March 4.

| 2016 | Keynote address, "Reaching Across the Color Line: Lessons from the Civil Rights in Black and Brown Oral History Project," *Association of Personal Historians*, Fort Worth, October 25 |

Invited panelist, "Special Panel on Recently Published Books," *Sal Castro Memorial Conference on the Emerging Historiography of the Chicano Movement*, University of California, Santa Barbara, February 26.

## Invited Lectures and Symposia at Universities and Colleges

| 2025 | Paper presentation, "Multiracial Labor and Civil Rights Coalition-Building in Texas and the U.S. South, Past and Present," *Engaging in Leftwing Politics in the United States: The Left, Social Movements, and Institutional Politics, 19th-21st Centuries*, International Conference sponsored by Du Socialisme en Amérique: Séminaire de Recherche sur les États-Unis, Campus Condorcet, Aubervilliers, **Paris, France**, December 5. |

| 2024 | Invited talk, "Black/Latinx Coalitions and Economic Justice in the U.S. South and Southwest," Program in Community Studies, Department of Sociology, **University of California, Santa Cruz**, May 7, 2024. |

Invited panelist, "Blueprint for Solidarity: Black, Latinx, and Asian American Freedom Struggles," *Hess Week*, Ethyle R. Wolfe Institute for the Humanities, **Brooklyn College**, City University of New York, April 4.

| 2023 | "The Chicano Movement in Brief," *Jornadas Históricas: Movimientos Civiles*, Departamento de Historia, **Universidad Iberoamericana**, Ciudad de México, April 19 (virtual). |

Invited class visit, discussion of *Blue Texas*, Department of History, **George Washington University**, April 4 (virtual).

"Civil Rights in Black and Brown," Latina/o and Mexican American Studies Program and the Carlos H. Cantú Hispanic Education and Opportunity Endowment, **Texas A&M University**, College Station, March 9.

Invited presentations, "Mario T. Garcia, Oral History, and Testimonio" and "Special Panel on Recently Published Books," *Sal Castro Memorial Conference on the Emerging Historiography of the Chicano Movement*, **University of California, Santa Barbara**, Department of Chicana and Chicano Studies, February 17-18.

2022    Invited lecture on panel, "Red, Blue, and Brown: Tejano History, Politics, and the 2022 Election," *Center for Presidential History*, **Southern Methodist University**, Dallas, September 15.

Invited lecture, "The Craft of Oral History: Lessons from the Civil Rights in Black and Brown Project," Department of History Methods Lab, **Duke University**, September 12.

Invited talk, "Civil Rights in Black and Brown Oral History Project," Departamento de Relaciones Internacionales, **Universidad Iberoamericana**, Mexico City, April 28.

Invited talk, "Building Coalitions & Collaborating for Change: A New Vision for Southern Studies," Center for the Study of the American South, **University of North Carolina**, Chapel Hill, March 21.

Invited panelist, "Civil Rights in Black and Brown: New Latinx Oral Histories," Center for the Study of Race, Indigeneity, and Transnational Migration, **Yale University**, February 22.

2021    Invited paper (with Cecilia Sánchez Hill), "Polytechnic Heights of Fort Worth: Latinx/Black Relations in an Urban Cowtown," *MetropoLatinx History Symposium*, Latina/o Studies Program, **Pennsylvania State University**, December 10.

Invited lecture (with Moisés Acuña Gurrola), "Viva Mi Historia: The Story of Fort Worth Latino Families," Tarrant County College, Trinity River Campus, September 23.

Invited roundtable participant, "Histories of Race and White Supremacy in Urban Texas," University of Texas, Dallas, February 12.

2020    Invited keynote lecture, "The Chicano Movement in Brief," *Abrazando el Espíritu Hispanic Heritage Month Celebration*, Tarrant County College District, October 16.

2019    Public Lecture, "Blue Texas: Looking Back to the Future," Lone Star College – Kingwood, Houston, September 23.

Invited panel participant, "History, Intersectionality and Liberation in the Age of Black Lives Matter," *From Segregation to Black Lives Matter: A Symposium and Celebration of the Opening of the Joel Buchanan Archive of African American Oral History*, Samuel Proctor Oral History Program, **University of Florida**, March 22.

2018    Public Lecture, "Civil Rights in Black and Brown: Oral Histories of Liberation in Texas," *Willis Library Lecture Series*, University of North Texas, November 29

Lecture, "Toward a Blue Texas: Community Organizing and Coalition-Building, Past, Present, and Future," *Plática*, **Center for Mexican American Studies, University of Texas, Austin**, March 28 (cancelled due to weather).

Public lecture on *Blue Texas*, *Academic Festival X: American Identities in the 21st Century*, Cameron University, Lawton, Oklahoma, March 26.

Invited lecture, "Civil Rights Unionism: The View from the International," *Organizing Agribusiness from Farm to Factory: Toward a New History of America's Most Ambitious Labor Union*, Porter Fortune Symposium, **University of Mississippi**, Oxford, March 1-3.

2017    Public lecture, "B*lue Texas:* Back to the Future," Center for the Study of the Southwest, Texas State University, San Marcos, October 25.

Public lecture, "Rethinking Multiracial Coalition-Building: Lessons from Blue Texas" *Critical Orientations to Race and Ethnicity Workshop*, **Stanford University**, October 17.

Public lecture on *Blue Texas*, Hispanic Heritage Month, Palo Alto College, San Antonio, October 4.

Public lecture on *Blue Texas*, Tarrant County College Southeast, Arlington, Texas, April 20.

Public lecture on *Blue Texas*, Center for the Study of Race and Democracy, **Lyndon B. Johnson School of Public Affairs, University of Texas, Austin**, March 28.

Public lecture on *Blue Texas*, *50th Anniversary Exhibit Opening and Celebration of the Texas Labor Archives*, Friends of the Library, University of Texas, Arlington, March 24.

Public lecture on *Blue Texas*, Black History Month, Tarrant County College Trinity Campus, February 23.

Public lecture, "The Community-Organizer-in-Chief: Obama's Promise and Many Legacies for Working People," *The Obama Legacy: Preliminary Perspectives Conference*, Texas State University – San Marcos, February 3.

2014    Public lecture: "Black/Latino/a Coalitions in the Long Struggles for Civil Rights," Hispanic Heritage Month Lecture, Mountain View College, Dallas, October 2.

Public lecture, "Black and Brown at Work: Labor, Civil Rights, and the Texas Democratic Coalition, 1962-64," Clements Center for Southwest Studies, Southern Methodist University, Dallas, February 19.

2013    Invited Paper: "Black-Brown Coalitions in Houston: A Brief Overview," *The Past and Present of Race and Place in Houston, Texas*, **Rice University**, February 26.

## Conference Papers and Participation on Panels at Scholarly Meetings

2025    Chair and comment, "Relationality and Coalition-Building in California Social Movements," *Western History Association*, Albuquerque, October 18.

Chair and comment, "Working-Class Organizing in Neoliberal America," *Labor and Working-Class History Association*, University of Chicago, June 12.

Roundtable panelist, "Racial Justice and the 1965 Voting Rights Act: The Role of Texas in Expanding and Reducing the Right to Vote," *Alliance for Texas History*, San Marcos, May 15.

2024    Chair, "Roundtable: Teaching Southern Labor History," *Southern Labor Studies Association*, University of Tennessee at Chattanooga, September 22.

Chair & Comment, "Centering Radical Community Resistance in the South, 1960s to 1980s," *Southern Labor Studies Association*, University of Tennessee at Chattanooga, September 20.

Roundtable panelist, "Trends in University Programs for Labor Education: Reflections on the Past, Present, and Future," *Organization of American Historians*, New Orleans, April 13.

2023    Roundtable panelist, "Big, Small, In-Person, and Online: Discussions on Incorporating Oral History into Classrooms, Revisited, Part 1— Project Management & Public Engagements," *Oral History Association*, Baltimore, October 21.

Panelist, "New Book Session: *Ybor City: Crucible of the Latina South*, by Sarah McNamara, A discussion of immigration, gender, and latinidad in Labor History" *Labor and Working-Class History Association*, Rutgers University, May 20.

Roundtable panelist, "Workers Mobilized: Worker Organizing by, with, and against Immigrant Workers," *Labor and Working-Class History Association*, Rutgers University, May 19.

2022    Max Krochmal and Cecilia Sánchez Hill, "Creating Spaces for Community-Engaged Research, Latinx Public History, and Political Transformation in Fort Worth, Texas, the 13th Biggest City in the U.S.," *Western History Association*, San Antonio, October 14.

Roundtable panelist, "Reflections on *No Separate Refuge* and the Work of Sarah Deutsch," *Western History Association*, San Antonio, October 13.

"Mexican American Labor and the Migrant Worker 'Problem' in Postwar Texas," *Southern Labor Studies Association*, Chapel Hill, North Carolina, September 9.

Plenary Chair, "Reflections on *Civil Rights Unionism: Tobacco Workers and the Struggle for Democracy in the Mid-Twentieth-Century South*," *Southern Labor Studies Association*, Chapel Hill, North Carolina, September 9.

"U.S. Chicanx History and Migration Studies Across Borders," Fulbright-García Robles Symposium, *Comisión México Estados Unidos para el Intercambio Educativo y Cultural* (COMEXUS), Mexico City, May 20.

2021 Roundtable panelist, "South by Southwest: Rethinking Southern History through New Narratives of Texas," *Southern Historical Association* (solicited by program committee), New Orleans, November 4 (cancelled due to COVID).

"The *Civil Rights in Black and Brown* Project," for panel, "Latinx Public History: Taking Our History Out of the Shadows," *Western History Association* (solicited by program committee), Portland, October 27-30 (postponed to San Antonio, 2022).

"Latinx Fort Worth," on roundtable panel, "Building Justice in the City: Latinx Urban History," *Urban History Association*, Detroit, October 21-24 (twice cancelled due to COVID).

Max Krochmal, David A. Colón, Gabriel S. Huddleston, Emily M. Farris, Cecilia Hill, Joseph Niedziela, and Santiago O. Piñón, "Designing a Latina/o Studies K–12 Social Studies Curriculum Overlay: An Interdisciplinary Approach." *American Educational Research Association Annual Meeting, Division B—Curriculum Studies*, virtual, April 9.

"Civil Rights in Black and Brown and Latino/a History in North Texas," co-presenter with Katherine Bynum, on roundtable panel, "Taking Forgotten Latina/o/x History to the Public," *American Historical Association*, Seattle, January 7-10 (cancelled due to COVID).

2020 Chair, "From the Consent of the Governed: The State of (In)Equality for Mexicans, Vietnamese, and the LGBT Community in Texas," *Organization of American Historians*, Washington, D.C., April 3 (cancelled due to COVID).

2019 Roundtable panelist, "Latinxs in the "Nuevo" South: A State of the Field Conversation," **American Studies Association**, Honolulu, November 7.

Roundtable panelist, "Making the Case for Latino Political History," *Western History Association*, Las Vegas, October 18.

"UCAPAWA and Immigration," in "UCAPAWA/FTA: America's Most Ambitious Civil Rights Union, Part 2: Toward a National Synthesis," *Labor and Working-Class History Association*, Durham, North Carolina, June 1.

Roundtable panelist and panel organizer, "Black and Brown Spaces of Liberation in Postwar Cities: A State-of-the-Field," *Organization of American Historians*, Philadelphia (unable to attend due to illness).

2018 Chair and panel organizer, "Labor and the University," *Organization of American Historians*, Sacramento, April 14.

2017 Invited participant, author-meets-critics panel on *Blue Texas*, *East Texas Historical Association*, Galveston, October 14.

"Experiential Learning and Program Building in the Belly of the Beast," in panel, "Teaching and Researching Black and Brown History in Contemporary Contexts," *Pacific Coast Branch - American Historical Association*, Northridge, California, August 5.

Invited panelist, "Civil Rights in Black and Brown Oral History Project: A Digital Humanities Collaboration," *Texas Library Association*, San Antonio, April 21.

Chair and presenter, "Writing Chicano History: Mario T. Garcia and Oral History," *Organization of American Historians*, New Orleans, April 8.

Roundtable panelist, "*Civil Rights in Black and Brown* and Other Community-Engaged Public History Teaching and Service," Labor and Working-Class History Association (LAWCHA) Luncheon, *Organization of American Historians*, New Orleans April 8.

Chair and presenter, "The Civil Rights in Black and Brown Oral History Project," *Organization of American Historians*, New Orleans April 7.

2016    Chair and presenter, "The Civil Rights in Black and Brown Project," *Oral History Association*, Long Beach, California, October 14.

"Blue Texas: The Making of a Multiracial Democratic Coalition in the Civil Rights Era [for Geographers]," *Race, Ethnicity, and Place*, Kent State University, Ohio, September 22.

"Dean Emeritus of Chicano Politics: Albert A. Peña of San Antonio," *Organization of American Historians*, Providence, R.I., April 8.

"La Causa, the Chicano/a Movement, and Texas Politics in the 1960s," *Texas Center for Working-Class Studies*, Collin College, Plano, March 31.

"Starr County Strike 50 Years Later: La Causa, the Chicano/a Movement, and Texas Politics in the 1960s," *Texas State Historical Association*, Irving, March 4.

2015    "Civil Rights in Black and Brown: A First Look from the Field," *Latinos, the Voting Rights Act, and Political Engagement Conference*, Austin, Texas, November 12.

Chair and Comment, "Unjust Laws and Practices: Organized Labor, Immigrant Rights, and the 1965 Immigration and Nationality Act along the U.S.-Mexico Border," *Immigrant America: New Immigration and Immigration Histories from 1965 to 2015*, Immigration and Ethnic History Society and the Immigration History Research Center, University of Minnesota, Minneapolis, October 24.

Chair and panelist, "Unwieldy Acronym, Ambitious Vision: UCAPAWA's Farm to Factory Organizing in 1930s-1940s America," *Labor and Working-Class History Association*, Georgetown University, Washington, DC, May 30.

Chair, "Citizenship, Health, and the Bracero Program," *Labor and Working-Class History Association*, Georgetown University, Washington, DC, May 29.

Roundtable Participant, "Remembering Lawrence C. Goodwyn: Reflections on How to Study and Organize Around Class, Race, and Power," *Labor and Working-Class History Association*, Georgetown University, Washington, DC, May 28.

Chair, "Student Works-in-Progress," *Texas Center for Working-Class Studies Conference*, Collin College, Plano, Texas, April 10.

2014    Chair, "Race and Ethnic Issues," *Race, Ethnicity, and Place (REP) VII*, Fort Worth, October 24. My students from the Justice Journey also presented on this panel.

Invited Panelist, "Civil Rights in Black and Brown," *Scholarly Communication: A Changing Landscape*, conference sponsored by the TCU Library, October 23.

Panelist, "Voices of the Voting Rights Act in Texas" Roundtable, *Oral History Association*, Madison (Wisc.), October 11.

Chair, "Living Histories of the Madison Movement," *Oral History Association*, Madison (Wisc.), October 10.

"Beyond Emma Tenayuca: The Pecan Sheller Strike and Multiracial Coalition-Building in Texas," *Association for the Study of African American Life and History* (ASALH), Memphis, September 26.

Chair, "Fighting for Economic Justice across the Color Line: Black-Latino Organizing Post-1965," *Organization of American Historians*, Atlanta, April.

Chair and Commentator, "Civil Rights in Texas," *Texas State Historical Association*, San Antonio, March 8.

2013    Chair & Commentator, "Reinventing the Past: Recovering Lost Communities and Challenging New Stories," *Oral History Association*, Oklahoma City, October 11.

Invited Panelist, "State-of-the-Field: New Race Histories: Color Lines and Freedom Struggles," *Organization of American Historians*, San Francisco, April 12.

Moderator, "Roundtable: Immigrant Rights and Resistance in the Nuevo South," *Southern Labor Studies Association*, New Orleans, March 9.

Chair and Commentator, "Race, Labor, Politics, and the Transformation of Class Consciousness in the Lone Star State," *Southern Labor Studies Association*, New Orleans, March 7.

"Black and Brown at Work: Labor, Civil Rights, and the Texas Democratic Coalition of 1963," *Dallas Area Social Historians*, January 25.

2012    "Democratic Coalitions: The Texas AFL-CIO, Civil Rights, and Electoral Politics," *Texas State Historical Association*, Houston, March 1.

Invited Conference Paper: "San Antonio Chicano Organizers (SACO): Labor Activists and *el Movimiento*," *Chicano! A Conference on the Emerging Historiography of the Chicano Movement*, Department of Chicana/o Studies, University of California, Santa Barbara, February 18.

2011    Roundtable Presentation: "Working-Class Interracialism: Stories of Electoral Political Coalitions and Civil Rights Struggles from the Texas Labor Archives," *Southern Labor Studies Association and Labor and Working-Class History Association Conference*, Atlanta, April 7.

2010    "Black Texans and the Struggle for Jobs and Freedom, 1945-1970," *Southern Historical Association 76th Annual Meeting*, Charlotte, November 7.

"Black and Brown Workers and the Struggle for Democracy in Texas, 1945-1965," *Western History Association 50th Annual Meeting*, Incline Village, Nevada, October 14.

13

"Black and Brown at Work: Chicano Labor Organizers, African American Civil Rights, and the Struggle for Democracy in San Antonio, 1956-1978," *Southwest Labor Studies Association 36th Annual Conference*, Santa Cruz, California (UCSC Center for Labor Studies), May 8.

2009    "A 'Faustian Pact?' Mexican American Workers and Jim Crow in post-World War II Texas," *Organization of American Historians Annual Meeting*, Seattle, March 27.

2007    Roundtable participant: "Labor Historians and Scholar-Activism," in Concluding Session, *Working-Class Activism in the South and Nation: Contemporary Challenges in Historical Context*, Labor and Working-Class History Association and the Southern Labor Studies Association, Duke University, May 19.

"'For Democracy in the South': Packinghouse Workers' Civil Rights Unionism, 1952-1962," *New Perspectives on the Black South*, University of North Carolina, Chapel Hill, February 23.

# Public History

## Peer-Reviewed Digital Humanities Website

2019    Max Krochmal et al, *Civil Rights in Black and Brown: Oral Histories of the Multiracial Freedom Struggles in Texas*, http://crbb.tcu.edu

Peer Review
Eric Buckenmeyer, *The Oral History Review* 46, no. 2 (2019): 419-420,
    https://doi.org/10.1093/ohr/ohz013

## Public History Websites, Exhibitions, and Presentations (non-refereed)

2025-26    Max Krochmal et al, *Economic Justice Research Lab* and *EJRL Oral History Project*, University of New Orleans, https://scholarworks.uno.edu/ejrl/ (*in progress*)

2024    New Orleans Workers' Center for Racial Justice, Max Krochmal, Jana K. Lipman, Mary N. Mitchell, M.G. Olson, and Sarah Fouts, featuring art by Langston Allston and design by José Cotto, *Don't Stand Alone: Black Labor Organizing in New Orleans*, Albert and Tina Small Center for Collaborative Design, School of Architecture, Tulane University, March 14 – May 10; New Orleans Public Library & Earl K. Long Library at UNO, 2024-2025.

2021    Principal investigator for class project, *Memories of Poly: Oral Histories of Polytechnic Heights, Fort Worth, Texas*, https://memoriesofpoly.wordpress.com/ (beta site)

2019    Invited speaker and video producer (with Briana Salas), "Chicano Trailblazer: Dr. Rudy Rodriguez and 50 Years of Bilingual Education in Fort Worth," *Hispanic Heritage Month History Project*, Fort Worth Library, September 26.

2018    Invited speaker and video producer (with Moisés Acuña Gurrola), "Fort Worth Pioneer: Pauline Gasca Valenciano," *Hispanic Heritage Month History Project*, Fort Worth Library, October 11.

2016    Principal investigator and editor, *Viva Mi Historia: The Story of Fort Worth Latino Families*, oral history harvests, community presentation, and website, produced in collaboration with the City of Fort Worth with *Latino Americans* grant funding from the National Endowment

for the Humanities and the American Library Association,
https://holatarrantcounty.org/vivamihistoria/

2015    "Texas Communities Oral History Project," presentation of student websites and
community dinner, TCU, December 9: *The History of LGBT Rights in Fort Worth*,
https://fortworthlgbt.wordpress.com; *Fort Worth Mass Incarceration: An Oral History*,
https://massincarcerationfw.wordpress.com/; and *The Plant and the Playground: Labor and
Community in the Fort Worth Aerospace Industry*, https://plantandplayground.wordpress.com/.

2013    "North Texas Activists in Their Own Words," presentation of student websites and
community dinner, TCU, May 2, 2013, co-sponsored by the Tarrant County Black Historical
and Genealogical Society. *Fort Worth Mexicano Activism*,
http://fortworthmexicanoactivism.wordpress.com/; and Civil Rights in Fort Worth,
http://fortworthcivilrights.wordpress.com/.

2011    "Community Organizers in Their Own Words: Three Oral History Projects," presentation
of student websites and community dinner, Center for Documentary Studies, Duke
University, April 29, 2011, http://dukeoralhistory.wordpress.com/.

2009    "Victory at Moncure Plywood: Personal Histories of Racial Injustice and Labor Relations in
the South," presentation of student research and community dinner, co-sponsored by the
North Carolina State AFL-CIO, Center for Documentary Studies, Duke University, April 29.

## Invited Lectures at Museums and in the Community (Selected)

2023    Invited presentations: Max Krochmal, interviewed by Tony Diaz ("*el librotraficante*"); and
Max Krochmal, in conversation with Travis County Commissioner Jeff Travillion, *Collective
Power through Community Storytelling: Black & Brown Dialogues on Policy at the Texas Book Festival*,
Sponsored by the College of Education and Department of History, University of Texas,
Austin, November 12.

Invited conversation, "Policy Leaders of Texas Fellows Program," *Every Texan*, Austin
(virtual), March 27.

Invited presentation, *Black Brown Policy Dialogues*, Austin (virtual), January 25.

2022    Invited panelist, "Critical Race Theory," *The Dock Bookshop*, Fort Worth, January 20,
docklive.tv via Crowdcast

2021    Invited panelist, **Texas Book Festival**, Austin Public Library, October 31 (in-person), on
*Civil Rights in Black and Brown* (with Todd Moye)

Invited panelist, "Civil Rights in Black and Brown: Oral Histories of the Multiracial Struggle
Against Police Brutality in Texas," *History of Courage/Valor for Change: 2021 Virtual
Symposium*, **Mexican American Civil Rights Institute**, San Antonio, August 13.

Invited workshop, "Introduction to *Civil Rights in Black and Brown*," **Dallas Holocaust and
Human Rights Museum** Upstander Institute, August 3.

2020    Invited lecture on *Blue Texas*, High Noon Talks, **Bullock Texas State History Museum**,
Austin, May 7 (via Zoom).

|      | Invited lecture, "The Black Freedom Movement in Texas," United Fort Worth *Freedom School*, UFW Community Justice Center, Fort Worth, Texas, February 12. |
|------|---|
| 2019 | Invited lecture on *Blue Texas*, Brown Bag Lecture Series, Dallas Historical Society, April 9. |
| 2018 | Invited talk, "Community Organizing and Coalition Building in the Multiracial Civil Rights Movement in Texas," *New History at Old Red: Building Community – A Conference on Texas, the United States, and World History*, The Old Red Museum of Dallas County History and Culture, October 20. |
|      | Invited panelist, "What Remains: The Legacy and Future of Confederate Monuments," *Tuesday Evenings at the Modern*, The Modern Art Museum of Fort Worth, October 16. |
|      | Panel participant, screening of *I Am Not Your Negro*, *Movies that Matter*, City of Fort Worth Human Relations Unit, KERA public broadcasting, and Tarrant County Black Historical and Genealogical Society, Fort Worth Botanic Garden, January 11. |
| 2017 | Invited talk and introduction of candidate, *Tacos with Beto*, Beto O'Rourke for U.S. Senate campaign, Americado Taco-Bar, Fort Worth, December 14. |
|      | Staged oral history interview, "A Conversation with Opal Lee," City of Fort Worth MLK Day / Juneteenth Committee, Fort Worth City Hall, June 19. |
|      | Invited workshop leader, *Texas Young Active Labor Leaders (Y'ALL)* Conference, Texas AFL-CIO, Houston, January 21. |
| 2016-2017 | Book talks on *Blue Texas* at The Twig Bookstore, San Antonio; Half Price Books Flagship, Dallas; Brazos Bookstore, Houston; and Book People, Austin—all in November, 2016—at the TCU Bookstore, December 5, 2016, and at the Calaboose Museum, San Marcos, February 4, 2017. |
| 2016 | Panel participant, *Willie Velasquez: Your Vote is Your Voice* – Fort Worth Screening Event, hosted by KERA Public Broadcasting, Modern Art Museum of Fort Worth, September 29. |
|      | Keynote address, *31st Annual Martin Luther King Jr. Holiday Celebration*, City of Fort Worth, January 15. |
| 2014 | Plenary lecture, "The Power of Labor and Community in San Antonio," national *AFL-CIO Martin Luther King Civil Rights Conference*, San Antonio, January 16. |
| 2013 | Invited lecture: "*Viva Kennedy* and the Multiracial Struggle for Civil Rights in Texas," *Dallas, John F. Kennedy and the Struggle for Civil Rights*, The Sixth Floor Museum at Dealey Plaza, Dallas, funded by Humanities Texas, July 30. |
|      | Invited talk: "What Justice for Trayvon Can Learn from the Civil Rights Movement," Rally of NAACP Student Branches of University of Texas, Arlington, University of North Texas, and Texas Christian University, held in Arlington, July 18. |
|      | Public lecture, "Oral History, Black History, and Democracy in America," Community History Workshop, TCU Center for Texas Studies and the Fort Worth Public Library, February 2. |

2012        Public lecture, "The View from the Ground: Local People and the New History of the Civil Rights Movement," Fort Worth Museum of Science and History, June 2.

            Public lecture, "Immigration Up Close and Personal," Fort Worth Museum of Science and History, February 11.

## Invited Lectures for K-12 Educators and Education Advocates

2023        Invited lecture, "The Chicano Movement" and workshop, "Civil Rights in Black and Brown for Teachers," **Humanities Texas**, Dallas, February 9.

2022        Invited lecture, "Chicanx History Crash Course," Fulbright-García Robles Fellows Orientation (virtual), *Comisión México Estados Unidos para el Intercambio Educativo y Cultural (COMEXUS)*, August 24.

2021        Invited lecture, "Civil Rights in Black and Brown," *Leadership ISD* Community Fellows, December 16 (virtual).

            Invited lecture, "Structural Racism and Liberation Struggles in Texas," *Leadership ISD* Tarrant County Civic Voices Fellowship, September 18, Fort Worth.

            Invited lecture, "The Chicano Movement in Brief," *Owning the New Normal: Social Studies Metroplex Virtual Conference*, Education Service Centers Regions 10 & 11, June 22.

            Invited lecture, "The Chicano Movement in Brief," *Multicultural Education Institute v. 4*, Fort Worth ISD, co-sponsored by TCU Comparative Race and Ethnic Studies, February 13-15.

2020        Invited lecture, "Mexican Americans in Texas," Education Service Center Region 11 and TCU Center for Texas Studies, Fort Worth, November 18.

            Invited lecture, "History of Race: Structural Racism and Liberation Struggles in Texas," Fort Worth ISD *Racial Equity Summit III*, November 13 (virtual).

            Invited lecture, "Structural Racism and Liberation Struggles in Texas," *Leadership ISD* Tarrant County Civic Leaders Fellowship, September 26 (virtual).

            Invited lecture, "The Hidden History of Black/Latinx Solidarity in Texas," *Racial Equity Summit III*, Division of Equity and Excellence, Fort Worth Independent School District, March 21 (cancelled).

            Conference organizer and lectures, "Migration and the Making of Latino/a Communities" and "The Chicano Movement in Brief," *Multicultural Education Institute v. 3*, Fort Worth ISD, TCU, February 1.

2019        Invited lecture, "Historical Context of Educational Inequality in Texas," *Leadership ISD* Tarrant County Civic Leaders Fellowship, North Side High School, Fort Worth, September 13.

            Invited lecture, "The Black and Latinx Civil Rights Movements in Texas," Fort Worth ISD and TCU Center for Texas Studies, Jean McClung Middle School, August 13.

Invited lecture and workshop, "Securing African American Civil Rights in Texas," *Texas: From Republic to Mega-State*, Humanities Texas, University of Texas, San Antonio, June 26.

Conference organizer and lectures, "Migration and the Making of Latino/a Communities," and "The Chicano Movement in Brief," *Latinx Studies Professional Development*, Fort Worth ISD, co-sponsored by TCU Comparative Race and Ethnic Studies, June 17-18.

Invited lecture, "The Hidden History of Black/Latinx Solidarity in Texas," *Multicultural Education Institute v. 2*, Fort Worth ISD, co-sponsored by TCU Comparative Race and Ethnic Studies, February 2.

2018    Invited lecture, "Historical Context of Educational Inequality in Texas," *Leadership ISD* Tarrant County Civic Leaders Fellowship, Diamond Hill-Jarvis High School, Fort Worth, September 21.

Invited lecture, "The Emergence of Jim Crow," *The Gilded Age: An Institute for Texas Teachers*, **Humanities Texas**, Southern Methodist University, Dallas, June 27.

Invited lecture, "African Americans and Latinos/as in the 1920s and 30s," *America in the 1920s and 1930s: An Institute for Texas Teachers*, **Humanities Texas**, Lyndon B. Johnson Presidential Library, and College of Liberal Arts, University of Texas, Austin, June 12.

Keynote address, "Historical Context of Educational Inequality in Texas," *Racial Equity Summit*, Division of Equity and Excellence, Fort Worth Independent School District (co-sponsored by TCU Comparative Race and Ethnic Studies), March 24.

Keynote address, "Racial Equity in Education in Texas: Past, Present, and Future," Teacher Waiver Day, McLean 6th Grade Center, McLean Middle School, *Fort Worth Independent School District*, and TCU Center for Public Education, February 2.

Invited lecture, "The Civil Rights Movement in Texas," Education Service Center Region 20 and TCU Center for Texas Studies, San Antonio, January 20.

2017    Invited lecture, "Historical Context of Educational Inequality in Texas," *Fort Worth Independent School District Racial Equity Committee*, Fort Worth, December 5.

Invited talk on *Blue Texas*, *Leadership ISD* Harris County Civic Leaders Fellowship, Houston, October 13.

Invited lecture, "Historical Context of Educational Inequality in Texas," *Leadership ISD* Tarrant County Civic Leaders Fellowship, Dunbar High School, Fort Worth, September 22.

Invited lecture, "The Civil Rights Movement in Texas," Birdville ISD and TCU Center for Texas Studies, Haltom City, Texas, August 16.

Invited lecture, "The Civil Rights Movement in Texas," *Three Centuries of Texas History: An Institute for Texas Teachers*, **Humanities Texas** and University of North Texas, Denton, June 22.

Invited lecture, "Historical Foundations of Educational Inequality in Fort Worth and Texas," *Urban Policy Fellowship* training week, Fort Worth, June 16.

2016        Invited lecture, "Historical Context of Educational Inequality in Fort Worth," *Leadership ISD* Tarrant County Civic Leaders Fellowship, Lena Pope Center, Fort Worth, September 2.

                    Panel participant, *Teach for America Fort Worth Community Day*, training for incoming corps members, Uplift Mighty Preparatory School, Fort Worth, June 17.

## Other Public and Digital History Research Experience

2012        Oral history interviewer, *40th Reunion of La Raza Unida Party*, Austin, July 6-7, 2012, in partnership with Emilio Zamora and Martha Cotera, Nettie Lee Benson Latin American Collection, University of Texas, Austin.

2010        *Student Nonviolent Coordinating Committee (SNCC) 50th Anniversary Conference*, Oral History Project Coordinator, in collaboration with SNCC and the Southern Oral History Program (of the University of North Carolina, Chapel Hill), Raleigh, North Carolina, April 14-18, 2010.

2007-2010   *Behind the Veil: Documenting African American Life in the Jim Crow South*, Editorial Assistant / Research Associate, Center for Documentary Studies, Duke University, 2007-2010.

2008        Pietermaritzburg Agency for Christian Social Awareness (PACSA) 30th Anniversary Oral History Book Project, coordinator for *DukeEngage* service learning program in collaboration with the University of KwaZulu-Natal, South Africa, May-June

# Popular Essays & Media Contributions

## Published Essays & Op-Eds (editorial review)

2021        "A draft congressional map lays out one future for Texas. But there is a better path," ***Washington Post***, September 28 (co-authored with J. Todd Moye), https://www.washingtonpost.com/outlook/2021/09/28/draft-congressional-map-lays-out-one-future-texas-there-is-better-path/

2020        "If They Care About Equity, Fort Worth Schools Must Extend Virtual Learning," *Fort Worth Weekly*, September 22, https://www.fwweekly.com/2020/09/22/if-they-care-about-equity-fort-worth-schools-must-extend-virtual-learning/

2019        "Tarrant sheriff needs to give straight story on immigration program's costs, drawbacks," *Fort Worth Star-Telegram*, June 17, https://www.star-telegram.com/opinion/opn-columns-blogs/article231638593.html

2018        "Race, Democracy, and Civic Engagement in U.S. History," ***Take Care*** blog symposium (invited), published by Protect Democracy, December 6, https://takecareblog.com/blog/race-democracy-and-civic-engagement-in-u-s-history

                    "The Texas Senate Race Is Not 'Historic,'" ***Los Angeles Review of Books***, November 4, https://lareviewofbooks.org/article/the-texas-senate-race-is-not-historic/

| 2017 | "Protesters, the council and the many meanings of racism," *Fort Worth Star-Telegram*, August 18, http://www.star-telegram.com/opinion/opn-columns-blogs/other-voices/article168083772.html |

| 2016 | "Texas Democrats must get back to their progressive roots," **TribTalk (Texas Tribune)**, November 21, https://www.tribtalk.org/2016/11/21/texas-democrats-must-get-back-to-their-progressive-roots/ |

| 2013 | "Texas Tornado," in Benj DeMott, ed., "Love Is the Message: Tributes to Lawrence Goodwyn," *First of the Month: A Website of the Radical Imagination*, December 18, http://www.firstofthemonth.org/archives/2013/12/love_is_the_mes.html |

"50 Years Later, New Movement on the March," *Dallas Morning News*, August 12, 15-A

"TCU Students Hit the Road to Understand Freedom," *Fort Worth Star-Telegram*, January 22, (co-authored and edited with students Pearce Edwards and Mimi Woldeyohannes)

| 2012 | "History's Lessons Show Obama is the Better Choice," *Fort Worth Star-Telegram*, October 21 (invited official response to paper's endorsement of Romney); reprinted by *History News Network*, https://historynewsnetwork.org/article/148942 |

| 2009 | "Promoting Unions and Recovery," *Raleigh News & Observer*, March 4 (co-authored with Robert Korstad). |

## Television, Radio, Podcast, and Online Appearances

| 2025 | Featured Interview, "Labor 131: Uncovering Labor History in the Deep South," *America's Work Force Union Podcast* 6, no. 168, August 25, 2025, https://awf.labortools.com/listen/labor-131-uncovering-labor-history-in-the-deep-south |

| 2023 | Norma Martinez and Marian Navarro, "Fronteras: Oral histories highlight the untold struggles for social justice in Black and Brown communities across Texas," *Texas Public Radio*, September 8, https://www.tpr.org/podcast/fronteras/2023-09-08/fronteras-oral-histories-highlight-the-untold-struggles-for-social-justice-in-black-and-brown-communities-across-texas |

| 2021 | Kristen Cabrera, "'Civil Rights in Black and Brown:' New book examines Texas' overlooked activists," **Texas Standard (National Public Radio)**, November 9, https://www.texasstandard.org/stories/civil-rights-in-black-and-brown-new-book-examines-texas-overlooked-activists/ |

William Joy, "What is critical race theory? North Texas professors explain the highly debated topic," *WFAA 8 ABC*, June 21, https://www.wfaa.com/article/news/local/what-is-critical-race-theory-north-texas-professors-explain-highly-debated-topic/287-f61d01ca-fd84-4e86-9f36-2cb2bca5ebc9

Thomas Harms, "Mémoire et 20eparations de l'esclavage, éternels défis pour le Texas [Memory and reparations of slavery: the eternal challenges for Texas]," **Radio France Internationale**, June 18, https://rfi.my/7V01.T [English translation: https://houstonvote.tumblr.com/post/654801358098251776/juneteenth-20-minutes-prodcast-on-radio-france]

Felipe Hinojosa, "A Conversation with Historian Max Krochmal on his Award-Winning Book, Blue Texas: The Making of a Multiracial Democratic Coalition in the Civil Rights Era," *LatinxTalk*, May 17, https://latinxtalk.org/2021/05/17/a-conversation-with-historian-max-krochmal-on-his-award-winning-book-blue-texas-the-making-of-a-multiracial-democratic-coalition-in-the-civil-rights-era/.

Miranda Suarez, "May 1 Election Will Bring Political Change To Fort Worth For The First Time In Years," *KERA News*, April 26, https://www.keranews.org/politics/2021-04-26/may-1-election-will-bring-political-change-to-fort-worth-for-the-first-time-in-years

2020  Stella M. Chávez, "Empowered And Emboldened, Today's Protesters Aim To Further Push For Equality Started In 1960s," *KERA News*, August 11, https://www.keranews.org/news/2020-08-11/empowered-and-emboldened-todays-protesters-aim-to-further-push-for-equality-started-in-1960s

Hady Mawajdeh, "How Growing Diversity In North Texas May Have Shaped The El Paso Walmart Shooting Suspect," ***WAMU 88.5 American University Radio***, August 3, https://wamu.org/story/20/08/03/how-growing-diversity-in-north-texas-may-have-shaped-the-el-paso-walmart-shooting-suspect/ (first aired on KERA)

Stella M. Chávez, "Black Lives Matter protests are shaking up how this young Latino voter views US politics," ***The World* (Public Radio International)**, July 1, https://www.pri.org/stories/2020-07-01/black-lives-matter-protests-are-shaking-how-young-latino-voter-views-us-politics

Wayne Carter, "Fort Worth ISD Promises Race Conversations Will Continue," *NBC 5 DFW*, June 26, https://www.nbcdfw.com/news/local/carter-in-the-classroom/fort-worth-isd-promises-race-conversations-will-continue/2396436/

Chris Sommer, "Expert Says Removing Confederate Statues Will Help Bring Change," *KRLD News Radio 1080*, June 11, https://krld.radio.com/articles/news/expert-says-removing-confederate-statues-help-bring-change

2018  Joy Diaz, Michael Marks, and Shelly Brisbin, "This Year's Midterm Gains For Liberals Mirror An Earlier Time In Texas Politics," *Texas Standard* (National Public Radio), November 12, http://www.texasstandard.org/stories/this-years-midterm-gains-for-liberals-mirror-an-earlier-time-in-texas-politics/

Christopher Connelly, "How One Texas Progressive Group Is Mobilizing Unlikely Black And Latino Voters," *KERA News*, October 31, http://www.keranews.org/post/how-one-texas-progressive-group-mobilizing-unlikely-black-and-latino-voters

Joy Diaz, "Fort Worth ISD Taps TCU Researchers for Help with Latino History Curriculum," *Texas Standard* (statewide radio show on NPR network), September 20 (first aired 9/18/18), http://www.texasstandard.org/stories/fort-worth-isd-taps-tcu-researchers-for-help-with-latino-history-curriculum/

"Blue Texas," *C-SPAN Cities Tour*, April 9, https://www.c-span.org/video/?446414-1/blue-texas

Molly Evans, "How Texas' Shifting Demographics May Preview Larger Changes In America," *KERA News*, March 9, https://www.keranews.org/post/how-texas-shifting-demographics-may-preview-larger-changes-america

Christopher Connelly, "TCU Aims To Draw Students Of Color, Build 'Cultural Competence' In New Program," *KERA News*, January 3, http://keranews.org/post/tcu-aims-draw-students-color-build-cultural-competence-new-program. Reprinted in the *Texas Standard* (NPR, Jan. 4), *Texas Tribune* (Jan. 4), and *Fort Worth Star-Telegram* (Jan. 5, 4A).

2017    Joy Díaz, "Mexicans Used to Think Racism Was A U.S. Thing. Not Anymore," *Texas Standard* (National Public Radio), December 5, https://www.texasstandard.org/stories/mexicans-used-to-think-racism-was-a-u-s-thing-not-anymore/

"How Texas Is Changing," with Steve Klineberg, interviewed by Krys Boyd on *Think*, KERA, November 10, http://think.kera.org/2017/11/10/how-texas-is-changing/

2016    Larry Collins, "North Texas Students Concerned About DACA Future, Educators Show Support," *NBC 5 – KXAS*, September 22, http://www.nbcdfw.com/news/local/North-Texas-Students-Concerned-About-DACA-Future-Educators-Show-Support-446570203.html

*New Books Network* podcast, African American Studies, interviewed by James P. Stancil II, July 13, http://newbooksnetwork.com/max-krochmal-blue-texas-the-making-of-a-multiracial-democratic-coalition-in-the-civil-rights-era-unc-2016/

Alexandra Hart, "Texas' Robust Civil Rights Movement Brought Together Activists Across Racial Lines," *Texas Standard* (National Public Radio), December 30, http://www.texasstandard.org/stories/texas-robust-civil-rights-movement-brought-together-activists-across-racial-lines/

Justin Martin, "Oral History Project Chronicles Civil Rights Struggle In Texas With People Who Lived It," *KERA News*, November 30, https://www.keranews.org/post/oral-history-project-chronicles-civil-rights-struggle-texas-people-who-lived-it

"Blue Texas," *C-SPAN Book TV*, BookPeople, Austin, Texas, November 21, https://www.c-span.org/video/?418227-2/blue-texas

"Unions After World War II," *C-SPAN Lectures in History*, November 1, https://www.c-span.org/video/?417470-1/unions-world-war-ii

Joy Diaz, "Here's Why the Voices Caught Between the Black/White Binary Aren't in American History Books," *Texas Standard* (National Public Radio), August 12, http://www.texasstandard.org/stories/heres-why-the-voices-caught-between-the-blackwhite-binary-arent-in-american-history-books/

2013    Rhonda Fanning, "How Hillary Clinton Found a Mentor in a Texas Labor Organizer," *Texas Standard* (National Public Radio), July 28, http://www.texasstandard.org/stories/hillary-clinton-found-a-mentor-in-a-texas-labor-organizer/

"Special Panel on New Books," *Sal Castro Memorial Conference on the Emerging Historiography of the Chicano Movement*, University of California, Santa Barbara, Department of Chicana and

Chicano Studies, February 26, *C-SPAN*, https://www.c-span.org/video/?404679-2/chicano-movement-authors (begins at 33:41)

Karen Grigsby Bates, "Mexican-American Vets Ignited Kennedy's Latino Support," *Morning Edition*, National Public Radio, November 21, http://www.npr.org/blogs/codeswitch/2013/11/21/246412894/mexican-american-vets-ignited-kennedys-latino-support

## Newspaper Coverage & Appearances

2025    Drew Broach, "How is Jefferson Parish different from New Orleans? Take a look back over 200 years?" *New Orleans Times-Picayune /The Advocate (NOLA.com)*, March 30, https://www.nola.com/news/jefferson_parish/jeferson-parish-history-bicentennial/article_49a0cc1a-f2eb-11ef-bb24-d3c45e622c42.html

Michael Barnes, "'What a difference we can make': Recalling organizer, educator, entrepreneur José Uriegas," *Austin American-Statesmen*, January 7, https://www.statesman.com/story/news/history/2025/01/07/jose-uriegas-texas-remember-outstanding-mexican-american-leader/76971944007/ (citations)

2024    Michael Hardy, "Meet the Rebel Alliance Taking On the Texas History Establishment," *Texas Monthly*, May 3, 2024, https://www.texasmonthly.com/news-politics/alliance-for-texas-history-rival-tsha/

2022    Eduardo Medina, "In Twilight of Life, Civil Rights Activists Feel 'Urgency to Tell Our History,'" **New York Times**, February 19, 2022, https://www.nytimes.com/2022/02/19/us/civil-rights-movement-oral-history.html

Edward Brown, "Clinging to Power," *Fort Worth Weekly*, January 12, https://www.fwweekly.com/2022/01/12/clinging-to-power/

2021    Edward Brown, "Juneteenth Jubilation," *Fort Worth Weekly*, June 23, https://www.fwweekly.com/2021/06/23/juneteenth-jubilation/

Kaley Johnson, "Critical race theory bill is solution to a problem that doesn't exist, Fort Worth supt. Says," *Fort Worth Star-Telegram*, May 29, https://www.star-telegram.com/news/local/fort-worth/article251701313.html

Sharon Grigsby, "Aledo ninth-graders' 'slave auction' of Black classmates should be a wake-up call to all white parents," *Dallas Morning News*, April 16, https://www.dallasnews.com/news/commentary/2021/04/16/aledo-ninth-graders-slave-auction-of-black-classmates-should-be-a-wake-up-call-to-all-white-parents/

2020    Edward Brown, "Public Safety or Over-Policing?" *Fort Worth Weekly*, November 18, https://www.fwweekly.com/2020/11/18/public-safety-or-over-policing/

Zayna Syed, "Black-owned bookstore in Fort Worth calls recent months of activism 'The Great Awakening,'" *Dallas Morning News*, August 4, https://www.dallasnews.com/arts-entertainment/2020/08/04/black-owned-bookstore-in-fort-worth-calls-recent-months-of-activism-the-great-awakening/

23

Mark Dent, "Younger, diverse Fort Worth takes 'a pivotal turn' in week of George Floyd protests," *Fort Worth Star-Telegram*, June 7, https://www.star-telegram.com/news/local/fort-worth/article243303186.html

"Community Justice Center Arrives," *Fort Worth Weekly*, February 26, https://www.fwweekly.com/2020/02/26/community-justice-center-arrives/

2019    Edward Brown, "On Tap in Fort Worth: Prof. Max Krochmal," *Fort Worth Weekly*, June 17, 2019, https://www.fwweekly.com/2019/06/17/on-tap-in-fort-worth-prof-max-krochmal/

Michael Granberry, "The National Endowment for the Humanities comes to North Texas bearing gifts — to preserve history," *Dallas Morning News*, February 19, 2019, https://www.dallasnews.com/arts-entertainment/architecture/2019/02/19/the-national-endowment-for-the-humanities-comes-to-north-texas-bearing-gifts-to-preserve-history/

Hanaa' Tameez, "What does no citizenship question on census mean for Fort Worth and Tarrant County?" *Fort Worth Star-Telegram*, January 15, 2019, https://www.star-telegram.com/news/local/fort-worth/article224561625.html

2018    Diane Smith, "There is a national push for Latino studies. Fort Worth schools are leading the way," *Fort Worth Star-Telegram*, September 19, 2018, https://www.star-telegram.com/news/local/education/article218346990.html

Edward Brown, "Separate & Unequal: A city-appointed task force documents systemic racism in Fort Worth and offers a way forward," *Fort Worth Weekly*, June 27, 2018, https://www.fwweekly.com/2018/06/27/separate-unequal/

Hanaa' Tameez, "Pauline Gasca Valenciano, a legacy of activism and public service in Fort Worth," *Fort Worth Star-Telegram*, June 15, 2018, https://www.star-telegram.com/news/local/community/fort-worth/article213101339.html

Sarah Smith, "About 70 percent of TCU students are white. And the black ones? Most are athletes," *Fort Worth Star-Telegram*, April 12, 2018, http://www.star-telegram.com/news/local/education/article207914819.html

Diane Smith, "Meet the post-millennials who want adults to make Texas schools safer," *Fort Worth Star-Telegram*, March 16, 2018, http://www.star-telegram.com/news/local/education/article204859869.html

2017    Jeff Caplan, "Trump vs. the NFL: Did anyone win? Was anything accomplished?" *Fort Worth Star-Telegram*, September 30, 2017, http://www.star-telegram.com/news/local/article176379751.html

Mitch Mitchell and Diane Smith, "Immigrant Allies to Fort Worth City Leaders: 'You Should Care About SB 4,'" *Fort Worth Star-Telegram*, June 20, 2017, http://www.star-telegram.com/news/local/community/fort-worth/article157272864.html

Tasneem Raja, "After Trump, East Texas Progressives Are 'Coming Out of the Woodwork,'" **Texas Observer**, April 5, 2017, https://www.texasobserver.org/after-trump-east-texas-progressives-are-coming-out-of-the-woodwork/ (originally printed in *Tyler Loop*)

2016    Diane Smith, "Fort Worth's Opal Lee has step-by-step plan to highlight Juneteenth," *Fort Worth Star-Telegram*, August 31, 2016, http://www.star-telegram.com/news/local/community/fort-worth/article99107727.html

Bud Kennedy, "How Reagan's 'Make America Great Again' became a Trump takeaway," *Fort Worth Star-Telegram*, July 20, 2016, http://www.star-telegram.com/opinion/opn-columns-blogs/bud-kennedy/article90636182.html

Julie Garcia, "Two students conduct civil rights research in Corpus Christi," *Corpus Christi Caller Times*, June 15, 2016, http://www.caller.com/news/local/two-students-conduct-civil-rights-research-in-corpus-christi-34edbdf9-75a4-1cff-e053-0100007f8b7b--383032941.html (on *Civil Rights in Black and Brown Oral History Project*).

Sandra Baker, "Fort Worth Hispanics call for big changes before 2017 election," *Fort Worth Star-Telegram*, January 28, 2016, http://www.star-telegram.com/news/local/article57122808.html

2015    Diane Smith, "Refugees in Fort Worth learn about Thanksgiving traditions," *Fort Worth Star-Telegram*, November 26, 2015, http://www.star-telegram.com/news/local/community/fort-worth/article46480885.html

Mercedes Olivera, "Oral history project to preserve stories of Latinos in Fort Worth," *Dallas Morning News*, September 26, 2015, http://www.dallasnews.com/news/columnists/mercedes-olivera/20150925-oral-history-project-to-preserve-stories-of-latinos-in-fort-worth.ece

Jeff Prince, "Fort Worth Documenting Its Latino History," *Fort Worth Weekly*, September 25, https://www.fwweekly.com/2015/09/25/fort-worth-documenting-its-latino-history/

Diane Smith, "Oral histories of Fort Worth's Hispanic communities sought," *Fort Worth Star-Telegram*, September 13, 2015, http://www.star-telegram.com/news/local/community/fort-worth/article35061657.html

Editorial Board, "The human side of history," *Fort Worth Star-Telegram*, July 30, 2015, http://www.star-telegram.com/opinion/editorials/article29469856.html

Diane Smith, "Civil-rights history project gets $200,000 grant," *Fort Worth Star-Telegram*, July 29, 2015, http://www.star-telegram.com/news/local/community/fort-worth/article29173057.html

2013    Ronnie Dugger, "Lawrence Goodwyn, A Man of Words and Ideals," *Texas Observer*, November 7, 2013, http://www.texasobserver.org/man-words-ideals/

William Yardley, "Lawrence Goodwyn, Historian of Populism, Dies at 85," *New York Times*, October 4, 2013, http://www.nytimes.com/2013/10/05/us/lawrence-goodwyn-historian-of-populism-dies-at-85.html

Jesse Washington, "Fears over Zimmerman Verdict Riots Prove Overblown," *Associated Press*, July 24, 2013, http://www.jessewashington.com/no-trayvon-riots.html

2012        Eli Magana, "1968 Sanitation Strikers Speak to Young Activists," *AFSCME Now*, January 13, 2012, https://www.afscme.org/now/archive/blog/1968-sanitation-strikers-speak-to-young-activists

# Teaching and Mentoring

## International & Study Abroad

**Innsbruck, Austria - UNO-Innsbruck International Summer School**
"Europe in the American Century: Comparative Political Economy," Summer 2026
"History of Soccer and Society," Summer 2026
"Human Rights," HIST 2991.2, Summer 2024

**Syracuse, Sicily, Italy - TCU Global Academy**
"Human Rights and Migration," INTL 30341 and INTL 30342, Texas Christian University, Summer 2022 (co-taught with Tracy Rundstrom Williams and Nicolas Albanese).

**Mexico City – Fulbright U.S. Studies Chair**
"Relaciones Internacionales México-Estados Unidos – The Mexican American Experience," RI 6466X, Departamento de Estudios Internacionales, Universidad Iberoamericana, Ciudad de México, Spring 2022

**South Africa (Pietermaritzburg and Cape Town)**
"Documenting and Engaging Movements for Social Change (DEMOSC)," *DukeEngage,* Duke University, Summer 2008 (non-credit experiential learning; co-taught with William Chafe, Robert Korstad, and Rachel Seidman).

## Regular Courses Taught

**University of New Orleans**
HIST 1010 – Intro African American History
HIST 2051 – US History I
HIST 3552 – African American History (since 1860)
HIST 4555/5555 – The Civil Rights Era
HIST 6008 – Public History
HIST 6603 – Research in New Orleans History
JUST 6980 – Labor Studies
JUST 7020 – Preparation for Comprehensive Exam
JUST 7030 – Justice Studies Prospectus

**Texas Christian University**
CRES 30803 – TCU Justice Journey (cross-listed with HIST 30823/30833)
CRES 40003 – Comparative Race and Ethnic Studies Capstone Seminar

HIST 10613 – U.S. History: A Survey Since 1877
HIST 10703 – The African-American Experience Since 1619
HIST 10713 – Multicultural America Survey
HIST 10723 – History of Latinas/os in the United States (Fall 2022)
HIST 30613 – History of Working People in America
HIST 30803 – Recent U.S. Urban History: Race, Space, and Community Activism

HIST 30813 – Oral History Field Research
HIST 30823 – Latino/a Civil Rights Struggles, in combination with the *TCU Justice Journey*
HIST 30833 – The Civil Rights Movement, in combination with the *TCU Justice Journey*
HIST 49963 – History Major Seminar in U.S. History: Texas Labor Archives

HIST 70603 – Graduate Seminar: Emerging Historiography II, U.S. since 1865
HIST 70603 – Graduate Seminar in U.S. History: Readings in Black and Latinx Civil Rights
HIST 80603 – Research Seminar in U.S. History: 20th Century Race, Class, and Gender
HIST 80603 – Research Seminar in U.S. History: Urban History
HIST 80603 – Graduate Oral History Research Seminar

HNRS 20503-670 – Cultural Contact Zones: Oral History Field Research, Fall 2015

**Other Institutions**
Introduction to Oral History," Center for Documentary Studies, Duke University, Spring 2011 (cross-listed in History).
"The American West," Department of History, North Carolina State University, Fall 2010.
"Gateway Seminar: Social Movements," Department of History, Duke University, Fall 2010.
"Western U.S. History," Department of History, Duke University, Summer Session Term I 2009.
"Behind the Veil: Methods. African American Oral History and the Jim Crow South," Center for Documentary Studies, Duke University, Spring 2009


## Student Advising and Mentoring
**Completed Doctoral Dissertations Directed (as Chair)**
Cecilia Sánchez Hill, "Brown Erasure: Mexican Americans and the Teaching of History in Cold War Texas" (Texas Christian University, 2024).
Moisés Acuña Gurrola, "Reform, Train, Rehabilitate: The History of Juvenile Incarceration in Texas, 1883 – 1979" (Texas Christian University, 2022). Dr. Gurrola is Assistant Professor of History, California State University, Bakersfield.
Katherine Bynum, "Civil Rights in the 'City of Hate': Grassroots Organizing Against Police Brutality in Dallas, Texas, 1935-1990" (Texas Christian University, 2020). Dr. Bynum is Assistant Professor of History, Arizona State University.


**Completed Master's Degrees Directed (as Chair)**
Erleen Ellis, "'Rest if you must, but don't quit': Black Women's work and welfare in the New Orleans Welfare Rights Organization, 1970s-1990s" M.A. thesis in History, University of New Orleans, 2025
Erica P. Martinez, MA, Justice Studies (non-thesis), 2025
Nathalie Dupont, MA, Justice Studies (non-thesis), 2024
Shelby Thibodaux, "The Desegregation of Schools in Thibodaux, Louisiana, 1954-1970," M.A. thesis in History, University of New Orleans, 2024.
Briana Salas, 2022 (non-thesis examination). Ms. Salas is now a doctoral student at University of Illinois, Chicago.
Brittany R. White, "*Jose Cisneros v. Corpus Christi Independent School District*: Mexican Americans, African Americans, and the Failed Promise of the Desegregation of Schools," M.A. thesis, TCU, 2017. Winner of Distinguished Masters' Thesis Award, TCU (campus-wide), awarded Spring 2018.
Osmin Hernandez, "*Justicia* for Santos!: Mexican American Civil Rights and the Santos Rodríguez Affair in Dallas, Texas, 1969-1978," M.A. thesis, TCU, 2016.
Zachary Adams, "'American in Name, in Deed, in Truth, and in Fact': The Multiple Meanings of Ethnic Mexican Citizenship in the United States from 1910 to 1930," M.A. thesis, TCU, 2012. Mr. Adams received a fellowship to pursue a Ph.D. at Southern Methodist University.

**Justice Studies Ph.D. Advisees, UNO (as Primary Advisor / Chair)**
Erica P. Martinez (in progress)
Sarah Stickney Murphy (in progress)

**Justice Studies Ph.D. Graduate Coordinator**
Preliminary advisor for 39 students

**History Ph.D. Advisee, Texas Christian University (as Primary Advisor / Chair)**
Justin Jolly, entered Ph.D. program in fall 2019 (ABD)

**History M.A. Advisees, UNO (as Chair)**
Faith Carr (in progress, 2026)
Nathan Bergmann-Dean (in progress, 2026)

**UNO Committee Membership - History M.A.**
Sam Bruce, 2024
Yvette Rubio, 2024
Jordan Hammon, 2023
Kristina M. Smith, 2023

**External Membership on Graduate Committees**
Eladio Bobadilla, Ph.D., History, Duke University, 2019
Emmet Gillespie, Ph.D., History, University of Sydney, Australia, 2019

**TCU Graduate Committee Membership – Ph.D.s**
Leah LaGrone Ochoa, History, 2021
Tasha C. Ginn, Educational Leadership, Ed.D., TCU, 2021
James Chase Sanchez, English (Rhetoric & Composition), TCU, 2017
Meredith May, History, TCU, 2017
Beth Hessel, History, TCU, 2015
R. Jeff Wells, History, TCU, 2014
Jensen Branscombe, History, TCU, 2013
David Grua, History, TCU, 2013
Joseph Stoltz, History, TCU, 2013

**TCU Graduate Committee Membership – Master's**
Zsófia Hutvagner, History, TCU, 2020
Katherine Kaitcer, History, TCU, 2020
Janelle Montgomery, Art History, College of Fine Arts, TCU, 2017
Nicholas Vail, History, TCU, 2016
Joseph Schiller, History, TCU, 2016
Richard A. Thomas, Master's in Theology, Brite Divinity School, 2015
Chloe Anderson, Curriculum Studies, College of Education, TCU, 2014
Jonathan Jones, History, TCU, 2013
Scarlet Jernigan, History, TCU, 2012
Meredith May, History, TCU, 2012
Teresa Powers Stephenson, Curriculum Studies, College of Education, TCU, 2012

**Undergraduate Students and Research Projects**

Advisor, Jordan Thomas, "The French Truck Union Drive," Privateer Undergraduate Research & Scholarly UNO Experience, Tolmas Scholars Program, University of New Orleans

Instructor, CRES Capstone Seminar, fall 2019

Advisor for Comparative Race and Ethnic Studies (CRES) Major, Minor, and Emphasis students, since spring 2017

Advised 9 undergraduate students as they completed research and websites for the *Texas Communities Oral History Project* and presented their three small-group projects at a community dinner on December 9, 2015.  More than 75 people attended.

Advised 7 History majors in completing independent research projects for the History Major Seminar.  Under my supervision, all 7 students presented at the *Texas Center for Working-Class Studies* conference, Collin College, April 10, 2015.

Provided ongoing mentoring and career/graduate school placement assistance for Adam Powell and Andrew Pennison, two history majors, and Abel Perez-Arita and Samantha Koehler, students in HIST 40873, 2015-2016.

Provided mentoring for Kortnie Maxoutopolis and Kenneth Lott, two of my students in HIST 40873 (May 2014), as they prepared a presentation for the *Race, Ethnicity, and Place* conference.

Provide informal advising for TCU undergraduates and recent graduates, including Caleigh Prewitt, Miles Davison, Wynton Brown, Janette Quezada, Pearce Edwards, Dillon White, Melissa Morales, and Jonathan Davis.

Advisor for undergraduate research paper: Risa Isard, "The ALFA Female: Sexuality & Separatism, Coalition Building & Counterculture in the Atlanta Lesbian Feminist Alliance," Duke University, winner of Chester P. Middlesworth Award, David M. Rubenstein Rare Books and Manuscripts Library, Duke University, 2010-2011.

## Grants Received for Teaching

Instructional Development Grant (second author to Dr. Emily Farris), TCU, 2016-2017, $3,600, for "TCU Justice Journey: Latino/a Civil Rights Struggles."

Creativity and Innovation in Learning Grant Program, AddRan College of Liberal Arts, TCU, 2015-16, $2,500, for "African American Studies and Critical Race and Ethnic Studies."

Faculty Service-Learning Grant, Center for Community Involvement and Service-Learning, TCU, 2012-2013, $1,000.

Faculty Service-Learning Grant, Center for Community Involvement and Service-Learning, TCU, 2011-2012, $1,000. *Declined.*

# Service

## Editing & Peer-Review Activity

| | |
|---|---|
| 2021- | Book manuscript reviewer, University of Pennsylvania Press |
| 2018- | Book manuscript reviewer, University of North Carolina Press (Justice, Power, and Politics; David J. Weber Series in the New Borderlands History; general list) |
| 2018- | Board of Contributing Editors, *Labor: Studies in Working-Class History* |
| 2015- | Editorial Board, *U.S. Latina & Latino Oral History Journal* |
| 2016- | Book manuscript reviewer, University of Texas Press (Historia USA; general list) |

| 2025 | Article manuscript review, *Journal of Texas History* |
|---|---|
| 2023 | Article manuscript review, *Journal of African American History* |
| 2021-23 | Selection and Assessment Team, National Writing Project, "Building a More Perfect Union: Pandemic Recovery Grants for Humanities Organizations," Grantmaking Award, **National Endowment for the Humanities** /American Rescue Plan, $3,131,435. |
| 2022 | Collaborative Research Grants Review Panelist, National Endowment for the Humanities, Division of Research Programs |
| | Interview Panel, Fulbright-García Robles Fellowships, Comisión México Estados Unidos para el Intercambio Educativo y Cultural (COMEXUS). |
| 2021 | Manuscript reviewer: Lorrin Thomas, Lees Seminar, Department of History, Rutgers University, Camden, March 26. |
| | Manuscript reviewer: Tiffany J. González, Bonquois Postdoctoral Fellow in Women's History, Newcomb Institute, Tulane University, February 5. |
| 2012-2020 | Reviewer for fellowship book manuscript workshops, Clements Center for Southwest Studies, Southern Methodist University (eight reviews) |
| 2020 | Peer reviewer, *Modern American History* |
| 2018 | Peer reviewer, *Journal of American Ethnic History* |
| 2016 | Media Projects Panel, National Endowment for the Humanities |
| 2014 | Peer reviewer, *Journal of the West* |
| | Peer reviewer, *Journal of Civil and Human Rights* |

**Tenure and Promotion Reviews**

University of South Alabama (promotion to full)
Texas State University
American University (promotion to full)
Texas A&M International University
SUNY – Stony Brook
Ithaca College

## Service to the Profession & Memberships

**Southern Labor Studies Association**

Past President, 2024-2026
President, 2022-24 / planned 2024 Conference, Chattanooga, Tennessee
Vice-President, 2021-22
Robert H. Zieger Essay Prize Committee, 2014-2022
Graduate Student Workshop reviewer, 2020
Member of Executive Board, 2012-2014

Program Committee, 2013 Biennial Meeting, New Orleans
Communications Committee, 2011-2014
Graduate Committee Chair & Executive Board, 2009-2011
**Organization of American Historians**
**OAH Distinguished Lecturer, 2021-**
Chair, Liberty Legacy Foundation Award Committee, 2023-24
Committee on Committees, 2020-2022
Program Committee, 2021 Annual Meeting, Chicago (held virtually) / organized three sessions, including
one featuring local community organizers
Candidate for Nominating Board, 2019 (not elected)
Liaison to LAWCHA, 2016-2019
**Labor and Working-Class History Association (LAWCHA)**
Candidate, Board of Directors, 2025-2028 (pending election)
Editorial board of *LABOR: Studies in Working-Class History*, 2018-present
Program Committee & Liaison to Organization of American Historians, 2016-2020 / organized six
sessions for 2020 OAH, two for 2019; five for 2018; two for 2017
Board of Directors, 2014-2017
Membership Committee and Texas State Organizer, 2014-2017
Program Committee, Conference at Georgetown University, May 2015
Social Media Committee, 2013-2016
Chair, Graduate Student Committee 2009-2011
Executive Secretary, 2006-2007
**Oral History Association**
Stetson Kennedy Vox Populi Award Committee, 2016-2018
Diversity Committee, 2013-2016
Program Committee, 2013 Annual Meeting, Oklahoma City
Scholarships Committee, 2013
**Association for the Study of African American Life and History (ASALH)**
Treasurer, Charles Deslondes Branch, New Orleans, 2024-2025
Charter Member (Reinstatement), Charles Deslondes Branch, New Orleans, 2024
Charter Member, W. Marvin Dulaney Branch, Dallas-Fort Worth, 2013
**Texas State Historical Association**
Coral Horton Tullis Memorial Prize Committee, 2017-18 and 2018-19
Organized panel for 2016 Annual Meeting, Irving
Program Committee, 2015 Annual Meeting, Corpus Christi
**Memberships**
African American Intellectual History Society
Alliance for Texas History
American Historical Association / Pacific Coast Branch
American Studies Association
Southern Historical Association
Western History Association


# Service to UNO
**Service to the Department of History**
Graduate Faculty, 2022-


**College Service**
Director and Graduate Coordinator, Justice Studies, 2022-
Interim Chair, Division of Social Inquiry, Spring-Summer 2025
Chair, Ad Hoc Committee on Compensation for Graduate Instruction, 2023-2024

COLAEHD Administrative Group (Chair's & Directors), 2022-2025
Retention, Tenure, and Promotion Committee, 2022-2025

**University Service**
Faculty Senate, 2024-2027
      Administrative Affairs Committee, 2025-
      Budget Committee, 2024-2025
Fulbright U.S. Student Scholars Interview Panel, Fall 2022
Advisory Committee, School of Interdisciplinary Studies, 2022

## Service to TCU (2011-2022)
**Service to the Department of History**
Advisory Committee, 2021-2022
Chair, African American History Search Committee, 2019-2020
Graduate Committee, 2015-2019, 2020-2021
Diversity Committee, 2017-2018
Modern Mexico Search Committee, 2017-2018
Borderlands History Search Committee, 2015-2016
Dissertation Fellowship Committee, 2015
Benjamin Schmidt Professorship in War, Conflict, and Society Search Committee, 2014-2015
Ad Hoc Committee on the Portfolio System for Admission to Ph.D. Candidacy, 2012-2013
Observation of graduate student instructors, 2012-2013

**College Service**
Dean's Leadership Council, School of Interdisciplinary Studies, Spring 2019-2020
Academic / Curriculum Committee, School of Interdisciplinary Studies, Spring 2019-2020
Administrative Fellow, Office of the Dean, AddRan College of Liberal Arts, TCU, 2016-2017
Faculty Committee, TCU Center for Urban Studies, 2014-present
Founder and Coordinator, Annual TCU Cesar Chavez Day Celebration, 2015-present
---Keynote Address by John Morán Gonzalez, April 9, 2018
---"TCU Justice Journey Student Presentations," March 29, 2017
---*Viva Mi Historia* and *Latino Fort Worth*, March 30, 2016, in partnership with the City of Fort Worth
---Keynote Address by Jose Angel Gutierrez, TCU, April 1, 2015
Planning Committee for *Race, Ethnicity, and Place VII*, inter-disciplinary conference hosted by TCU's AddRan
      College of Liberal Arts, Fort Worth, October 2014.

**University Service**
Founding Director/Chair, Department of Comparative Race and Ethnic Studies, 2015-2020 (elevated to
      departmental status and housed in School of Interdisciplinary Studies, 2018-2020)
Panelist, *Selma: Movie Screening & Discussion*, Common Reading and Schieffer College, Fall 2021
Faculty Appeal Hearing Committee (Promotion), Fall 2021
Peer reviewer, Race Relations Initiative Draft Report, Spring 2021.
Faculty Advisory Board, Ronald E. McNair Post-Baccalaureate Achievement Program, starting spring 2020
Diversity, Equity, and Inclusiveness (DEI) Committee, 2016-2019
Selection Committee, inaugural Associate Vice-Provost and Dean, School of Interdisciplinary Studies, 2018.
Interdisciplinary Studies Task Force, 2017-2018
DEI Sub-Committee on Faculty and Staff Recruitment and Retention, 2016-2019
DEI Sub-Committee on Curriculum, 2017-2019
DEI Sub-Committee on Bias Response Team, 2016-2017
Ad Hoc Committee on Status of Research, 2016-2018
Instructional Development Grant Committee, 2014-2017
Faculty Senate, 2014-2017

Faculty Relations Committee, 2014-2017
TCU Diversity Commission, 2015-2016, and co-chair of its Curriculum Committee
Honors College Lecturer Search Committee, Spring 2016
Featured in TCU "Dreamers, Doers, and Trailblazers" marketing campaign, 2015-2016
Planned campus visit of Heather Ann Thompson, sponsored by Honors College, April 2015.
Honors College Thesis Preparation Course Curriculum Committee, 2015 (spring and fall)
Search Committees, Associate Director, Center for Community Involvement and Service Learning, Division of Student Affairs, Fall 2012 (failed) and Spring-Summer 2013 (successful).
Faculty participant / interviewer in Search for Director, TCU Leadership Center, Student Development Services, Division of Student Affairs, August 2012.
Diversity Commission, Division of Student Affairs, 2011-2012
Service-Learning Quality Enhancement Plan Proposal Committee, 2011-2012


**Community Service & Consulting**
Labor South: Center for Working Class Studies, Advisory Board, 2025-
United Fort Worth, 2017-2022
Tarrant 4 Change, Founding Board Member, 2022
Fort Worth Independent School District Racial Equity Committee, 2016-2021 (co-chair, 2017-21).
Advisory Council, Fund to Advance Racial Equity, North Texas Community Foundation, 2020-2022
Historians of Latino Americans (HOLA) Tarrant County, founding member, 2019-2022
Cesar Chavez Committee of Tarrant County, 2013-2022
Board of Directors, People's History in Texas, Inc., Austin, 2013-present
Tarrant County Black Historical & Genealogical Society, member, 2012-2022
Department of Diversity & Inclusion (previously Human Relations Unit), City of Fort Worth, consultant and researcher, panelist for *Movies that Matter* film screenings, 2013-2022

# Previous Professional Experience

Graduate Student Instructor and Adjunct Professor, Center for Documentary Studies and Department of History, Duke University, 2009-2011 (four courses as instructor of record)
Lecturer, North Carolina State University, Raleigh, 2010 (one course)
On-the-Ground Coordinator, "Documenting and Engaging Movements for Social Change," *DukeEngage* program in South Africa, Duke University, 2010
Research Associate, *Behind the Veil: Documenting African American Life in the Jim Crow South*, Center for Documentary Studies, Duke University, 2007-2010
Labor and Working-Class History Association (LAWCHA), Executive Secretary, 2006-2007
Political Action Organizer, Service Employees International Union (SEIU) Research Department (contracted through Prewitt Organizing Fund), 2006
Worksite Organizer, SEIU Local 715 (now 521), San Jose, California, 2004-2005
Organizer, SEIU Local 250 (now UHW), Oakland, San Jose, and Salinas, California, 2003
Organizing Intern, SEIU Local 415 (now 521), Santa Cruz, California, 2003
Intern / Researcher, *Federación Nacional de Campesinos e Indígenas Libres del Ecuador* (Ecuadorian Banana Workers' Union *FENACLE*), Guayaquil, Ecuador, 2002