EXHIBIT 1 - Pinckney CV

# Jonathan Pinckney

Cecil H. Green Hall, 3.824                                    jonathan.pinckney@utdallas.edu
University of Texas at Dallas, Richardson, TX                    www.jonathanpinckney.com

## Employment

**University of Texas at Dallas**
*Assistant Professor of Political Science*                          August 2023 - Present

**The Horizons Project**
*Director of Research*                                    September 2022 – June 2023

**United States Institute of Peace**
*Senior Researcher*                                    December 2020 – September 2022
*Program Officer*                                     December 2019 – December 2020

**Norwegian University of Technology and Science**
*Post-Doctoral Research Fellow*                              March 2018 – December 2019

**University of Denver,**
**Sie Cheou-Kang Center for International Security and**
**Diplomacy**
*Research Fellow*                                              2014-2018

## Education

**University of Denver**
*PhD in International Studies*                                  2014 – 2018
*M.A. in International Studies*                                 2012 – 2014

**Gordon College**
*B.A. in International Affairs*                                  2004 – 2008

## Books

1.  2020    **Pinckney, Jonathan**. *From Dissent to Democracy: The Promise and Perils of Civil Resistance Transitions*. New York, NY: Oxford University Press.

## Peer-Reviewed Journal Articles

[GS] denotes graduate student co-author

17.  2025    **Pinckney, Jonathan**. "Turning Protest into Power: How the Women's March Worked." *Social Forces* (Forthcoming)

16.  2025    Cebul, Matthew and **Jonathan Pinckney**. "Nonviolent Alternatives Reduce External Support for Rebel Groups: Evidence from Two Cross-National Survey Experiments." *Journal of Peace Research* (Forthcoming)

15.  2024    **Pinckney, Jonathan** and Claire Trilling[GS]. "[Breaking Down Pillars of Support for Democratic Backsliding](.)" *Mobilization: An International Quarterly*.

14.  2024  Bogati, Subindra, Titik Firawati[GS]; **Jonathan Pinckney**, and Ches Thurber. "How Civil Resistance Advances Inclusive Democracy." *Perspectives on Politics* (OnlineFirst).

13.  2023  Dahlum, Sirianne, **Jonathan Pinckney** and Tore Wig. "Moral Logics of Support for Nonviolent Civil Resistance: Evidence From a Cross-National Survey Experiment." *Comparative Political Studies* 56(3): 326-362.

12.  2023  **Pinckney, Jonathan.** "Close but Not Too Close: Opposition Network Strategy and Democratization in Zambia." *Social Movement Studies* 22(1): 99-121.

11.  2022  Butcher, Charles and **Jonathan Pinckney.** "Friday on my Mind: Re-Assessing the Impact of Protest Size on Government Concessions." *Journal of Conflict Resolution* 66(7-8): 1320-1355.

10.  2022  **Pinckney, Jonathan**, Charles Butcher, and Jessica Maves Braithwaite. "Organizations, Resistance and Democracy: How Civil Society Organizations Impact Democratization." *International Studies Quarterly* 66(1) 1-14.

9.  2022  **Pinckney, Jonathan** and Babak RezaeeDaryakenari. "When the Levee Breaks: An Ensemble Forecasting Model of Violent and Nonviolent Dissent." *International Interactions* 48(5): 997-1026

8.  2022  Butcher, Charles, Jessica Maves Braithwaite, **Jonathan Pinckney**, Eirin Haugseth[GS], Ingrid Vik Bakken[GS], and Marius Swane Wishman[GS] "Introducing the Anatomy of Resistance Campaigns Dataset." *Journal of Peace Research* 59(3): 449-460.

7.  2021  **Pinckney, Jonathan** and John Joseph Chin. "Activists Against Autocrats: TSMO Networks and Democracy Diffusion." *Frontiers in Political Science* 92.

6.  2021  Belgioioso, Margherita, Jessica di Salvatore, and **Jonathan Pinckney**. "Tangled Up in Blue: The Effect of UN Peacekeeping on Nonviolent Protests in Post-Civil War Countries." *International Studies Quarterly* 65(1): 1-15.

5.  2021  Bethke, Felix and **Jonathan Pinckney.** "Nonviolent Resistance and the Quality of Democracy." *Conflict Management and Peace Science* 38(5): 503-523.

4.  2020  **Pinckney, Jonathan** and Miranda Rivers[GS]. "Sickness or Silence: Social Movement Adaptation to COVID-19." *Journal of International Affairs* 73(2): 23-42.

3.  2020  **Pinckney, Jonathan.** "Curving the Resource Curse: Negative Effects of Oil and Gas Revenue on Nonviolent Resistance Campaign Onset." *Research & Politics* 7(2).

2.  2018  Chenoweth, Erica, **Jonathan Pinckney**, and Orion Lewis. "Days of Rage: Introducing the NAVCO 3.0 Dataset." *Journal of Peace Research* 55(4): 534-544.

1.  2015  Chenoweth, Erica, Joel Day, and **Jonathan Pinckney.** "Collecting Data on Nonviolent Action: Lessons Learned and Ways Forward," *Journal of Peace Research*, 52(1):129-133.

## Book Chapters

5.  2022  **Pinckney, Jonathan.** "Civil Resistance: Theorizing the Force of Nonviolent Action." in *Routledge Handbook of Social Change,* ed. Richard Ballard and Clive Barnett. New York, NY: Taylor & Francis.

4. 2021  **Pinckney, Jonathan.** "Nonviolent Resistance, Social Justice, and Positive Peace." in *The Springer Handbook of Positive Peace* ed. by Katerina Standish, Heather Devere, Rachel Rafferty, and Adan Suazo. New York, NY: Springer Publishing.

3. 2020  **Pinckney, Jonathan.** "Donning the Velvet: Nonviolent Resistance in the 2018 Armenian Revolution." in *Armenia's Velvet Revolution: The Decline and Defeat of Authoritarianism* ed. By Anna Ohanyan and Laurence Broers. London, UK: I.B. Tauris.

2. 2016  McCarthy, Eli and **Jonathan Pinckney.** "Best Practices in Unarmed Civilian Protection in Israel/Palestine." in *Wielding Nonviolence in the Midst of Violence: Case Studies of Good Practices in Unarmed Civilian Protection* ed. by Ellen Furnari. Wahlenau, Institute for Peace Work and Nonviolent Conflict Transformation.

1. 2015  Chenoweth, Erica and **Jonathan Pinckney.** "Insurgency," in James D. Wright, ed. *International Encyclopedia of the Social and Behavioral Sciences* 2nd Edition (Elsevier)

## Peer-Reviewed Reports

14. 2025  **Pinckney, Jonathan** and Humza Khan[GS]. "Repairing Democratic Backsliding. Six Strategies for Higher Education." Baltimore, MD: SNF Agora Institute at Johns Hopkins University (Forthcoming)

13. 2023  Hassen, Suha[GS] and **Jonathan Pinckney**. "Overcoming the Challenge of Transitional Mobilization." *Peaceworks*. Washington, DC: US Institute of Peace.

12. 2022  Jackson, Jaime, **Jonathan Pinckney**, and Miranda Rivers[GS]. "External Support for Nonviolent Action: An Evidence Review." Washington, DC: US Institute of Peace.

11. 2022  **Pinckney, Jonathan.** "Promoting Peace and Democracy After Nonviolent Action Campaigns." *Peaceworks*. Washington, DC: US Institute of Peace.

10. 2022  Cebul, Matthew, and **Jonathan Pinckney** "Nonviolent Action in the Era of Digital Authoritarianism: Hardships and Innovations." *Special Report*. Washington, DC: US Institute of Peace.

9. 2021  **Pinckney, Jonathan**, Michael Niconchuk, and Sarah Ryan. "Motives, Benefits, and Sacred Values: Examining the Psychology of Nonviolent Action and Violent Extremism." *Peaceworks*. Washington, DC: US Institute of Peace.

8. 2021  **Pinckney, Jonathan** and Miranda Rivers[GS]. "Precarity and Power: Reflections on Women and Youth in Nonviolent Action." *Peaceworks*. Washington, DC: US Institute of Peace.

7. 2021  Cebul, Matthew and **Jonathan Pinckney**. "Digital Authoritarianism and Nonviolent Action: Challenging the Digital Counterrevolution" *Special Report*. Washington, DC: US Institute of Peace.

6. 2021  Dudouet, Veronique and **Jonathan Pinckney**. "Nonviolent Action and Transitions to Democracy: The Impact of Inclusive Dialogue and Negotiation," *Peaceworks*. Washington, DC: US Institute of Peace.

5. 2021  **Pinckney, Jonathan.** "How to Win Well: Civil Resistance Breakthroughs and the Path to Democracy." *Special Report*. Washington, DC: International Center on Nonviolent Conflict.

4. 2020  **Pinckney, Jonathan**. "Setting the Stage for Peace Processes: The Role of Nonviolent

Movements." in *Accord 29: Pioneering Peace Pathways – Making Connections to End Violent Conflict.* London, UK: Conciliation Resources

3.  2018  **Pinckney, Jonathan.** *When Civil Resistance Succeeds: Building Democracy After Popular Nonviolent Uprisings.* Washington, DC: International Center on Nonviolent Conflict

2.  2017  Chenoweth, Erica, Kyleanne Hunter, Pauline Moore, Tricia Olsen, **Jonathan Pinckney**, and Heidi Reynolds-Stenson. "Struggles from Below: Literature Review on Human Rights Struggles by Domestic Actors." Washington, DC: United States Agency for International Development Democracy Fellows and Grants Program.

1.  2016  **Pinckney, Jonathan**. *Making or Breaking Nonviolent Discipline: How Nonviolent Commitment is Created and Sustained by Civil Resistance Movements.* Washington, DC: International Center on Nonviolent Conflict

## Awards and Grants

14.  2025  Principal Investigator. "Who Overturns Nonviolent Revolutions?" UT Dallas School of Economic, Political and Policy Sciences Special Research Fund (**$4,500**)

13.  2025  Principal Investigator. University of Texas at Dallas Undergraduate Research Apprenticeship Program (**$4,500**)

12.  2024  Principal Investigator. "Democracy Institutes and Repairing Democratic Backsliding." SNF Agora Institute, Johns Hopkins University (**$28,354**).

11.  2023  Co-Principal Investigator. "Civil Resistance as a Pathway to Inclusive Democratization" (With Ches Thurber) National Democratic Institute Democracy Assistance in Transition (DAT) Working Group (**$7,500**).

10.  2022  Principal Investigator. "Mapping Pillars of Support for Authoritarianism." Democracy Fund Just and Inclusive Society Program (**$50,000**).

9.  2022  Principal Investigator. "Countering Autocratization Through Support for Nonviolent Action." Inter-Agency Agreement, United States Department of State, Bureau of Democracy, Human Rights, and Labor, 2022-2024 (**$998,000**).

8.  2020  Principal Investigator, "New Frontiers in the Study of Nonviolent Action." Inter-Agency Agreement, United States Agency for International Development Democracy, Human Rights, and Governance (DRG) center, 2020-2022 (**$999,702**).

7.  2019  Principal Investigator, "The Power of Protest" Norwegian University of Science and Technology Strategic Research Grant (**150,000 NOK ~ $13,000**).

6.  2017  International Center on Nonviolent Conflict PhD Dissertation Research Fellowship (**$10,245**).

5.  2016  Co-Investigator, "Human Rights and 'Pressure from Below'" (With Erica Chenoweth, Kyleanne Hunter, Pauline Moore, Tricia Olsen, and Heidi Stetson-Reynolds) United States Agency for International Development Democracy, Human Rights, and Governance (DRG) Research and Innovation Grants (**$52,000**).

4.  2015  Principal Investigator, "Explaining Nonviolent Discipline in Civil Resistance Campaigns" International Center on Nonviolent Conflict Research Monograph Grant (**$5,000**).

3.   2015   Co-Investigator, "Best Practices in Unarmed Civilian Protection in Israel/Palestine," (with Eli McCarthy) Sie Cheou-Kang Center for International Security and Diplomacy (**$3,800**).

2.   2014   PhD Fellowship, Josef Korbel School of International Studies, University of Denver

1.   2012   Sie Cheou-Kang Fellowship, Josef Korbel School of International Studies, University of Denver.

## Manuscripts in Progress (Selected)

8.   Amat, Consuelo, **Jonathan Pinckney,** and Jawhara Kanu. "How Civil Resistance Works: A Randomized Controlled Trial of Training in Nonviolent Action and Peacebuilding in Sudan." (*Conditionally Accepted at Nature Human Behavior*)

7.   Elmore, Naela[GS], Kashmiri Medhi, Giuseppe Peressotti[GS], and **Jonathan Pinckney.** "Mapping the ROAD to Democracy: A Global Dataset of Overturning Attempts and Organizations in Civil Resistance Transitions." (*Revise and Resubmit at Journal of Peace Research*)

6.   Cebul, Matthew, **Jonathan Pinckney**, and Brandon Sims. "Lifting the Fog of Nonviolent War: How Protest Movements Signal Peacefulness." (*Revise and Resubmit at American Journal of Political Science*)

5.   Bethke, Felix, **Jonathan Pinckney,** and Jonas Wolff. "Supporting Protest or Repression During a Pandemic: The Suspension of Ideological Preferences in Emergencies." (*Under Review*)

4.   Chin, John J. and **Jonathan Pinckney.** "Testing the Locks on the Iron Cage of Liberalism."

3.   Chenoweth, Erica, Matthew Cebul, Zoe Marks, **Jonathan Pinckney**, and Miranda Rivers[GS]. "Property Damage, Policing, and the Public Perception of Protests."

2.   **Pinckney, Jonathan**. "Man Up, Weapons Down: A Survey Experiment on Nonviolent Action and Self-Perceived Masculinity."

1.   Amat, Consuelo, **Jonathan Pinckney,** and Laura Henao. "Strategic Nonviolent Action Trainings Work: Evidence from a Field Experiment in Venezuela."

## Teaching and Supervision

### Courses Taught

| | |
|---|---|
| *University of Texas at Dallas* | *August 2023 – Present* |
| Proseminar in International Relations (graduate) | Spring 2025 |
| Civil Resistance (graduate) | Fall 2024 |
| Special Topics: Nonviolent Resistance | Fall 2024 |
| Introduction to International Relations | Spring 2024, Spring 2025 |
| Approaches to Peace | Fall 2023 |
| | |
| *George Washington University* | *September 2022 – June 2023* |
| Special Topics: Nonviolent Resistance | Spring 2023 |
| Introduction to International Relations | Fall 2022 |
| | |
| *University of Denver* | *2016-2018* |
| Nonviolent Resistance in Global Politics | Winter 2018 |
| Introduction to International Relations | Fall 2016, Winter 2017, Fall 2017, Winter 2018 |

**Graduate Student Supervision**

*Doctoral Dissertation Chair or Co-Chair*

| | |
|---|---|
| Kelvin Chun-Man Chan (UT Dallas) | 2025 – Present |
| Naela Elmore (UT Dallas) | 2023 – Present |

*Dissertation Committee Member*

| | |
|---|---|
| Abby Cole (UT Dallas) | 2025 – Present |
| Giuseppe Peressotti (UT Dallas) | 2025 – Present |
| Hanna Shin (UT Dallas) | 2024 – 2025 |
| Haruna Minoura (UT Dallas) | 2024 – Present |
| Pryanka Peñafiel-Cevallos (UMass Boston) | 2023 – Present |

*External Reviewer*

| | |
|---|---|
| Brandon Sims (American University) | 2022 |

## Professional Service

*University of Texas at Dallas*

| | |
|---|---|
| Director of Graduate Studies (Political Science) | 2025 – Present |
| Archer Fellowship Selection Advisory Committee | 2025 – Present |
| Comparative Politics Qualifying Exam Committee | 2024 – Present |
| University Advisory Committee on Research | 2024 – Present |
| IR Open Rank Search Committee Member | 2024 – 2025 |
| IR/Conflict Search Committee Member | 2024 |
| Cybersecurity Search Committee Member | 2023 – 2024 |

*United States Institute of Peace*

| | |
|---|---|
| LGBTQ+ Employee Resource Group | 2021 – 2022 |
| Anti-Racism Coalition Accomplice | 2020 – 2022 |
| Student Mentorship Program | 2020 – 2022 |

*University of Denver*

| | |
|---|---|
| PhD Student Government Representative | 2015 – 2017 |
| Chancellor's Transformative Directions Advisory Group | 2014 – 2015 |
| IR Search Committee | 2014 |

*External Service*

| | |
|---|---|
| Professional Development Committee, *International Studies Association* | 2021 – 2023 |

Peer Reviewer: *American Journal of Political Science, American Political Science Review, Civil Wars, Columbia University Press, Comparative Political Studies, European Journal of International Relations, International Interactions, International Political Science Review, International Security, International Studies Quarterly, Journal of Conflict Resolution, Journal of Global Security Studies, Journal of Pacifism and Nonviolence, Journal of Peace Research, Journal of Politics, Mobilization, NPJ Climate Action, Oxford University Press, Peace and Change, Security Studies, Social Movement Studies, Social Theory and Practice*

## Conference Presentations

| | |
|---|---|
| American Political Science Association | 2016 – 2024 |
| International Studies Association | 2015 – 2025 |
| European Political Science Association | 2018 |
| Mobilization Conference on Social Movements | 2017, 2019, 2023 |
| Conflict Research Society | 2013, 2019, 2021 |
| Network of European Peace Scientists | 2019 |
| Texas Comparative Circle | 2024 |
| Texas Triangle International Relations Conference | 2025 |
| Geneva Peace Week | 2020, 2021 |
| PeaceCon | 2020, 2021 |

## Other Publications (Selected)

2024    "Six Ways for Higher Education to Repair Democracy." *SNF Dialogues* (October 22)

2022    "In the Struggle for Peace, Four Lessons From a Leader." *The Olive Branch* (May 5).

2022    "Young People are Overcoming Political Polarization." *The Forge* (January 20). With Maha Mirza and Miranda Rivers.

2021    "Four Takeaways on the Intersection of Nonviolent Action and Peace Processes." *USIP Analysis and Commentary* (May 13) With Miranda Rivers, Tabatha Thompson, and Adam Gallagher

2021    "Can Civil Resistance Breakthroughs Advance Democracy?" *USIP Analysis and Commentary* (April 13)

2021    "Myanmar in the Streets: A Nonviolent Movement Shows Staying Power." *USIP Analysis and Commentary* (March 31). With Zarchi Oo and Billy Ford.

2021    "2021 Will See More Global Protest: Can it Remain Peaceful?" *USIP Analysis and Commentary* (January 21). With Emmanuel Davalillo Hidalgo.

2020    "When the World Moves On: What's Next for Nigeria's EndSARS Movement?" *USIP Analysis and Commentary*. With Erin Zamora.

2020    "Mali's Coup: Harbinger of Hope or Uncertainty." *USIP Analysis and Commentary* (September 10). With Anushka Bose.

2020    "What's Next for the Peaceful Uprising in Belarus?" *USIP Analysis and Commentary* (August 27). With Anushka Bose.

2020    "Nonviolent Action in the Time of Coronavirus." *USIP Analysis and Commentary* (March 25). With Miranda Rivers.

2020    "Nonviolent Action and Peacebuilding: Contradictory or Complementary?" *The Olive Branch* (January 27). With Maria J. Stephan.

2019    "Can Hong Kong's Extradition Protesters Succeed Without a Leader?" *South China Morning Post* (June 15).

2018    Lessons on Building Democracy after Nonviolent Revolutions." *Waging Nonviolence* (November 13).

2018    "New Data Offers Insights Into the Dynamics of Nonviolent Resistance." *Waging Nonviolence* (May 12). With Erica Chenoweth.

2018    "Five Nonviolent Resistance Movements to Watch in 2018." *Political Violence at a Glance* (January 12).

2017    "In Trump's America, who's protesting and why?  Here's our February Report." *The Monkey Cage (Washington Post)* (April 5).

2017    Review of Adam Burgos, *Political Philosophy and Political Action: Imperatives of Resistance* (Rowman & Littlefield, 2016), *Global Change, Peace & Security*  29(2). pp 205-208.

2016    "Why do Peaceful Protests "Turn Violent?" *Political Violence At a Glance* (October 25).

2015    Review of Brian Martin, *Nonviolence Unbound* (Irene Publishing, 2015), *Journal of Peace Research* (August).

2015    "Why This Week's Coup in Burkina Faso Might Not Last." *Foreign Policy Democracy Lab* (September 18).

2014    "What Next for the Lwili Revolution? What the History of Successful Nonviolent Movements Teaches us About the Political Transition in Burkina Faso." *Foreign Policy Democracy Lab* (November 18).

## Invited Talks and Workshop Participation (Selected)

| | | |
|---|---|---|
| 2024 (October) | Invited talk (virtual) | "From Protests to Political Transitions: Lessons from Research on Civil Resistance for the Current Moment in Bangladesh." *Embassy of the United Kingdom in Bangladesh.* |
| 2024 (October) | Invited talk (virtual) | "Man Up, Weapons Down: A Survey Experiment on Masculinity and Nonviolent Resistance." *Washington State University* |
| 2024 (September) | Virtual Workshop | "Organizations in Conflict Processes," *Journal of Peace Research special issue.* |
| 2024 (May) | Workshop | "Nonviolent Action and Peace Processes" *United States Institute of Peace* |
| 2023 (December) | Workshop | "Mass Mobilization and Democratization," *Peace Research Institute of Oslo* |
| 2023 (October) | Invited talk (virtual) | "Precarity and Power: Women and Youth in Nonviolent Action Campaigns." *University of Pittsburgh* |
| 2023 (September) | Invited talk (virtual) | "Violent Flanks in Nonviolent Resistance Campaigns." *International Center on Nonviolent Conflict* |
| 2023 (January) | Invited Panel | "Nonviolent Action During Democratic Transitions." *United States Institute of Peace* |
| 2022 (December) | Invited Panel (virtual) | "How Civic Mobilizations Grow in Authoritarian Contexts." *Freedom House* |
| 2022 (August) | Invited talk (virtual) | "Promoting Democracy and Preventing Violence in Transitions After Nonviolent Action Campaigns." *USAID Center for Democracy, Human Rights and Governance* |
| 2022 (July) | Invited talk (virtual) | "The Power of Nonviolent Action for Peace and Democracy." *International Solidarity Forum on #GotaGoHome Campaign in Sri Lanka* |

| 2022 (June) | Invited talk (virtual) | "Frontiers in Nonviolent Action." *USAID Center for Democracy, Human Rights, and Governance* |
| 2022 (June) | Discussant | "From Tweets to the Streets: Nurturing a Symbiotic Relationship between Hashtag Movements and Traditional Civil Society Organizations." *National Endowment for Democracy* |
| 2022 (May) | Invited talk (virtual) | "Mediation and Nonviolent Action." *United Nations Mediation Support Unit.* |
| 2022 (April) | Invited talk (virtual) | "Democratization and Civil Resistance." *Harvard University* |
| 2022 (March) | Invited talk (virtual) | "Emergent Technology and Nonviolent Action." *USAID Center For Democracy, Human Rights, and Governance* |
| 2021 (December) | Invited Panel (virtual) | "Safeguarding Democracy in West Africa." *United States Institute of Peace* |
| 2021 (May) | Invited Panel (virtual) | "Nonviolent Action and Minority Inclusion." *United States Institute of Peace* |
| 2021 (April) | Invited Panel (virtual) | "Civil Resistance Transitions: Dialogue, Trust and Democracy." *United States Institute of Peace* |
| 2021 (March) | Invited Panel (virtual) | "Nonviolent Action and Civil War Peace Processes." *United States Institute of Peace* |
| 2021 (March) | Invited talk (virtual) | "Advancing Civic Space and Protecting Human Rights." *USAID Center on Democracy, Human Rights and Governance* |
| 2021 (February) | Invited Panel (virtual) | "Mediation in Nonviolent Action Campaigns." *United States Institute of Peace* |
| 2021 (February) | Invited talk (virtual) | "Synergizing Nonviolent Action and Peacebuilding." *Conflict Research Group, Norwegian University of Science and Technology.* |
| 2021 (February) | Invited talk (virtual) | "Dialogue Promotion – New Frontiers, Opportunities, and Challenges." *United Nations Development Program.* |
| 2021 (January) | Workshop (virtual) | "Precursors to Civic Mobilization under Authoritarianism." *Freedom House* |
| 2021 (January) | Invited Panel (virtual) | "Defiance and Democracy: Understanding the Thai Protest Movement." *United States Institute of Peace* |
| 2020 (December) | Invited Talk (virtual) | "Trends in Nonviolent Resistance Success and Democratization." *Eaton Vance Asset Management* |
| 2020 (November) | Invited Panel (virtual) | "Introducing the Politics of Protest." *Columbia University School of International and Public Affairs.* |
| 2020 (October) | Workshop (virtual) | "New Research in People Power, Peace Processes, and Democratization," *United States Institute of Peace* |
| 2020 (August) | Invited talk (virtual) | "Lessons on Nonviolent Resistance for the Democracy Movement in Venezuela." *Venezuela Affairs Unit, US Department of State.* |
| 2020 (August) | Invited talk (virtual) | "Principles of Nonviolent Action." *USAID Office of Transitional Initiatives.* |
| 2020 (July) | Invited Talk | Book Launch for "From Dissent to Democracy" *United States Institute of Peace* |

| | | |
|---|---|---|
| | (virtual) | |
| 2020 (July) | Workshop (virtual) | "Media, Race, and Policing." *Facebook Core Data Science Team.* |
| 2019 (September) | Invited Talk | "Lessons on Nonviolent Resistance and Democratization" *The Ukraine Action Institute. Kiev, Ukraine.* |
| 2019 (September) | Invited Talk | "Repression and Nonviolent Discipline" *The Ukraine Action Institute. Kiev, Ukraine.* |
| 2019 (September) | Invited Talk | "The Historical Record of Nonviolent Resistance" The Ukraine Action Institute, Kiev. Ukraine. |
| 2019 (January) | Workshop | "Experimental Methods in the Study of Nonviolent Resistance." *University of Essex, Colchester, UK.* |
| 2018 (December) | Workshop | "Integrating Micro and Meso-level data in Conflict Research." *Peace Research Institute of Oslo* |
| 2018 (November) | Workshop | "Securing the Victory" *Peace Research Institute of Oslo* |
| 2018 (October) | Invited Talk | "When Civil Resistance Succeeds." *Baha'i Chair for World Peace, University of Maryland* |
| 2018 (September) | Workshop | "New data in Transnational Social Movement Organizations." *University of Pittsburgh* |
| 2018 (June) | Workshop | "Good Practices in Unarmed Civilian Protection," *Nonviolent Peaceforce - Beirut, Lebanon.* |
| 2018 (May) | Invited Talk | "From Dissent to Democracy," *Peace Research Institute Oslo (PRIO).* |
| 2018 (April) | Invited Talk | "Nonviolent Resistance and Democratization." *Uppsala University* |
| 2017 (December) | Workshop | "Measuring Inclusion." *University of Denver Sie Cheou-Kang Center for International Security and Diplomacy* |
| 2017 (May) | Workshop | "Rethinking Revolutions." *London School of Economics and Political Science* |
| 2017 (January) | Invited Talk (virtual) | "Making or Breaking Nonviolent Discipline in Civil Resistance Movements." *International Center on Nonviolent Conflict* |
| 2016 (June) | Workshop | "Emerging Scholars in the Study of Civil Resistance." *Tufts University, Fletcher School for Law and Diplomacy* |
| 2015 (September) | Invited Talk | "Civil Resistance in Iran: History of Resistance and Potential for Reform." *Colorado State Red Cross* |
| 2015 (April) | Workshop | "Nonviolent Strategies in Violent Setting." *University of Denver Sie Cheou-Kang Center for International Security and Diplomacy* |
| 2014 (November) | Workshop | "Workshop on External Support for Nonviolent Campaigns." *University of Denver Sie Cheou-Kang Center for International Security and Diplomacy* |

References

**Dr. Erica Chenoweth**
Professor of Public Policy, Harvard University
C/O John F. Kennedy School of Government
79 John F. Kennedy St.
Cambridge, MA 02138
Erica_chenoweth@hks.harvard.edu
+1 617-495-1150

**Dr. Cullen Hendrix**
Senior Fellow, Peterson Institute for International Economics
Professor, University of Denver
C/O Josef Korbel School of International Studies
2201 S. Gaylord St., Denver, CO 80208
Cullen.hendrix@du.edu
+1 619-302-1337

**Dr. Charles Butcher**
Associate Professor, Norwegian University of Science and Technology
C/O NTNU Department of Sociology and Political Science
PO Box 8900, Torgarden
NO-7491 Trondheim, Norway
Charles.butcher@ntnu.no
+47 735 90 606

**Dr. Maria Stephan**
Co-lead and chief organizer
The Horizons Project
maria@horizonsproject.us
+1 802-774-8887

**Hardy Merriman**
President
International Center on Nonviolent Conflict
hmerriman@nonviolent-conflict.org
+1 202-651-0254