UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.                                          No. 4:25-cr-00259-P

**ZACHARY EVETTS (02),**

   Defendant.

## ORDER

Before the Court is Defendant Zachary Evetts's Response to the Court's Invitation to Propose Proper in Court Identification Procedures and Motion to Strike in Court Identification by a Witness. ECF No. 350. For the reasons stated on the record, the Court **DENIES** the Motion. *See United States v. Bright*, 630 F.2d 804, 819 (5th Cir. 1980) (stating that "[i]t is settled law . . . that it is permissible to require the accused to stand for purposes of identification," especially when providing the witness with an unobstructed view of the accused); *see also United States v. Godfrey*, 68 F.3d 471 (5th Cir. 1995) ("The exact manner of the in-court identification is discretionary with the district court, and generally, the question of the suggestiveness or credibility of the identification is best resolved by the jury after the defendant has had an opportunity to test the accuracy of the identification through cross-examination."); *cf Taylor v. State*, 474 S.W.2d 207, 209–11 (Tex. Crim. App. 1971) (holding that requiring the accused to stand up, walk around, face the witness, and turn with his back away from the witness for the purpose of in-court identification was proper).

**SO ORDERED** on this **5th day of March 2026.**

*[signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE