Jury Note #1

4:25-cr-259-P

We want to see so we can read

IF WE GO. WE GO ON FIRE

Emma Golden Handbook

Antifa Handbook

Lenette Sharp Testimony transcript

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 12 2026
CLERK, U.S. DISTRICT COURT
By_____
Deputy

Jury Note #2

~~Book - If we go, we go on fire~~

Transcripts of Susan Kent
Lynette Sharp

4:25-cr-259-P

We would like clarification on the RIOT charge page 10 half way down The Term to orginize?

3-12-26    Juror 7



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 12 2026
CLERK, U.S. DISTRICT COURT
By_____ Deputy