UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CAMERON ARNOLD (01),
A/K/A "AUTUMN HILL"
ZACHARY EVETTS (02),
BENJAMIN HAMIL SONG (03),
SAVANNA BATTEN (04),
BRADFORD MORRIS (05),
A/K/A "MEAGAN MORRIS"
MARCELA RUEDA (06),
ELIZABETH SOTO (07),
INES SOTO (08),
DANIEL ROLANDO
SANCHEZ ESTRADA (09),

    Defendants.

No. 4:25-cr-259-P

## VERDICT OF THE JURY

COUNT ONE – RIOT

We, the Jury, find the defendant, **Cameron Arnold (01)**, also known as Autumn Hill, _Guilty_ as to Count One of the Second Superseding Indictment.

We, the Jury, find the defendant, **Zachary Evetts (02)**, _Guilty_ as to Count One of the Second Superseding Indictment.

28

We, the Jury, find the defendant, **Benjamin Song (03)**, _Guilty_ as to Count One of the Second Superseding Indictment.

We, the Jury, find the defendant, **Savanna Batten (04)**, _Guilty_ as to Count One of the Second Superseding Indictment.

We, the Jury, find the defendant, **Bradford Morris (05)**, also known as Meagan Morris, _Guilty_ as to Count One of the Second Superseding Indictment.

We, the Jury, find the defendant, **Maricela Rueda (06)**, _Guilty_ as to Count One of the Second Superseding Indictment.

We, the Jury, find the defendant, **Elizabeth Soto (07)**, _Guilty_ as to Count One of the Second Superseding Indictment.

We, the Jury, find the defendant, **Ines Soto (08)**, _Guilty_ as to Count One of the Second Superseding Indictment.

## COUNT TWO: PROVIDING MATERIAL SUPPORT TO TERRORISTS

We, the Jury, find the defendant, **Cameron Arnold (01)**, also known as Autumn Hill, _Guilty_ as to Count Two of the Second Superseding Indictment.

We, the Jury, find the defendant, **Zachary Evetts (02)**, _Guilty_ as to Count Two of the Second Superseding Indictment.

We, the Jury, find the defendant, **Benjamin Song (03)**, _Guilty_ as to Count Two of the Second Superseding Indictment.

We, the Jury, find the defendant, **Savanna Batten (04)**, _Guilty_ as to Count ~~One~~ Two AM of the Second Superseding Indictment.

We, the Jury, find the defendant, **Bradford Morris (05)**, also known as Meagan Morris, _Guilty_ as to Count Two of the Second Superseding Indictment.

We, the Jury, find the defendant, **Maricela Rueda (06)**, _Guilty_ as to Count Two of the Second Superseding Indictment.

We, the Jury, find the defendant, **Elizabeth Soto (07)**, _Guilty_ as to Count Two of the Second Superseding Indictment.

30

We, the Jury, find the defendant, **Ines Soto (08)**, _____Guilty_____ as to Count Two of the Second Superseding Indictment.

COUNT THREE: CONSPIRACY TO USE AND CARRY AN
EXPLOSIVE

We, the Jury, find the defendant, **Cameron Arnold (01)**, also
known as Autumn Hill, _Guilty_ as to Count Three of the
Second Superseding Indictment.

We, the Jury, find the defendant, **Zachary Evetts (02)**,
_Guilty_ as to Count Three of the Second Superseding
Indictment.

We, the Jury, find the defendant, **Benjamin Song (03)**,
_Guilty_ as to Count Three of the Second Superseding
Indictment.

We, the Jury, find the defendant, **Savanna Batten (04)**,
_Guilty_ as to Count ~~One~~ of the Second Superseding
Indictment.    Three ᴮᴴ

We, the Jury, find the defendant, **Bradford Morris (05)**, also known
as Meagan Morris, _Guilty_ as to Count Three of the Second
Superseding Indictment.

We, the Jury, find the defendant, **Maricela Rueda (06)**,
_Guilty_ as to Count Three of the Second Superseding
Indictment.

We, the Jury, find the defendant, **Elizabeth Soto (07)**,
_Guilty_ as to Count Three of the Second Superseding
Indictment.

32

We, the Jury, find the defendant, **Ines Soto (08)**, _Guilty_ as to Count Three of the Second Superseding Indictment.

COUNT FOUR: USE AND CARRY AN EXPLOSIVE

We, the Jury, find the defendant, **Cameron Arnold (01)**, also known as Autumn Hill, _Guilty_ as to Count Four of the Second Superseding Indictment.

We, the Jury, find the defendant, **Zachary Evetts (02)**, _Guilty_ as to Count Four of the Second Superseding Indictment.

We, the Jury, find the defendant, **Benjamin Song (03)**, _Guilty_ as to Count Four of the Second Superseding Indictment.

We, the Jury, find the defendant, **Savanna Batten (04)**, _Guilty_ as to Count ~~One~~ Four ~~of~~ the Second Superseding Indictment.

We, the Jury, find the defendant, **Bradford Morris (05)**, also known as Meagan Morris, _Guilty_ as to Count Four of the Second Superseding Indictment.

We, the Jury, find the defendant, **Maricela Rueda (06)**, _Guilty_ as to Count Four of the Second Superseding Indictment.

We, the Jury, find the defendant, **Elizabeth Soto (07)**, _Guilty_ as to Count Four of the Second Superseding Indictment.

34

We, the Jury, find the defendant, **Ines Soto (08)**, Guilty as to Count Four of the Second Superseding Indictment.

COUNT FIVE: ATTEMPTED MURDER OF OFFICERS AND
EMPLOYEES OF UNITED STATES

We, the Jury, find the defendant, **Cameron Arnold (01)**, also
known as Autumn Hill, _Not Guilty_ as to Count Five of the Second
Superseding Indictment.

We, the Jury, find the defendant, **Zachary Evetts (02)**,
_Not Guilty_ as to Count Five of the Second Superseding
Indictment.

We, the Jury, find the defendant, **Benjamin Song (03)**,
_Not Guilty_ as to Count Five of the Second Superseding
Indictment.

We, the Jury, find the defendant, **Bradford Morris (05)**, also known
as Meagan Morris, _Not Guilty_ as to Count Five of the Second
Superseding Indictment.

We, the Jury, find the defendant, **Maricela Rueda (06)**,
_Not Guilty_ as to Count Five of the Second Superseding
Indictment.

## COUNT SIX: ATTEMPTED MURDER OF OFFICERS AND EMPLOYEES OF UNITED STATES

We, the Jury, find the defendant, **Cameron Arnold (01)**, also known as Autumn Hill, _Not Guilty_ as to Count Six of the Second Superseding Indictment.

We, the Jury, find the defendant, **Zachary Evetts (02)**, _Not Guilty_ as to Count Six of the Second Superseding Indictment.

We, the Jury, find the defendant, **Benjamin Song (03)**, _Not Guilty_ as to Count Six of the Second Superseding Indictment.

We, the Jury, find the defendant, **Bradford Morris (05)**, also known as Meagan Morris, _Not Guilty_ as to Count Six of the Second Superseding Indictment.

We, the Jury, find the defendant, **Maricela Rueda (06)**, _Not Guilty_ as to Count Six of the Second Superseding Indictment.

## COUNT SEVEN: ATTEMPTED MURDER OF OFFICERS AND EMPLOYEES OF UNITED STATES

We, the Jury, find the defendant, **Cameron Arnold (01)**, also known as Autumn Hill, _Not Guilty_ as to Count Seven of the Second Superseding Indictment.

We, the Jury, find the defendant, **Zachary Evetts (02)**, _Not Guilty_ as to Count Seven of the Second Superseding Indictment.

We, the Jury, find the defendant, **Benjamin Song (03)**, _Guilty_ as to Count Seven of the Second Superseding Indictment.

We, the Jury, find the defendant, **Bradford Morris (05)**, also known as Meagan Morris, _Not Guilty_ as to Count Seven of the Second Superseding Indictment.

We, the Jury, find the defendant, **Maricela Rueda (06)**, _Not Guilty_ as to Count Seven of the Second Superseding Indictment.

## COUNT EIGHT: DISCHARGING A FIREARM DURING OR IN RELATION TO A CRIME OF VIOLENCE

We, the Jury, find the defendant, **Cameron Arnold (01)**, also known as Autumn Hill, _Not Guilty_ as to Count Eight of the Second Superseding Indictment.

We, the Jury, find the defendant, **Zachary Evetts (02)**, _Not Guilty_ as to Count Eight of the Second Superseding Indictment.

We, the Jury, find the defendant, **Benjamin Song (03)**, _Guilty_ as to Count Eight of the Second Superseding Indictment.

We, the Jury, find the defendant, **Bradford Morris (05)**, also known as Meagan Morris, _Not Guilty_ as to Count Eight of the Second Superseding Indictment.

We, the Jury, find the defendant, **Maricela Rueda (06)**, _Not Guilty_ as to Count Eight of the Second Superseding Indictment.

39

## COUNT NINE: DISCHARGING A FIREARM DURING OR IN RELATION TO A CRIME OF VIOLENCE

We, the Jury, find the defendant, **Cameron Arnold (01)**, also known as Autumn Hill, _Not Guilty_ as to Count Nine of the Second Superseding Indictment.

We, the Jury, find the defendant, **Zachary Evetts (02)**, _Not Guilty_ as to Count Nine of the Second Superseding Indictment.

We, the Jury, find the defendant, **Benjamin Song (03)**, _Guilty_ as to Count Nine of the Second Superseding Indictment.

We, the Jury, find the defendant, **Bradford Morris (05)**, also known as Meagan Morris, _Not Guilty_ as to Count Nine of the Second Superseding Indictment.

We, the Jury, find the defendant, **Maricela Rueda (06)**, _Not Guilty_ as to Count Nine of the Second Superseding Indictment.

## COUNT TEN: DISCHARGING A FIREARM DURING OR IN RELATION TO A CRIME OF VIOLENCE

We, the Jury, find the defendant, **Cameron Arnold (01)**, also known as Autumn Hill, _Not Guilty_ as to Count Ten of the Second Superseding Indictment.

We, the Jury, find the defendant, **Zachary Evetts (02)**, _Not Guilty_ as to Count Ten of the Second Superseding Indictment.

We, the Jury, find the defendant, **Benjamin Song (03)**, _Guilty_ as to Count Ten of the Second Superseding Indictment.

We, the Jury, find the defendant, **Bradford Morris (05)**, also known as Meagan Morris, _Not Guilty_ as to Count Ten of the Second Superseding Indictment.

We, the Jury, find the defendant, **Maricela Rueda (06)**, _Not Guilty_ as to Count Ten of the Second Superseding Indictment.

41

COUNT ELEVEN: CORRUPTLY CONCEALING A DOCUMENT OR RECORD

We, the Jury, find the defendant, **Daniel Rolando Sanchez Estrada (09)**, _Guilty_ as to Count Eleven of the Second Superseding Indictment.

COUNT TWELVE: CONSPIRACY TO CONCEAL DOCUMENTS

We, the Jury, find the defendant, **Maricela Rueda (06)**, _Guilty_ as to Count Twelve of the Second Superseding Indictment.

We, the Jury, find the defendant, **Daniel Rolando Sanchez Estrada (09)**, _Guilty_ as to Count Twelve of the Second Superseding Indictment.

_3-13-2026_
Date
3-13-2026   3:16 Pm

Foreperson

42