**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**Fort Worth Division**

UNITED STATES OF AMERICA,

     Plaintiff,

     v.

BRADFORD MORRIS (05)
a/k/a "Meagan Morris"
ELIZABETH SOTO (07)
INES SOTO (08)

     Defendant.

)
)
)
)
)
)
)
)
)
)
)

     **Criminal No. 4:25-CR-00259-P**

     **Judge Mark Pittman**

## <u>DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE</u>

Defendants Bradford Morris, a/k/a Meagan Morris, Elizabeth Soto, and Ines Soto through undersigned counsel, respectfully requests this Court to postpone the sentencing in this case.

1. Trial commenced on February 23, 2026  (ECF No. 324)

2. The jury returned verdicts on March 13, 2026. (ECF No. 367)

3. This case is set for sentencing on June 18, 2026, at 9:00 AM. (ECF No. 368)

4. Co-Counsel Brissette for Morris and Counsel for Elizabeth Soto have pre-paid plans to be in San Antonio on June 18, 2026, for the Texas Criminal Defense Lawyers Association annual *Rusty Duncan* continuing legal education seminar.  Co-Counsel Brissette for Morris is scheduled to present at the seminar.

5. Counsel for Ines Soto will be out of the Northern District the week of June 18th to attend the wedding of his daughter in the State of Missouri.

6. Counsel has conferred with the Assistant U.S. Attorney; the Government does not oppose this motion. This Motion is not made for undue delay, but in the interest of justice.

7. Counsel for the Government, A.U.S.A. Shawn Smith has no conflicts.

8. Undersigned Counsel is not available:
    a. St. John (Morris) -  June 30, 2026 and July 6th through 10th, 2026
    b. Brissette (Morris) – August 4th through August 10th, 2026, August 26th through September 5th, 2026.

   c.  Schuerman  (E. Soto) – No Conflicts

   d.  Burns (E. Soto) –  No Conflicts

   e.  Davis (I. Soto) – August 25th through August 28, 2026.

Bradford Morris, a/k/a Meagan Morris, Elizabeth Soto, and Ines Soto move this Court to grant

this extension and any further relief to which he may be entitled.


Respectfully submitted,


/s/ J. Warren St. John
_____
J. WARREN ST. JOHN
State Bar No. 18986300
jwarren@stjohndefense.com

The Law Office of J. Warren St. John
801 Cherry St Unit 5
Fort Worth, TX 76102-6803
(817) 336-1436 office


D. Miles Brissette
State Bar No. 50511628
Miles@GillBrissette.com

Law Offices of Gill & Brissette
(Not a Partnership)
3663 Airport Freeway
Fort Worth, Texas 76111
(817) 803-6918 office
(817) 554-1534 facsimile


/s/ Harmony Schuerman
_____
HARMONY SCHUERMAN
State Bar No. 24062991
harmony@hmscriminallaw.com

The Law Offices of Harmony Schuerman
115 N Henderson St
Fort Worth, TX 76102
(817) 406-8665 office


/s/ Blake Burns
_____
BLAKE BURNS
State Bar No. 24066989
bburnslaw@gmail.com

The Law Office of Blake Burns
115 N Henderson St
Fort Worth, TX 76102
(817) 870-1544 office


/s/ Leigh Davis
_____
LEIGH DAVIS
State Bar No. 24029505
lwd@leighwdavis.com

The Law Offices of Leigh Davis
1901 Central Dr Ste 730
Bedford, TX 76021
(817) 868-9500 office

**CERTIFICATE OF CONFERENCE**

I hereby certified that on the 18th day of March 2026, I communicated with A.U.S.A. Shawn Smith who indicated that the Government does not oppose this motion.

D. Miles Brissette
State Bar No. 50511628

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been filed electronically, on this the 19th day of March 2026 and a copy sent to the United States Attorney's Office through the court's electronic filing system.

D. Miles Brissette
State Bar No. 50511628