**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CAUSE NO.: 4:25-cr-00259-P** |
| | § | |
| **ZACHARY EVETTS (2)** | § | |

**DEFENDANT ZACHARY EVETTS'S UNOPPOSED MOTION FOR CONTINUANCE**
**AND JOINDER IN ECF NO. 371**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Zachary Evetts, by and through undersigned counsel, joins in the Unopposed

Motion for Continuance (ECF No. 371) filed on 20 March 2026 and, respectfully, moves this

Court to grant that motion in the case of Defendant Evetts, as well.  In support of this motion,

Defendant Evetts states as follows:

1. Trial in this matter concluded on 13 March 2026 with the return of the jury's verdict.

2. Sentencing is currently scheduled for 18 June 2026, at 9:00 AM.

3. On 20 March 2026, co-defendants Bradford Morris, Elizabeth Soto, and Ines Soto filed
   an Unopposed Motion for Continuance (ECF No. 371), citing pre-existing professional
   and personal conflicts for defense counsel during the week of 18 June 2026.

4. Defendant Evetts specifically adopts and incorporates by reference all facts and legal
   grounds outlined in ECF No. 371 as if fully stated herein.

5. Counsel for Defendant Evetts also has pre-existing conflicts during the currently
   scheduled week, including attendance at the Rusty Duncan Criminal Law Course and
   other previously scheduled matters.

6. Undersigned Counsel is not available:

a. Patrick J. McLain – 23 through 27 June 2026, 24 July 2026, 15 through 22 August 2026, 23 through 26 September 2026, and 11 through 14 November 2026.

b. Brian Bouffard – 5 through 10 October 2026.

c. Brad Sauer – 3 through 14 August, and 5 through 23 October 2026.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests that the Court grant this motion and continue the sentencing hearing to a date convenient for the Court and the parties.

Respectfully Submitted,

*/s/ Patrick J. McLain*
Patrick J. McLain
Attorney for Zachary Evetts
Texas State Bar Number: 13737480
900 Jackson Street, Suite 640
Dallas, Texas 75204
Telephone: (214) 416-9100
patrick@patrickjmclain.com

*/s/ Brian Bouffard*
Brian Bouffard
Attorney for Zachary Evetts
Texas State Bar Number: 24038527
900 Jackson Street, Suite 640
Dallas, Texas 75204
Telephone: (214) 416-9100
brian@patrickjmclain.com

*/s/ Brad Sauer*
Brad Sauer
Attorney for Zachary Evetts
Texas State Bar Number: 24141095
900 Jackson Street, Suite 640
Dallas, Texas 75204
Telephone: (214) 416-9100
brad@patrickjmclain.com

**CERTIFICATE OF CONFERENCE**

Counsel for the government, Assistant United States Attorney Shawn Smith, communicated with counsel for Defendant Evetts on this motion on 27 March 2026, and he stated that the government is not opposed to this motion.

/s/ Patrick J. McLain
Patrick J. McLain

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing motion was delivered via electronic mail to the office of the United States Attorney for the Northern District of Texas, Fort Worth Division, on 27 March 2026.

/s/ Patrick J. McLain
Patrick J. McLain