**Exhibit A**

State of Texas
County of Tarrant

## AFFIDAVIT OF AMBER LOWREY

BEFORE ME, the undersigned authority, on this day personally appeared, Amber Lowrey, who, being by me duly sworn, deposed as follows:

My name is Amber Lowkey. I am over 18 years of age, of sound mind, and fully competent to make this affidavit. I reside at 7460 Buckskin Ct. Ft. Worth, TX 76137

On Friday, March 13, 2026, at approximately 11:55 a.m., I was seated outside the fourth-floor courtroom along with other relatives of the defendants, members of the public, and members of the press, awaiting the jury's verdict in *United States of America v. Cameron Arnold, et al.*, No. 4:25-CR-259-P, in the United States District Court for the Northern District of Texas, Fort Worth Division. At that time, a United States Marshal approached the group and informed us that the jury would be breaking for lunch at noon and that deliberations would resume after approximately 12:30 p.m. Based on that information, we left the courthouse area to obtain lunch.

I returned to the courthouse at approximately 12:40 p.m. and resumed my seat on a bench located across the hallway from the courtroom. At or around 1:00 p.m., shortly after the jury had resumed deliberations, I heard a sudden and pronounced disturbance coming from around the corner to the right, in the direction of the jury deliberation area. The noise consisted of multiple voices raised at once, sounding as though several individuals were speaking or shouting simultaneously. The disturbance was notably loud and distinct, particularly because the remainder of the fourth floor was otherwise quiet at that time.

The commotion continued for approximately one to two minutes. Although I could not discern the specific words being spoken, the tone and volume of the voices conveyed a heightened and disruptive exchange. The noise was sufficiently noticeable that several other individuals present in the hallway also heard it and reacted, making comments to one another about what they had heard. Based on the location and timing of the disturbance, I understood it to be coming from the general vicinity of the jury room during active deliberations.

FURTHER AFFIANT SAYETH NOT.

Amber Lowrey

**Notary Public**

State of Texas    County of Hidalgo

Signed and sworn before me on this ___27th___ day of ____March_____, 2026, by Amber Lowrey.

Notary Public in and for the State of Texas

My commission expires: ___11/20/2028___

**Monika Manganhar**

ID NUMBER
13517830-4
COMMISSION EXPIRES
**November 20, 2028**

Electronically signed and notarized online using the Proof platform.