UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_____

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 4:25-CR-259-P |
| | § | |
| DANIEL ROLANDO SANCHEZ ESTRADA (09) | § | |

_____

DEFENDANT DANIEL ROLANDO SANCHEZ ESTRADA'S
UNOPPOSED MOTION FOR CONTINUANCE AND JOINDER IN ECF NO. 371

_____

TO THE HONORABLE MARK. T. PITTMAN, UNITED STATES DISTRICT JUDGE:

Defendant Daniel Rolando Sanchez Estrada, by and through undersigned counsel, joins in the Unopposed Motion for Continuance (ECF No. 371) filed on March 20, 2026 and, respectfully, moves this Court to grant that motion in the case of Defendant Sanchez Estrada, as well.  In support of this motion, Defendant Evetts states as follows:

1.      Trial in this matter concluded on March 13, 2026 with the return of the jury's verdict.

2.      Sentencing is currently scheduled for June 18, 2026, at 9:00 AM.

3.      On March 20, 2026, co-defendants Bradford Morris, Elizabeth Soto, and Ines Soto filed an Unopposed Motion for Continuance (ECF No. 371), citing pre-existing professional and personal conflicts for defense counsel during the week of June 18, 2026.

4.      Defendant Sanchez Estrada specifically adopts and incorporates by reference all facts and legal grounds outlined in ECF No. 371 as if fully stated herein.

5.      Counsel for Defendant Sanchez Estrada also has pre-existing conflicts during the currently scheduled week.

6.      Undersigned Counsel is not available June 18-19, 2026 or June 24-26, 2026.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests that the Court grant this motion and continue the sentencing hearing to a date convenient for the Court and the parties.

Respectfully submitted,

JASON D. HAWKINS
Federal Public Defender
Northern District of Texas

*/s/ Christopher J. Weinbel*
CHRISTOPHER J. WEINBEL
Assistant Federal Public Defender
Northern District of Texas
Texas Bar # 24121196
819 Taylor Street, Room 9A10
Fort Worth, Texas 75202
Phone (817) 978-2753
Christopher_Weinbel@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2026, I filed the foregoing motion with the Clerk for the United States District Court for the Northern District of Texas by means of electronic filing ECF. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of the document by electronic means.

*/s/ Christopher J. Weinbel*
CHRISTOPHER J. WEINBEL