UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA,**

  Plaintiff,

v.                                                          **No. 4:25-cr-00259-P**

**BENJAMIN SONG (03),**

  Defendant.

## ORDER

Before the Court is Defendant Song's Motion for Leave to File Reply in Support of Motion for New Trial and Request for Evidentiary Hearing ("Motion"). ECF No. 390. Having considered the Motion and the relevant law, the Court finds that the Motion should be and hereby is **DENIED.**

"A movant should not be permitted to cure by way of reply what is in fact a defective motion." *Burch v. Chase Bank of Tex. NA*, No. 4:20-CV-00524-O, 2021 WL 281437, at *1 (N.D. Tex. Jan. 15, 2021). Failure to brief an issue in an opening brief constitutes waiver. *Id.* (collecting cases). Song's proposed reply brief seeks to raise arguments not found in his Motion for New Trial. *See generally* ECF No. 381 (noting the *Berry* factors but failing to advance any argument regarding them). Therefore, the proposed reply is improper.

**SO ORDERED** on this **28th day of April 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE