**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CAUSE NO.: 4:25-cr-00259-P** |
| | § | |
| **ZACHARY EVETTS (2)** | § | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE DEFENDANT'S SENTENCING
MEMORANDUM OUT OF TIME**

Defendant Zachary Evetts, by and through his attorney of record, Patrick J. McLain, respectfully requests the Court grant leave to file his Sentencing Memorandum out of time.

The Sentencing Memorandum was due on 28 May 2026. Counsel for Defendant requests that the Court permit this out-of-time filing due to the late arrival of support submissions by family and friends, which counsel needed to review and incorporate into the memorandum to ensure a complete and accurate presentation for sentencing. Sentencing for the Defendant is scheduled for 23 June 2026.

Respectfully Submitted,

/s/ *Patrick J. McLain*

_____

Patrick J. McLain
Attorney for Zachary Evetts
Texas State Bar Number: 13737480
900 Jackson Street, Suite 640
Dallas, Texas 75202
Telephone: (214) 416-9100
patrick@patrickjmclain.com

**CERTIFICATE OF CONFERENCE**

On 29 May 2026, defense counsel attempted to confer with counsel for the government, Assistant United States Attorneys Shawn Smith and Frank Gatto, by email, but did not receive a response prior to filing.

/s/ Patrick J. McLain
Patrick J. McLain

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Motion has been served upon Assistant U.S. Attorneys Shawn Smith and Frank Gatto on 29 May 2026.

/s/ Patrick J. McLain
Patrick J. McLain