**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

**UNITED STATES OF AMERICA** §
                               §
**VS.**                        §  **CRIM.NO. 4:25-CR-00259-P-7**
                               §
**ELIZABETH SOTO**             §

### MOTION TO ALLOW LATE FILING OF DEFENDANT'S SENTENCING MATERIALS

**TO THE HONORABLE JUDGE MARK T. PITTMAN:**

NOW COMES, ELIZABETH SOTO, Defendant herein, and by and through her attorneys of record, Harmony Schuerman and Blake Burns, in the above styled and numbered cause, and respectfully requests of this Court to allow for the late filing of Defendant's Sentencing Materials to include: Character Letters on behalf of Ms. Elizabeth Soto, and for cause would respectfully show unto the Court:

I.

The Character Letters were due to be submitted to the Court on May 28, 2026.   Counsel required additional time to compile and submit the Character Letters for Ms. Soto.

II.

The filing of these documents rather than the live testimony should serve to expedite the sentencing hearing.   The materials will be beneficial to the Court in assessing a sentence in this case.

IV.

I conferenced with the Honorable Shawn Smith, Assistant United States Attorney on this case and he is unopposed to the granting of this Motion to allow late filing of the Sentencing Materials.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that this Honorable Court grant this Motion to Allow Late filing of Sentencing Materials to include: Character Letters for such other and further relief to which she may be justly entitled.

Respectfully submitted,

/s/ Blake Burns
BLAKE BURNS
State Bar No. 24066989
115 North Henderson Street
Fort Worth, Texas 76102-1940
(817) 870-1544
(817) 870-1589 Facsimile
bburnslaw@gmail.com

## CERTIFICATE OF CONFERENCE

I certify that on this the 1st day of June, 2026, I conferenced with Assistant United States Attorney Shawn Smith about the foregoing Motion for Late Filing of Sentencing Materials and he is unopposed to the Court granting the motion.

/s/ Blake Burns
**BLAKE BURNS**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing Motion for Late Filing of Defendant's Sentencing Materials has been served upon the Assistant United States Attorney Shawn Smith on this the 1st day of June, 2026.

/s/ Blake Burns
**BLAKE BURNS**