UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                **No. 4:25-cr-00259-P**

**BENJAMIN SONG (03),**
**INES SOTO (08),**

    Defendants.

## ORDER

Before the Court is Defendant Ines Soto's Motion to Continue Sentencing. ECF No. 480. Having considered the extraordinary emergency circumstances listed in the sealed motion, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, Defendant Ines Soto's sentencing is hereby **RESET for July 1, 2026 at 8:30 a.m.** in the Fourth Floor Courtroom of the Eldon B. Mahon United States Courthouse, 501 W 10th St., Fort Worth, Texas, 76102.

Also before the Court is Defendant Song's Motion for Reconsideration of Order Denying Motion for Leave to File Reply for Motion for New Trial. ECF No. 441. Having considered the filing, the Court hereby **DENIES** the Motion for the reasons previously stated. *See* ECF No. 394.

**SO ORDERED** on this **1st day of June 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE