IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                                    No. 4:25-CR-259-P

SAVANNA BATTEN (04)

### GOVERNMENT'S NOTICE RE: DEFENDANT'S OBJECTIONS TO THE PRESENTENCE REPORT

The Defendant filed objections to the PSR on May 22, 2026.   The government has not been served with the Defendant's objections to the Presentence Report.   The government has asked several times to be served with the Defendant's objections, but to date the government has not received the objections.

Respectfully Submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

*s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
United States Attorney's Office
Burnett Plaza, Suite 1700
801 Cherry Street, Box #4
Fort Worth, Texas 76102-6882
Telephone: 817-252-5200
E-mail: shawn.smith2@usdoj.gov

Government's Notice re: Defendant's Objections to the Presentence Report - Page 1

CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2026, I electronically filed the foregoing Government's Response with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.   The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means.

*s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney