UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA**,

    Plaintiff,

**v.**                                                                              **No. 4:25-cr-00259-P**

**CAMERON ARNOLD (01),**
A/K/A "AUTUMN HILL"
**ZACHARY EVETTS (02),**
**BENJAMIN HANIL SONG (03),**
**SAVANNA BATTEN (04),**
**BRADFORD MORRIS (05),**
A/K/A "MEAGAN MORRIS"
**MARICELA RUEDA (06),**
**ELIZABETH SOTO (07),**
**INES SOTO (08),**
**DANIEL ROLANDO**
**SANCHEZ ESTRADA (09),**

    Defendants.

## ORDER OF REASSIGNMENT

It is **ORDERED** that the following Defendants be reassigned to the docket of Chief United States District Judge Reed O'Connor to conduct all further proceedings: Cameron Arnold (01), Zachary Evetts (02), Savanna Batten (04), Ines Soto (08), and Daniel Rolando Sanchez Estrada (09). The Clerk of Court is ordered to change the case letter designation for each defendant to an 'O'.

**SO ORDERED** on this **17th day of June 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE