25-FBI-005332 $6,950.00 Mexican Pesos valued at $309.55 U.S. Currency seized from a 2012 Chevrolet Silverado, VIN: 3GCPCSE04CG159159 registered to Daniel R. Sanchez Estrada and in the possession of the same at 300 V

25-FBI-005333 $1,262.00 U.S. Currency seized from a 2012 Chevrolet Silverado, VIN: 3GCPCSE04CG159159 registered to Daniel R. Sanchez Estrada and in the possession of Daniel R. Sanchez Estrada at 300 W. Prairie St., De

25-FBI-005396 Miscellaneous Firearms and Ammunition seized from 117 East Prairie Street, Apt 204, Denton, TX 76201

1 Palmetto State Armory PA 15 multi caliber rifle, S/N: SCB004477
2 Century Arms RAS 47 7.62x39mm rifle, S/N: RAS47103272
3 Three (3) boxes of .380 caliber ammunition
4 One (1) empty Ruger 9mm magazine and one (1) empty magazine
5 White bucket containing .22LR ammunition
6 Ruger 10/22 .22LR rifle, S/N: 0016-06246
7 Empty magazines and rifle ammunition
8 Green ammo can with stickers, containing boxes of 7.62x39mm ammunition
9 Ruger 9E 9mm pistol, S/N: 337-83225

25-FBI-005397 Miscellaneous Electronic Devices seized from 117 East Prairie Street, Apt 204, Denton, TX 76201

1 Samsung tablet
2 Samsung tablet
3 Samsung Galaxy Note 8 with pink case
4 Black Dell laptop with cat sticker and power cord, S/N: 30LX4R1
5 Black HP laptop, S/N: 5CD5343QRY
6 Black Dell Latitude E6430 laptop with power cord
7 Black Samsung laptop with stickers on lid
8 Black Gateway MG-1 laptop, Model: P-6825, S/N: 1014978R7460000DKS00
9 Black HP G50 laptop, S/N: 2CE841J19G

25-FBI-005398 Miscellaneous General Items seized from 117 East Prairie Street, Apt 204, Denton, TX 76201

1 Pamphlets
2 Pamphlets
3 Cardboard box containing pamphlets
4 Green and red notebook with handwritten notes
5 Notebooks with drawings and handwritten notes
6 Red spiral notebook with handwritten notes
7 Notebooks with handwritten notes and memos, and notepad
8 Four (4) cans of spray paint
9 Four (4) spray paint cans

25-FBI-005399 Miscellaneous Ammunition and Magazines seized from 2510 Dove Meadow Drive, Garland, TX 75043

1 Federal Premium Box with 9mm Ammunition
2 Empty Sig Sauer Magazine
3 Two (2) Empty Sig Sauer Magazines

25-FBI-005400 Miscellaneous Electronic Devices seized from 2510 Dove Meadow Drive, Garland, TX 75043

1 Black and Silver USB Drive
2 Samsung 64GB Micro SD Card
3 SanDisk Extreme 2TB Portable SSD
4 Lenovo ThinkPad X1 Laptop Serial# PF3KB5PM
5 Blue Amazon Tablet
6 One (1) Lexar 4GB SD Card
7 One (1) MicroCenter 3GB Micro SD Card
8 One (1) White ""Lithia"" USB
9 One (1) Silver SanDisk USB
10 One (1) SanDisk Extreme 128GB Micro SD Card
11 One (1) Samsung 64GB Micro SD Card
12 One (1) Black SanDisk 16GB Micro SD Card
13 Blue and Silver USB
14 Western Digital Elements Portable Hard Drive Serial# WXC1A45LUK18
15 Google HTC Cellphone
16 Amazon Fire Tablet, Model SX034QT
17 White Thermaltake Desktop Computer Serial# VN40006W2NES003411
18 ASUS FX505D Laptop Serial# K8NRCV011512322
19 Amazon T76N2P Tablet
20 Black Samsung Galaxy Note 10 Cellphone
21 Sprint Samsung Galaxy SIII Cellphone in a Pink/Black Case
22 Toshiba Serial# X2HSP1ESTTV2
23 Western Digital Serial# WXH408312478
24 Apple iPad, Grey in Color
25 Motorola XT2419-3 Cellphone IMEI: 353211347237717
26 Silver Samsung Galaxy Note 5

25-FBI-005401 Miscellaneous General Items seized from 2510 Dove Meadow Drive, Garland, TX 75043

1 Box of Spray Paint
2 Box of Spray Paint
3 Box of Spray Paint
4 Box of Spray Paint
5 Box of Spray Paint
6 Box of Spray Paint
7 Box of Spray Paint
8 Box of Spray Paint
9 Box of Spray Paint
10 Twenty-Five (25) Cans of Spray Paint
11 Handwritten Notes / Anti-Government Papers
12 Handwritten Notes and Anti-Government Papers
13 Handwritten Journals
14 Pamphlets, Hand Drawings, and Letters
15 Spiral Notebook with Phone Numbers


GOVERNMENT
EXHIBIT

A

16 Disney Princess Book with Phone Numbers

17 Anti-Government Stickers

25-FBI-005403 Miscellaneous General Items seized from a 2012 Chevrolet Silverado, VIN: 3GCPCSE04CG159159 registered to the name of Daniel R. Sanchez Estrada

1 Five (5) Cans of Spray Paint

2 Poster

3 Papers, Stickers, Drawings

4 Zip Up Hoodie with picture depicting U.S. ICE Truck on Fire

5 Folder Box of Documents