## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 4:25-CR-00259-P |
| | § | |
| BRADFORD MORRIS (5) | § | |
| | § | |
| Defendant. | § | |

### NOTICE OF RIGHT TO APPEAL CONVICTION AND SENTENCE AFTER SENTENCE HAS BEEN IMPOSED IN A CASE WHICH HAS GONE TO TRIAL ON A PLEA OF NOT GUILTY

After sentence having been imposed against me on this date after my case has gone to trial on a plea of not guilty, the court has advised me that I have the rights:

(1) to appeal to the United States Court of Appeals for the Fifth Circuit, New Orleans, Louisiana, which includes the right to appeal my conviction and my sentence;

(2) if I am unable to pay the cost of an appeal, to apply for leave to appeal in forma pauperis, or, in, other words, to proceed without cost to me; and,

(3) if I request, to have the Clerk of the Court prepare and file forthwith a notice of appeal on my behalf (Rule 32, Federal Rules of Criminal Procedure).

The court further advised me:

(4) that, generally speaking, any notice of appeal that I desire to file or give must be filed in this court within fourteen (14) days after entry of this judgment applicable to me or other order appealed from (Rule 4, Federal Rules of Appellate Procedure);

(5) that my attorney should help me to perfect and pursue an appeal in this mater, if I elect to appeal;

(6) that, if I desire to remain on the same conditions of release and bond which existed at the time of sentencing, my attorney should file a written motion requesting that such conditions of release and bond be continued pending appeal, and where there is a surety on the existing bond, the court must be provided with either a written notification by that surety or by a statement in open court on the record by that surety, that the surety is aware of my conviction and that the surety ratifies the existing bond and agrees to remain on such bond until the appeal process is completed and I commence service of any sentence of confinement that was imposed; and

(7) that I must comply with all applicable rules governing my right of appeal in order to avoid prejudicing or losing that right.

DATE: June 23, 2026.

_____
BRADFORD MORRIS (5), DEFENDANT

_____
J WARREN ST JOHN          D. Miles Brissette
DEFENDANT'S ATTORNEY