## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | **CASE NO. 4:25-CR-00259-P** |
| | § | |
| **ELIZABETH SOTO** | § | |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that, pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, Defendant,

Elizabeth Soto, through undersigned counsel, hereby appeals to the United States Court of Appeals

for the Fifth Circuit from the judgment of conviction and sentence in this matter.

Respectfully submitted.

/s/ Harmony M. Schuerman
Harmony M. Schuerman

State Bar No. 24062991
115 N. Henderson Street
Fort Worth, Texas 76102
harmony@hmscriminallaw.com
Phone: 817-406-8665

/s/ Blake Burns
Blake Burns

State Bar No. 24066989
115 N. Henderson Street
Fort Worth, Texas 76102
bburnslaw@gmail.com
Phone: 817-870-1544

**Elizabeth Soto Sentencing Memorandum**                                                                    1

**CERTIFICATE OF SERVICE**

On May 28, 2026, I electronically submitted the foregoing document to the clerk of court for the U.S. District Court for the Northern District of Texas through the court's electronic case filing system. This system sent a "Notice of Electronic Filing" to the United States Attorney.

/s/Harmony M. Schuerman
HARMONY M. SCHUERMAN