## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:25-CR-00259-P-3 |
| | § | |
| BENJAMIN SONG | § | |

## MOTION TO WITHDRAW, NOTICE OF APPEAL AND REQUEST FOR APPOINTMENT OF APPELLATE COUNSEL TO ASSIST IN THAT APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, BENJAMIN SONG, the Defendant in the above-styled and numbered cause, and respectfully requests that this Honorable Court allow PHILLIP HAYES to withdraw as counsel at this point in my case.  He has explained to me that he has no knowledge of, or experience with appeals and I am requesting the court appoint me counsel that does.   When he began working on my case, our agreement was for him to handle my case up until the point that an appeal might be necessary, and if it was, then he would withdraw.   Please take this filing as my notice of the intent to appeal my sentence and my request for qualified counsel to assist me in doing so.   I am currently incarcerated and indigent with no means to hire my own appellate counsel.

WHEREFORE, PREMISES CONSIDERED, ADIAN GASTON respectfully requests that the Court allow current counsel to withdraw from any further obligations in my case and appoint an appellate counsel to assist me in my appeal.

Respectfully submitted,

_____
PHILLIP HAYES, ATTORNEY

X _____
BENJAMIN SONG