# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Case No. 4:25-CR-259-O (04)** |
| | § | |
| **SAVANNA BATTEN** | § | |
| *Defendant.* | § | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Savanna Batten appeals to the United States Court of Appeals for the Fifth Circuit from the Judgment (ECF No. 581) entered on June 23, 2026, in the above-captioned case

Respectfully submitted,

TOLBERT & ASSOCIATES, PLLC

/s/ Christopher L. Tolbert
Christopher L. Tolbert, Esq., LLM
State Bar No. 24080530
511 E. John W. Carpenter Fwy. #500
Las Colinas, Texas 75062
817.380.8008 (Office)
817.977.9661 (Fax)
chris@tolbertlawpc.com
*Attorney for Defendant Savanna Batten*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June, 2026, a true and correct copy of the foregoing Notice of Appeal was electronically filed with the Clerk of the Court through the CM/ECF system, which will transmit notice of filing to all counsel of record.

/s/ Christopher L. Tolbert
Christopher L. Tolbert, Esq., LLM