**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

UNITED STATES OF AMERICA,
PLAINTIFF

V.                                                      4:25-CR-00259-P-1

CAMERON ARNOLD (A.K.A
AUTUMN HILL),
DEFENDANT

## NOTICE OF APPEAL TO THE FIFTH CIRCUIT COURT OF APPEALS

Notice is hereby given that Autumn Hill, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment (ECF 574) entered in this action on 06/23/2026.

Respectfully submitted,

*/s/ Cody L. Cofer*
Cody L. Cofer
Texas SBN: 24066643
Cofer Luster Law Firm, PC
604 E. 4th Street, Suite 101
Fort Worth, Texas 76102
Phone: 682-777-3336
Fax: 682-238-5577
Email: ccofer@coferluster.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify on June 30, 2026, the forgoing notice of appeal was served on: the attorney for the Government via the electronic case filing system; and Defendant by U.S. Mail.

*/s/ Cody L. Cofer*
Cody L. Cofer