**United States District Court**
**Northern District of Texas**
**ort Worth Division**

| | |
|---|---|
| **United States** | |
| **v.** | **No. 4:25-CR-00259** |
| **Ines Soto** (8) | |

---

### Notice of Appeal

---

Ines Soto appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered on July 1, 2026.

Respectfully submitted,

/s/ Leigh W. Davis_____
Texas bar number 24029505
1901 Central Drive Ste 730
Bedford, Texas 76021
817.868.9500
817.591.4701 (fax)
lwd@leighwdavis.com

### Certificate of Service

I certify that on July 1, 2026 this document was electronically filed and served through the court's electronic case filing system to all attorneys of record.

/s/ Leigh W. Davis_____
(Mr.) Leigh W. Davis