IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO.  4:25-CR-259-P |
| | § | |
| BENJAMIN HANIL SONG | § | |

ORDER AND NOTICE OF DEFICIENCY

On June 29, 2026, defendant/appellant Benjamin Hanil Song by and through his retained counsel filed a motion withdraw as attorney. (ECF No. 619)  A review of the record shows that defendant Benjamin Hanil Song has never sought to proceed in forma pauperis in this matter, and thus the Court requires information regarding his financial and pauper status, before it can appoint counsel.  In this regard, Benjamin Hanil Song has not filed a sworn Form CJA 23 Financial Affidavit, including a declaration under penalty of perjury regarding any income or assets.  In order for the Court to review his financial status, Defendant must complete the Form CJA 23 (attached), and return it to the clerk of Court for review.  *See* L.Cr.R. 57.12(e).

**It is therefore ORDERED that the clerk of the Court shall take the following indicated action**:

( X ) A copy of this order shall be emailed to Defendant's counsel.

( X ) A form CJA 23 shall be emailed to Defendant counsel for completion and verification and return to the clerk of Court within the time period set forth below.

Defendant/appellant shall complete and execute a CFA 23 Form Financial Affidavit, within **twenty (20) days** from the date of this Order.  Failure to timely comply with this order could result in a recommendation that the motion for leave to withdraw be denied.

Signed July 2, 2026.

_____

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE