**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CAUSE NO.: 4:25-CR-00259-P** |
| **MARICELA RUEDA (6)** | ) | |
| | ) | |

**<u>NOTICE OF APPEAL</u>**

Notice is hereby given that pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742(a), Defendant MARICELA RUEDA, through undersigned counsel, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this matter on 23 June 2026 (ECF 590), including the judgment of conviction, sentence imposed, all orders incorporated therein, and all adverse rulings, decisions, and orders that merged into the final judgment and are reviewable on appeal.

Respectfully submitted,

By: /s/*Sufia M. Khalid*
SUFIA M. KHALID
Attorney for Maricela Rueda
National Security Criminal Defense Center
Muslim Legal Fund of America
100 N. Central Expy., Suite 1010
Richardson TX 75080
972-914-2507 (office)
sufia.khalid@mlfa.org

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 2nd, 2026, I electronically filed the Notice of Appeal with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. This system sent a "Notice of Electronic Filing" to the United States Attorneys in this case.

<u>/s/Sufia M. Khalid</u>
SUFIA M. KHALID