# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## Fort Worth Division

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**BRADFORD MORRIS (05)**<br>**a/k/a "Meagan Morris"**<br><br>**Defendant.** | **Criminal No. 4:25-CR-00259-P (05)**<br><br>**Judge Mark Pittman** |

## NOTICE OF APPEAL

Bradford Morris, a/k/a Meagan Morris appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered on June 23, 2026 (ECF 584).

Respectfully submitted,

/s/ J. Warren St. John
J. WARREN ST. JOHN
State Bar No. 18986300
JWARREN@STJOHNDEFENSE.COM

The Law Office of J. Warren St. John
801 Cherry St Unit 5
Fort Worth, TX 76102-6803
(817) 336-1436 office

D. MILES BRISSETTE
State Bar No. 50511628
MILES@GILLBRISSETTE.COM

Law Offices of Gill & Brissette
(Not a Partnership)
3663 Airport Freeway
Fort Worth, Texas 76111
(817) 803-6918 office
(817) 554-1534 facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been filed electronically, on this the 4th day of July 2026 and a copy sent to the United States Attorney's Office through the court's electronic filing system.

D. Miles Brissette
State Bar No. 50511628