United States v. Arnold et al, Index No. 4:25-CR-259-P

7/2/26

Dear Judge Pittman,

Please Accept this letter as my notice of appeal to the United States Court of Appeals for the Fifth Circuit in the above referenced matter. I am in the process of retaining pro bono legal council to represent me in the appeal.

Respectfully Submitted,
Defendant Meagan (Bradford) Morris
[signature]

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 10 2026
CLERK, U.S. DISTRICT COURT
By ________ Deputy

Bradford Morris
202502011
Johnson County Corrections Center
1800 Ridgemar Drive
Cleburne, TX 76031

NORTH TEXAS TX P&DC
DALLAS TX 750
7 JUL 2026 PM 5 L

Freedom 250

FREEDOM
FOREVER/USA

RECEIVED
JUL 10 2026
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

INMATE MAIL

Legal Mail
The Hon Mark T. Pittman
United States Court for the Northern District of Texas
501 West 10th Street
Room 401
Fort Worth, TX 76102

76102-363799