UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA,**

Plaintiff,

v. **No. 4:25-cr-00259-P-5**

**BRADFORD MORRIS**
A/K/A MEAGAN MORRIS**,**

Defendants.

## ORDER

The Court received notice that Defendant Morris is being represented by new counsel in her appeal. Accordingly, the Court hereby **ORDERS** Raphael Friedman to file a notice of appearance in the above-captioned case **on or before August 19, 2026**. Attorney Friedman's information is the following:

Raphael Friedman
Sher Tremonte, LLP
90 Broad St.
23rd Floor
NY, NY 10004
rfriedman@shertremonte.com

**SO ORDERED** on this **14th day of August 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE