IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:25-CR-259-P |
| BENJAMIN HANIL SONG (03) | |

**GOVERNMENT'S RESPONSE TO PETITION ASSERTING THIRD-PARTY INTEREST IN PROPERTY**

To the Honorable Judge Mark Pittman:

The government does not dispute Mr. Armstrong's third-party interest claim in the items identified in his motion.

Respectfully Submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

*s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney
Texas Bar No. 24033206
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817-252-5200
Email: Shawn.Smith2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2026, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means: Eric Puente, counsel for defendant.

*s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney